IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT
AT CLEVELAND

**ASHLAND UNIVERSITY,**

    *Plaintiff,*

v.

                                                       **Case No. 1:23-cv-1850**

**MIGUEL CARDONA,** *in His Official Capacity as the Secretary of the United States Department of Education*,

    *Defendant.*

## MOTION FOR PRELIMINARY INJUNCTION

Comes now the plaintiff, Ashland University ("AU"), by counsel, pursuant to Rule 65 of the Federal Rules of Civil Procedure and moves the Court for the issuance of a preliminary injunction against Michael Cardona, in his official capacity as the Secretary of the United States Department of Education (the "Secretary"). In support of this Motion, AU relies on the "Memorandum of Law in Support of Plaintiff's Motion for Preliminary Injunction" attached as Exhibit A and the "Verified Complaint" attached as Exhibit B.

WHEREFORE, AU requests that this honorable Court **ENJOIN** the Secretary from undertaking any efforts to collect approximately $6,131,790.46 from AU which represents a penalty imposed upon AU per final agency action by the Secretary on August 9, 2023, as confirmed by the Secretary in a notice issued under 34 C.F.R. § 668.119 on September 20, 2023.

Respectfully submitted this 25th day of September, 2023.

|  |  |
|---|---|
|  | **ASHLAND UNIVERSITY,**<br>**By Counsel,**<br><br>/s/J. Kevin West<br>J. Kevin West, Esq.<br>Huntington Center<br>41 South High Street, Suite 2200<br>Columbus, OH 43215<br>Telephone: (614) 458-9889<br>Facsimile: (614) 221-0952<br>kevin.west@steptoe-johnson.com<br><br>James H. Newberry, Jr. Esq. (*pro hac vice* admission pending)<br>Kalynn G. Walls, Esq. (*pro hac vice* admission pending)<br>700 North Hurstbourne Parkway, Suite 115 |
| **STEPTOE & JOHNSON PLLC**<br>*Of Counsel* | Louisville, KY 40222<br>Telephone: (502) 423-2000<br>Facsimile: (502) 423-2001<br>kalynn.walls@steptoe-johnson.com<br>jim.newberry@steptoe-johnson.com<br><br>Jeffrey K. Phillips, Esq. (*pro hac vice* admission pending)<br>100 West Main Street, Suite 400<br>Lexington, KY 40507<br>Telephone: (859) 219-8210<br>Facsimile: (859) 219-8201<br>jeff.phillips@steptoe-johnson.com |

17336368v1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT
AT CLEVELAND

**ASHLAND UNIVERSITY,**

    *Plaintiff,*

v.

**MIGUEL CARDONA,** *in His Official Capacity as the Secretary of the United States Department of Education***,**

    *Defendant.*

Case No. 1:23-cv-1850

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of September, 2023, I served the foregoing "Motion for Preliminary Injunction" upon the parties, by depositing a true copy thereof in the United States mail, postage prepaid, in an envelope addressed as follows:

| | |
|---|---|
| Raziya Brumfield, Esq.<br>Office of the General Counsel<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Room 6E214<br>Washington, DC 20202<br>raziya.brumfield@ed.gov | Donna Mangold, Esq.<br>Office of the General Counsel<br>U.S. Department of Education<br>400 Maryland Avenue, SW<br>Room 6E214<br>Washington, DC 20202<br>donna.mangold@ed.gov |

                                */s/ J. Kevin West*
                                J. Kevin West
                                *Counsel for Plaintiff*
                                *Ashland University*