IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

**ASHLAND UNIVERSITY,**

   *Plaintiff,*

v.

**MIGUEL CARDONA,** *in His Official Capacity as the Secretary of the United States Department of Education*,

   *Defendant.*

**Case No: 1:23-cv-01850**

**Judge David A. Ruiz**

## AGREED ORDER

The plaintiff, Ashland University ("AU"), having moved the Court for the issuance of a preliminary injunction against Miguel Cardona, in his official capacity as the Secretary of the United States Department of Education (the "Secretary") enjoining the Secretary from undertaking any efforts to collect approximately $6,131,790.46 from AU to enforce a final agency action by the Secretary on August 9, 2023, as confirmed by the Secretary in a notice issued under 34 C.F.R. § 668.119 on September 20, 2023, and the Secretary having agreed to stay any efforts to collect the approximately $6,131,790.46 from AU during the pendency of this action before the district court, until such time as this Court enters a final, appealable order resolving the claims asserted, and the Court being otherwise sufficiently advised, it is hereby ORDERED and ADJUDGED as follows:

1. The Secretary agrees to stay enforcement of the final agency decision at issue during the pendency of this action before the district court.

2. AU's Motion for Preliminary Injunction is DENIED without prejudice as moot.

Signed this 13th day of October, 2023.

/s *David A. Ruiz*
DAVID A. RUIZ
UNITED STATES DISTRICT JUDGE

**AGREED TO BY:**

  */s/ John Kevin West*
John Kevin West (91520)
STEPTOE & JOHNSON PLLC
Huntington Center, Suite 2200
41 South High Street
Columbus, OH 53215
Telephone:  (614) 458-9889
kevin.west@steptoe-johnson.com

James H. Newberry, Jr. (*pro hac vice* admission pending)
Kalynn G. Walls (*pro hac vice* admission pending)
STEPTOE & JOHNSON PLLC
700 North Hurstbourne Parkway, Suite 115
Louisville, KY 40222
Telephone:  (502) 423-2000
kalynn.walls@steptoe-johnson.com
jim.newberry@steptoe-johnson.com

Jeffrey K. Phillips (*pro hac vice* admission pending)
STEPTOE & JOHNSON PLLC
100 West Main Street, Suite 400
Lexington, KY 40507
Telephone:  (859) 219-8210
jeff.phillips@steptoe-johnson.com

*Counsel for Ashland University*

  */s/ Rema A. Ina*
Rema A. Ina
Ruchi V. Asher
Assistant U.S. Attorneys
Northern District of Ohio
801 W. Superior Avenue, Suite 400
Cleveland, OH  44113
Telephone: (216) 622-3723

*Counsel for the United States Department of Education*