IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLAND UNIVERSITY | ) | Case No. 1:23cv1850 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| v. | ) | |
| | ) | |
| MIGUEL CARDONA, SECRETARY OF | ) | DEFENDANT'S NOTICE OF FILING |
| DEPARTMENT OF | ) | ADMINISTRATIVE RECORD |
| EDUCATION, | ) | |
| | ) | |
| Defendant. | | |

Now come the Defendant, Miguel Cardona, Secretary of Department of Education, by and through the undersigned counsel, and hereby files the attached administrative record, attached hereto as Exhibits A - SS.

Respectfully Submitted

REBECCA C. LUTZKO
UNITED STATES ATTORNEY

By:  */s/ Rema A. Ina*
Rema A. Ina (#0082549)
Ruchi V. Asher (#0090917)
Assistant U.S. Attorneys
Northern District of Ohio
801 W. Superior Avenue, Suite 400
Cleveland, OH   44113
Telephone: (216) 622-3723
Rema.Ina@usdoj.gov
Ruchi.Asher@usdoj.gov

*Counsel for Miguel Cardona,*
*Secretary of United States Department*
*of Education*