**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

**ASHLAND UNIVERSITY,**

     *Plaintiff,*

*v.*

**MIGUEL CARDONA,** *in His Official Capacity
as the Secretary of the United States Department
of Education,*

     *Defendant.*

**Case No: 1:23-cv-01850**

**Judge David A. Ruiz**

**UNITED STATES OF AMERICA, UNITED STATES DEPARTMENT OF EDUCATION**

**CERTIFICATION OF TRUE COPY**

I, Brian P. Siegel, pursuant to the provisions of 20 U.S.C. § 3472 and the authority delegated to me from the Secretary and the General Counsel of the U.S. Department of Education, hereby certify that the annexed documents (Bates Numbered EDU000001-001468, Ashland University Administrative Record), are true copies of the Plaintiff Ashland University's records pertaining to the U.S. Department of Education's (Education's) Initial Decision dated July 10, 2023, which became the Agency's Final Agency Decision on August 9, 2023, and are maintained by Education in the regular course of business.

I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief, and have caused the seal of the U.S. Department of Education to be affixed on this certification made on this 27th day of December, 2023.

*Brian P. Siegel*

Brian P. Siegel
Assistant General Counsel
Division of Postsecondary Education

GOVERNMENT
EXHIBIT

A

**ASHLAND UNIVERSITY ADMINISTRATIVE RECORD**

| | |
|---|---|
| EDU000001-EDU000004 | Education Final Program Review Determination (FPRD) Cover Letter |
| EDU000005-EDU000040 | Ashland Appeal Letter and FPRD |
| EDU000041 | Education November 15, 2022 Letter to Ashland |
| EDU000042 | Education November 15, 2022 to Rodger A. Drew, Jr. OHA Director |
| EDU000043-EDU000044 | Education November 18, 2022 letter to Ashland |
| EDU000045-EDU000050 | Order Governing Proceeding |
| EDU000051-EDU000052 | Amended Service List for Order Governing Proceeding |
| EDU000053-EDU000054 | Education Notice of Appearance of Counsel |
| EDU000055-EDU000056 | Ashland Notice of Appearance of Counsel Newberry |
| EDU000057-EDU000058 | Ashland Notice of Appearance of Counsel Deniker |
| EDU000059-EDU000060 | Ashland Notice of Appearance of Counsel Walls |
| EDU000061-EDU000062 | Joint Motion Regarding Submission of Redacted Appendices |
| EDU000063-EDU000064 | Order Granting Joint Motion Regarding Appendices |
| EDU000065-EDU000067 | Amended Joint Motion Regarding Submission of Redacted Appendices |
| EDU000068-EDU000069 | Order Granting Amended Joint Motion Regarding Appendices |
| EDU000070-EDU000071 | Notice of Filing |
| EDU000072-EDU000312 | Appendices D-1 and D-2 |
| EDU000313-EDU000508 | Appendices D-3 and D-4 |
| EDU000509-EDU000652 | Appendix E-1 |
| EDU000653-EDU000841 | Appendix E-2 |
| EDU000842-EDU000917 | Appendices F-1, F-2, F-3, F-4, G-1, G-2, H-1, H-2 and H-3 |
| EDU000918-EDU000931 | Ashland Brief in Support of Appeal |

2

| | |
|---|---|
| EDU000932-EDU001118 | Ashland Exhibit List and Exhibits R-1 – R-9 |
| EDU001119-EDU001139 | Education Brief and Exhibit List |
| EDU001140-EDU001303 | Education Exhibits ED-1 – ED-15 |
| EDU001304-EDU001316 | Ashland Reply Brief |
| EDU001317-EDU001319 | Order Regarding Oral Argument |
| EDU001320-EDU001321 | Joint Statement Regarding Oral Argument |
| EDU001322-EDU001324 | Order and Notice of Oral Argument |
| EDU001325-EDU001326 | Order and Notice of Re-Scheduled Oral Argument |
| EDU001327-EDU001329 | Notice of Disclosure and Order |
| EDU001330-EDU001331 | Ashland's Response to Notice of Disclosure and Order |
| EDU001332-EDU001333 | Department's Response to Notice of Disclosure and Order |
| EDU001334-EDU001336 | Order Reopening Record |
| EDU001337-EDU001339 | Education Unopposed Motion to Supplement Record |
| EDU001340-EDU001341 | Order Granting Education's Unopposed Motion to Supplement Record |
| EDU001342-EDU001343 | Joint Notice of Filing |
| EDU001344-EDU001381 | Joint Exhibit 1 |
| EDU001382-EDU001383 | Education Notice of Filing |
| EDU001384-EDU001385 | Education FPRD Appendix A |
| EDU001386-EDU001396 | Education FPRD Enclosure 3 |
| EDU001397-EDU001420 | Chief Administrative Law Judge Elizabeth Figueroa July 10, 2023 Initial Decision |
| EDU001421 | Rodger A. Drew, Jr. Notice |
| EDU001422-EDU001468 | Hearing Transcript May 11, 2023 |