

GOVERNMENT
EXHIBIT

B



September 16, 2022

Dr. Carlos Campo                          (Sent via email: ccampo@ashland.edu)
President
Ashland University
401 College Avenue
Ashland, OH 44805-3799

**Re:  Final Program Review Determination**
OPE ID:  00301200
PRCN:  2021-4-05-30426

Dear President Campo:

The U.S. Department of Education's (Department's) Office of Federal Student Aid issued a
Program Review Report (PRR) on January 3, 2022 covering Ashland University's (Ashland's)
administration of programs authorized by Title IV of the Higher Education Act of 1965, as
amended, 20 U.S.C. §§ 1070 et seq. (Title IV, HEA programs), for the 2019-20 and 2020-21
award years. Ashland's final response was received on March 11, 2022. A copy of the PRR (and
related attachments) and Ashland's response are attached. Any supporting documentation
submitted with the response is being retained by the Department and is available for inspection
by Ashland upon request. Additionally, this Final Program Review Determination (FPRD),
related attachments, and any supporting documentation may be subject to release under the
Freedom of Information Act (FOIA) and can be provided to other oversight entities after this
FPRD is issued.

**Purpose:**

Final determinations have been made concerning all of the outstanding findings of the PRR. The
purpose of this letter is to: (1) identify liabilities resulting from the findings of this PRR, (2)
provide instructions for payment of liabilities to the Department, and (3) notify the institution of
its right to appeal.

The total liabilities due from the institution from this program review are **$6,133,058.19**.

This FPRD contains detailed information about the liability determination for all findings.

**Protection of Personally Identifiable Information (PII):**

PII is any information about an individual which can be used to distinguish or trace an
individual's identity (some examples are name, Social Security Number, date, and place of birth).



School Participation Division - Chicago/Denver
230 South Dearborn, Room 3922, Chicago, IL 60604
StudentAid.gov

*P.L27.09.30.2021*

EDU000001

Ashland University
OPE ID: 00301200
Page **2** of **4**

The loss of PII can result in substantial harm, embarrassment, and inconvenience to individuals and may lead to identity theft or other fraudulent use of the information. To protect PII, the findings in the attached report do not contain any student PII. Instead, each finding references students only by a student number created by Federal Student Aid. The student numbers were assigned in Appendix A: Student Sample to the Program Review. In addition, Appendices D1: File Review Spreadsheet (Original) – Finding 1 (2019-20); D2: File Review Spreadsheet (Original) – Finding 1 (2020-21); D3: File Review Spreadsheet (Corrected) – Finding 1 (2019-20); D4: File Review Spreadsheet (Corrected) – Finding 1 (2020-21); E1: Pell Cost of Funds – Finding 1 (2019-20); E2: Pell Cost of Funds – Finding 1 (2020-21); F1: File Review Spreadsheet (Original) – Finding 2 (2019-20); F2: File Review Spreadsheet (Original) – Finding 2 (2020-21); F3: File Review Spreadsheet (Corrected) – Finding 2 (2019-20); and F4: File Review Spreadsheet (Corrected) – Finding 2 (2020-21) also contain PII. These appendices were sent securely via the COD Document Center.

**Appeal Procedures:**

If Ashland elects to appeal to the Secretary of Education for a review of the financial liabilities established by this FPRD, the institution must file a written request for a hearing. Please note that institutions may appeal financial liabilities only. The Department must receive Ashland's request no later than 45 calendar days from the date Ashland receives this FPRD. **The Department requests that Ashland submit an original and four copies of its complete request for review**.

The request must be sent to:

> Attn: Susan Crim, Director
> Administrative Actions and Appeals Service Group
> U.S. Department of Education
> Federal Student Aid/Partner Enforcement and Consumer Protection
> 830 First Street, NE UCP3, Room 84F2
> Washington, DC 20002-8019

Ashland's appeal request must:

> (1) indicate the findings, issues, and facts being disputed;
> (2) state the institution's position, together with pertinent facts and reasons supporting its position; and
> (3) include a copy of the FPRD received by the school.
> PLEASE INCLUDE ALL APPENDICES TO THE FPRD (you may exclude any appendices that relate only to findings that you are not appealing).

When it submits its request for appeal, the institution may also include an original and four copies of documentation it believes the Department should consider in support of the appeal. If any appeal documents include PII, the PII must be redacted, except for the student's name and last four digits of his/her Social Security Number (please see the enclosed document, "Protection of Personally Identifiable Information," for instructions on how to mail records containing PII).

*P.L27.09.30.2021*

EDU000002

Ashland University
OPE ID: 00301200
Page **3** of **4**

If Ashland's appeal is timely, the request for appeal will be transmitted to the Department's Office of Hearings and Appeals (OHA), for an administrative hearing in accordance with § 487(b)(2) of the HEA, 20 U.S.C. § 1094(b)(2). The Hearing Official assigned to the case will issue an order scheduling the submission of briefs and supporting evidence in accordance with 34 C.F.R. § 668.114(c). The institution may therefore submit additional documentation supporting its appeal request at that time. Further, if the institution is appealing a projected liability amount, it may provide detailed liability information from a complete file review, either at the time it initially submits it appeal request or pursuant to the proceedings at OHA. The procedures followed with respect to Ashland's appeal are those provided at 34 C.F.R. Part 668, Subpart H. Interest on the appealed liabilities shall continue to accrue at the applicable value of funds rate, as established by the United States Department of Treasury, or if the liabilities are for refunds, at the interest rate set forth in the loan promissory note(s).

**Record Retention:**

Program records relating to the period covered by the program review must be retained until the later of: resolution of the loans, claims or expenditures questioned in the program review; or the end of the retention period otherwise applicable to the record under 34 C.F.R. §§ 668.24(e)(1), (e)(2), and (e)(3).

The Department expresses its appreciation for the courtesy and cooperation extended during the review. If the institution has any questions regarding this letter, please contact Mark Kreutzer at Mark.Kreutzer@ed.gov. Questions relating to any appeal of the FPRD should be directed to the address noted in the Appeal Procedures section of this letter.

Sincerely,

Digitally signed by Jeremy Early
Date: 2022.09.16 16:05:14
-05'00'

Jeremy Early, Ed.D.
Division Chief
Chicago/Denver School Participation Division


JE/MK


Enclosures:
Final Program Review Determination (and appendices/enclosures)
FEDWIRE Form
COD Adjustment Worksheet
Protection of Personally Identifiable Information
cc:     Stephen Howell, Financial Aid Administrator (at showell@ashland.edu)
        Dr. Alex Jones, Executive Director for Student Financial Aid
        Ohio Department of Higher Education
        Michigan Department of Licensing and Regulatory Affairs

*P.L27.09.30.2021*

EDU000003

Ashland University
OPE ID: 00301200
Page **4** of **4**

North Central Association of Colleges and Schools (The Higher Learning Commission)
Department of Defense
Department of Veterans Affairs
Consumer Financial Protection Bureau

*P.L27.09.30.2021*

EDU000004