

GOVERNMENT
EXHIBIT

D

November 15, 2022

Mr. Jim Newberry
Steptoe & Johnson PLLC
700 Hurstbourne Parkway
Suite 115
Louisville, KY  40222.

Re:  Administrative Hearing under 34 C.F.R. Part 668, Subpart H – **Ashland University, Ashland, OH (OPE ID: 00301200)** – Final Program Review Determination Letter issued by the U.S. Department of Education on September 16, 2022, Program Review Control Number (PRCN): 2021-4-05-30426.

Dear Mr. Newberry:

On October 26, 2022, the Federal Student Aid Office of the U.S. Department of Education (Department) received your request for an administrative hearing with regard to the September 16, 2022 Final Program Review Determination letter issued by the Department to Ashland University**.**

Pursuant to your request, the Department will schedule an administrative hearing in accordance with § 487(b)(2) of the Higher Education Act of 1965, as amended, 20 U.S.C. § 1094(b)(2).  The procedures that govern this hearing are those contained at 34 C.F.R. Part 668, Subpart H.

The hearing official assigned to conduct the administrative hearing will contact you to establish the schedule for the hearing.

Sincerely,

TARA SIKORA
Digitally signed by TARA SIKORA
Date: 2022.11.15 08:06:29 -05'00'

Tara Sikora
Assistant Director
Administrative Actions and Appeals Service Group

Enclosure

cc:    Mr. Rodger A. Drew Jr., Director, Office of Hearings and Appeals
        Ms. Donna Mangold, Office of the General Counsel
        Dr. Carlos Campo, President, Ashland University



EDU000041