

**GOVERNMENT EXHIBIT**

**E**

November 15, 2022

Mr. Rodger A. Drew, Jr., Director
Office of Hearings and Appeals
Office of Management
U.S. Department of Education
Potomac Center Plaza
550 12th Street, SW, Rm. 10089
Washington, D.C.  20004

Re:  Administrative Hearing under 34 C.F.R. Part 668, Subpart H – **Ashland University, Ashland, OH (OPE ID: 00301200)** – Final Program Review Determination Letter issued by the U.S. Department of Education on September 16, 2022, Program Review Control Number (PRCN): 2021-4-05-30426.

Dear Mr. Drew:

The Federal Student Aid Office, U.S. Department of Education (Department), received a request from Ashland University for an administrative hearing concerning a final program review determination.  Notice of this determination was provided to Ashland University by the enclosed letter, dated September 16, 2022. Ashland University requested a hearing pursuant to 34 C.F.R. Part 668, Subpart H, by the enclosed letter, dated October 24, 2022.

I hereby request that an official be assigned to conduct the appeal proceedings.  I further request that the official assigned to hear the case send a copy of the initial order in the proceedings to Donna Mangold, Office of the General Counsel, to me, and to Jim Newberry, Ashland University's counsel.  Ms. Mangold's telephone number is (202) 453-6710.  Mr. Newberry may be reached at Steptoe & Johnson PLLC, 700 Hurstbourne Parkway, Suite 115, Louisville, KY  40222.  His telephone number is (502) 423-2000.

If you need further information, please contact Mitch Cary at (303) 844-3145.

Sincerely,

TARA SIKORA
Digitally signed by
TARA SIKORA
Date: 2022.11.15
09:01:35 -05'00'

Tara Sikora
Assistant Director
Administrative Actions and Appeals Service Group

Enclosures

cc:    Ms. Donna Mangold, Office of the General Counsel
       Mr. Jim Newberry, Steptoe & Johnson PLLC
       Dr. Carlos Campo, President, Ashland University



EDU000042