

**GOVERNMENT EXHIBIT**

**F**



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF HEARINGS AND APPEALS

November 18, 2022

Mr. Jim Newberry
Steptoe & Johnson PLLC
Suite 115
Louisville, KY 40222

Re:     In the Matter of Ashland University, Docket No. 22-58-SP, PRCN: 2021-4-05-30426

Dear Mr. Newberry:

The Administrative Actions and Appeals Service Group (AAASG) of Federal Student Aid has transmitted your request for a review and hearing to the Office of Hearings and Appeals (OHA). Pursuant to 34 C.F.R. § 668.117, the Hearing Official will conduct a fair and impartial proceeding.  The Hearing Official in this matter will be Judge Elizabeth Figueroa.  You should expect the judge to issue an Order Governing Proceeding in the near future, which will provide you more information about procedures in this matter.  I have assigned one of our attorneys, George Abbott, to assist the judge in this matter.  To avoid *ex parte* communications, if you need to contact us, you should contact the assigned attorney at george.abbott@ed.gov.  Alternatively, our office telephone is (202) 245-8300.

The Office of Hearings and Appeals operates an online filing system, OHA E-Filing System (OES), which provides electronic access to the administrative record in this matter.  The OES record for this matter should be available for review within two business days from the date of this correspondence.  While you are not required to use OES, it is highly encouraged, and most parties find using OES a more convenient option than using a hard copy format.  Using OES streamlines the submission process for a filing, facilitates service to necessary parties, provides email acknowledgment that OHA has received your filing, and provides 24-hour access to upload a submission or view the administrative record.  You will find a link to OES on OHA's website at oha.ed.gov.

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EDU000043

Should you choose instead to use paper filing, paper submissions should be submitted in duplicate, and at least one of the two copies submitted should unbound.  Paper documents should be submitted to us at the addresses indicated below.

HAND DELIVERIES
Office of Hearings and Appeals
U.S. Department of Education
550 12th Street, SW
Room 10095
Washington, DC  20024

U.S. POSTAL SERVICE
Office of Hearings and Appeals
U.S. Department of Education
400 Maryland Avenue, SW
Washington, DC  20202

Sincerely,

Rodger A. Drew, Jr.
Director

cc:
Susan Crim, Administrative Actions and Appeals Service Group
Donna Mangold, Esq., Office of the General Counsel
Honorable Elizabeth Figueroa, Office of Hearings and Appeals
George Abbott, Esq., Office of Hearings and Appeals

EDU000044