**GOVERNMENT EXHIBIT**

**G**



# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

| | |
|---|---|
| In the Matter of | **Docket No.: 22-58-SP** |
| **Ashland University** | Federal Student Aid Proceeding |
| | OPE-ID: 00301200<br>PRCN: 2021-4-05-30426 |
| Respondent | |

## ORDER GOVERNING PROCEEDING

On October 26, 2022, Respondent Ashland University (Respondent or Ashland) timely filed a request for review with the Administrative Actions and Appeals Service Group (AAASG), U.S. Department of Education. 20 U.S.C. §1094(b)(1); 34 C.F.R. §668.113(b). The request challenges Findings 1 and 2 of the Final Program Review Determination (FPRD) dated September 16, 2022, issued by the U.S. Department of Education, Federal Student Aid (FSA). AAASG forwarded Respondent's request for review to the Office of Hearings and Appeals (OHA) on November 15, 2022. Accordingly, pursuant to the appeal procedures set out in 34 C.F.R. Part 668, Subpart H, a hearing will proceed consistent with the regulatory requirements, as well as decisional precedence as established in decisions issued by the Secretary. By letter dated November 18, 2022, I have been designated the Hearing Official.

### I. General Instructions Governing Proceeding:

Electronic Filing: At the direction of the Director of OHA, an electronic file under the docket number provided in the caption above has been established for this proceeding. Electronic filing is available through the OHA Electronic Filing System (OES) at https://edoha.entellitrak.com. First-time users must register for an e-filer account and registered e-filers must request association to this specific electronic file. OHA's Filing User Guide offers general instruction for electronic filing and is available at https://oha.ed.gov/online-filing. Additional assistance is available from the OES System Administrator at contact OES System Administrator, or the OHA docket clerks by email at ofo_oha@ed.gov.

Voluntary use of OES serves to streamline the filing of documents, facilitates service, provides litigants with acknowledgment receipt of filing, records date and time of submission, and allows

EDU000045

24-hour viewing of electronically accepted documents.  In the case of electronic submissions via OES, the submission will be automatically accepted upon filing and available for viewing by all registered e-filers.  All filings will be subject to further review and possible removal/return by the Administrative Law Judge.  OES allows registered e-filers to download all filings in the record.

<u>Submissions containing personally identifiable information (PII):</u> Parties are encouraged to limit personally identifiable information when included in submissions to OHA.  Personally identifiable information is information which can be used to distinguish or trace an individual's identity and, for example, includes names, social security numbers (full or partial), dates of birth, personal financial account numbers, and home addresses of students or individuals. Sensitive PII (SPII) is PII that if released improperly could result in harm, embarrassment, inconvenience, or unfairness to the individual whose name or identity is linked to the information.  Parties are encouraged, when practicable, to use the labeling system consistent with Department's designations and shall refrain from submitting documents that include student names with social security numbers unless all but the last four digits of the student social security number are redacted.

<u>Submission of future exhibits:</u> All future exhibits submitted by the United States Department of Education should be marked numerically and consecutively with the designation ED followed by number for the exhibit.  Exhibits of the Respondent should be marked numerically and consecutively with the designation R followed by the number for the exhibit.  All pages of each exhibit should be consecutively numbered and individually identified with the proper designation, consecutive number, and page "a" of "b", where "a" is the individual page number and "b" is the total number of pages in the exhibit. Joint exhibits, if any, should be marked numerically and consecutively with the exhibit designation J, consecutive number, and page number of total pages.  All pages of each joint exhibit should be consecutively numbered and individually identified with the proper designation, consecutive number, and page "a" of "b", where "a" is the individual page number and "b" is the total number of pages in the exhibit. Submitted exhibits should be accompanied by an exhibit list that contains each exhibit number and the name of or a brief description of the exhibit.  The rules governing the submission of evidence under the terms of 34 C.F.R. § 668.116(e) and (f) were significantly modified by the Secretary's decision *In re Baytown Technical School, Inc.*, Docket No. 91-40-SP, U.S. Department of Education (April 12, 1994).  However, the parties are given notice they are bound by the general requirements that extrinsic evidence of authenticity or identification, as a condition precedent to admissibility, come into operation when submitting evidence that is not either self-authenticating or otherwise relevant without extrinsic evidence.  (See, e.g., FED.R.EVID. 104(a), 104(b) and 901.  The admissibility of evidence shall be determined by the undersigned, and compliance with this order does not assure admission of an item into evidence.

