

**GOVERNMENT
EXHIBIT**

**H**

# UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

| | |
|---|---|
| In the Matter of | **Docket No.: 22-58-SP** |
| **Ashland University** | Federal Student Aid Proceeding |
| | OPE-ID: 00301200<br>PRCN:  2021-4-05-30426 |
| Respondent | |

### Amended Service List for Order Governing Proceeding

This amended service list for Order Governing Proceeding is issued to reflect accurately those who were sent a copy of the Order Governing Proceeding issued on November 21, 2022, and the method by which the Order was sent.  A copy of the Order Governing Proceeding was sent on November 21, 2022,  and this Amended Service List for Order Governing Proceeding was sent on November 22, 2022 to:

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
By automatic email notice generated by OES to: Donna.Mangold@ed.gov

Jim Newbery, Esq.
Kalynn Walls, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222
By email with delivery and read confirmation requested to:  jim.newberry@steptoe-johnson.com; kalynn.walls@steptoe-johnson.com

EDU000051

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330
By email with delivery and read confirmation requested to:  susan.deniker@steptoe-johnson.com


Courtesy Copy to:

Tara Sikora
Assistant Director
Administrative Actions and Appeals Service Group
Federal Student Aid/Enforcement
830 First Street, N.E.
Washington, D.C. 20002-8019
By email with delivery and read confirmation requested to: Tara.Sikora@ed.gov

EDU000052