

**GOVERNMENT EXHIBIT**

**I**

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

## NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel of record for the United States

Department of Education, Office of Federal Student Aid (FSA) in the above-styled proceeding:

> Raziya Brumfield
> Office of General Counsel
> U.S. Department of Education
> 400 Maryland Avenue, S.W., Room 6E214
> Washington, D.C. 20202
> Phone: (202) 453-6531
> Raziya.Brumfield@ed.gov

FSA consents to the use of the Office of Hearings & Appeals Electronic Filing System

(OES) for filing and service.

Respectfully submitted,

*Raziya Brumfield*

Raziya Brumfield
OFFICE OF THE GENERAL COUNSEL
U.S. Department of Education
*Counsel for United States Department of Education*
*Federal Student Aid*

Dated: December 1, 2022

EDU000053

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of December 2022, a true and correct copy of the foregoing Notice of Appearance of Counsel was filed through OHA's electronic filing system and served by electronic mail on:

Jim Newbery, Esq.
Kalynn Wells, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
jimnewberry@steptoe-johnson.com;
kalynn.wells@steptoe-johnson.com

*Razlya Brumfield*

_____
Raziya Brumfield

2

EDU000054