GOVERNMENT
EXHIBIT

J

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**NOTICE OF APPEARANCE OF COUNSEL**

Please enter the appearance of the undersigned as counsel of record for Respondent, Ashland University ("Ashland"), in the above-styled proceeding:

> Jim Newberry
> Steptoe & Johnson PLLC
> 700 N. Hurstbourne Parkway, Suite 115
> Louisville, KY 40222
> Phone: (502) 423-2000
> E-Mail: jim.newberry@steptoe-johnson.com

The undersigned counsel and Ashland hereby consent to the use of the Office of Hearings & Appeals Electronic Filing System (OES) for filing and service.

Respectfully submitted,

Jim Newberry
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: December 8, 2022

1

EDU000055

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2022, a true and correct copy of the foregoing Notice of Appearance of Counsel was filed through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

_____

Jim Newberry
*Counsel for Respondent Ashland*

EDU000056