

GOVERNMENT
EXHIBIT

**K**

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| Ashland University, | ) | Federal Student Aid |
| | ) | Proceeding |
| Respondent. | ) | |
| | ) | PRCN: 2021-4-05-30426 |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel of record for Respondent, Ashland University ("Ashland"), in the above-styled proceeding:

Susan L. Deniker
Steptoe & Johnson PLLC
400 White Oaks Boulevard
Bridgeport, WV 26330
Phone: (304) 933-8154
E-Mail: susan.deniker@steptoe-johnson.com

The undersigned counsel and Ashland hereby consent to the use of the Office of Hearings & Appeals Electronic Filing System (OES) for filing and service.

Respectfully submitted,

*Susan L. Deniker*

Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland University*

Dated: December 8, 2022

EDU000057

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2022, a true and correct copy of the foregoing Notice of Appearance of Counsel was filed through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on:

Raziya Brumfield, Esquire
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esquire
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

Susan L. Deniker
*Counsel for Respondent Ashland University*

2

EDU000058