**GOVERNMENT EXHIBIT**

**L**

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

### NOTICE OF APPEARANCE OF COUNSEL

Please enter the appearance of the undersigned as counsel of record for Respondent, Ashland University ("Ashland"), in the above-styled proceeding:

Kalynn G. Walls
Steptoe & Johnson PLLC
700 N. Hurstbourne Parkway, Suite 115
Louisville, KY 40222
Phone: (502) 423-2000
E-Mail: kalynn.walls@steptoe-johnson.com

The undersigned counsel and Ashland, hereby consent to the use of the Office of Hearings & Appeals Electronic Filing System (OES) for filing and service.

Respectfully submitted,

Kalynn G. Walls
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: December 8, 2022

1

EDU000059

## CERTIFICATE OF SERVICE

I hereby certify that on this 8th day of December 2022, a true and correct copy of the foregoing Notice of Appearance of Counsel was filed through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

Kalynn G. Walls
*Counsel for Respondent Ashland*

2

EDU000060