GOVERNMENT
EXHIBIT

M

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**JOINT MOTION REGARDING
SUBMISSION OF REDACTED APPENDICES**

In the Order Governing Proceeding dated November 21, 2022, the presiding Hearing Official set a deadline for the parties to confer and file a submission on December 12, 2022, regarding the Appendices attached to Respondent's request for review. The parties have conferred and respectfully request that the Appendices D1-D4, E1-E2, and F1-F4 be rejected, with an opportunity for Respondent to refile redacted copies of the Appendices on or before December 21, 2022, through the Office of Hearings & Appeals Electronic Filing System (OES). Additionally, pursuant to numbered paragraph 11 of the November 21, 2022 Order and upon request of counsel for Federal Student Aid, the parties have agreed that upon leave from the Hearing Official, Respondent shall file redacted copies of Appendices G1-G2, and H1-H3 on or before December 21, 2022, through the Office of Hearings & Appeals Electronic Filing System.

Accordingly, the parties jointly move and respectfully request that the Hearing Official issue a ruling rejecting the Appendices filed by Respondent with the Respondent's request for review and allowing Respondent to refile redacted copies of Appendices D1-D4, E1-E2, and F1-

1

EDU000061

F4 and to file redacted copies of Appendices G1-G2, and H1-H3, on or before December 21, 2022,

through the Office of Hearings & Appeals Electronic Filing System.

Respectfully submitted,

*Razlya Brumfield*
_____
Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

*Kalynn G. Walls*
_____
Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: December 12, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of December 2022, a true and correct copy of the foregoing Joint Motion Regarding Submission of Redacted Appendices was filed by the undersigned, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

*Kalynn G. Walls*
_____
Kalynn G. Walls
*Counsel for Respondent Ashland*

2

EDU000062