

**GOVERNMENT EXHIBIT**

**N**

# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

---

In the Matter of

**Ashland University**



Respondent

**Docket No.: 22-58-SP**

Federal Student Aid Proceeding

OPE-ID: 00301200
PRCN: 2021-4-05-30426

---

## ORDER

This Order **GRANTS** the parties' Joint Motion Regarding Submission of Redacted Appendices, which motion was filed on December 12, 2022.

By their joint motion and in response to provisions in the Order Governing Proceeding dated November 21, 2022, the parties request that Appendices D1-D4, E1-E2, and F1-F4 be rejected, and that Respondent be allowed to file redacted copies of the Appendices on or by December 21, 2022. Additionally, the parties request that Respondent be allowed to file redacted copies of Appendices G1-G2 and H1-H3, on or by December 21, 2022.

Upon consideration of the joint motion, the representations therein, and the record herein, the motion is **GRANTED**. The Appendices filed by Respondent with its hearing request are **REJECTED**. Respondent **SHALL RE-FILE** redacted copies of Appendices D1-D4, E1-E2, and F1-F4, on or by December 21, 2022, and also **SHALL FILE** redacted copies of Appendices G1-G2 and H1-H3, on or by December 21, 2022, through the Office of Hearings and Appeals electronic filing system, OES.

All provisions of the Order Governing Proceeding dated November 21, 2022, remain in effect unless modified by this or other Order.

**SO ORDERED**, this 13th day of December 2022.

Elizabeth Figueroa
Chief Administrative Law Judge

EDU000063

<u>SERVICE</u>

A copy of this Order was sent to:

Raziya Brumfield, Esq.
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
By automatic email notice generated by OES to: raziya.brumfield@ed.gov

Jim Newbery, Esq.
Kalynn Wells, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222
By automatic email notice generated by OES to:  jim.newberry@steptoe-johnson.com; kalynn.wells@steptoe-johnson.com

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330
By automatic email notice generated by OES to:  susan.deniker@steptoe-johnson.com

EDU000064