GOVERNMENT
EXHIBIT

O

# UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

## AMENDED JOINT MOTION REGARDING SUBMISSION OF REDACTED APPENDICES

In the Order Governing Proceeding dated November 21, 2022, the presiding Hearing Official set a deadline for the parties to confer and file a submission on December 12, 2022, regarding the Appendices attached to Respondent's request for review.  The parties conferred, and by Joint Motion filed on December 12, 2022, the parties requested that the Appendices D1-D4, E1-E2, and F1-F4 be rejected, with an opportunity for Respondent to refile redacted copies of the Appendices on or before December 21, 2022, through the Office of Hearings & Appeals Electronic Filing System (OES). Additionally, pursuant to numbered paragraph 11 of the November 21, 2022 Order and upon request of counsel for Federal Student Aid, the parties advised the Hearing Official that the parties agreed that upon leave from the Hearing Official, Respondent would file redacted copies of Appendices G1-G2, and H1-H3 on or before December 21, 2022, through the Office of Hearings & Appeals Electronic Filing System.

Accordingly, on December 12, 2022, the parties jointly moved that the Hearing Official issue a ruling rejecting the Appendices filed by Respondent with the Respondent's request for review and allowing Respondent to refile redacted copies of Appendices D1-D4, E1-E2, and F1-

EDU000065

F4 and to file redacted copies of Appendices G1-G2, and H1-H3, on or before December 21, 2022, through the Office of Hearings & Appeals Electronic Filing System.

However, on the evening of December 15, 2022, the undersigned counsel for Ashland learned that the undersigned's co-counsel, Kalynn Walls, has been directed by her physician to refrain from working due to injuries sustained in an automobile accident on December 12, 2022. Although Ms. Walls has previously been working a reduced schedule since the accident, she is not available to participate in the preparation and filing of the appendices referenced above prior to or on December 21, 2022.

Ms. Walls has had primary responsibility for the preparation and filing of the appendices in the past, and her absence between now and December 21, 2022 will preclude Ashland's ability to revise and file the appendices as previously anticipated.  Ashland's counsel conferred with counsel for the Department of Education about these circumstances, and counsel have agreed that January 13, 2023 would be an acceptable time for the appendices to be revised and filed.

Therefore, the parties request that the deadline for revising and filing the appendices listed above be set as January 13, 2023 rather than December 21, 2022 as previously requested.

Respectfully submitted,

*Razlya Brumfield*

**Jim Newberry**

_____

_____

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: December 16, 2022

EDU000066

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of December 2022, a true and correct copy of the foregoing Amended Joint Motion Regarding Submission of Redacted Appendices was filed by the undersigned, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

_Jim Newberry_____
Jim Newberry
*Counsel for Respondent Ashland*

EDU000067