

GOVERNMENT
EXHIBIT

P



## UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

In the Matter of

**Ashland University**

Respondent

**Docket No.: 22-58-SP**

Federal Student Aid Proceeding

OPE-ID: 00301200
PRCN: 2021-4-05-30426

## <u>ORDER</u>

This Order **GRANTS** the parties' Amended Joint Motion Regarding Submission of Redacted Appendices, which motion was filed on December 16, 2022.

By their amended joint motion, the parties request that the deadline of December 21, 2022, which was set by Order issued December 13, 2022, by which Respondent was ordered to file redacted copies of Appendices D1-D4, E1-E2, F1-F4, G1-G2, and H1-H3, be modified to January 13, 2013.  In support of their motion, the parties state that Respondent's attorney who is primarily responsible for preparing and filing the redacted documents will be unable to meet the December 21, 2022 deadline due to injuries sustained in a car accident.

Upon consideration of the amended joint motion, the representations therein, and the record herein, the motion is **GRANTED**.  Respondent **SHALL FILE** redacted copies of Appendices D1-D4, E1-E2, F1-F4, G1-G2, and H1-H3 **on or by January 13, 2023**, through the Office of Hearings and Appeals electronic filing system, OES.

All provisions of the Order Governing Proceeding dated November 21, 2022, remain in effect unless modified by this or other Order.

**SO ORDERED**, this 19th day of December 2022.

_Elizabeth Figueroa_
Elizabeth Figueroa
Chief Administrative Law Judge

EDU000068

SERVICE

A copy of this Order was sent to:

Raziya Brumfield, Esq.
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
By automatic email notice generated by OES to: raziya.brumfield@ed.gov

Jim Newbery, Esq.
Kalynn Walls, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222
By automatic email notice generated by OES to:  jim.newberry@steptoe-johnson.com;
kalynn.walls@steptoe-johnson.com

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330
By automatic email notice generated by OES to:  susan.deniker@steptoe-johnson.com

EDU000069