**GOVERNMENT EXHIBIT**

**Q**

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

### NOTICE OF FILING

Please take notice that on this 12th day of January 2023, pursuant to the Order dated December 19, 2022, Respondent Ashland University has filed contemporaneous with the filing of this Notice, the redacted Appendices D1-D4, E1-E2, and F1-F4 and the agreed upon additional Appendices G1-G2 and H1-H3, though the Office of Hearing & Appeals Electronic Filing System.

Respectfully submitted,

*Kalynn G. Walls*
_____
Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: January 12, 2023

1

EDU000070

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of January 2023, a true and correct copy of the foregoing Notice of Filing was filed through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on:

Raziya Brumfield, Esq.
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

*Kalynn G. Walls*
Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

2