<u>Rules for citation:</u> Consistent with the rules for citation contained in THE BLUEBOOK: A UNIFORM SYSTEM OF CITATION, cite all federal regulations to the Code of Federal Regulations (C.F.R.) by title, section, and year.  Cite to the most recent edition of the C.F.R. only when appropriate.  Decisions issued by OHA and the Secretary are available from links on the OHA webpage (https://oha.ed.gov).

2

EDU000046

**II.  Specific Instructions Governing Proceeding:**

George Abbott, an attorney in the OHA, has been assigned to assist the Hearing Official in this matter.  He may be contacted at george.abbott@ed.gov.  OHA's phone number is 202-245-8300.

1.  OHA has created an electronic file for this appeal.  Documents submitted in the appeal, except the appendices addressed in paragraph 3 below, have been uploaded to OES.  Respondent's request for review, to which is attached a copy of the FPRD and Program Review Report, has been uploaded to OES.

2.  **On or before December 12, 2022,** the parties shall review the record in OES to ensure all documents submitted with Respondent's request for review are included in the OES record and FSA shall file with OHA any documents that Respondent submitted to AAASG with its request for review on October 26, 2022, that are not contained in the OES record.

3.  **On or before December 12, 2022**, the parties shall confer with each other and file a motion, jointly or separately, to address whether Appendices D1-D4, E1-E2, and F1-F4 to the FPRD, which were filed with the request for review, should be rejected  due to the PII contained therein, with opportunity allowed either party to (re)file redacted copies of the appendices or, if not, how otherwise Appendices D1-D4, E1-E2, and F1-F4 should be managed in the administrative record to minimize risks associated with uploading and maintaining the appendices as submitted with PII in OES.  The appendices have not been uploaded to OES, pending a ruling on how they should be managed in the administrative record once the parties have had an opportunity to address the matter.

4.  Representatives for each of the parties, or the party if unrepresented, shall submit Notice of Appearance **on or before December 12, 2022.**

    a. Notices of Appearances **shall** include the name, a mailing address, email, and telephone number of the party or representative **and shall** specifically indicate if the party/representative agrees to voluntarily use OES for filing.[1] A party or representative voluntarily agreeing to use OES must register as an e-filer and request association to this specific electronic file.
    b. **If all** parties/representatives of record **agree to voluntarily use OES for filing**, service requirements for opposing parties under the regulations will be satisfied by the OES generated notifications, consistent with the regulations, or as the parties otherwise agree.  Service upon the OHA shall be satisfied by use of OES.
    c. **If less than all** parties/representatives of record **agree to voluntarily use OES for filing**, service upon the OHA shall be satisfied by electronic filing only for the party/representative voluntarily agreeing to use OES and service upon the opposing party

---

[1] A party's or representative's consent to use OES for filing is an agreement by the party or representative to accept service of OHA orders and decisions by OES automatically generated email notice.

3

EDU000047

shall be consistent with regulatory requirements or as the parties otherwise agree.

d. Service of submissions **upon the OHA for any party/representative not agreeing to voluntarily use OES for filing shall** be consistent with the regulatory requirements and all submissions:

    i. shall be submitted on 8 ½ x 11 paper in booklet format, tabbed, and bound firmly/permanently along the left margin if the submission is two or more pages. The binding should obscure no part of the text of the submission,

    ii. shall not use loose-leaf binders, binder clips, rubber bands, and other similar removable bindings to bind the original or copied submission,

    iii. **shall include two original bound submissions**,

    iv. **shall include one unbound copy** and tabs/separators on the unbound copy to facilitate scanning shall not extend beyond the standard page size, and

    v. shall include, by email to the assigned OHA attorney, individual PDF files of each paper submission.

e. Service upon the OHA for any party/representative **not** agreeing to voluntarily use OES for filing by U.S. Mail/other delivery service, shall be addressed to:

    Elizabeth Figueroa
    Chief Administrative Law Judge
    Office of Hearings and Appeals
    U.S. Department of Education
    400 Maryland Avenue, SW
    Washington, DC 20202-4616

5. If a party uses traditional paper documents for submission to OHA, service upon the opposing party shall be consistent with the applicable regulations and by means other than OES as properly indicated in the accompanying certificate of service.

6. All parties to proceedings under the jurisdiction of the Office of Hearings and Appeals and the Office of Administrative Law Judges are encouraged to consent to the use of OES for filing and service consistent with the instructions included under the above general instructions.

7. **On or before January 23, 2023**, Respondent shall file a short brief supplementing the initial appeal request and basis for its argument. Evidence/exhibits in support of the brief shall be submitted consistent with this Order Governing Proceeding, and if not volunteering to use OES, shall be served upon the OHA consistent with the directives herein. The brief shall not be bound to the supporting evidence/exhibits.  In the absence of such filing, the Respondent's initial request for appeal shall be deemed Respondent's initial brief.

8. **On or before March 6, 2023,** the Department shall file a short responsive brief setting forth the basis of its position.  Evidence/exhibits in support of the brief shall be submitted consistent with this Order Governing Proceeding, and if not volunteering to use OES, shall be served upon the OHA consistent with the directives herein.  The brief shall not

EDU000048

be bound to the supporting evidence/exhibits.

9. **On or before March 20, 2023,** Respondent may file a short reply brief and which, if not volunteering to use OES, shall be served upon the OHA consistent with the directives herein.

10. Any requests for changes or extensions to the scheduling of submissions as indicated in this Order shall be consistent with 20 U.S.C. §1094(b)(2); 34 C.F.R. §668.114(c), and proposed extensions shall not extend beyond 120 days from the date of this Order. Any motions for extension of this scheduling order must provide specific dates for submissions of the brief, responsive brief, and reply brief.  Parties/representatives filing such motion shall not assume the motion will be granted if filed on the dates herein and may require a telephonic prehearing conference prior to granting.

11. If not previously submitted to the record or otherwise included in submissions by the Respondent or the Department, the parties shall ensure a complete copy of the FPRD, with appendices, properly redacted per this order, shall be filed with OHA.

12. To the extent practicable, documents submitted via OES should be accessible consistent with the requirements of Section 508 of the Rehabilitation Act and American with Disabilities Act.

The parties are encouraged to fully explore potential settlement while complying with this Order.  In its Request for Review, Respondent, through counsel, stated that the parties are engaged in settlement discussions but that its Request for Review was filed in order to preserve its right to review.  If the parties require time to explore potential settlement and therefore need to extend the deadlines for submitting their briefs, they may file a joint or consent motion for extension.

Failure to comply with the procedures and instructions set forth herein, without demonstration of exceptional circumstances, shall result in rejection of the submission.

Dated:  November 21, 2022


_Elizabeth Figueroa_
Elizabeth Figueroa
Chief Administrative Law Judge

5

EDU000049

<u>SERVICE</u>

A copy of this Order was sent to:

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
By automatic email notice generated by OES to: Donna.Mangold@ed.gov

Jim Newbery, Esq.
Kalynn Wells, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222
By email with delivery and read confirmation requested to:  jimnewberry@steptoe-johnson.com;
kalynn.wells@steptoe-johnson.com

Courtesy Copy to:

Tara Sikora
Assistant Director
Administrative Actions and Appeals Service Group
Federal Student Aid/Enforcement
830 First Street, N.E.
Washington, D.C. 20002-8019
By email with delivery and read confirmation requested to: Tara.Sikora@ed.gov

EDU000050