**GOVERNMENT EXHIBIT**

**Z**

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

## ED EXHIBIT 1

**Declaration of Mark Kreutzer, Senior Institutional Review Specialist**

EDU001140

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

### DECLARATION OF MARK KREUTZER

I, Mark Kreutzer, hereby declare under the penalty of perjury as follows:

1.  I am over the age of 18 and competent to testify to matters herein.

2.  I am employed by the United States Department of Education ("Department") as a Senior Institutional Review Specialist in the Department's Chicago/Denver School Participation Division ("SPD").  I have been in my current role since November 15, 2015 and was initially hired at the Department on July 15, 2013.

3.  I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration.  The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

4.  As a Senior Institutional Review Specialist, my job responsibilities include conducting program reviews of participating institutions, drafting and reviewing "program review reports", summarizing the results of the program reviews, reviewing information provided by institutions in response to those reports, and drafting Final Program Review Determinations ("FPRD") setting forth the findings of the Department. As part of my employment, I am responsible for reviewing and understanding the statutory requirements that institutions must follow under Title

1

EDU001141

IV of the Higher Education Act of 1965 ("HEA"), as amended, 20 U.S.C. §§1070 *et seq.*, the regulations issued under that authority, and other Departmental policies and procedures.

5.   Ashland University ("Ashland") is a participant in the Department's Second Chance Pell ("SCP") – Pell for Incarcerated Students Experiment under the Department's Experimental Sites Initiative ("ESI" or "Experiment").  Ashland has participated in the SCP Experiment since 2016. ED Exhibit 14.

6.   The Department conducted a program review at Ashland from September 13, 2021 through September 24, 2021.  The focus of the review was to determine Ashland's compliance with specific regulations as they pertain to the institution's administration of the Federal Student Aid ("FSA") programs under Title IV of the HEA.  The review was focused on an examination of Ashland's compliance with Section 487A(b) of the HEA.  ED Exhibit 3.

7.   On September 16, 2022, the Department, through FSA's, Chicago/Denver SPD issued a FPRD, assessing liabilities against Ashland under Title IV of the HEA, and its implementing regulations.  The FPRD set forth 10 findings and established liabilities totaling $6,133,058.19. ED Exhibit 3.  Pursuant to 34 C.F.R. § 668.113 (2022), on October 26, 2022, Ashland timely appealed the FPRD with respect to Finding 1 in the amount of $6,131,790.46 and Finding 2 which did not entail any liabilities.

8.   Finding 1 determined that Ashland used the incorrect formula for calculating Pell awards for SCP students.  The Department determined that the academic programs for the SCP students at Ashland comprised two 12 week semesters within a 24 week academic calendar.  Accordingly, Ashland was only eligible to employ Pell Formula 2 rather than Pell Formula 1 when awarding

2

EDU001142

Pell grants to incarcerated students.[1]  As a result of utilizing the incorrect Pell formula, the Department found that incarcerated students were overawarded Pell funds, and Ashland was instructed to repay $6,131,790.46 in Pell liabilities to the Department.  There were no liabilities associated with Finding 2.  ED Exhibit 3.

9.  Institutions may calculate Pell awards using Formula 1 if the program's academic calendar is "at least 30 weeks of instructional time".  34 C.F.R. § 690.63(a)(1); 34 CFR 690.63(b).  Formula 1 is calculated by dividing the student's annual award by two "at institutions using semesters or trimesters or three at institutions using quarters." 34 CFR 690.63 (b)(1)-(3)(i).  Under Pell Formula 1, because the academic program is at least 30 weeks of instructional time, students receive 100% of their eligible Pell award.  For example, if a 2019-20 award year student is enrolled at the half-time status and eligible to receive an annual Pell Grant limit of $3,098, under Formula 1 the student will receive the entire award - half of the award each semester.  Thus, in semester one the student would receive $1,549 and in semester two the student would receive the remaining $1,549.

10. Institutions must calculate Pell awards using Formula 2 if the  program's academic calendar "is less than 30 weeks of instructional time".  34 CFR § 690.63(a)(2).  Formula 2 is calculated by multiplying the student's annual award by the following fraction as applicable:

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall and spring semesters or trimesters}}{\text{The number of weeks in the program's academic year}}$$

---

[1]     The FPRD also explained that Ashland could have also used Pell Formula 3.  *See* Exhibit 3, at 9.  A student's Federal Pell Grant is calculated using Formula 3 if the institution's program (i) measures progress in credit hours; and (ii) is offered in academic terms other than those described in Formula 1 and Formula 2.  34 C.F.R. § 690.63(a)(3).  Because Ashland uses standard terms, Formula 2 is more applicable.  *See* Exhibit 3, at 9; 12 fn3; *see also* PRR Response at 14 fn 61.

3

EDU001143

*See* 34 C.F.R § 690.63(c).  Under Formula 2, because the program is less than 30 weeks of instructional time, students receive a prorated portion of their total Pell eligibility.  For example, if a student is eligible for $3,098 and the institutions program is 24 weeks of instructional time "in the fall and spring semesters", as is Ashland's, the student's award is calculated by multiplying the students annual award ($3,098) by 24/30 or .8.[2]  Thus, instead of receiving the total $3,098, the student receives $2,478 per year or $1,239 per semester.

11. Students are only eligible to receive a limited amount of Pell funds over their lifetime.  A student's maximum duration of Pell eligibility is 6 Scheduled Awards, as measured by the percentage of "Lifetime Eligibility Used" (LEU).  *See* 401(c)(5) of the HEA; Consolidated Appropriations Act of 2012 (CAA).  One Scheduled Award equals 100% LEU, and a student is ineligible to receive further Pell funds if they have reached or exceeded the 600% limit.  FSA Handbook 3-87 (2019).  In Ashland's case, because the institution has incorrectly used Formula 1, and the institution's SCP academic calendar is less than 30 weeks of instruction, SCP students have erroneously obtained 100% LEU.  Under Ashland's misapplication of the Department's regulations, after 6 years SCP students will erroneously reach the 600% LEU limit and no longer be eligible to receive Pell awards.  However, when SCP student awards are calculated accurately students will only receive .8 or 80% of their Pell LEU.  After 6 years SCP students LEU is correctly 480%, and students are therefore eligible for 120% of remaining funding.

---

[2]    The applicable fraction in Ashland's case is 24/30 because it represents the actual number of weeks of instructional time within Ashland's fall and spring semesters (24) / the minimum required number of weeks in the institution's academic calendar pursuant to 34 CFR 668.3(a)(1)(i).  It is worth noting that alternatively because Ashland academic calendar for traditional students is 32 weeks (two 16-week semesters), the Department's regulations also permit a 24/32 week proration for SCP students. However, for determining liabilities, the Department utilized the minimum 30 week, which lowered the institution's total liabilities.

4

EDU001144

12. The Department's program review consisted of an examination of institutional records from the 2019-2020 and 2020-2021 award years.  In conducting the review, my colleague Leslie Orofino and I examined Ashland's Academic Calendars for the 2019-2020 and 2020-2021 school years.  ED Exhibit 4.  We also reviewed Ashland's Correctional Education Instructor Best Practices Checklists and Course Syllabi of courses provided within Ashland's SCP program.  ED Exhibits 5 and 6.  All such documents provided a detailed description of the manner in which Ashland's SCP students' award year constituted two 12 week semesters within a 24 week academic year.

13. During the program review, my colleague Leslie Orofino and I also interviewed several Ashland employees regarding the institution's SCP program; such employees further confirmed that the institution's SCP was comprised of two 12 week semester within a 24 week academic calendar.

14. On September 13, 2021, Ms. Orofino and I conducted a group interview of Kelly Liocano, Stephen Howell, Alex Jordan, and Nicole Stockland, who are all Financial Aid Employees at Ashland.  During the interview, Ashland staff explained that incarcerated SCP students are enrolled in 12 week semesters, and the academic calendar definition for SCP students is 24 weeks total.

15.  On September 13, 2021, Ms. Orofino and I also interviewed Cathy Britton, Ashland's Director of Student Records and Advising Correctional Education.  Ms. Britton stated that she began her position in 2018.  Her job duties include managing the application process and enrollment of incarcerated students.  Ms. Britton stated that for incarcerated students the program is defined as 24 credit hours, and all incarcerated students take 12 week modules within each semester.

EDU001145

16. On September 14, 2021, Ms. Orofino and I interviewed Denise Justice, Ashland's Executive Director Correctional Education Operations.  Ms. Justice stated that she has served in her role for 3.5 years, with 41 years in correctional education overall.  Ms. Justice stated that her job is to be the liaison between the higher education world and prison world.  She stated that she "makes the education work inside the prisons" and reports to Todd Marshall, Ashland's Vice President of Operations.  When asked about Ashland's program length for SCP students, Ms. Justice stated that because the courses are distance education in correctional terms the terms are 12 weeks per semester.  Ms. Justice stated that 12 week courses work better in prison, which is why they are shorter than the 16 week courses taken by non-SCP students.

17. On September 17, 2021, Ms. Orofino and I interviewed Kelly Howery, Ashland's Site Director, Chillicothe Correctional Center, MO.  Ms. Howery's job duties include, ensuring that the entire population of incarcerated individuals at her correctional center are aware of the opportunity to attend Ashland.  She walks students through the application process and works with students to obtain applicable documents to participate in the SCP program.  Once students are enrolled, Ms. Howery monitors student grades and timely submittal of class assignments.

18. On September 20, 2021, Ms. Orofino and I interviewed Duncan R. Jamieson, PH.D.  Mr. Jamieson stated that he teaches within Ashland's SCP online program.  Mr. Jamieson stated that SCP students submit their assignments over 12 week modules.  He stated that most students do not engage with him in regular or long conversations but that students have the capability to message him with comments.  He stated that students interact by submitting assignments.  Mr. Jamieson further stated that he does not take attendance, and if students are turning in assignments "then it is obvious they are attending."  He stated that prison education courses are

6

EDU001146

not exactly the same as courses taken by non-incarcerated students and different books are used in prison as opposed to on campus.

19. On September 20, 2021, Ms. Orofino and I also interviewed Adam Rafalovich who is an Adjunct Professor of Sociology at Ashland.  Mr. Rafalovich stated that he only teaches online in Ashland's' program for incarcerated students.  Mr. Rafalovich explained that the program for incarcerated students is taught in 12 week modules with weekly assignments due every week.

20. Following the interviews with Ashland employees, on September 21, 2021, I sent a follow-up email to Ms. Liocano in which I asked her to explain why Ashland's correctional education curricula was designed to encompass 12 week semesters within the academic calendar, and if incarcerated SCP students were permitted/eligible to take 16 week courses.  ED Exhibit 7. The next day, Ms. Liocano emailed my questions to Cathy Britton who explained that "[t]he creation of 12 week courses was done prior to me joining the University, therefore, I cannot speak to the reasoning behind utilizing a 12 week online term."  She further explained that "Correctional Education students may not take a 16 week course."  ED Exhibit 8.[3]

21. After reviewing the documentation pertaining to Ashland discussed herein, it was my recommendation that the liabilities for Finding 1 should remain at $6,133,059.19 in incorrect Pell awards for SCP students.

22. The copies of the ED Exhibits referenced in this Declaration which are attached to the Department's Brief are true and correct copies of documents obtained by the Department during Ashland's program review.

---

[3]    Ms. Liocano did not respond directly to my email and instead uploaded the response into the Department's Common Origination and Disbursement ("COD") website where she uploaded additional background information that is not at issue in this proceeding.

EDU001147

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 28, 2023.

MARK
KREUTZER

Digitally signed by MARK
KREUTZER
Date: 2023.02.28 10:44:57
-06'00'

_____

Mark Kreutzer

8

EDU001148

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 2**

**Declaration of Leslie Orofino, Institutional Review Specialist**

EDU001149

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**DECLARATION OF LESLIE OROFINO**

I, Leslie Orofino, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to matters herein.

2. I am employed by the United States Department of Education ("Department") as an Institutional Review Specialist in the Department's Chicago/Denver School Participation Division ("SPD").  I have been in my current role since October 28, 2019.

3. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration. The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

4. As an Institutional Review Specialist, my job responsibilities include conducting program reviews of participating institutions, drafting and reviewing "program review reports", summarizing the results of the program reviews, reviewing information provided by institutions in response to those reports, and drafting Final Program Review Determinations ("FPRD") setting forth the findings of the Department. As part of my employment, I am responsible for reviewing and understanding the statutory requirements that institutions must follow under Title IV of the Higher Education Act of 1965 ("HEA"), as amended, 20 U.S.C. §§1070 *et seq.*, the regulations issued under that authority, and other Departmental policies and procedures.

1

EDU001150

5.   Ashland University ("Ashland") is a participant in the Department's Second Chance Pell ("SCP") – Pell for Incarcerated Students Experiment under the Department's Experimental Sites Initiative ("ESI" or "Experiment").  Ashland has participated in the SCP Experiment since 2016. ED Exhibit 14.

6.   The Department conducted a program review of Ashland from September 13, 2021 through September 24, 2021.  The focus of the review was to determine Ashland's compliance with specific regulations as they pertain to the institution's administration of the Federal Student Aid ("FSA") programs under Title IV of the HEA.  The review was focused on an examination of Ashland's compliance with Section 487A(b) of the HEA.

7.   On September 16, 2022, the Department, through FSA's, Chicago/Denver SPD issued a FPRD, assessing liabilities against Ashland under Title IV of the HEA, and its implementing regulations.  The FPRD set forth 10 findings and established liabilities totaling $6,133,058.19. ED Exhibit 3.  Pursuant to 34 C.F.R. § 668.113 (2022), on October 26, 2022, Ashland timely appealed the FPRD with respect to Findings 1 in the amount of $6,131,790.46 and Finding 2 which did not entail any liabilities.

8.   Finding 1 determined that Ashland used the incorrect formula for calculating Pell awards for SCP students.  The Department determined that the academic programs for the SCP students at Ashland comprised two 12 week semesters within a 24 week academic calendar. Accordingly, Ashland was only eligible to employ Pell Formula 2 rather than Pell Formula 1 when awarding Pell grants to incarcerated students.[1] As a result of utilizing the incorrect Pell formula, the

---

[1]     The FPRD also explained that Ashland could have also used Pell Formula 3. *See* Exhibit 3, at 9.  A student's Federal Pell Grant is calculated using Formula 3 if the institution's program (i) measures progress in credit hours; and (ii) is offered in academic terms other than those described in Formula 1 and Formula 2. 34 CFR 690.63(a)(3). Because Ashland uses standard

EDU001151

Department found that incarcerated students were overawarded Pell funds, and Ashland was instructed to repay $6,131,790.46 in Pell liabilities to the Department.  There were no liabilities associated with Finding 2.

9.   Institutions may calculate Pell awards using Formula 1 if the program's academic calendar is "at least 30 weeks of instructional time".  34 CFR §690.63(a)(1); 34 CFR 690.63(b). Formula 1 is calculated by dividing the student's annual award by two "at institutions using semesters or trimesters or three at institutions using quarters." 34 CFR 690.63 (b)(1)-(3)(i). Under Pell Formula 1, because the academic program is at least 30 weeks of instructional time, students receive 100% of their eligible Pell award.  For example, if a 2019-20 award year student is enrolled at the half-time status and eligible to receive an annual Pell Grant limit of $3,098, under Formula 1 the student will receive the entire award - half of the award each semester. Thus, in semester one the student would receive $1,549 and in semester two the student would receive the remaining $1,549.

10. Institutions must calculate Pell awards using Formula 2 if the program's academic calendar "is less than 30 weeks of instructional time".  34 CFR § 690.63(a)(2).  Formula 2 is calculated by multiplying the student's annual award by the following fraction as applicable:

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall and spring semesters or trimesters}}{\text{The number of weeks in the program's academic year}}$$

*See* 34  C.F.R § 690.63(c).  Under Formula 2, because the program is less than 30 weeks of instructional time, students receive a prorated portion of their total Pell eligibility.  For example, if a student is eligible for $3,098 and the institutions program is 24 weeks of instructional time

---

terms, Formula 2 is more applicable.  *See* Exhibit 3, at 9; 12 fn3; *see also* PRR Response at 14 fn 61.

EDU001152

"in the fall and spring semesters", as is Ashland's, the student's award is calculated by multiplying the students annual award ($3,098) by 24/30 or .8.[2] Thus, instead of receiving the total $3,098, the student receives $2,478 per year or $1,239 per semester.

11. Students are only eligible to receive a limited amount of Pell funds over their lifetime.  A student's maximum duration of Pell eligibility is 6 Scheduled Awards, as measured by the percentage of "Lifetime Eligibility Used" (LEU).  *See* 401(c)(5) of the HEA; Consolidated Appropriations Act of 2012 (CAA).  One Scheduled Award equals 100% LEU, and a student is ineligible to receive further Pell funds if they have reached or exceeded the 600% limit. FSA Handbook 3-87 (2019).  In Ashland's case, because the institution has incorrectly used Formula 1, and the institution's SCP academic calendar is less than 30 weeks of instruction, SCP students have erroneously obtained 100% LEU.  Under Ashland's misapplication of the Department's regulations, after 6 years SCP students will erroneously reach the 600% LEU limit and no longer be eligible to receive Pell awards.  However, when SCP student awards are calculated accurately students will only receive .8 or 80% of their Pell LEU.  After 6 years SCP students LEU is correctly 480%, and students are therefore eligible for 120% of remaining funding.

12. The Department's program review consisted of an examination of institutional records from the 2019-2020 and 2020-2021 award years.  In conducting the review, my colleague Mark Kreutzer and I examined Ashland's Academic Calendars for the 2019-2020 and 2020-2021 school years.  ED Exhibit 4.  We also reviewed Ashland's Correctional Education Instructor Best

---

[2]      The applicable fraction in Ashland's case is 24/30 because it represents the actual number of weeks of instructional time within Ashland's fall and spring semesters (24) / the minimum required number of weeks in the institution's academic calendar pursuant to 34 C.F.R. § 668.3(a)(1)(i).  It is worth noting that alternatively because Ashland academic calendar for traditional students is 32 weeks (two 16-week semesters), the Department's regulations also permit a 24/32 week proration for SCP students.  However, for determining liabilities, the Department utilized the minimum 30 week, which lowered the institution's total liabilities.

4

EDU001153

Practices Checklists and Course Syllabi of courses provided within Ashland's SCP program.  ED Exhibits 5 and 6.  All such documents provided a detailed description of the manner in which Ashland's SCP students' award year constituted two 12 week semesters within a 24 week academic calendar.

13. During the program review, my colleague Mark Kreutzer and I also interviewed several Ashland employees regarding the institution's SCP program; such employees further confirmed that the institution's SCP was comprised of two 12 week semester within a 24 week academic calendar.

14. On September 13, 2021, Mr. Kreutzer and I conducted a group interview of Kelly Liocano, Stephen Howell, Alex Jordan, and Nicole Stockland, who are all Financial Aid Employees at Ashland.  During the interview, Ashland staff explained that incarcerated SCP students are enrolled in 12 week semesters, and the academic calendar definition for SCP students is 24 weeks total.

15.  On September 13, 2021, Mr. Kreutzer and I also interviewed Cathy Britton, Ashland's Director of Student Records and Advising Correctional Education.  Ms. Britton stated that she began her position in 2018.  Her job duties include managing the application process and enrollment of incarcerated students.  Ms. Britton stated that for incarcerated students the program is defined as 24 credit hours, and all incarcerated students take 12 week modules within each semester.

16. On September 14, 2021, Mr. Kreutzer and I interviewed Denise Justice, Ashland's Executive Director Correctional Education Operations.  Ms. Justice stated that she had served in her role for 3.5 years, with 41 years in correctional education overall.  Ms. Justice stated that her job is to be the liaison between the higher education world and prison world.  She stated that she

5

EDU001154

"makes the education work inside the prisons" and reports to Todd Marshall, Ashland's Vice President of Operations. When asked about Ashland's program length for SCP students, Ms. Justice stated that because the courses are distance education in correctional terms the terms are 12 weeks per semester. Ms. Justice stated that 12 week courses work better in prison, which is why they are shorter than the 16 week courses taken by non-SCP students.

17. On September 17, 2021, Mr. Kreutzer and I interviewed Kelly Howery, Ashland's Site Director, Chillicothe Correctional Center, MO. Ms. Howery's job duties include, ensuring that the entire population of incarcerated individuals at her correctional center are aware of the opportunity to attend Ashland. She walks students through the application process and works with students to obtain applicable documents to participate in the SCP program. Once students are enrolled, Ms. Howery monitors student grades and timely submittal of class assignments.

18. On September 20, 2021, Mr. Kreutzer and I interviewed Duncan R. Jamieson, PH.D. Mr. Jamieson stated that he teaches within Ashland's SCP online program. Mr. Jamieson stated that SCP students submit their assignments over 12 week modules. He stated that most students do not engage with him in regular or long conversations but that students have the capability to message him with comments. He stated that students interact by submitting assignments. Mr. Jamieson further stated that he does not take attendance, and if students are turning in assignments "then it is obvious they are attending." He stated that prison education courses are not exactly the same as courses taken by non-incarcerated students and different books are used in prison as opposed to on campus.

19. On September 20, 2021, Mr. Kreutzer and I also interviewed Adam Rafalovich who is an Adjunct Professor of Sociology at Ashland. Mr. Rafalovich stated he only teaches online in

EDU001155

Ashland's' program for incarcerated students.  Mr. Rafalovich explained that the program for incarcerated students is taught in 12 week modules with weekly assignments due every week.

20. Following the interviews with Ashland employees, on September 21, 2021, my colleague Mr. Kreutzer sent a follow-up email to Ms. Liocano in which he asked her to explain why Ashland's correctional education curricula was designed to encompass 12 week semesters within the academic calendar, and if incarcerated SCP students were permitted/eligible to take a 16 week course.  ED Exhibit 7.  Cathy Britton responded on Ms. Liocano's behalf, explaining that "[t]he creation of 12 week courses was done prior to me joining the University, therefore, I cannot speak to the reasoning behind utilizing a 12 week online term."  She further explained that "Correctional Education students may not take a 16 week course."  ED Exhibit 8.[3]

21. After reviewing the documentation pertaining to Ashland discussed herein, it was my recommendation that the liabilities for Finding 1 should remain at $6,133,059.19 in incorrect Pell awards for SCP students.

22. The copies of the ED Exhibits referenced in this Declaration which are attached to the Department's Brief are true and correct copies of documents obtained by the Department during Ashland's program review.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 1, 2023.

LESLIE OROFINO
Digitally signed by LESLIE OROFINO
Date: 2023.03.01 11:47:27 -06'00'

Leslie Orofino

---

[3]     Ms. Liocano did not respond directly to Mr. Kreutzer's email and instead uploaded the response into the Department's Common Origination and Disbursement ("COD") website where she uploaded additional background information that is not at issue in this proceeding.

EDU001156

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| Ashland University, | ) | Federal Student Aid |
| | ) | Proceeding |
| Respondent. | ) | |
| | ) | PRCN: 2021-4-05-30426 |

**ED EXHIBIT 3**

**Final Program Review Determination – September 16, 2022**

EDU001157

Prepared for

**Ashland University**



OPE ID: 00301200
PRCN: 2021-4-05-30426

**Prepared by**
**U.S. Department of Education**
**Federal Student Aid**
**School Participation Division – Chicago/Denver**

# Final Program Review Determination
September 16, 2022

School Participation Division - Chicago/Denver
230 South Dearborn, Room 3922, Chicago, IL 60604
StudentAid.gov

*P.L28.04.19.2022*
ED Exh. 3 - Page 1 of 27

EDU001158

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 1

## Table of Contents

|  |  |  | Page |
|---|---|---|---|
| A. | Institutional Information | | 3 |
| B. | Scope of Review | | 4 |
| C. | Final Determinations | | 5 |
|  | Resolved Findings/Findings without Liabilities | | 5 |
|  | Finding 5: Admission Policy Not Followed | | |
|  | Finding 8: Ineligible Student | | |
|  | Finding 9: Failure to Update Application | | |
|  | Finding 10: FSEOG Selection Policy Inadequate | | |
|  | Findings with Required Actions and/or Established Liabilities | | 7 |
|  | Finding 1: Improper Pell Packaging | | 7 |
|  | Finding 2: Return of Title IV (R2T4) Calculation Errors | | 13 |
|  | Finding 3: Inaccurate NSLDS Enrollment Reporting | | 14 |
|  | Finding 4: Improper Pell for Crossover Payment Periods | | 16 |
|  | Finding 6: Attendance/Enrollment Status Not Verified | | 19 |
|  | Finding 7: Federal Pell Grant Overpayment | | 21 |
| D. | Summary of Liabilities | | 22 |
| E. | Payment Instructions | | 23 |
| F. | Appendices and Enclosures | | 26 |

Appendix A: Student Sample to the Program Review
Appendix B: Program Review Report (PRR), dated January 3, 2022
Appendix C: Response to PRR, dated March 11, 2022
Appendix D1: File Review Spreadsheet (Original) – Finding 1 (2019-20)
Appendix D2: File Review Spreadsheet (Original) – Finding 1 (2020-21)
Appendix D3: File Review Spreadsheet (Corrected) – Finding 1 (2019-20)
Appendix D4: File Review Spreadsheet (Corrected) – Finding 1 (2020-21)
Appendix E1: Pell Cost of Funds – Finding 1 (2019-20)
Appendix E2: Pell Cost of Funds – Finding 1 (2020-21)
Appendix F1: File Review Spreadsheet (Original) – Finding 2 (2019-20)
Appendix F2: File Review Spreadsheet (Original) – Finding 2 (2020-21)
Appendix F3: File Review Spreadsheet (Corrected) – Finding 2 (2019-20)
Appendix F4: File Review Spreadsheet (Corrected) – Finding 2 (2020-21)
Appendix G1: Pell Cost of Funds – Finding 6
Appendix G2: Pell Cost of Funds – Finding 6 (Duplicate Removed)

*P.L28.04.19.2022*

EDU001159

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 2

Appendix H1: Pell Cost of Funds – Finding 7
Appendix H2: Pell Cost of Funds – Finding 7 (Duplicate Removed)
Appendix H3: Pell Cost of Funds – Finding 7 (Interest Only)

Enclosure 1: Course Syllabi Examples
Enclosure 2: Instructor Checklist Examples
Enclosure 3: Documents for Student 1

*P.L28.04.19.2022*

ED Exh. 3 - Page 3 of 27

EDU001160

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 3

## A.  Institutional Information

Ashland University
401 College Avenue
Ashland, OH 44805-3799

Type: Private, Nonprofit

Highest Level of Offering: Master's Degree or Doctoral Degree

Accrediting Agency: North Central Association of Colleges and Schools (The Higher Learning Commission)

Current Student Enrollment: 12,817 (2020-21 award year)
(source: Institution)

Percentage of Students Receiving Title IV: 60.93% (2020-21 award year)
(source: Institution)

Title IV Participation:
(source: PCNet)

|  | 2019-20 |
|---|---|
| Federal Pell Grant (Pell) | $19,893,154.00 |
| William D. Ford Federal Direct Loan Program (DL) – Subsidized | $6,677,882.00 |
| DL – Unsubsidized | $17,311,662.00 |
| DL – PLUS | $4,208,035.00 |
| Federal Supplemental Educational Opportunity Grant (FSEOG) | $335,745.00 |
| Federal Work-Study (FWS) | $520,847.00 |
| Federal Perkins Loan (Perkins) | $0.00 |

| Default Rate – DL: | 2017: 4.0% |
|---|---|
| (source: FSA Data Center) | 2016: 3.7% |
|  | 2015: 4.3% |

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 4

## B. Scope of Review

The U.S. Department of Education (the Department) conducted a program review at Ashland University (Ashland) from September 13, 2021 through September 24, 2021. The review was conducted by Mark Kreutzer and Leslie Orofino.

The focus of the review was to determine Ashland's compliance with specific regulations as they pertain to the institution's administration of the Federal Student Aid (FSA) programs under Title IV of the Higher Education Act of 1965 (HEA), as amended, U.S.C. §§ 1070 et seq. (Title IV programs). The review was focused on an examination of Ashland's compliance with Section 487A(b) of the HEA.

The Department identified a sample of 32 files for review from the 2019-20 and 2020-21 award years. The Department randomly selected the files from a statistical sample of the "Pell for Students Who Are Incarcerated" experiment ("Second Chance Pell") students for each award year. Appendix A lists the names and Social Security Numbers of the students whose files were examined during the program review.

The Department issued its Program Review Report (PRR) on January 3, 2022 (see Appendix B). Ashland submitted its written response to the PRR on March 11, 2022 (see Appendix C). The Department reviewed the response and considered it complete.

**Disclaimer:**

Although the review was thorough, it cannot be assumed to be all-inclusive. The absence of statements in the report concerning Ashland's specific practices and procedures must not be construed as acceptance, approval, or endorsement of those specific practices and procedures. Furthermore, it does not relieve Ashland of its obligation to comply with all of the statutory or regulatory provisions governing the Title IV, HEA programs.

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 5

## C. Final Determinations

### Resolved Findings/Findings without Liabilities

**Findings 5, 8, 9,** and **10.**

Ashland has taken the corrective actions necessary to resolve **findings 5, 8, 9,** and **10** of the PRR (see Appendices B and C). Therefore, these findings may be considered closed.

### Finding 5: Admission Policy Not Followed

The PRR (see Appendix B) cited Ashland for not having the required mechanism in its Second Chance Pell admission policies and procedures to give priority to those students that are likely to be released within five years of enrollment pursuant to the Department's guidance at 80 Fed. Reg. 45964-45966 (August 3, 2015). In response to the PRR (see Appendix C), Ashland concurred with the finding and confirms it revised its enrollment procedures to give priority to students who are within five years of release from prison. Consequently, no further action was required, and this finding is considered resolved with no liabilities assessed.

### Finding 8: Ineligible Student

The PRR (see Appendix B) cited Ashland for not retaining a copy of a high school diploma or GED for **student 24**, in accordance with its provisional admission policy. In response to the PRR (see Appendix C), Ashland stated it partially concurred with the finding and provided the GED for **student 24**. Ashland stated that it agreed that it failed to maintain a readily available copy of the student's GED and the document was not received prior to disbursement of Title IV funds.

Although the documentation provided by Ashland in response to this finding confirms that the student had earned a GED and was eligible for Title IV funds, the institution is reminded that it must follow its internal policies and procedures, including collecting and maintaining proof of secondary school completion (high school diploma, GED, etc.) and that it is required to confirm a student's eligibility for Title IV funds *at the time of disbursement*. *See* 34  C.F.R. § 668.32(e). Nevertheless, this finding may be considered resolved for the purposes of this program review with no liabilities assessed.

*P.L28.04.19.2022*

EDU001163

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 6

### Finding 9: Failure to Update Application

The PRR (see Appendix B) cited Ashland for untimely reporting of a new Third-Party Servicer (CampusLogic) via the electronic application system pursuant to the Department's regulations at 34 C.F.R. § 600.21. Ashland updated its electronic application during the program review and concurred with the finding in its response to the PRR (see Appendix C); therefore, no additional corrective actions were required. This finding is considered resolved with no liabilities assessed.

### Finding 10: FSEOG Selection Policy Inadequate

The PRR (see Appendix B) cited Ashland for inaccurately stating in its Title IV packaging policy that students must live on-campus to receive Federal Supplemental Educational Opportunity Grant (FSEOG) funds. *See* 34 C.F.R. § 676.10. This type of condition is prohibited and therefore cannot be included as part of the FSEOG selection process. Ashland staff indicated that this was a misprint in its Title IV packaging policy, corrected the error during the program review, and concurred with this finding in its response to the PRR (see Appendix C). Consequently, no further action was required, and this finding is considered resolved with no liabilities assessed.

*P.L28.04.19.2022*

ED Exh. 3 - Page 7 of 27

EDU001164

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 7

### Findings with Required Actions and/or Established Liabilities

The PRR findings with liabilities requiring further action are summarized below. At the conclusion of each finding is a summary of Ashland's response to the finding, and the Department's final determination for that finding. A copy of the PRR issued on January 3, 2022, is attached as Appendix B.

### Finding 1: Improper Pell Packaging

**Summary of Noncompliance:**

For programs using standard terms with less than 30 weeks of instructional time, a student's Federal Pell Grant for a payment period is calculated under 34 C.F.R. 690.63(c) or (d) if the student is enrolled in an eligible program that:

- Measures progress in credit hours;
- Is offered in semesters, trimesters, or quarters;
- Requires the student to enroll in at least 12 credit hours in each term in the award year to qualify as a full-time student; and
- Is not offered with overlapping terms.

In addition, the institution offering the program: –

- Provides the program using an academic calendar that includes two semesters or trimesters in the fall through the following spring, or three quarters in the fall, winter, and spring; and
- Does not provide at least 30 weeks of instructional time in the terms specified in 34 C.F.R. § 690.63 (a)(2)(ii)(A).

*See* 34 C.F.R. § 690.63(a)(2).

For programs using standard terms with less than 30 weeks of instructional time, the Federal Pell Grant for a payment period, (*i.e.,* an academic term), for a student in a program using standard terms with less than 30 weeks of instructional time in two semesters or trimesters or in three quarters is calculated by:

- Determining his or her enrollment status for the term;
- Based upon that enrollment status, determining his or her annual award from the Payment Schedule for full-time students or the Disbursement Schedule for three-quarter-time, half-time, or less-than-half-time students;
- Multiplying his or her annual award by the following fraction as applicable:
  - In a program using semesters or trimesters:

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 8

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall and spring semesters or trimesters}}{\text{The number of weeks in the program's academic year}}$$

- o In a program using quarters:

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall, winter, and spring quarters}}{\text{The number of weeks in the program's academic year}}$$

- Dividing the amount by two for programs using semesters or trimesters or three for programs using quarters; or dividing the student's annual award by the number of terms over which the institution chooses to distribute the student's annual award if an institution chooses to distribute all of the student's annual award section over more than two terms for programs using semesters or trimesters or more than three quarters for programs using quarters and the number of weeks of instructional time in the terms, including the additional term or terms, equals the weeks of instructional time in the program's academic year definition.

*See* 34 C.F.R §690.63(c).

Pursuant to HEA section 487A(b), 20 U.S.C. 1094a(b), Ashland is approved to participate in the "Pell For Students Who Are Incarcerated" experiment (also known as "Second Chance Pell") under the Experiment Sites Initiative (ESI). *See* 80 Fed. Reg. 45064-66 (August 3, 2015). While participating in this experiment, Ashland is exempt from certain statutory and regulatory provisions, including Section 401(b)(6) of the HEA and 34 C.F.R. § 668.32(c)(2)(ii).

During the review, Ashland staff informed the review team that each term/semester is defined as the total number of weeks of instructional time from the first day of class through the last day of class/exams. The review team also confirmed that the Second Chance Pell (SCP) students under the ESI at Ashland were considered to have the same academic program content as other Ashland students.  However, for SCP students, the length of each semester is shorter than the semester for other Ashland students which results in an academic year that is less than 30 weeks. An interview with Ashland's financial aid personnel on September 13, 2021, confirmed that although Ashland's academic calendar indicates that a student has the option of taking a 12-week course/courses within a 16-week semester, Ashland staff confirmed that SCP students do not have the option of taking a 16-week course/courses within a semester. Consequently,

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 9

the 12-week course/courses within a semester is/are the only option for SCP students and therefore the academic year for SCP students is only 24 weeks of instructional time.

Because SCP students at Ashland are enrolled in academic programs with fall through spring semesters that provide less than 30 weeks of instructional time in an academic year, the institution was required to employ either Pell formula 2 or 3 for award packaging (described in the regulatory citations above).[1] For **students 1-32**, Ashland incorrectly used Pell formula 1 for award packaging, which resulted in Pell Grant overawards.

**Directives from PRR:**

Due to the systematic nature of this finding (100% error rate), Ashland was required to complete a file review of all SCP students from the 2019-20 and 2020-21 award years. To this regard, Ashland was mandated to provide student-level information, as specified in the PRR.

Ashland was also directed to review and revise its Pell Grant packaging policies and procedures, including those for the current award year (specifically, if it changes its SCP academic programs to be eligible for Pell formula 1). Ashland was instructed to submit the file review data along with a copy of its revised policies and procedures and any training offered to staff with its response to the PRR. Finally, Ashland was advised that it would be liable for any Pell Grant overawards as a result of this finding and payment instructions would be provided in the FPRD.

**Analysis of Liability Determination:**

In its response to the PRR (see Appendix C), Ashland stated that it did not concur with this finding; however, as instructed in the PRR, the institution completed the required file review for each award year. The Department reviewed and tested the file review data (see Appendices D1 and D2) in conjunction with the student sample of the PRR (see Appendix A). The Department's analysis revealed that Ashland did not use the correct number of weeks when it completed the file review.  Specifically, the revised Pell Grant packaging was based on a 14-week semester/28-week academic year definition rather than the 12-week semester/24-week academic year definition, as instructed in the PRR. Therefore, the Department corrected this error by recalculating the Pell Grants under the 12-week semester/24-week academic year definition (see Appendices D3 and D4).

---

[1] To utilize Pell formula 1 the program must have at least 30 weeks of instructional time in fall through spring terms/in 2 semesters or 3 quarters. Please see Volume 3, Chapter 3 of the 2020-2021 FSA Handbook (available at: https://fsapartners.ed.gov/sites/default/files/2021-03/2021FSAHbkVol3Ch3.pdf) for additional details on Pell formulas.

*P.L28.04.19.2022*

EDU001167

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 10

Ashland's response to this finding asserts that the SCP students are enrolled in eligible academic programs that use 15-week semesters and a 30-week academic year; therefore, Ashland believes it is subject to packaging using Pell Formula 1. Ashland further claims that its response supports this argument based on the following: the academic program content is the same as the academic content provided for its traditional students; the program is offered in an accelerated format; SCP students only have this schedule option (accelerated format) for their academic programs; the institution's state licensing agency, the Ohio Department of Higher Education (ODHE) approved the programs for 30 weeks in an academic year; and SCP students have academic activities before and after the scheduled 12 weeks of each course in their program.

As detailed below, the Department maintains its original conclusion that Ashland incorrectly employed Pell Formula 1 when packaging and disbursing Pell Grants for its SCP students. During the review, the Department obtained multiple documents and interviewed Ashland staff to assess its compliance with administering the SCP initiative. The assessment included determining whether Ashland was using the correct formula when calculating Pell Grant awards. One of the first steps in this assessment was determining the number of weeks of instructional time in the programs offered to SCP students.

The number of weeks of instructional time determines the length of a term/semester and does not include periods of orientation, counseling, homework, vacation, or other activity not related to class preparation or examination. *See* Volume 3 of the 2019-2020 and 2020-2021 Federal Student Aid Handbook and 34 C.F.R. § 668.3(b). [2] If the number of weeks of instructional time in the institution's standard terms is less than 30 weeks, then an institution must use either Pell formula 2 or 3. Ashland staff confirmed in an email dated September 22, 2021, that SCP students may not take a 16-week course and explained that although "acceleration" (e.g. taking a 12-week course within a 16-week semester) is an option for traditional students that are not incarcerated, this accelerated format (12-week semester) is the only option for SCP students. In addition, the programs available to SCP students are offered using asynchronous coursework with published start and end dates for each week of instructional time.

During its analysis, the Department also found that the syllabus for each course specifies the "Course Schedule and Assignments" which is divided into homework, test readings, and assignments that must be completed each week. Each syllabus also identifies the start

---

[2] The 2021-2022 FSA Handbook (available at: https://fsapartners.ed.gov/knowledge-center/fsa-handbook/pdf/2021-2022) clarified this to state that instructional time does not include scheduled breaks, activities not included in the definition of "academic engagement," or periods of orientation and counseling. Additionally, this FSA Handbook further defined a week of instructional time for programs offered using asynchronous coursework as any period of seven consecutive days in which the school both makes coursework material available and expects enrolled students to perform educational activities demonstrating academic engagement during the week.

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 11

date and end date for each of the 12 weeks of instructional time. For example, the first week for the Summer 2021 semester starts on June 1st and ends on June 4th; the 12th week of the semester starts on August 16th and ends on August 20th. Thus, according to Ashland's syllabus, this 12-week semester starts on June 1st and ends on August 20th. Enclosure 1 contains copies of course syllabi obtained during the review. Likewise, the "Ashland University Correctional Education Instructor Best Practices Checklist" identifies the start and end dates of the applicable 12-week semester and is sectioned into 12 separate weeks; the start date of each week is also specified in each weekly section. Enclosure 2 contains copies of these checklists that were obtained during the review.

Although documentation in student files and staff interviews revealed that there was some academic engagement outside the 12-week semester, this occurred on a case-by-case basis to accommodate unexpected circumstances for individual students, including but not limited to inoperable tablets or technical difficulties with downloading course materials or uploading assignments. Consequently, these students did not have access to course materials for the entire 12-week semester; some had to start later in the 12-week semester or had periods of time when they were unable to access course material and had to catch up, other students opted to drop when the tablet/course materials became inoperable. While students in these circumstances may have needed additional time outside of the scheduled 12-week semester to accommodate their situation, there was no evidence of regular and substantive interaction being scheduled or available for all SCP students outside the 12-week semesters.

Further evidence of the 12-week semesters/24-week academic year of instructional time was found during the Department's review of Ashland's Return of Title IV Funds (R2T4) calculations for SCP students that withdrew from their program. Step 2 of the Department's R2T4 worksheet for credit-hour programs requires institutions to enter the start date and scheduled end date of the semester/payment period. For SCP students that withdrew from their program, Ashland used start dates and scheduled end dates that it had published in various documents for the applicable 12-week semester from which the student withdrew. For example, the start date and scheduled end date that Ashland used in Step 2 of the R2T4 worksheet for student 1 was 9/21/2020 and 12/11/2020, the published 12-week time span for this semester (See Enclosure 3).

Thus, the programs offered to SCP students are structured using standard terms with less than 30 weeks of instructional time. As previously stated, either Formula 2 or 3 must be used when awarding Pell Grant funds to students enrolled in programs that use standard terms with less than 30 weeks of instructional time. Consequently, Formula 1 cannot be used when awarding Pell Grant funds to SCP students. Ashland is therefore liable for the Pell Grant overpayments discussed in the PRR.

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 12

The liabilities[3] from this finding are addressed below:

| | |
|---|---|
| Federal Pell Grant – Principal - 2019-20 AY | **$2,746,983.60** |
| Federal Pell Grant – COF[4] - 2019-20 AY | **$    93,171.72** |
| | |
| Federal Pell Grant – Principal - 2020-21 AY | **$3,268,881.39** |
| Federal Pell Grant – COF - 2020-21 AY | **$    22,753.75** |
| | |
| **TOTAL:** | **$6,131,790.46** |

Detailed information about this liability determination can be found in Appendices E1 and E2.

Payment instructions for these liabilities are discussed in Part E of this FPRD.

Finally, since the errors in the Pell packaging described in this finding were the result of Ashland employing the incorrect Pell Formula and were in no way the fault of the effected students, the Department highly encourages Ashland to take full fiscal responsibility for this oversight as opposed to placing the monetary burden to the students in which it serves. Furthermore, Ashland is mandated to complete all requirements described in the required actions and additional instructions in this FPRD, including adjustments to student-level disbursement data in the Common Origination and Disbursement (COD) system, so the Pell Lifetime Eligibility Used (LEU) data is accurate and said students may have an opportunity to utilize these Pell funds for future educational expenses (see Part E. Payment Instructions for additional information on this process).

---

[3] While Pell Formula 3 may be used, since Ashland utilizes standard terms, Formula 2 is more applicable. Further, Ashland noted that it may adjust its SCP academic program schedule, which may lend itself to Formula 2 rather than Formula 3.

[4] Cost of Funds (COF) is the cost the Department incurs as a result of ineligible disbursements or late or unmade returns. The federal government incurs a cost when it makes funds available for an institution because those funds are borrowed from the U.S. Treasury and the Department is charged for those funds. The Department uses the Current Value of Funds Rate (CVFR) to calculate the COF for ineligible Title IV disbursements. The Department (as well as the federal government) uses the CVFR to calculate charges on overdue federal government receivables. The CVFR can be found at the U.S. Treasury website at the following link: https://fiscal.treasury.gov/reports-statements/cvfr/.The disbursement dates utilized in the COF calculations are the end of the applicable award years (June 30, 2020 and June 30, 2021, respectively). The return paid date utilized in the COF calculations is the date of the PRR response (March 11, 2022).

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 13

**Finding 2: Return of Title IV (R2T4) Calculation Errors**

**Summary of Noncompliance:**

When a recipient of Title IV grant or loan assistance withdraws from an institution during a payment period or period of enrollment in which the recipient began attendance, the institution must determine the amount of Title IV grant or loan assistance that the student earned as of the student's withdrawal date. 34 C.F.R. § 668.22(a)(1).

The amount of Title IV grant or loan assistance that is earned by the student is calculated by determining the percentage of Title IV grant or loan assistance that has been earned by the student. The percentage of Title IV grant or loan assistance that has been earned by the student is equal to the percentage of the payment period or period of enrollment that the student completed as of the student's withdrawal date. 34 C.F.R. § 668.22(e)(1)(i), (2).

The PRR described two types of errors detected during the program review. Firstly, for **student 1**, Ashland utilized the incorrect amount of Pell Grant in Step 1 of the R2T4 calculation (the institution used the full time Pell amount when the student was only eligible for the three-quarter time Pell amount). The liability for this error has been established in **Finding 6: Attendance/Enrollment Status Not Verified** (below).

Secondly and more significantly, for **students 1, 2, 8, 10, 19, 20, 22, 27,** and **30**, in accordance with **Finding 1: Improper Pell Packaging**, any student that was subject to the R2T4 calculation during the 2019-20 and 2020-21 award years had an inaccurate calculation, as the incorrect Pell formula (Pell formula 1 rather than Pell formulas 2 or 3) was employed at the time of packaging. Therefore, as the Pell amount utilized in the R2T4 calculation was incorrect, the result of the entire R2T4 calculation was impacted.

**Directives from PRR:**

Due to the systematic nature of this finding (100% error rate), Ashland was directed to complete a full file review for all SCP students subject to an R2T4 calculation from the 2019-20 and 2020-21 award years. To this regard, Ashland was mandated to provide student-level information, as specified in the PRR.

Ashland was also directed to review its policies and procedures to ensure they are sufficient to prevent a recurrence of this finding and was instructed to submit the file review along with a copy of its revised policies and procedures, and any trainings offered to staff with its response to the PRR.

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 14

**Analysis of Final Determination:**

In its response to the PRR (see Appendix C), Ashland stated that it did not concur with this finding; however, as instructed in the PRR, the institution revised its enrollment reporting policies and procedures, and provided documentation to this regard, which the Department considers sufficient. Also, as mandated by the PRR, the institution completed the full file review (see Appendices F1 and F2); however, as previously stated, the Department's analysis revealed that Ashland did not use the correct number of weeks when it completed the file review (also see **Finding 1: Improper Pell Packaging)**. Specifically, the revised R2T4 calculations were based on a 14-week semester/28-week academic year definition rather than the 12-week semester/24 week academic year definition, as instructed in the PRR. As a result, the Department corrected this error by revising the R2T4 calculation results under the 12-week semester/24-week academic year definition (see Appendices F3 and F4).

The examination of the (corrected) file review data showed that the amended R2T4 calculations resulted in over returns of Federal Pell Grant to the Department; therefore, there are no liabilities for this finding. Nevertheless, Ashland must adhere to its revised R2T4 policies to make certain all R2T4 calculations are correct in the future. Moreover, Ashland's auditor must attest that the corrective actions have been comprehensively followed in its next annual compliance audit.

**Finding 3: Inaccurate National Student Loan Data System (NSLDS) Enrollment Reporting**

**Summary of Noncompliance:**

An institution shall, upon receipt of an Enrollment Reporting roster file from the Secretary, complete and return that report within 30 days of receipt. Unless the institution expects to submit its next enrollment report to the Secretary within the next 60 days, the institution must notify the Secretary or the lender within 30 days if: the institution discovers that a federal loan has been made to or on behalf of a student who enrolled at that school, but who has ceased to be enrolled on at least a half-time basis; the institution discovers that a federal loan has been made to or on behalf of a student who has been accepted for enrollment at that school, but who failed to enroll on at least a halftime basis for the period for which the loan was intended; or the institution discovers that a student who is enrolled has changed his or her permanent address. *See* 34 C.F.R. § 685.309(b).

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 15

The Department detected reporting errors (inaccurate enrollment status, inaccurate effective date, and/or untimely reporting) to the National Student Loan Data System (NSLDS®) for **all the students in the program review sample (1-32)**.[5]

**Directives from PRR:**

Due to the systematic nature of this finding (100% error rate), Ashland was required to complete a full file review of all NSLDS enrollment reporting errors for the 2019-20 and 2020-21 award years. To this regard, Ashland was mandated to provide student-level information, as specified in the PRR.

Ashland was also directed to review its policies and procedures to ensure they are sufficient to prevent a recurrence of this finding and was instructed to submit the file review along with a copy of its revised policies and procedures, and any trainings offered to staff with its response to the PRR.

**Analysis of Final Determination:**

In its response to the PRR (see Appendix C), Ashland stated that it did not concur with this finding. As instructed in the PRR, the institution completed the full file review; however, it has not made the applicable updates/corrections to NSLDS. The Department still requires Ashland to complete all required update/corrections to NSLDS as instructed in the PRR and identified in the full file review. Ashland must take this action and provide documentation[6] to corroborate completion (e.g., enrollment reporting screens from NSLDS) to Mark Kreutzer at Mark.Kreutzer@ed.gov **within 45 days of the receipt of this FPRD**.

The institution also revised its enrollment reporting policies and procedures and provided documentation to this regard. The revised policies and procedures were considered sufficient.

Ashland is again reminded of the importance of accurate and timely enrollment reporting to NSLDS. There are no liabilities assessed as a result of this finding.

---

[5] Student-level information concerning this finding were provided in Enclosure 3: NSLDS Enrollment Reporting Finding Summary to the PRR.

[6] As this documentation will contain student-level Personally Identifiable Information (PII), the data must be protected in accordance with Departmental standards, as addressed in the FPRD Cover Letter.

*P.L28.04.19.2022*

EDU001173

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 16

**Finding 4: Improper Pell for Crossover Payment Periods**

**Summary of Noncompliance:**

If a student enrolls in a payment period that is scheduled to occur in two award years, the entire payment period must be considered to occur within one award year; the institution must determine for each Federal Pell Grant recipient the award year in which the payment period will be placed; if an institution places the payment period in the first award year, it must pay a student with funds from the first award year; and if an institution places the payment period in the second award year, it must pay a student with funds from the second award year. An institution may not make a payment which will result in the student receiving more than one and one-half of his or her Scheduled Federal Pell Grant for an award year. 34 C.F.R. § 690.64(a), (b).

During the review, Ashland staff explained to the review team that rather than identifying the summer term as a header or trailer for its Second Chance Pell student population, the institution's policy is to award Pell funds from the award year that is most beneficial to the student. However, the review team found five instances (for **students 18, 25, 26, 27, and 29**) during the 2020-21 award year wherein Ashland violated this awarding policy.

Specifically for these five students, during the 2020-21 award year, Pell was disbursed for the summer 2021 term on May 22, 2021, and was then reversed on July 22, 2021. On that same date (July 22, 2021), 2021-22 award year Pell was disbursed for these students (which was a greater amount due to an increase in the maximum Pell amount for the 2021-22 award year, in comparison to the 2020-21 award year). Nonetheless, on July 28, 2021 Ashland reversed the 2021-22 award year Pell disbursement and subsequently re-drew the originally disbursed 2020-21 award year Pell funds for these students. This action violates Ashland's summer term Pell awarding policy of selecting the most beneficial award year for Pell funding for Second Chance Pell students.

Moreover, in communications from the Department in summer 2021, Ashland was notified that its 2021-22 award year Second Chance Pell experiential program allocation were being reduced due to exceeding the 2020-21 award year allocation. Ashland was advised that the Department would permit final 2020-21 award year disbursements for the Second Chance Pell experiential program (which resulted in an increase of $2,855,500.00 in 2020-21 award year allocations) but was advised that it would need to provide assurances that it will not disburse Pell funds to students under the experiment in excess of the allocation granted to Ashland for future award years (such as the 2021-22 award year).

As evident when examining the timeline of correspondence from the Department concerning an increase in final 2020-21 award year allocations for the Second Chance Pell experiment and reductions in future award year allocations compared to the dates

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 17

wherein changes in summer 2021 term Pell disbursements where reversed from 2020-21 award year to 2021-22 award year and *back to* 2020-21 award year Pell disbursements for the five students described above, it was concluded that Ashland violated its previously described summer Pell Grant awarding policies so it retained Pell disbursements that exceeded the experimental program allocations/circumvented future award year allocation restrictions established by the Department.

As indicated in the PRR, the Department considers this practice a violation of Ashland's responsibility as a fiduciary of Title IV funds.

**Directives from PRR:**

In response to the PRR, Ashland was required to avow that is has closely reviewed this finding, taken any applicable corrective actions, and fully understands the seriousness of this violation, including that future recurrences of this nature could result in fine actions and/or suspension or termination from this and future experimental programs as well as all Title IV, HEA programs.

While the PRR explained that no liabilities would be assessed as a result of Ashland's violation of its internal summer Pell awarding policies and procedures for the five Second Chance Pell program students discussed above (nor other Pell awards for this student population), Ashland must adhere to its internal Pell packaging policies in the future, so this noncompliance does not recur.

**Analysis of Final Determination:**

In its response to the PRR (see Appendix C) Ashland stated that it did not concur with this finding. The institution stated that it never drew Second Chance Pell Grant allocations in excess of its authorization through G5. Nonetheless, in accordance with the instructions in the PRR, Ashland's President does avow that on behalf of the institution, the finding has been closely reviewed, applicable corrective actions have been taken, and that Ashland fully understands the seriousness of this violation, including that future recurrences of this nature could result in fine actions and/or suspension or termination from this and future experimental programs as well as all Title IV, HEA programs.

The Department determined that, although Ashland may not have exceeded the allocations through G5 draws, the funds are considered disbursed once posted to the student account ledger and entered into the COD system

To further summarize and illustrate the seriousness of this matter, below is a brief timeline of its correspondence with the Department regarding this issue:

*P.L28.04.19.2022*

EDU001175

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 18

- On June 9, 2021, the Department's ESI Team notified Ashland that  according to the latest template uploaded by the institution, the institution has disbursed $16,296,851.94 in Pell funds during the 2020-21 award year; however, its allocation for 2020-21 was only $14,000,000.00. According to COD, the institution had reported $2,296,851.94 in Pell disbursements that were in excess of its allocation. The Department instructed Ashland to check its records and provide an explanation as to why the institution exceeded its allocation.
- On June 14, 2021, Ashland responded to the Department's request for an explanation. The response indicated that even though the funds were marked as disbursed in COD, the institution had only drawn down funding form G5 within the allocated amount. In addition, the letter asks the Department to increase its 2020-21 allocation by $2,855,500.00 to a total of $16,855,500.00.
- On July 7, 2021, the Department responded to Ashland's request for additional funding for 2020-21 and reminded the institution that it must not disburse Pell funds in excess of the amount allocated to the institution each award year. Because COD indicates that Ashland disbursed Pell in excess of its allocation, the Department requested that it provide an explanation of how this error occurred as well as a plan that provides assurances the institution will not disburse Pell funds to students under the experiment in excess of the allocation granted to Ashland in the future.
- On July 14, 2021, the institution provided a response to the Department again indicating that although the funds are marked as disbursed, Ashland had only drawn down funding from G5 within its allocated amount. The response also indicated that *"summer is a challenging crossover payment period and that if no additional funds are awarded for 20-21, disbursements for eligible students will be repackaged and allocated to the 21-22 award year for the students that best benefit from a summer award as a header in the 21-22 award year instead of as a trailer in the 20-21 award year under the allowable crossover period regulations."*
- On July 27, 2021, the Department acknowledged Ashland's response and notified the institution that it has granted its request to increase the 2020-21 allocation by $2,855,500.00. The new allocation was increased to $16,855,500.00 for the 2020-21 award year. The Department reminded Ashland that it requested a plan that provides assurances that it will not disburse Pell funds to students under the experiment in excess of the allocation granted to the institution for future award years; however, Ashland's response did not include a plan. Finally, the Department indicated that Ashland's response was insufficient, and it would be in contact with additional information regarding the institution's 2021-22 award year Second Chace Pell Grant allocation.
- On July 30, 2021, the Department issued Ashland its 2021-22 award year Second Chace Pell Grant allocation letter. The letter provided a cap in the amount of $11,144,500.00 with the following statement included in the letter: *"Because your institution has exceeded the amount of its allocation for the 2020-2021 award year, the Department has reduced the amount of your 2021-2022 allocation by the amount exceeded during 2020-2021."*

*P.L28.04.19.2022*

EDU001176

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 19

To sum, the Department considers a disbursement of Title IV funds to be made once it is posted into the student's account ledger. See 34 C.F.R. § 668.164(a). In addition, if the disbursement is recorded, but the funds are not actually delivered directly to the students, the Department incurs interest costs associated with the Treasury borrowing for the days between the COD disbursement record and the delivery to the student's account. Therefore, it is concluded that Ashland did exceed its 2020-21 award year allocation of Second Change Pell Experimental Program funds, even though the funds were not drawn through the G5 system.

In order to fully resolve this finding, as mandated by the July 7, 2021 correspondence from the Department's ESI team, Ashland is required to develop a plan that provides assurances that it will not disburse Pell funds to students under the experiment in excess of the allocation granted to Ashland in the future. This plan must be provided to the ESI team as well as Mark Kreutzer at Mark.Kreutzer@ed.gov **within 45 days of the receipt of this FPRD.**

While no liabilities are assessed for this finding, Ashland is again reminded of the requirement to adhere to its internal Pell packaging policies and overall fiduciary responsibilities concerning Title IV funds in the future, so this noncompliance does not recur.

**Finding 6: Attendance/Enrollment Status Not Verified**

**Summary of Noncompliance:**

If a student does not begin attendance in a payment period, the institution must return all Title IV program funds that were credited to the student's account at the institution or disbursed directly to the student for that payment period for Federal Perkins Loan, FSEOG, TEACH Grant, and Federal Pell Grant program funds. For Direct Loan funds, the institution must return all funds that were credited to the student's account at the institution for that payment period and the amount of payments made directly by or on behalf of the student to the institution for that payment period up to the total amount of the loan funds disbursed. 34 C.F.R. § 668.21(a)(1).

The institution must return those funds for which it is responsible as soon as possible, but no later than 30 days after the date that the institution becomes aware that the student will not or has not begun attendance. 34 C.F.R. § 668.21(b).

The Secretary considers that a student has not begun attendance in a payment period or period of enrollment if the institution is unable to document the student's attendance at any class during the payment period or period of enrollment. 34 C.F.R. § 668.21(c).

*P.L28.04.19.2022*

EDU001177

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 20

The Department cited two instances of noncompliance (**student 1** and **student 10**) in the PRR (see Appendix B) where Ashland failed to return Pell funds for students whose enrollment status decreased because they failed to begin attendance in one or more classes.

**Directives from PRR:**

Ashland was advised that it may submit any documentation concerning the corroboration of attendance for the two students cited in the PRR. Should this documentation be insufficient, Ashland would be liable for the Pell Grant overpayment for **student 1** and **student 10**.

Furthermore, Ashland was required to review and, if necessary, revise its Pell Grant packaging policies and procedures to ensure that funds are only disbursed after the institution corroborates attendance in all courses and this noncompliance is resolved.

**Analysis of Liability Determination:**

In its response to the PRR (see Appendix C), Ashland stated that it concurred with this finding. As instructed in the PRR, Ashland provided revised Pell Grant packaging policy and procedures, to ensure that funds are only disbursed after corroboration of attendance in all enrolled courses. These policy and procedure revisions were reviewed by the Department and confirmed to be sufficient.

The following liabilities are assessed for this finding:

| | |
|---|---|
| Federal Pell Grant – Principal | **$1,152.00** |
| Federal Pell Grant– COF | **$    16.16** |
| **TOTAL** | **$1,168.16** |

Payment instructions for these liabilities are discussed in Part E of this FPRD. Liabilities of **$62.45** (principal and COF) were established for **student #10** in **Finding 1 Improper Pell Packaging**; therefore, these amounts are included in the students' liabilities for this finding. However, these duplicated amounts have been removed in the Summary of Liabilities table in Part D of this FPRD.

Detailed information about this liability determination can be found in Appendix G1 and G2.

Payment instructions for these liabilities are discussed in Part E of this FPRD.

*P.L28.04.19.2022*

EDU001178

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 21

**Finding 7: Federal Pell Grant Overpayment**

**Summary of Noncompliance:**

The amount of a student's Pell Grant for an academic year is based upon the payment and disbursement schedules published by the Secretary for each award year. 34 C.F.R. § 690.62.

The Department cited two instances of noncompliance (**student 13** and **student 23**) in the PRR (see Appendix B).  For **student 23**, the Department confirmed that Ashland had already returned the amount of the overpayment on June 10, 2021.

**Directives from PRR:**

Ashland was advised that it may submit any documentation concerning the Pell Grant overpayments for the two students cited in the PRR. Should this documentation be insufficient, Ashland would be liable for the Pell Grant overpayment for **student 13** and the associated COF as well as the COF associated with the overpayment it had already returned on behalf of **student 23**. Furthermore, Ashland was required to review and, if necessary, revise its Pell Grant packaging policies and procedures to ensure this noncompliance is resolved.

**Analysis of Liability Determination:**

In its response to the PRR (see Appendix C), Ashland stated that it concurred with this finding. As instructed in the PRR, Ashland asserts that it conducted a review of its Pell Grant packaging policies to ensure there is no future noncompliance.

The following liabilities are assessed for this finding:

| | |
|---|---|
| Federal Pell Grant – Principal | **$774.00** |
| Federal Pell Grant– COF | **$  27.99** |
| **TOTAL** | **$801.99** |

Detailed information about this liability determination can be found in Appendices H1, H2, and H3.

Payment instructions for these liabilities are discussed in Part E of this FPRD. Liabilities of **$640.41** (principal and COF) were established for **student #13** in **Finding 1 Improper Pell Packaging**; therefore, these amounts are included in the students' liabilities for this finding. However, these duplicated amounts have been removed in the Summary of Liabilities table in Part D of this FPRD.

*P.L28.04.19.2022*

ED Exh. 3 - Page 22 of 27

EDU001179

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Case: 1:23-cv-01850-DAR  Doc #: 15-26  Filed: 01/23/24  41 of 164.  PageID #: 1308

EDU001180

## D. Summary of Liabilities

The total amount calculated as liabilities from the findings in the program review determination is as follows. The liability amount in the first chart below reflects duplicated liabilities because some students are included in more than one finding. This information is provided so that the institution understands the liabilities associated with each finding. Duplicate liabilities have been removed in the second chart. The payment instructions in Part E have been adjusted to reflect the unduplicated liabilities.

| Liabilities – Duplicates Included | Pell - Principal | Pell – COF | Total |
|---|---|---|---|
| Finding 1 | $6,015,864.99 | $115,925.47 | $6,131,790.46 |
| Finding 6 | $1,152.00 | $16.16 | $1,168.16 |
| Finding 7 | $774.00 | $27.99 | $801.99 |
| TOTAL | $6,017,790.99 | $115,969.62 | $6,133,760.61 |

The above contains duplicate liabilities. The table below reflects adjustments made to remove all duplicate liabilities as described in the final determinations for **Finding 1: Improper Pell Packaging, Finding 6: Attendance/Enrollment Status Not Verified**, and **Finding 7: Federal Pell Grant Overpayment.** Appendices E1, E2, G2 and H2 contain a detailed accounting of the determination of unduplicated liability for each finding.

| Liabilities – Duplicates Removed | Pell - Principal | Pell – COF | Total |
|---|---|---|---|
| Finding 1 | $6,015,864.99 | $115,925.47 | $6,131,790.46 |
| Finding 6 | $1,091.60 | $14.11 | $1,105.71 |
| Finding 7 | $154.60 | $6.98 | $161.58 |
| TOTAL | $6,017,111.19 | $115,946.56 | $6,133,057.75 |
| Payable to: | | | |
| Department via FEDWIRE (rounded, where applicable) | $6,017,111.19 | $115,947.00 | **$6,133,058.19** |

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 23

### E. Payment Instructions

Ashland owes **$6,133,058.19** to the Department as a result of the liabilities established in this program review. This liability must be paid to the Department's Office of Finance and Operations (OFO) Accounts Receivable and Bank Management Division via an electronic transfer of funds through the Treasury Financial Communications System, which is known as FEDWIRE. The Department is unable to accept any other method of payment of these liabilities. Ashland must make this transfer within **45 days of the date of this letter**. The FEDWIRE payment must be made via the Federal Reserve Bank in New York. If Ashland's bank does not maintain an account at the Federal Reserve Bank, it must use the services of a correspondent bank when making the payments through FEDWIRE. Instructions for completing the electronic fund transfer message format are included on the enclosed FEDWIRE form.

Refunds of cash made via G5 will not be accepted as payment of this liability. Instead, prior to submitting any payments, the institution must first make any required disbursement adjustments in the COD system as required by the applicable findings and Instructions by Title IV, HEA Program (below). Upon receipt of payment the Department will apply the funds to the appropriate accounts and/or G5 award (if applicable). If any discrepancies are identified when completing disbursement adjustments, please contact the reviewer.

### Terms of Payment for Liabilities Paid Directly to the Department

As a result of this final determination, the Department has created a receivable for this liability and payment must be received by the Department within **45 days of the date of this letter**. If payment is not received within the 45-day period, interest will accrue in monthly increments from the date of this determination, on the amounts owed to the Department, at the current value of funds rate in effect as established by the Treasury Department, until the date of receipt of the payment. In addition, if this debt is not paid within 90 days, penalties of 6% per year will accrue from the date of this notice until the receipt of payment. If an appeal is not filed or payment is not made by the end of the 45-day appeal period, the Department will refer the debt to Centralized Receivables Service (CRS) for servicing and collection. Continued failure to pay the liability after notification from CRS may result in costs exceeding 32% on the amount due. If the liability is appealed, interest will continue to accrue while the appeal is pending.

If there are any questions regarding interest accruals or payment credits, contact the Department's Accounts Receivables & Bank Management Division at (202) 245-8080 and ask to speak to Ashland's account representative.

If the institution has any questions regarding payment of this debt or wishes to request a payment plan within the 45-day appeal period, those inquiries should be sent by email to

*P.L28.04.19.2022*

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 24

OCFOAccountsReceivable@ed.gov. Once the debt is referred to CRS, Ashland will receive notification and any further inquiries should be directed to that entity at 855-549-2683. Interest charges and other conditions may apply to any payment plan.

If within 45 days of the date of this letter, Ashland has neither made payment in accordance with these instructions nor entered into an arrangement to repay the liability under terms satisfactory to the Department, the Department intends to collect the amount due and payable by administrative offset against payments due Ashland from the Federal Government. **Ashland may object to the collection by offset only by challenging the existence or amount of the debt.** To challenge the debt, Ashland must **timely appeal** this determination under the procedures described in the "Appeal Procedures" section of the cover letter. The Department will use those procedures to consider any objection to offset. **No separate appeal opportunity will be provided**. If a timely appeal is filed, the Department will defer offset until completion of the appeal, unless the Department determines that offset is necessary as provided at 34 C.F.R. § 30.28. This debt may also be referred to the Department of the Treasury for further action as authorized by the Debt Collection Improvement Act of 1996.

## Instructions by Title IV Program

**Pell Grant Liabilities – Closed Award Year**:

Findings:  1, 6, and 7
Appendices: E1, E2, G2, H2, and H3

Ashland must pay the following Title IV program liabilities to the Department:

| Pell Grant Liabilities – Closed Award Year | | | | |
|---|---|---|---|---|
| **Finding** | **Award Year (AY)** | **Amount (Principal)** | **Amount (COF)** | **Amount (Total)** |
| Finding 1 | **2019-20** | $2,746,983.60 | $93,171.72 | $2,840,155.32 |
| Finding 6 | **2019-20** | $241.60 | $8.19 | $249.79 |
| Finding 7 | **2019-20** | $154.60 | $5.24 | $159.84 |
| | **2019-20 AY Total** | $2,747,379.80 | $93,185.15 | $2,840,564.95 |
| Finding 1 | **2020-21** | $3,268,881.39 | $22,753.75 | $3,291,635.14 |
| Finding 6 | **2020-21** | $850.00 | $5.92 | $855.92 |
| Finding 7 | **2020-21** | $0.00 | $1.74 | $1.74 |
| | **2020-21 AY Total** | $3,269,731.39 | $22,761.41 | $3,292,492.80 |
| | **TOTAL (rounded, where applicable)** | $6,017,111.19 | $115,947.00 | **$6,133,058.19** |

*P.L28.04.19.2022*

EDU001182

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 25

Adjustments in the COD system **must be made within 45 days of the date of this letter.** The disbursement record for each student identified in the appendices listed above must be adjusted in COD based on the recalculated amount identified in these appendices. A copy of the adjustment to each student's COD record must be sent to Mark Kreutzer at Mark.Kreutzer@ed.gov **within 45 days of the date of this letter**. Ashland must also include a spreadsheet that summarizes the disbursement adjustments by program and award year completed in COD (see COD Adjustment Worksheet enclosure).

Adjustments in COD must be completed **prior to remitting payment to the Department.** Payment cannot be accepted via G5. Once the Department receives payment, the Department will apply the principal payment to the applicable G5 award to offset the balance created in COD by the downward adjustments to the disbursements. The COF will be applied to the general program account.

*P.L28.04.19.2022*

ED Exh. 3 - Page 26 of 27
EDU001183

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426

Page 26

## F.  Appendices and Enclosures

The following appendices contain PII and have been uploaded in the COD Document Center found at the COD web site: https//cod.ed.gov (documents containing PII may be uploaded and submitted securely to this site):

- Appendix A: Student Sample to the Program Review
- Appendix D1: File Review Spreadsheet (Original) – Finding 1 (2019-20)
- Appendix D2: File Review Spreadsheet (Original) – Finding 1 (2020-21)
- Appendix D3: File Review Spreadsheet (Corrected) – Finding 1 (2019-20)
- Appendix D4: File Review Spreadsheet (Corrected) – Finding 1 (2020-21)
- Appendix E1: Pell Cost of Funds – Finding 1 (2019-20)
- Appendix E2: Pell Cost of Funds – Finding 1 (2020-21)
- Appendix F1: File Review Spreadsheet – Finding 2 (2019-20)
- Appendix F2: File Review Spreadsheet – Finding 2 (2020-21)
- Appendix F3: File Review Spreadsheet (Corrected) – Finding 2 (2019-20)
- Appendix F4: File Review Spreadsheet (Corrected) – Finding 2 (2020-21)

The following appendices are included with this report:

- Appendix B: Program Review Report (PRR), dated January 3, 2022
- Appendix C: Response to PRR, dated March 11, 2022
- Appendix G2: Pell Cost of Funds – Finding 6
- Appendix G2: Pell Cost of Funds – Finding 6
- Appendix H1: Pell Cost of Funds – Finding 7
- Appendix H2: Pell Cost of Funds – Finding 7 (Duplicate Removed)
- Appendix H3: Pell Cost of Funds – Finding 7 (Interest Only)

The following enclosures are included with this report:

- Enclosure 1: Course Syllabi Examples
- Enclosure 2: Instructor Checklist Examples
- Enclosure 3: Documents for Student 1
- FEDWIRE Form
- COD Adjustment Worksheet
- Protection of Personally Identifiable Information

*P.L28.04.19.2022*

EDU001184

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| Ashland University, | ) | Federal Student Aid |
| | ) | Proceeding |
| Respondent. | ) | |
| | ) | PRCN: 2021-4-05-30426 |

**ED EXHIBIT 4**

**Ashland's Academic Calendar – 2019-20 and 2020-21**

EDU001185

## FALL 2019

### Aug-2019

**23** Halls open to new students at 9am/Orientations Weekend begins
**25** Halls open for returning students at 9am
**26** Fall Classes Begin
**28** 7/8-week A last day to add

### Sept-2019

**2** Labor Day- No Classes
**3** 16-week last day to add
**4** 7/8-week A last day to drop
**6** Spring schedule due to Records & Registration
**9** 7/8-week A S/U begins
**13** 16-week last day to drop
**16** 12-week classes begin
**20** 12-week last day to add
**20** 7/8-week A S/U due
**20** 7-week A midterm

### Oct-2019

**1** 12-week last day to drop
**1** Spring courses available to view on WebAdvisor
**3** 7-week A withdraw deadline
**10** 8-week A withdraw deadline
**14** 12/16-week S/U begins
**18** 7-week A grades due by 8A.M.
**18** Fall break
**21** 7/8-week B courses begin
**21** 8 week A grades due by noon
**23** 7/8-week B last day to add
**25** 12/16-week S/U ends
**29** 7/8-week B last day to drop

EDU001186

### Nov-2019

**1** Senior/Graduate registration begins for Spring 2020
**4** 7/8-week B S/U begins
**4** Junior registration begins for Spring 2020
**7** Sophomore registration begins for Spring 2020
**11** Freshman registration begins for Spring 2020
**14** Open registration for Spring 2020
**14** 16-week last day to withdraw
**22** 12-week last day to withdraw
**26** 7-week B withdraw deadline
**26** classes follow Friday schedule-no classes beginning 5pm
**26** Residential Halls close at 6 pm
**27-29** Thanksgiving break-no classes (University Closed 28-29)

### Dec-2019

**1** Residential Halls reopen at 10am
**4** 8-week B withdraw deadline
**6** 12/16 week last day of classes
**9-12** Finals
**12** 12-week grades due by noon
**13** Residential Halls closes for non-graduating students at 10am
**14** Commencement 10am
**14** Residential Halls close for graduating students at 5pm
**13** 7-week B grades due by 8AM
**18 All** Final grades due by noon
**12/21-1/5** Holiday Break-University closed

## Spring 2020

### Jan-2020

**6** University reopens
**12** Residential Halls open for returning students at 10am
**12** Spring Orientation 12-5
**13** Spring classes begin
**15** 7/8-week A last day to add
**20** Martin Luther King Jr. Day-University Closed
**21** 16-week last day to add

ED Exh. 4 - Page 2 of 11

EDU001187

**22** 7/8-week A last day to drop
**24** Summer & Fall Schedules due to Registrar's Office
**27** 7/8-week S/U begins
**27** 12-week MBA classes begin
**31** 16-week last day to drop
**31** 12-week MBA last day to add

## Feb-2020

**7** 7/8-week A S/U end
**10** 12-week courses begin
**11** 12-week MBA courses last day to drop
**14** 12-week last day to add
**14** Summer & Fall courses available for viewing on WebAdvisor
**17** Fall 2019 Incomplete grades due
**20** 7/8-week A last day to withdraw
**24** 12/16-week S/U begins
**25** 12-week last day to drop

## March-2020

**1** 7-week A courses end
**2** Graduate registration for Summer & Fall Begins
**3** 8-week A Nursing courses end
**6** 7-week A grades due by 8am
**6** 12/16-week S/U ends
**6** 16-week Midterm grades due
**7** Residential Halls Close at 10am
**9** 8-week A grades due by noon
**9-13** Spring break-No Classes
**15** Residential Halls reopen at 10am
**16** 7/8-week B courses begin
**18** 7/8-week B last day to add
**23** Senior registration for Summer & Fall Begins
**24** 7/8-week B last day to drop
**26** Junior registration for Summer & Fall begins
**30** 7/8-week B S/U Begins
**30** Sophomore registration for Summer & Fall begins

EDU001188

## Apr-2020

**2** Freshman registration for Summer & Fall begins
**7** Open registration for Summer & Fall begins
**8** No classes beginning at 5pm
**8** 7-week B courses Midterm
**8** 7/8-week B courses S/U ends
**9-13** Easter Break-No classes beginning; night classes held 4/13
**10** University closed – Good Friday
**10** 12-week MBA courses last day to withdraw
**15** 16-week last day to withdraw
**17** 12-week last day to withdraw
**24** 7-week B last day to withdraw
**24** 12-week MBA courses end
**27** 8-week B last day to withdraw
**30** 12-week MBA courses grades due by noon

## May-2020

**1** 12/16-week courses end
**4-7** Finals (5/4-5/7)
**7** 12-week grades due by noon
**7** 8-week B Nursing courses end
**8** Residential halls close at 10am for non-commencement participants
**8** 7-week B grades due by 8 am
**9** Commencement 10 am
**9** Residential halls close for commencement participants 5pm

# Summer 2020

## May-2020 con't

**11** Summer Classes begin 7/8/16-week
**13** 16-week grades due by noon
**13** 7/8-week A last day to add
**13** 8-week B Nursing grades due by noon
**18** 16-week last day to add
**19** 7/8-week A last day to drop
**25** Memorial Day-No Classes, University Closed
**26** 7/8-week A S/U begins

ED Exh. 4 - Page 4 of 11

EDU001189

## June-2020

**1** 12 week courses begin
**1** 16-week last day to drop
**4** Summer Orientation
**5** 12-week last day to add
**5** 7/8-week A S/U ends
**5** 7-week A Midterm
**9** Summer Orientation
**12** Summer Orientation
**16** 12-week last day to drop
**17** Summer Orientation
**18** 7-week A last day to withdraw
**22** 16-week S/U Begins
**22** Spring 2020 Incomplete grades due
**23** Summer Orientation
**24** 8-week A last day to withdraw
**28** 7-week A courses end

## July-2020

**3** 7-week A grades due by 8am
**3** 16-week S/U ends
**3** 8-week A Nursing courses end
**6** 7/8-week B courses begin
**8** 7/8-week B last day to add
**9** 8-week A Nursing courses grades due by noon
**14** 7-week B last day to drop
**15** 8-week B last day to drop

## Aug-2020

**4** 16-week last day to withdraw
**7** 12-week last day to withdraw
**13** 7-week B last day to withdraw
**18** 8-week B last day to withdraw
**21** 12/16-week Courses End
**23** 7-week B courses end
**24-27** Finals 16-week courses

EDU001190

**27** 12-week Grades due by Noon
**27** 8-week courses end
**28** 7-week B Grades due by 8am
**29** Saturday MBA and AHG courses begin
**30** Residence Hall open for returning students 9 am
**31** 7A/8A/16-week Fall courses begin

## Sept-2020
**2** 16-week Summer Grades Due by noon

EDU001191

## Academic Calendar 2020-2021 At A Glance

| | |
|---|---|
| Monday, August 31, 2020 | 7 Wk. A Courses Begin |
| | 8 Wk. A Nursing Courses Begin |
| | 16 Wk. Courses Begin |
| | Fall 2020 Courses Begin |
| Wednesday, September 2, 2020 | 16 Wk. Summer Courses Grades Due by Noon |
| | 8 Wk. B Nursing Summer Grades Due by Noon |
| | 8 Wk. A Nursing Courses Last Day to Add |
| | 7 Wk. A Courses Last Day to Add |
| Friday, September 4, 2020 | Spring 2021 Schedule Due to Registrar |
| Monday, September 7, 2020 | Labor Day - No Classes |
| | University Closed |
| Tuesday, September 8, 2020 | 16 Wk. Courses Last Day to Add |
| Wednesday, September 9, 2020 | 7 Wk. A Courses Last Day to Drop |
| | 8 Wk. A Nursing Courses Last Day to Drop |
| Thursday, September 10, 2020 | 7 Wk. A Courses "W" Grading Begins |
| | 8 Wk. A Nursing Courses "W" Grading Begins |
| Monday, September 14, 2020 | 7 Wk. A Courses S/U Start |
| | 12 Wk. MBA Courses Begin |
| Friday, September 18, 2020 | 16 Wk. Courses Last Day to Drop |
| | Enrollment Census Day |
| | 12 Wk. MBA Courses Last Day to Add |
| Saturday, September 19, 2020 | 16 Wk. Courses "W" Grading Begins |
| Monday, September 21, 2020 | 12 Wk. Courses Begin |
| Friday, September 25, 2020 | 7 Wk. A Courses Midterm |
| | 7 Wk. A Courses S/U Due |
| | 12 Wk. Courses Last Day to Add |
| Saturday, September 26, 2020 | 12 Wk. MBA Courses "W" Grading Begins |
| Tuesday, September 29, 2020 | 12 Wk. MBA Courses Last Day to Drop |
| Thursday, October 1, 2020 | Spring 2021 Courses Available for Students to View |
| Tuesday, October 6, 2020 | 12 Wk. Courses Last Day to Drop |
| Wednesday, October 7, 2020 | 12 Wk. Courses "W" Grading Begins |
| Thursday, October 8, 2020 | 7 Wk. A Courses Last Day to Withdraw |
| Monday, October 12, 2020 | 2020 Summer Incomplete Grades Due |
| Thursday, October 15, 2020 | 8 Wk. A Nursing Courses Last Day to Withdraw |
| Saturday, October 17, 2020 | ~~Homecoming Cancelled~~ |
| Sunday, October 18, 2020 | 7 Wk. A Courses End |
| Monday, October 19, 2020 | 16 Wk. Courses S/U Begins |
| | 12 Wk. Courses S/U Begins |
| Thursday, October 22, 2020 | 7 Wk. A Courses Grades Due by Noon |
| Friday, October 23, 2020 | Fall Break - No Classes |

EDU001192

| | |
|---|---|
| Sunday, October 25, 2020 | 8 Wk. A Nursing Courses End |
| Monday, October 26, 2020 | 7 Wk. B Courses Begin |
| | 8 Wk. B Nursing Courses Begin |
| Wednesday, October 28, 2020 | 7 Wk. B Courses Last Day to Add |
| Wednesday, October 28, 2020 | 8 Wk. B Nursing Courses Last Day to Add |
| Thursday, October 29, 2020 | 8 Wk. A Nursing Courses Grades Due by Noon |
| Friday, October 30, 2020 | 16 Wk. Courses S/U Due |
| | 16 Wk. Courses Midterm Grades Due by Noon |
| | 12 Wk. Courses S/U Due |
| Monday, November 2, 2020 | SR and Graduate Students Registration Begins for Spring 2021 Semester |
| Tuesday, November 3, 2020 | 7 Wk. B Courses Last Day to Drop |
| | 8 Wk. B Nursing Courses Last Day to Drop |
| Wednesday, November 4, 2020 | 7 Wk. B Courses "W" Grade Begins |
| | 8 Wk. B Nursing Courses "W" Grade Begins |
| Thursday, November 5, 2020 | Junior Students Registration Begins for Spring 2021 Semester |
| Monday, November 9, 2020 | 7 Wk. B Classes S/U Begins |
| | Sophomore Students Registration Begins for Spring 2021 Semester |
| Thursday, November 12, 2020 | Freshman Students Registration Begins for Spring 2021 Semester |
| Monday, November 16, 2020 | Open Registration for Spring 2021 Semester |
| Thursday, November 19, 2020 | 16 Wk. Courses Last Day to Withdraw |
| Friday, November 20, 2020 | 12 Wk. MBA Courses Last Day to Withdraw |
| | 7 Wk. B Classes S/U Due |
| Tuesday, November 24, 2020 | Classes follow Friday Schedule |
| | Residential Halls Close for Remainder of the Semester |
| | No Classes Beginning After 5 PM |
| Wednesday, November 25-27, 2020 | Thanksgiving Break - No Classes |
| Friday, November 27, 2020 | 12 Wk. Courses Last Day to Withdraw |
| Monday, November 30, 2020 | All Classes Begin to Meet Virtually |
| Tuesday, December 1, 2020 | 7 Wk. B Courses Last Day to Withdraw |
| Friday, December 4, 2020 | 12 Wk. MBA Courses End |
| Wednesday, December 9, 2020 | 8 Wk. B Nursing Courses Last Day to Withdraw |
| Thursday, December 10, 2020 | 12 Wk. MBA Courses Grades Due by Noon |
| Friday, December 11, 2020 | 16 Wk. Courses End |
| | 12 Wk. Courses End |
| Sunday, December 13, 2020 | 7 Wk. B Courses End |
| Monday, December 14-17, 2020 | Final Exams |
| Thursday, December 17, 2020 | 8 Wk. B Nursing Courses End |
| | 12 Wk. Courses Grades Due by Noon |
| | 7 Wk. B Courses Grades Due by 8 a.m. |
| Tuesday, December 22, 2020 | 16 Wk. Courses Grades Due by Noon |
| | 8 Wk. B Nursing Courses Grades Due by Noon |
| Wed. December 23, 2020 - January 5, 2021 | Holiday Break - No Classes - University Closed |
| Wednesday, January 6, 2021 | College Offices Open |
| Monday, January 18, 2021 | Martin Luther King Jr Day - University Closed |
| Tuesday, January 19, 2021 | 16 Wk. Courses Begin |

ED Exh. 4 - Page 8 of 11

EDU001193

|                              |                                                        |
|------------------------------|--------------------------------------------------------|
|                              | 7 Wk. A Courses Begin                                  |
|                              | 8 Wk. A Nursing Courses Begin                          |
|                              | Spring 2021 Semester Begins                            |
| Thursday, January 21, 2021   | 7 Wk. A Courses Last Day to Add                        |
|                              | 8 Wk. A Nursing Courses Last Day to Add                |
| Wednesday, January 27, 2021  | 16 Wk. Courses Last Day to Add                         |
| Thursday, January 28, 2021   | 8 Wk. A Nursing Courses Last Day to Drop               |
|                              | 7 Wk. A Courses Last Day to Drop                       |
| Monday, February 1, 2021     | 12 Wk. MBA Courses Begin                               |
|                              | 7 Wk. A Courses S/U Begins                             |
| Friday, February 5, 2021     | 12 Wk. MBA Courses Last Day to Add                     |
|                              | 16 Wk. Courses Last Day to Drop                        |
| Saturday, February 6, 2021   | 16 Wk. Courses "W" Grades Begins                       |
| Monday, February 8, 2021     | 12 Wk. Courses Begin                                   |
| Friday, February 12, 2021    | 12 Wk. Courses Last Day to Add                         |
|                              | 7 Wk. A Courses Midterm                                |
|                              | 7 Wk. A Courses S/U Due                                |
| Tuesday, February 16, 2021   | 12 Wk. MBA Courses Last Day to Drop                    |
|                              | Flex Day*                                              |
| Wednesday, February 17, 2021 | 12 Wk. MBA Courses "W" Grade Begins                    |
| Tuesday, February 23, 2021   | 12 Wk. Courses Last Day to Drop                        |
| Wednesday, February 24, 2021 | 12 Wk. Courses "W" Grade Begins                        |
| Thursday, February 25, 2021  | 7 Wk. A Courses Last Day to Withdraw                   |
|                              | 8 Wk. A Nursing Courses Last Day to Withdraw           |
| Friday, February 26, 2021    | Summer and Fall 2021 Schedule Released to Students View |
| Monday, March 1, 2021        | 16 Wk. Courses S/U Begins                              |
|                              | Fall 2020 Incomplete Grades Due                        |
| Sunday, March 7, 2021        | 7 Wk. A Courses Ends                                   |
| Monday, March 8, 2021        | Graduate Student Registration Begins for Summer & Fall 2021 |
| Tuesday, March 9, 2021       | 8 Wk. A Nursing Courses End                            |
| Wednesday, March 10, 2021    | Flex Day*                                              |
| Friday, March 12, 2021       | 16 Wk. Courses Midterm Grades Due by Noon             |
|                              | 16 Wk. S/U Due                                         |
|                              | 7 Wk. A Courses Grades Due by 8 a.m.                   |
| Monday, March 15, 2021       | 12 Wk. Courses S/U Begins                              |
|                              | 7 Wk. B Courses Begin                                  |
|                              | 8 Wk. A Nursing Courses Grades Due by Noon            |
|                              | 8 Wk. B Nursing Courses Begin                          |
| Wednesday, March 17, 2021    | 7 Wk. B Courses Last Day to Add                        |
|                              | 8 Wk. B Nursing Courses Last Day to Add               |
| Friday, March 19, 2021       | 12 Wk. Courses S/U Due                                 |
| Tuesday, March 23, 2021      | 7 Wk. B Courses Last Day to Drop                       |
|                              | 8 Wk. B Nursing Courses Last day to Drop              |
| Wednesday, March 24, 2021    | 7 Wk. B Courses "W" Grade Begins                       |
|                              | 8 Wk. B Nursing Courses "W" Grade Begins              |

EDU001194

| | |
|---|---|
| Monday, March 29, 2021 | Senior Registration - Summer and Fall 2021 |
| Wednesday, March 31, 2021 | 12 Wk. MBA Courses Last Day to Drop |
| | No Classes Beginning 5 p.m. |
| Thursday, April 1-5, 2021 | Easter Break |
| | Junior Registration - Summer & Fall 2021 |
| Friday, April 2, 2021 | Good Friday - University Closed |
| Wednesday, April 7, 2021 | Sophomore Registration - Summer and Fall 2021 |
| Wednesday, April 14, 2021 | 12 Wk. Courses Last Day to Withdraw |
| | 16 Wk. Courses Last Day to Withdraw |
| Thursday, April 15, 2021 | Freshman Registration - Summer and Fall 2021 |
| Tuesday, April 20, 2021 | Open Registration - Summer and Fall 2021 |
| Friday, April 23, 2021 | 7 Wk. B Courses Last Day to Withdraw |
| | 12 Wk. MBA Courses End |
| Monday, April 26, 2021 | 8 Wk. B Nursing Courses Last Day to Withdraw |
| Thursday, April 29, 2021 | 12 Wk. MBA Courses Grades Due by Noon |
| Friday, April 30, 2021 | 16 Wk. Courses End |
| | 12 Wk. Courses End |
| Sunday, May 2, 2021 | 7 Wk. B Courses End |
| Monday, May 3-6, 2021 | Finals |
| Thursday, May 6, 2021 | 12 Wk. Courses Grades Due by Noon |
| | 8 Wk. B Nursing Courses End |
| | Spring 2020 Incomplete Grades Due |
| Friday, May 7, 2021 | 7 Wk. B Courses Grades Due by 8 a.m. |
| Saturday, May 8, 2021 | Commencement - |
| Monday, May 10, 2021 | 16 Wk. Summer Courses Begin |
| | 7 Wk. A Summer Courses Begin |
| | 8 Wk. A Summer Nursing Courses Begin |
| Wednesday, May 12, 2021 | 16  Wk. Courses Grades Due by Noon |
| | 8 Wk. B Courses Grades Due by Noon |
| | 7 Wk. A Courses Last Day to Add |
| | 8 Wk. A Nursing Courses Last Day to Add |
| Monday, May 17, 2021 | 16 Wk. Courses Last Day to Drop |
| Tuesday, May 18, 2021 | 7 Wk. A Courses Last Day to Drop |
| | 8 Wk. A Nursing Courses Last Day to Drop |
| Wednesday, May 19, 2021 | 7 Wk. A Courses "W" Grade Begins |
| | 8 Wk. A Nursing Courses "W" Grade Begins |
| Monday, May 24, 2021 | 7 Wk. A Courses S/U Begins |
| Monday, May 31, 2021 | Memorial Day - No Classes - University Closed |
| | 16 Wk. Courses Last Day to Drop |
| Tuesday, June 1, 2021 | 16 Wk. Courses "W" Grade Begin |
| | 12 Wk. Courses Begin |
| Friday, June 4, 2021 | 7 Wk. A Courses S/U Due |
| | 7 Wk. A Courses Midterm |
| | 12 Wk. Courses Last Day to Add |
| Wednesday, June 16, 2021 | 12 Wk. Courses Last Day to Withdraw |

ED Exh. 4 - Page 10 of 11

EDU001195

| | |
|---|---|
| Thursday, June 17, 2021 | 7 Wk. A Courses Last Day to Withdraw |
| | 12 Wk. Courses "W" Grade Begin |
| Monday, June 21, 2021 | 16 Wk. Courses S/U Begins |
| | Spring 2021 Incomplete Grades Due |
| Wednesday, June 23, 2021 | 8 Wk. A Nursing Courses Last Day to Withdraw |
| Sunday, June 27, 2021 | 7 Wk. A Courses End |
| Monday, June 28, 2021 | 12 Wk. Courses S/U Begins |
| Friday, July 2, 2021 | 7 Wk. A Courses Grades Due by 8 a.m. |
| | 16 Wk. Courses S/U Due |
| | 8 Wk. A Nursing Courses End |
| Sunday, July 4, 2021 | Independence Day |
| Tuesday, July 6, 2021 | 7 Wk. B Courses Begin |
| | 8 Wk. B Nursing Course Begin |
| Thursday, July 8, 2021 | 7 Wk. B Courses Last Day to Add 8 Wk. B Nursing Courses Begin |
| | 8 Wk. A Nursing Courses Grades Due by Noon |
| Friday, July 9, 2021 | 12 Wk. Courses S/U Due |
| Wednesday, July 14, 2021 | 7 Wk. B Courses Last Day to Drop |
| | 8 Wk. B Nursing Courses Last Day to Drop |
| Thursday, July 15, 2021 | 7 Wk. B Courses "W" Grade Begin |
| | 8 Wk. B Nursing Courses "W" Grade Begin |
| Tuesday, August 3, 2021 | 16 Wk. Courses Last Day to Withdraw |
| Friday, August 6, 2021 | 12 Wk. Courses Last Day to Withdraw |
| Thursday, August 12, 2021 | 7 Wk. B Courses Last Day to Withdraw |
| Tuesday, August 17, 2021 | 8 Wk. B Nursing Courses Last Day to Withdraw |
| Friday, August 20, 2021 | 16 Wk. Courses End |
| | 12 Wk. Courses End |
| Sunday, August 22, 2021 | 7 Wk. B Courses End |
| Monday, August 23-26, 2021 | Finals |
| Thursday, August 26, 2021 | 12 Wk. Grades Due by Noon |
| | 8 Wk. B Nursing Courses End |
| Friday, August 27, 2021 | 7 Wk. B Courses Grades Due by 8 a.m. |
| Monday, August 30, 2021 | 16 Wk. Fall Courses Begin |
| | 7 Wk. A Fall Courses Begin |
| | 8 Wk. A Fall Nursing Courses Begin |

*Flex Days are set aside for professional development programming, online or review activities, and/or to allow for open lab and classroom access for students or completion of make-up work. With limited exceptions, there will not be in-person classes held on Flex Days. Please note in some program's accreditation regulations may require labs, clinicals, or field experiences to be scheduled virtually on Flex Days, please refer to the spring course syllabus for additional details.

EDU001196

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 5**

**Ashland's Correctional Education Instructor Best Practices Checklist Examples**

EDU001197

## Ashland University Correctional Education Instructor Best Practices Checklist

Semester Dates – September 21 – December 11

**Pre-Week 1 (Sept. 14)** – Send out Welcome Message to all students

**Week 1 (Sept. 21)**

- ☐ Weekly Module 1 Update
- ☐ In-Semester Training – September 24 – Topic: Messaging, Attendance, and Roster Verification

**Week 2 (Sept. 28)**

- ☐ Weekly Module 2 Update
- ☐ Participation Reporting/Roster Verification due Monday, September 28 (on WebAdvisor)
- ☐ In-Semester Training – October 1 – Topic:  Grading in Lantern
- ☐ Report to Site Director any student who is not responding to messages

**Week 3 (Oct. 5)**

- ☐ Weekly Module 3 Update
- ☐ Participation Reporting/Roster Verification due Monday, October 5 (on WebAdvisor)
- ☐ In-Semester Training – October 8 – Topic:  Grading in Blackboard

**Week 4 (Oct. 12)**

- ☐ Weekly Module 4 Update

**Week 5 (Oct. 19)**

- ☐ Weekly Module 5 Update

**Week 6 (Oct. 26)**

- ☐ Weekly Module 6 Update

**Week 7 (Nov. 2)**

- ☐ Weekly Module 7 Update

**Week 8 (Nov. 9)**

- ☐ Weekly Module 8 Update
- ☐ In-Semester Training – November 12 – Open Forum

**Week 9 (Nov. 16)**

- ☐ Weekly Module 9 Update
- ☐ In-Semester Training – November 19 – Final Grading/Incompletes

**Week 10 (Nov. 23) Thanksgiving Week**

- ☐ Weekly Module 10 Update

**Week 11 (Nov. 30)**

- ☐ Weekly Module 11 Update

**Week 12 (Dec. 7)**

- ☐ Weekly Module 12 Update

Final Grades Due on Thursday, December 17 at noon

EDU001198

**Ashland University Correctional Education Instructor Best Practices Checklist**

Spring 2021 Semester Dates – February 8 – April 30

**Pre-Week 1 (Feb. 1)** – Send out Welcome Message to all students (and 20SP/20FA incomplete students)

**Week 1 (Feb. 8)**

- ☐ Weekly Module 1 Update
- ☐ In-Semester Training – February 11 – Topic: Messaging, SOAR Progress Survey
- ☐ Progress Survey 1 Due on SOAR (Starfish) – February 13
- ☐ Send No Show flags for Non-Participation to Site Director

**Week 2 (Feb. 15)**

- ☐ Weekly Module 2 Update
- ☐ In-Semester Training – February 18 – Topic:  Grading in Lantern LMS and SP20, FA20 Incompletes
- ☐ Progress Survey 2 Due on SOAR (Starfish) – February 20

**Week 3 (Feb. 22)**

- ☐ Weekly Module 3 Update
- ☐ In-Semester Training – February 25 – Topic:  Grading in Blackboard LMS

**Week 4 (Mar. 1)**

- ☐ Weekly Module 4 Update

**Week 5 (Mar. 8)**

- ☐ Weekly Module 5 Update
- ☐ In-Semester Training – March 11 – Topic: Understanding the role of the Site Director

**Week 6 (Mar. 15)**

- ☐ Weekly Module 6 Update

**Week 7 (Mar. 22)**

- ☐ Weekly Module 7 Update
- ☐ In-Semester Training – March 25 – Topic: Open Forum Discussion

**Week 8 (Mar. 29)**

- ☐ Weekly Module 8 Update

**Week 9 (Apr. 5)**

- ☐ Weekly Module 9 Update
- ☐ In-Semester Training – April 8 – Topic: AU Graduate and Reentry

**Week 10 (Apr. 12)**

- ☐ Weekly Module 10 Update

**Week 11 (Apr. 19)**

- ☐ Weekly Module 11 Update
- ☐ In-Semester Training – April 22 – Topic: Final Grading and Incompletes

**Week 12 (Apr. 26)**

- ☐ Weekly Module 12 Update

Final Grades Due on Thursday, May 6 at noon

ED Exh. 5 - Page 2 of 2

EDU001199

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 6**

**Ashland's Course Syllabus Examples**

EDU001200

# Ashland University English Composition II Syllabus

**Course Number & Title:** ENG 102, Composition II, FALL 2019

**Department:** English

**Prerequisites:** Placement or Completion of ENG 101

**Credits:** 3

---

### Instructor

Contact your course instructor through our email system or by sending a message through our on-site person.

### Catalog Description:

English 102 is the second course in Ashland University's two-semester writing sequence and involves continued emphasis on the writing process, critical thinking, close reading, the rhetorical nature of language, and research skills.  Meets Core credit for composition II.

### Course Content:

Composition II introduces students to the idea of participation in an intellectual community. Although many instructors in Composition II will use literary texts to challenge students to read critically and explore the nuance of language, the focus in Composition II is not on thematic instruction in the mode of the traditional "interpretation of literature" course but on the process by which thematic meaning is conceived, articulated, and debated.  Composition II texts will in general be longer or more closely grouped around a subject or idea than texts in Composition I in order to give students a greater depth of material in which to conceive and develop their arguments.

### Student learning outcomes:

| English 102 Student Learning Outcomes | |
| --- | --- |
| **Argumentation** - Students will be able to:<br>Create evidence-based arguments to support claims in an analysis of substantive topics or texts, using valid reasoning and relevant and sufficient evidence. | Related topics include, but are not limited to:<br>● Thesis statement<br>● Quality of argument<br>   ○ No logical fallacies<br>   ○ Debatable<br>   ○ Evidence-based<br>● Counter-arguments<br>● Analysis, no just description |

EDU001201

| | |
|---|---|
| **Research Process** - Students will be able to:<br>Conduct inquiry-driven research on a theme or issue through a process that may include writing reflective responses, summaries, annotated bibliographies, and other examples of processing<br><br>Synthesize information collected and use it within their own writing to form an argument rather than finding information that supports a predetermined argument. | Related topics include, but are not limited to:<br>● Summarizing and paraphrasing information<br>● Locating and evaluating sources<br>● Using library resources<br>● Integrating research into texts for a specific purpose<br>● Working with quotations<br>● MLA/APA citation styles - purpose, differences, uses |
| **Critical Reading** - Students will be able to:<br>Read a variety of shorter and longer literary fiction and nonfiction texts to conduct in-depth analysis of a specific theme or issue.<br><br>Confidently discuss, debate, and evaluate different interpretations of a text. | Related topics include, but are not limited to:<br>● Reading process<br>● Active reading strategies<br>● Making and supporting interpretations<br>● Close reading and analysis<br>● Satire<br>● Character analysis |
| **Reflection & Metacognition** - Students will be able to:<br>Continue to develop and experiment with their writing process through in-class discussions, peer review, and written and oral reflections on their own writing.<br><br>Critique their own and others' works and to reflect on their own development as writers. | Related topics include, but are not limited to:<br>● Discussions of prior knowledge/learning experiences<br>● Reflections on writing process<br>● Transfer of learning/skills to other writing contexts |
| **Conventions** - Students will be able to:<br>Produce clean final drafts that follow the appropriate genre conventions with few or no errors.<br><br>Use appropriate citation style conventions including document format, in-text citations, and reference/works cited page for a given writing assignment. | Related topics include, but are not limited to:<br>● Standard written (American) English<br>● Proofreading and editing<br>● Sentence-level issues<br>   ○ Grammar, punctuation, syntax variety, etc.<br>● Language choices<br>   ○ Word choice, style, voice<br>● Citation format and style guide (MLA, APA, Chicago, etc.) |

## Core Composition Outcomes

1. Compose and communicate effectively for a variety of rhetorical purposes.
2. In writing, frame and analyze a problem using relevant information.
3. Write an appropriate argument, report, application, or other expressions of such inquiry.

## Student assessment criteria

1. Final grades will be based on written assignments during the semester.  Instructors may establish policies which award no more than 10 percent of the final grade for class

EDU001202

participation and attendance.  Instructors are free to establish appropriate policies involving missed classes and late or incomplete work.

2.  Rewriting is often encouraged, but rewritten papers which receive new grades should not account for more than one-quarter of the final grade.
3.  Students are expected to turn in for grading approximately 20-25 edited, finished pages during the semester.  (Page lengths and page counts refer to typed double-spaced pages in standard twelve-point fonts with standard one-inch margins.)  The number of papers will vary based on the assignments; for example, an assignment incorporating narrative elements or incorporating contextual sources would likely generate a higher page count than other types of assignments.  In-class writing may count as finished writing when class time has been devoted to discussion of the assignment, when the instructor has assessed the writing, and when the grade reflects the student's command of the writing process as well as the content.  No more than 25% of a student's grade may be derived from in-class writing.  The number of papers will vary, but must be at least three.  Students will receive a grade on a paper by the end of the first month of the semester.
4.  In addition to assigning formal papers, instructors often assign other tasks that help students develop writing and editing.  These assignments may include such tasks as keeping journals, free writing, creating arguments, discovering ideas, experimenting with sentence form and writing technique, editing previously written prose, and analyzing audiences and rhetorical aims of writing.

**Plagiarism Policy**

- Plagiarism is the practice of passing off someone else's work as your own, whether this is in the form of unacknowledged quotations or ideas. Cheating also occurs when someone else writes any part of your paper. In other words, <u>all work you do for this class must be your own.</u> Plagiarism is not to be confused with receiving and responding to suggestions from others in draft workshops.
  - If two students submit papers which are substantially identical, the instructor will assume that plagiarism occurred. It is impossible to determine who is the original author and who copied, so in plagiarism cases where two students submit the same paper, both will receive the same penalty. *Do not loan out your rough drafts or permit friends to copy your electronic files.*
- It is your responsibility to understand today what plagiarism is and how to avoid it; do not wait until we cover it in class. If you have any questions about plagiarism or about the use and documentation of sources, please talk with your instructor. If you plagiarize, you may receive a grade of "F" for this course and be subject to disciplinary action.

Please note: students are not permitted to turn in the same paper for two different classes at Ashland University.

EDU001203

**Online Correctional Center Course Syllabus Statement**

It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

**Required Course Materials**

- Cohen, Samuel, editor. *50 Essays: A Portable Anthology.* 5th ed., Bedford/St. Martin's, 2017.
- Hacker, Diana, and Nancy Sommers. *A Writer's Reference.* 9th ed., Macmillan, 2018.

**Grading Policies**

**Course Assignments**

| | |
|---|---|
| Essay #1 (Reading Response) | 100 points |
| Essay #2 (Rhetorical Analysis) | 125 points |
| Essay #3 (Argument) | 125 points |
| Essay #4 (Synthesis) | 175 points |
| Five prewriting exercises @ 25 | 125 points |
| Three short responses @ 25 | 75 points |
| Four sentence combining @ 10 | 40 points |
| **Total** | **765 points** |

Grades for individual written assignments will be entered using this table:

| Assignment Grading Scale (%) | | | |
|---|---|---|---|
| A = 100 | B = 84 | C = 74 | D = 64 |
| A− = 91 | B− = 81 | C− = 71 | D− = 61 |
| B+ = 88 | C+ = 78 | D+ = 68 | F = 50 |

EDU001204

The "Course Grading Scale" below reflects a range for the course as a whole. Thus, if your overall average is between 83% and 85.9%, you can expect to receive a "B" for the course.

| Course Grading Scale (%) | | | |
|---|---|---|---|
| A = 93–100 | B = 83-85.9 | C = 73–75.9 | D = 63–65.9 |
| A– = 90–92.9 | B– = 80–82.9 | C– = 70–72.9 | D– = 60–62.9 |
| B+ = 86–89.9 | C+ = 76–79.9 | D+ = 66–69.9 | F = below 60 |

### Revisions

You may rewrite any of your first four graded papers and submit them for an improved grade. Here are the rules:

1.  Papers that received a C (73%) or better will not be regraded.
2.  All revisions must be highlighted.

Note that simply typing in corrections suggested by the instructor (punctuation, spelling, etc.) will not generally result in an improved grade. Simply resubmitting an essay without making any changes will not cause your grade to change.

### Late Papers

If your paper is late, you will lose 10% of the maximum possible grade, to a maximum of 20%, for each module it is late. If your paper is more than two modules late, you will submit a memo explaining the reason for your lateness, which the instructor will consider while deciding whether to accept the paper.

### Incompletes

The Incomplete is a temporary grade given to a student who has completed most of the course and has a passing grade but is unable to complete the course for major reasons beyond his/her control (such as a serious medical problem). The Incomplete is not intended for students who simply did not get around to doing all the work during the semester. The University academic calendar lists the final deadline for making up Incompletes each semester.

### Rough Drafts

Rough drafts are required. The purpose of rough draft assignments is to give you feedback that will help you write a better paper, so rough drafts that are submitted with or after the final copy is submitted will not receive credit.

- If a rough draft is submitted at the same time as the final copy, it will receive no points.
- If a rough draft is submitted after the final copy, it will receive no points.
- If a rough draft is precisely the same as the final copy, it will receive no points.
- *In other words, you do not get 25 points for just clicking "submit" again!*
- **Please note:** It is your responsibility to communicate with the instructor if you cannot find your feedback on the rough draft.  Technical difficulties or circumstances at your particular site may have interfered with your viewing the

EDU001205

feedback, so it is up to the student to be proactive in informing the instructor if the feedback has not been received.

- o If a problem keeps you from receiving your rough draft, you can still continue writing and thinking about revision. You are not required to stop all further action while you wait for the rough draft to be returned!

**Grade Appeals**

If you believe your academic rights have been violated, you should discuss the matter with your instructor. If you wish to appeal the case, you must appeal to the Director of Composition, before going to the department chairperson, or to the Dean and Academic Council, who may confer with the Provost.

EDU001206

# Ashland University English Composition II
## English 102 – 3 credits

**Course Schedule and Assignments**

In the list below,

- *50 Essays* = Cohen, Samuel, editor. *50 Essays: A Portable Anthology.* 5th ed., Bedford/St. Martin's, 2017.
- *Writer's Reference* = Hacker, Diana, and Nancy Sommers. *A Writer's Reference.* 9th ed., Macmillan, 2018.
  - § is a section mark, so §A1-a means "section A1, topic a." You will find the section numbers in colored boxes on the pages.

---

**Module 1: Reading Response**

**Week of: Sept 16-20**

- Watch:
  - Module 1 Face-to-Face
  - You Are a Writer
  - How Real Writers Work
- Read:
  - *50 Essays*
    - Introduction for Students: Active Reading, Critical Thinking, and the Writing Process (pp. 1-14)
    - Frederick Douglass, "Learning to Read and Write" (pp. 125-130)
    - Malcolm X, "Learning to Read" (pp. 240-249)
  - *Writer's Reference*
    - Planning (§C1, pp. 3-12)
    - Drafting (§C2, pp. 13-18)
    - Reading and writing critically (§A1, pp. 57-70)
  - Readings, Assignments, and Handouts
    - Essay #1 Assignment: Reading Response
    - Short Response Assignment Sheet: Prewriting Essay 1
    - NCTE Essay Rubric
- Submit:
  - Essay #1 (Reading Response) Prewriting

  **DUE: SEPT 20**

---

**Module 2: Reading Response**

**Week of: Sept 23-27**

- Watch:

EDU001207

- o Module 2 Face-to-Face
- o Answering Questions
- Read:
  - o *Writer's Reference*
    - ▪ Approach global revision in cycles (§C3-e, pp. 27-29)
    - ▪ Revise and edit sentences (§C3-f, p. 29)
    - ▪ Proofread the final manuscript (§C3-g, p. 31)
  - o Readings, Assignments, and Handouts
    - ▪ Mechanics of Writing About Readings
    - ▪ Response to "Let's Really Reform Our Schools"
    - ▪ Response to "Don't Let Stereotypes Warp Your Judgments"
    - ▪ Top 20 Grammar Errors
- Submit:
  - o Essay #1 (Reading Response) Final Copy

**DUE: SEPT 27**

---

**Module 3: Rhetorical Analysis**

**Week of: Sept 30 - Oct 4**

- Watch:
  - o Module 3 Face-to-Face
  - o Quotation Sandwich
  - o What is Rhetorical Analysis?
- Read:
  - o *50 Essays*
    - ▪ Nancy Mairs, "On Being a Cripple" (pp. 226-238)
    - ▪ Brent Staples, "Just Walk on By: Black Men and Public Space" (pp. 329--342)
  - o *Writer's Reference*
    - ▪ Appropriate language (§W4, pp. 156-164)
    - ▪ Using quotations effectively (§MLA-3b, pp. 374-376)
    - ▪ Use signal phrases to integrate sources (§MLA-3c, pp. 376-380)
  - o Readings, Assignments, and Handouts
    - ▪ Essay #2 Assignment: Rhetorical Analysis
    - ▪ Should I paraphrase or quote?
    - ▪ Quotation sandwich
- Submit:
  - o Essay #2 (Rhetorical Analysis) Rough Draft
  - **DUE: OCT 4**

EDU001208

**Module 4: Rhetorical Analysis**

**Week of: Oct 7-11**

- Watch:
  - Module 4 Face-to-Face
  - Why we need sentence combining
  - Sentence combining introduction
- Read:
  - *50 Essays*
    - Daniel Defoe: "The Education of Women" (pp. 111-114)
  - *Writer's Reference*
    - Combine choppy sentences (§S6-b, pp. 129-131)
    - Revision symbols (There is no page number; this is the last sheet in the book, just before the back cover.)
  - Readings, Assignments, and Handouts
    - Short Response Assignment Sheet: "The Education of Women"
- Submit:
  - Short Response to "The Education of Women"
  - Sentence Combining Exercise 1

   **DUE: OCT 11**

**Module 5: Rhetorical Analysis**

**Week of: Oct 14-18**

- Watch:
  - Module 5 Face-to-Face
  - Sentence Combining 2
- Read:
  - *Writer's Reference*
    - Writer's Choice: Positioning major and minor ideas (p. 132)
    - Writer's Choice: Strengthening with variety (p. 136)
  - Readings, Assignments, and Handouts
    - How to Revise a Paper
- Submit:
  - Essay #2 (Rhetorical Analysis) Final Copy
  - Sentence Combining Exercise 2

   **DUE: OCT 18**

EDU001209

**Module 6: Argument**

**Week of: Oct 21-25**

- Watch:
    - Module 6 Face-to-Face
    - Sentence Combining 3
    - Academic Argument
- Read:
    - *50 Essays*
        - Richard Rodriguez, "Aria: Memoir of a Bilingual Childhood" (pp. 321--343)
        - Mike Rose, "I Just Wanna Be Average" (pp. 345-358)
    - *Writer's Reference*
        - Writing arguments (§A4, pp. 87-101)
    - Readings, Assignments, and Handouts
        - Essay #3 Assignment: Argument
        - What is Argumentation?
        - Ethos, Logos, Pathos: Three Ways to Persuade
- Submit:
    - Essay #3 (Argument) Rough Draft
    - Sentence Combining Exercise 3

**DUE: OCT 25**

**Module 7: Argument**

**Week of: Oct 28 - Nov 1**

- Watch:
    - Module 6 Face-to-Face
    - Sentence Combining 4
- Read:
    - *50 Essays*
        - Stephen King: "Reading to Write" (pp. 210-214)
    - *Writer's Reference*
        - Reading arguments (§A3, pp. 78-86)
    - Readings, Assignments, and Handouts
        - Using Logic
        - Argumentative Fallacies
        - Short Response Assignment Sheet: "Reading to Write"
- Submit:
    - Short Response to "Reading to Write"
    - Sentence Combining Exercise 4
    
    **DUE: NOV 1**

EDU001210

English 102 syllabus page 11 of 13

**Module 8: Argument**

**Week of: Nov 4-8**

- Watch:
  - Module 8 Face-to-Face
  - Evaluating Sources
- Read:
  - *Writer's Reference*
    - Reading like a researcher (p. 352)
    - Evaluating all sources (p. 353)
    - Evaluating sources you find on the web (p. 354)
  - Readings, Assignments, and Handouts
    - Jeff Rouner: "No, It's Not Your Opinion. You're Just Wrong."
- Submit:
  - Essay #3 (Argument) Final Copy

**DUE: NOV 8**

**Module 9: Synthesis**

**Week of: Nov 11-15**

- Watch:
  - Module 9 Face-to-Face
  - Thesis by the Numbers
- Read:
  - *50 Essays*
    - "Synthesis" (p. 446)
  - *Writer's Reference*
    - Sample MLA research paper (§MLA-5b pp. 426-432)
    - Researching (§R1, pp. 329-337)
  - Readings, Assignments, and Handouts
    - Essay #4 Assignment: Synthesis
    - Thesis Memo assignment
    - Sample Thesis Memo
    - Sample MLA Formatted Paper
- Submit:
  - Essay #4 (Synthesis) Thesis Memo

**DUE: NOV 15**

EDU001211

**Module 10: Synthesis**

**Week of: Nov 18-22**

- Watch:
    - Module 10 Face-to-Face
- Read:
    - *50 Essays*
        - Documentation Guide (pp. 433-438)
    - *Writer's Reference*
        - Supporting a thesis (§MLA-1, pp. 363-368)
        - Managing information: taking notes responsibly (§R2, pp. 341-346)
        - Evaluating sources (§R3, pp. 348-357)
    - Readings, Assignments, and Handouts
        - Quick Guide to Documenting items from 50 Essays
- Submit:
    - Essay #4 (Synthesis) Rough Draft

   **DUE: NOV 22**

**Module 11: Synthesis**

**Week of: Nov 25-29**

- Watch:
    - Module 11 Face-to-Face
- Read:
    - *Writer's Reference*
        - Integrating sources (§MLA-3, pp. 372-383)
    - Readings, Assignments, and Handouts
        - Quotations in Research Papers

**DUE: NOV 29**

EDU001212

**Module 12: Synthesis**

**Week of: Dec 2-6**

- Readings due:
    - *50 Essays:*
    - *Writer's Reference:*
        - Citing sources, avoiding plagiarism (§MLA-2, pp. 369-372)
        - Reflecting on your writing (§C4, pp. 36-41)
    - Printed handouts:
        - Reflective Memo assignment
    - Media package:
- Written work due:
    - Essay #4 (Synthesis) Final Copy
    - Final Reflective Memo

**DUE: DEC 6**

EDU001213



Richard E. & Sandra J. Dauch
# COLLEGE OF
# BUSINESS & ECONOMICS
## ASHLAND UNIVERSITY

# Personal Asset Management
## Term: FALL 2019
## FIN 322 Outreach

**Assistant Professor: Staff**
**Credit Hours:**       **3**
**Department(s):**      **Business**
**Prerequisites:**      **None**

**Course Materials:**

**Text:**  Real World Personal Finance
**Publisher**:  Lexington Books
**Authors:**  Nadler/Rumker

**Course Description:**  This course is designed to introduce students to effective money management skills.  Topics discussed in this course will range from setting realistic financial goals to various methods that can be employed to achieve those goals.  This course demonstrates how to successfully face all the personal finance issues in the real world.

**Course Objectives and Competencies:**

**Student learning Outcomes:** The seven content areas (competencies) in which all undergraduate business and economics majors at Ashland University should acquire proficiency are **communication, critical thinking, business knowledge and technical skills, leadership/teamwork, ethics, analytical/quantitative skills, and international/global perspective.**  In this course students will learn the following competencies:

1. **Specialized business knowledge**
2. **Critical thinking**
3. **Communication**

EDU001214

**Student assessment criteria:**

1. Tests and written assignments
2. Individual presentation
3. Development of a financial plan
4. Grading scale and point values for assignments and tests

*Cheating* and *Plagiarism* will not be tolerated.  Anyone caught cheating or plagiarizing will receive a zero on that assignment.  The student handbook defines both plagiarism and cheating.

**Online Correctional Center Course Syllabus Statement**

It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

*Course Schedule and Assignments*

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of: Sept 16 - 20 | *Introduction to Personal Finance* | **SUBMIT**: Introduce Yourself **WATCH**: Video Instructions on Final Project **READ**: Chapter 1 **WATCH**: "What is Personal Finance?" **READ**: "The 4 Most Common Personal Finance Problems—Solved" **COMPLETE**: "The 4 Most Common Personal Finance Problems—Solved" Quiz **READ**: Chapter 2 **WATCH**: "Personal Financial Statements" **READ**: "Do You Have a Money Disorder" **COMPLETE**: "Do You Have a Money Disorder?" Quiz **SUBMIT**: Personal Balance Sheet **DUE: SEPT 20** |
| 2 | Week of: Sept 23 - 27 | *Financial Goals* | **READ**: Chapter 3 **WATCH**: "Calculating How Much Money You Need" **SUBMIT**: Module 2 TVM Problems **READ**: Chapter 4 **WATCH**: "Financial Goals" **SUBMIT**: Module 2 Goals Sheet |

ED Exh. 6 - Page 15 of 53

EDU001215

| | | | |
|---|---|---|---|
| | | | **WATCH**: "Good Debt vs. Bad Debt"<br>**COMPLETE**: "Good Debt vs. Bad Debt"<br>**DUE: SEPT 27** |
| 3 | Week of:<br>Sept 30 -<br>Oct 4 | *Budget* | **READ**: Chapter 5<br>**WATCH**: "Track Your Spending"<br>**WATCH**: "How To Set A Budget and Stick To It"<br>**COMPLETE:** "How To Set A Budget and Stick To It" Quiz<br>**SUBMIT**: Budget Assignment<br>**WATCH**: "Understanding Your Credit Score"<br>**COMPLETE**: "Understanding Your Credit Score" Quiz<br>**READ**: Chapter 6<br>**WATCH**: "Pre-Investment Steps"<br>**WATCH**: "Credit Card Debt Explained with a Glass of Water"<br>**DUE: OCT 4** |
| 4 | Week of:<br>Oct 7-11 | *Financial Assets* | **READ**: Chapter 7<br>**WATCH**: "Basic Types of Paper Financial Assets"<br>**COMPLETE**: Chapter 7 Quiz<br>**READ**: Chapter 8<br>**WATCH**: "The Basic Language of Investing"<br>**COMPLETE**: Chapter 8 Quiz<br>**DUE: OCT 11** |
| 5 | Week of:<br>Oct 14 -<br>18 | *Stocks & Bonds* | **SUBMIT**: Module 5 Risk Tolerance Quiz Results<br>**WATCH**: "Inflation and Bubbles and Tulips: Crash Course Economics #7"<br>**READ**: Chapter 9<br>**WATCH**: "Factors That Affect Return"<br>**READ**:  Chapter  10<br>**WATCH**:   "Stocks"<br>**READ**:  Chapter  11<br>**WATCH**: "Bonds"<br>**COMPLETE**: Chapter 9- 11 Quiz<br>**DUE: OCT 18** |
| 6 | Week of:<br>Oct 21 -<br>25 | *Mid-Term* | **COMPLETE: Midterm Exam**<br>**DUE: OCT 25** |
| 7 | Week of:<br>Oct 28 -<br>Nov 1 | *Mutual Funds* | **READ:** Chapter 12<br>**WATCH**: "Mutual Funds: Part 1"<br>**WATCH**: "Mutual Funds: Part 2"<br>**WATCH**: "Mutual Funds: Part 3" |

EDU001216

| | | | |
|---|---|---|---|
| | | | **WATCH:** "Investing Basics: Mutual Funds"<br>**COMPLETE:** "Investing Basics: Mutual Funds "Quiz<br>**READ:** Types of Mutual Funds define and top 20 list"<br>**WATCH:** "Portfolio Design"<br>**DUE: NOV 1** |
| 8 | Week of: Nov 4-8 | *Retirement* | **WATCH:** "Investment Problems"<br>**WATCH**: "What is a Roth IRA?"<br>**WATCH**: "Retirement Plans"<br>**SUBMIT**: Mutual Fund Portfolio<br>**COMPLETE**: Chapter 14 & 15 Quiz<br>**DUE: NOV 8** |
| 9 | Week of: Nov 11 - 15 | *Action Plans & Student Loans* | **WATCH**: "Action Plans"<br>**WATCH**: "Student Loans"<br>**WATCH**: "Why People Fail"<br>**COMPLETE**: Module 9 Quiz<br>**DUE: NOV 15** |
| 10 | Week of: Nov 18 - 22 | *Financial Plans* | **WATCH**: " Purchasing Financial Assets"<br>**WATCH:** Video Review for "Financial Plan"<br>**SUBMIT**: Module 10 Financial Plan<br>**DUE: NOV 22** |
| 11 | Week of: Nov 25 - 29 | *Investing* | **WATCH**: "Investing Resources"<br>**WATCH**: "Selecting A Planner"<br>**DUE: NOV 29** |
| 12 | Week of: Dec 2-6 | *Life Stages* | **WATCH**: " Life Stages"<br>**WATCH:** "Course Summary"<br>**COMPLETE**: Final Exam<br>**DUE: DEC 6** |

## This is a tentative schedule and may be changed to meet scheduling conflicts.

| Points: | Evaluation | | Competencies being measured |
|---|---|---|---|
| | Tests | 170 | Specialized business knowledge & Managerial thinking |
| | Financial Plan | 100 | Specialized business knowledge & Marginal thinking |
| | Quizzes/Homework | 146 | Fund application, budgets, goals w/inflation |
| | **Total** | **416** | |

EDU001217

**Grade Evaluation:**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| A | 100-94 | B- | 83-80 | | | D+ | 69-67 |
| A- | 93-90 | C+ | 79-77 | | | D | 66-64 |
| B+ | 89-87 | C | 76-74 | | | D- | 63-60 |
| B | 86-84 | C- | 73-70 | | | F | 59-Less |

EDU001218

# Personal Asset Management Project

Each part should be supported with extensive text explaining and supporting the details of your plan.

**Part One** – Should include a personal profile of who you are (age, years to retire, family status).

**Part Two** – List of financial goals (short, medium, and long-term)
You should have a minimum of 3 for each type of goal.
Each goal needs to have the following:

1. Identify a specific thing (down payment on house)
2. Specific dollar amount ($30,000) not a range
3. Target number of years (in 7 years)

Goals should not be any expense that would already be part of your monthly living expenses – like rent or loan payment.

**Part Three** – Spread sheet (or flow chart) showing the following information for each goal.
Goal
Number of years to reach goal
Assumed inflation rate
Future value factor for goal
Amount needed to reach goal with inflation factored in
Assumed return on money invested for each goal (this will vary based on how long the money is invested)
Factor from annuity chart
Annual amount needed to reach each goal
Monthly amount needed to reach each goal

The total amount needed to reach all desired goals should be totaled and displayed.

**Part Four** – Spending plan –
a. Comprehensive spending plan for current lifestyle
b. Include all goal savings requirements
c. List or identify adjustments necessary to both goals and spending habits

**Part Five** – Create a portfolio for appropriate investment mix based on time, tolerance for risk, and experience.  What portion will be in stock, bonds, or cash?  Explain why you selected the investment choices you have made.

**Part Six** – Summary of if (or how) your awareness of personal finance issues has changed since the beginning of this course.  Will you be making any changes in your investments?  Has this class made any impact? If so how?

All material should be typed.  ***All information included in your project will remain completely confidential.***

EDU001219

**Course Number & Title:** ENG 100, College Writing Improvement
**Department: English**
**Term: SUMMER 2019**
**Prerequisites:** Placement
**Credits:** 3

**Instructor Name:** Staff

**1. Catalog Description:**

This course focuses on fundamentals of grammatical form and compositional structure in order to improve writing skills required for college-level papers. Students are placed in the course by ACT/SAT scores and/or high school records. This course is graded on a point scale that can be converted to a Satisfactory/Unsatisfactory score (S/U); the course must be repeated until a passing grade is achieved. It does not satisfy the Core composition requirement but may be open to students currently enrolled in ENG 101 or 102

**2. Student learning outcomes for this course:**
  1. Read actively, in order to comprehend and summarize readings
  2. Read critically, in order to analyze, evaluate and synthesize readings. Students will also explain how the context of both the reader and the text influence their meaning-making process
  3. Write expository essays which integrate and synthesize course readings and are clearly focused, fully developed, and logically organized.
  4. Compose essays with sentences which display a developing syntactical maturity and whose meaning is not impaired by excessive grammar, usage and proofreading errors.
  5. Articulate an awareness of their own reading, thinking, and writing processes.

**3. Plagiarism Policy**
  - Plagiarism is the practice of passing off someone else's work as your own, whether this is in the form of unacknowledged quotations or ideas. Cheating also occurs when someone else writes any part of your paper. In other words, all work you do for this class must be your own.
    Plagiarism is not to be confused with receiving and responding to suggestions from others in draft workshops.
  - We will discuss plagiarism with the first assignment, but it is your responsibility to understand today what plagiarism is and how to avoid it; do not wait until we cover it in class. If you have any questions about plagiarism or about the use and documentation of sources, please talk with your instructor. If you plagiarize, you may receive a grade of "F" for this course and be subject to disciplinary action.
  - Please note: students are not permitted to turn in the same paper for two different classes at Ashland University.

**4. ONLINE CORRECTIONAL CENTER COURSE SYLLABUS STATEMENT**

It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

1

EDU001220

**5. Course Learning Format:**

A.  **Textbook(s):** *First Things First: Foundational Tools for Collegiate Writing 1st Edition* by SCOTT-ROLLER JOLINE (Author) ISBN-13: 978-1465287373

**6. Attendance Policy:**

Attendance will be taken during the class session.  The attendance policy is as set forth in the student policy handbook and/or as per signed policy agreement form completed when enrolling in the Ashland University Program.

**7. Assignments/Assessment of Student Learning**

Introduction ……………………………………………5 points
Practice Assignments……………………………………57 points
Grammar Lessons …………………………………………83 points
Practice Student Essays (3 @ 10 Points) …………………30 points
Practice Student Essays Follow- ups (3 @ 10 Points) …….30 points
Journal (5 @ 10 Points) …………………………………..50 points
Rough Draft ……………………………………………85 points
Self- Edit (3 @ 10 Points) ………………………………30 points
Essay #1……………………………………….…..……50 points
Final Essays (2 @ 100 points) ……………………………200 points
CRAAP Exercise …………………………………………10 points
Citation Worksheet …………………………………...……10 points
Punctuation Worksheet: ………………………………...……15 points
Reflections (3 @5 Points) …………………………...……15 points
Vocabulary Assignments (12 @ 5 points) ……………...……60 points
Outline (2 @ 10 points)…………………………...……..20 points
Concept Maps (2 @ 10 Points) ……………………….………20 points
**TOTAL: …………………………………….……..770 Points**

**8. Ashland University Grading Scale**

**Satisfactory/ Unsatisfactory Scale**
All passing work (100 to 70) is given the uniform grade of Satisfactory (S). Work below 70 is considered unsatisfactory and is given a grade of (U).

| Letter Grade | Grade Point | Percentage (weighted average as per graded assignments & exams) |
|---|---|---|
| A | 4.0 | 93-100 |
| A- | 3.7 | 90-92.9 |
| B+ | 3.3 | 86-89.9 |
| B | 3.0 | 83-85.9 |
| B- | 2.7 | 80-82.9 |
| C+ | 2.3 | 76-79.9 |
| C | 2.0 | 73-75.9 |
| C- | 1.7 | 70-72.9 |
| D+ | 1.3 | 66-69.9 |
| D | 1.0 | 63-65.9 |
| D- | 0.7 | 60-62.9 |
| **F** | 0 | Below 60 |

2

EDU001221

**9. Course Schedule and Assignments**

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of: May 27-31 | | **WATCH:** Welcome Video<br>**READ:** Introduction (pgs. ix-x)<br>**SUBMIT**: Module 1 Introduction Response<br>**SUBMIT**: Module 1 Practice Annotation<br>**SUBMIT:** Module 1 Grammar diagnostic<br>**SUBMIT:** Module 1 Vocabulary<br>**SUBMIT**: Module 1 Journal 1<br>**WATCH:** Video on "Essay #1"<br>**SUBMIT:** Module 1 Response to Video<br>**DUE: MAY 31** |
| 2 | Week of: Jun 3-7 | | **READ:** Page 8<br>**WATCH:** Video Lecture on "Mechanics vs. Content"<br>**SUBMIT:** Module 2 Practice Exercise #1<br>**READ:** Pages 9 -11<br>**SUBMIT:** Module 2 Practice Exercise #2<br>**SUBMIT:** Module 2 Vocabulary<br>**SUBMIT:** Module 2 Practice Student Essay<br>**SUBMIT:** Module 2 Practice Essay Questions Follow- Up<br>**SUBMIT:** Module 2 Rough Draft Essay #1<br>**SUBMIT:** Module 2 Self- Edit<br>**DUE: JUN 7** |
| 3 | Week of: Jun 11-14 | | **READ:** Pgs. 21-25<br>**WATCH:** Video Lecture on "Venn and Bubbles"<br>**WATCH:** Video Lecture on "Concepts Maps"<br>**SUBMIT:** Module 3 Journal 2<br>**SUBMIT:** Module 3 Practice Exercise<br>**SUBMIT:** Module 3 Vocabulary<br>**DUE: JUN 14** |
| 4 | Week of: Jun 17-21 | | **READ:** Pgs. 26-29<br>**WATCH:** Video Lecture on "Concept Maps to Outlines"<br>**SUBMIT:** Module 4 Grammar Lesson<br>**SUBMIT:** Module 4 Vocabulary<br>**SUBMIT:** Module 4 Final Essay #1<br>**SUBMIT:** Module 4 Reflection<br>**DUE: JUN 21** |
| 5 | Week of: Jun 24-28 | | **READ:** Pgs. 49-52<br>**WATCH:** Video Lecture on "Hook/Bait"<br>**SUBMIT:** Module 5 Practice Exercise<br>**SUBMIT:** Module 5 Vocabulary<br>**SUBMIT:** Module 5 Journal 3<br>**SUBMIT:** Module 5 Practice Student Essay |

3

EDU001222

| | | | |
|---|---|---|---|
| | | | **SUBMIT:** Module 5 Practice Essay Questions Follow- Up<br>**WATCH:** Video on "Essay #2"<br>**SUBMIT:** Module 5 Essay #2 Concept Map<br>**READ:** Directions using FreeHand Tool in PowerPoint<br>**SUBMIT:** Module 5 Essay #2 Outline<br>**DUE: JUN 28** |
| 6 | Week of:<br>Jul 1-5 | | **READ:** Pgs. 53-55<br>**WATCH:** "How to write a thesis for beginners"<br>**SUBMIT:** Module 6 Practice Exercise<br>**COMPLETE:** Module 6 Grammar Lesson 2<br>**COMPLETE:** Module 6 Grammar Lesson 3<br>**COMPLETE:** Module 6 Grammar Lesson 4<br>**COMPLETE:** Module 6 Grammar Lesson 5<br>**SUBMIT:** Module 6 Vocabulary<br>**SUBMIT:** Module 6 Rough Draft for Essay 2<br>**SUBMIT:** Module 6 Self- Edit<br>**DUE: JUL 5** |
| 7 | Week of:<br>Jul 8-12 | | **READ:** Pgs. 69-71<br>**COMPLETE:** Module 7 Grammar Lesson 6<br>**WATCH:** Video Lecture on "RENNS"<br>**READ:** Pgs. 77-80<br>**COMPLETE:** Module 7 Grammar Lesson 7<br>**COMPLETE:** Module 7 Grammar Lesson 8<br>**SUBMIT:** Module 7 Vocabulary<br>**SUBMIT:** Module 7 Journal 4<br>**DUE: JUL 12** |
| 8 | Week of:<br>Jul 15-19 | | **READ:** Pgs. 85-90<br>**WATCH:** "Integrating Quotes in Essays"<br>**SUBMIT:** Module 8 Practice Exercises<br>**SUBMIT:** Module 8 Vocabulary<br>**SUBMIT:** Module 8 Final Essay #2<br>**SUBMIT:** Module 8 Reflection<br>**DUE: JUL 19** |
| 9 | Week of:<br>Jul 22-26 | | **READ:** Pgs. 93-94<br>**WATCH:** Video Lecture on "CRAAP<br>**READ:** "Applying the CRAAP Method"<br>**SUBMIT:** Module 9 CRAAP Exercise<br>**READ:** Pgs. 101-104<br>**SUBMIT:** Module 9 Practice Exercises<br>**SUBMIT:** Module 9 Vocabulary<br>**SUBMIT:** Module 9 Practice Student Essay<br>**SUBMIT:** Module 9 Practice Essay Follow- Up<br>**WATCH**: Introduction to Essay #3<br>**DUE: JUL 26** |
| 10 | Week of:<br>Jul 29 - Aug 2 | | **READ:** Pgs. 113-115<br>**WATCH:** "MLA 2016 Basic Format of Works Cited Page"<br>**READ:** Purdue Owl MLA |

4

EDU001223

| | | | |
|---|---|---|---|
| | | | **SUBMIT:** Module 10 Citation Worksheet<br>**SUBMIT:** Module 10 Vocabulary<br>**SUBMIT:** Module 10 Rough Draft Essay #3<br>**SUBMIT:** Module 10 Self- Edit<br>**DUE: AUG 2** |
| 11 | Week of:<br>Aug 5-9 | | **READ:** Pgs. 127-128<br>**WATCH:** "How to write a Conclusion"<br>**SUBMIT:** Module 11 Practice Exercise<br>**SUBMIT:** Module 11 Vocabulary<br>**SUBMIT:** Module 11 Journal 5<br>**DUE: AUG 9** |
| 12 | Week of:<br>Aug 12-16 | | **SUBMIT:** Module 12 Vocabulary<br>**SUBMIT:** Module 12 Essay #3 Final Draft<br>**SUBMIT:** Module 12 Reflection<br>**DUE: AUG 16** |

5

EDU001224

**Course Number & title:** HS 180: Lifetime Wellness, SUMMER 2020

**Department(s):** Health Sciences

**Credit hours:** 3 Credit Hours

**Prerequisites:** None

**Fees and charges:** No Fees

**Effective catalog date for this master syllabus:**     Fall 2018

······································································

**1. Course description**:

An examination and application of the components that contribute to the concept of personal wellness. This course will develop a process of moving toward optimal health and vitality that emphasizes individual responsibility for well-being through the practice of self assessment and the adoption of health-promoting lifestyle behaviors. The health behaviors self-assessment will culminate with a personal portfolio that includes the four pillars of optimal health as the individual prepares his/her path to a better lifestyle.

**2. Course content:**

The four dimensions of wellness will be integrated into the following topics: physical, psychosocial, lifestyle/public health, and nutrition and diet. A personal portfolio wellness plan will be the culminating experience for the course.

    A. Public Health
      1. Sleep
      2. Tobacco, Alcohol, and Drugs
      3. Communicable Disease

    B. Physical

      1. Bioenergetics of physical activity
      2. Adaptations to aerobic training and methodology
      3. Adaptations to anaerobic training and methodology
      4. Program Design

    C. Psychosocial
      1. Stress management
      2. Spirituality
      3. Anger management
      4. Psychological Health

ED Exh. 6 - Page 25 of 53

EDU001225

D.  Nutrition
   1.  Nutritional principles and guidelines
   2.  Dietary components of recovery following exercise
   3.  Disordered and eating disorders


E.  Wellness Portfolio
   1. Personal wellness mission and vision statement
   2. Life plan related to the four pillars of wellness


## 3. Student learning objectives:

1.  list and explain the dimensions of wellness.
2.  understand the interrelationship between the dimensions of wellness and the impact on overall health.
3.  explain how positive lifestyle choices can promote wellness.
4.  describe and apply basic principles of physical fitness and fitness program design through personal fitness assessments and personal program design activities.
5.  describe and apply concepts of nutrition and weight management through individual nutrition and weight management activities.
6.  explain and evaluate the effects of stress on his/her health through the use of self-assessment activities and apply various methods of stress management to manage stress.
7.  describe the major pathological conditions that can be positively influenced by lifestyle choices and determine his/her own risk factors through the use of self-assessment activities and a final portfolio.

## 4. Student assessment criteria:

1.  Written exams; Reflections; Food log and analysis

2.  Personal Wellness Portfolio

3.  Online Class Activities

## 5. Academic Integrity and Honesty:

The professor supports mastery learning and offers every student the opportunity to learn the material and receive the highest course grade.  This offer includes "out of class/independent/peer type tutoring" as needed. Consequently, anyone who violates the academic integrity policy of Ashland University will receive an automatic grade of F and may be dismissed from the class and/or the University.  Specific procedures are outlined in the student policy handbook.

ED Exh. 6 - Page 26 of 53

EDU001226

**6. Online Correctional Center Course Syllabus Statement**

It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

**7. Assignments/Assessment of Student Learning**

| | |
|---|---|
| Initial Self- Evaluation | 15 points |
| Philosophy Statement | 10 points |
| SMART Goals Practice | 10 points |
| Reflections (1 @ 20 points, 7 @ 10 points) | 90 points |
| Extended responses | 10 points |
| Article Questions | 10 points |
| Meal Planning | 10 points |
| Study Questions | 10 points |
| Quizzes (1 @ 12 pts, 4 @ 10 pts, 4 @ 8 pts, 1 @ 7 pts, 1 @ 5 pts) | 96 points |
| Final Portfolio | 50 points |
| **TOTAL** | **311 Points** |

**8. Ashland University Grading Scale**

| Letter Grade | Percentage (weighted average as per graded assignments & exams) |
|---|---|
| A | 94-100 |
| A- | 90-93 |
| B+ | 87-89 |
| B | 84-86 |
| B- | 80-83 |
| C+ | 77-79 |
| C | 74-76 |
| C- | 70-73 |
| D+ | 67-69 |
| D | 63-66 |
| D- | 60-62 |
| **F** | 0-59 |

3

EDU001227

**9. Course Schedule and Assignments**

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of: 6/1-6/5 | *Introduction to Lifetime Wellness & Physical 1: Adaptions to Anaerobic Training and Methodology* | **WATCH**: "Welcome to HS 180" <br> **WATCH:** Video on "Self- Evaluation" <br> **SUBMIT:** Initial Self- Evaluation <br> **WATCH:** Video On "Portfolio as your Re-entry Plan" <br> **WATCH:** Video Lecture on "Anaerobic Exercises" <br> **WATCH:** Video Lecture on "Anaerobic Training" <br> **SUBMIT:** Quiz Resistance Training <br> **DUE: JUN 5** |
| 2 | Week of: 6/8-6/12 | *Public Health 1: Tobacco, Alcohol, and Drug Use* | **WATCH:** "What Is Addiction? Definition, Simple Test and Causes" <br> **READ:** Addiction Self-Test - Am I Addicted? <br> **WATCH:** "Understand Addiction and the Brain" <br> **READ:** "What is Addiction?" <br> **READ:** "Tobacco, Alcohol, and Drug Use" PPT lecture <br> **WATCH:** "Brett's Tip Ad" <br> **WATCH:** "Brett's Story" <br> **WATCH:** "Brett: Tooth Loss Isn't Pretty" <br> **READ:** "Ten Tips for Prevention for Parents" <br> **READ:** "At A Glance 2016 Tobacco Use Extinguishing the Epidemic" <br> **READ:** "Milestones in Public Health" Textbook Chapter 10 <br> **COMPLETE:** Quiz Substance Use <br> **SUBMIT:** Reflection <br> **DUE: JUN 12** |
| 3 | Week of: 6/15-6/19 | *Nutrition 1: Nutritional Principles and Guidelines* | **READ:** "Nutrition Guidelines and Basic Metabolism" PPT lecture <br> The following articles are referenced in PPT Lecture <br> **READ:** "The importance of a balanced omega-6 to omega-3 ratio in the prevention and management of obesity" |

4

EDU001228

| | | | |
|---|---|---|---|
| | | | **SUBMIT:** Omega-6 to Omega-3 Research Study Questions<br>**READ:** ""“Overfat Adults and Children in Developed Countries: The Public Health Importance of identifying Excess Body Fat”"<br>**SUBMIT:** Overfat Adults Research Article Question<br>**READ**: "Dietary Guidelines for Americans 2015-2020"<br>**READ:** "Daily Diabetes Meal Planning Guide"<br>**SUBMIT:** Meal Planning<br>**DUE: JUN 19** |
| 4 | Week of: 6/22-6/26 | *Psychosocial Part 1: Stress* | **READ:** Lecture on "Stress"<br>**WATCH:** "Introduction to Stress Management" with Dr. LuAnn Helms<br>**WATCH:** "Progressive Muscle Relaxation (PRM)" with Dr. LuAnn Helms<br>**WATCH:** "Mindfulness and Stress Management - Health Matters" with doctors David Granet and Steven Hickman<br>**WATCH:** "Anger Management" from PragerU<br>**WATCH:** "4 Tips: How to Calm Down --> How to Control Anger \| How to Stop Being Angry --> Calm Yourself \| Kreative"<br>**COMPLETE:** Stress Questionnaire<br>**SUBMIT:** Reflection<br>**DUE: JUN 26** |
| 5 | Week of: 6/29-7/3 | *Program Design & Physical Part 2: Adaptions to Aerobic Training and Methodology* | **LISTEN:** "How to Construct Your Philosophy Statement"<br>**SUBMIT:** First Draft of Philosophy Statement<br>**WATCH:** Video lecture on "SMART Goals"<br>**SUBMIT:** Practice SMART Goals<br>**READ**: "Portfolio development for healthcare assistants"<br>**WATCH:** Video on "Portfolio Template"<br>**READ:** Portfolio Assignment<br>**WATCH:** Video Lecture on "Warm-up and Adaptations to Aerobic Exercise"<br>**READ:** "Aerobic Endurance Training Strategies"<br>**COMPLETE:** Quiz Aerobic Exercise |

5

EDU001229

| | | | **COMPLETE:** Quiz Aerobic Training Strategies<br> **DUE: JUL 3** |
|---|---|---|---|
| 6 | Week of: 7/6-7/10 | *Public Health 2: Communicable Disease* | **READ:** "Communicable Disease" PPT lecture<br>**READ:** National STD Curriculum "Chlamydia"<br>**READ:** National STD Curriculum "Gonorrhea"<br>**READ:** "Genital Herpes - CDC Fact Sheet (Detailed)"<br>**READ:** "HEPATITIS A General Information"<br>**READ:** "HEPATITIS B General Information"<br>**READ:** "HEPATITIS C General Information"<br>**COMPLETE:** Module Quiz 6 Communicable Disease<br>**SUBMIT:** Reflection<br>**DUE: JUL 10** |
| 7 | Week of: 7/13-7/17 | *Nutrition Part 2: Dietary Components of Recovery Following Exercise* | **READ:** "Sport Nutrition" PPT lecture Part 1<br>**READ:** "Performance and energy systems contributions during upper-body sprint interval exercise"<br>**SUBMIT:** Quiz Energy<br>**READ:** "Sport Nutrition" PPT lecture Part 2<br>**READ:** "Carbohydrate Intake During Exercise and Performance"<br>**SUBMIT:** Quiz Carbohydrates<br>**READ:** "Sport Nutrition" PPT lecture Part 3<br>**READ:** "Branched-chain amino acid supplementation and exercise-induced muscle damage in exercise recovery: A meta-analysis of randomized clinical trials"<br>**SUBMIT:** Quiz Protein<br>**READ:** "Sport Nutrition" PPT lecture Part 4<br>**READ:** "Dietary Fat and Sports Nutrition: A Primer"<br>**SUBMIT:** Quiz Fats<br>**SUBMIT:** Reflection<br>**DUE: JUL 17** |

6

EDU001230

| 8 | Week of: 7/20-7/24 | *Psychosocial Part 2: Psychosocial Health* | **READ:** Lecture on "Psychological Health" **WATCH:** "Module 1.3a What is mental health?" **WATCH:** "What is Mental Health? with Dr. Mike Condra" **SUBMIT:** Psychological Health Reflection **READ:** Lecture on **"Spirituality"** **WATCH:** "Movement as a Spiritual Compass \| Ame Wren \| TEDxUtica" **SUBMIT:** Spirituality Reflection **DUE: JUL 24** |
|---|---|---|---|
| 9 | Week of: 7/27-7/31 | *Physical 3: Bioenergetics of Exercise* | **WATCH:** Video Lecture on "Bioenergetics of Exercise" Part 1 **WATCH:** Video Lecture on "Bioenergetics of Exercise" Part 2 **READ:** "Energy System Training for Athletes" **COMPLETE:** Quiz Bioenergetics of Exercise **SUBMIT:** Reflection **DUE: JUL 31** |
| 10 | Week of: 8/3-8/7 | *Public Health Part 3: Basics of Sleep* | **COMPLETE:** Sleep Pre- Test **READ:** "Basics of Sleep" PPT lecture **WATCH:** "Why do we sleep? \| Russell Foster" **COMPLETE:** Sleep Post- Test **READ:** "Environmental noise and sleep disturbances: A threat to health?" **READ**: "Insomnia: Relaxation techniques and sleeping habits" **READ:** "An Official American Thoracic Society Statement: The Importance of Healthy Sleep" **COMPLETE:** Module 9 Quiz Sleep Sleep Diary Instructions **SUBMIT:** Sleep Diary & Reflection **DUE: AUG 7** |
| 11 | Week of: 8/10-8/14 | *Nutrition Part 3: Disordered Eating and Eating Disorders* | **READ:** "Disordered Eating" PPT Lecture **WATCH:** The following videos as prompted in the PPT above. **WATCH:** VIDEO #1 " Before and After Treatment: Eating Disorders Help" **WATCH:** VIDEO #2 "7 Signs That You're Not Eating Enough" |

7

EDU001231

| | | | WATCH: VIDEO #3 "The Battle Within Yourself \| Amy Pezzente \| TEDxYouth@Granville"<br>READ: "Identifying fundamental criteria for eating disorder recovery: a systematic review and qualitative meta-analysis"<br>SUBMIT: Article Reflection<br>DUE: AUG 14 |
| 12 | Week of:<br>8/17-8/21 | | RE-WATCH: Video Lecture on "Portfolio Template"<br>SUBMIT: Final Portfolio<br>DUE: AUG 21 |

## 10. Resources:

Nash, D.B., Fabius, R.J., Skoufalos, A., & Clarke, J.L. (2016). *Population Health: Creating a Culture of Wellness* (2nd *ed.).* Jones & Bartlett Learning.

Corbin, C.B. & Lindsey, R. (1997). *Concepts of Physical Fitness with Laboratories (9th ed.).* Madison, WI: Brown & Benchmark

Donatelle, R.J. (2013). *Access to Health. (13th ed.).* Glenview, IL: Pearson.

Fahey, T.D., Insel, P.M., & Roth, W.T. (1997). *Fit and Well: Core Concepts and Labs in Physical Fitness and Wellness (2nd ed.).* Mountain View, CA: Mayfield Publishing Co.

Hafen, B. & Hoeger, W.W. (1994). *Wellness: Guidelines for a Healthy Lifestyle*. Englewood, CO: Morton Publishing Co.

Robbins, G., Powers, D., & Burgess, S. (2005). *A Wellness Way of Life (7th ed.)*. Boston, MA: McGrawHill.

Prentice, W.E. (2017). *Principles of Athletic Training: A Guide to Evidence-Based Clinical Practice* (16th ed.). New York: McGraw-Hill Company.

Haff, G and Triplet, N. (2015). *Essentials of Strength Training and Conditioning* (4th ed.). Colorado Springs: NSCA.

Balsalobre-Fernandez, C., Santos-Concejero, J., Grivas, G. (2015). Effects of Strength Training on Running Economy in Highly Trained Runners: A Systematic Review with Meta-Analysis of Controlled Trials. Journal of Strength and Conditioning Research, 30(8), 2361-2368.

Hoff, J., Gran, A., Helgerud, J. (2002). Maximal Strength Training Improves Aerobic Endurance Performance. Scandinavian Journal of Medicine & Science in Sports, 12, 288-295.

Greifinger, R. (2010). *Public health behind bars: From prisons to communities.* Dobbs Ferry, NY: Springer.

ED Exh. 6 - Page 32 of 53

EDU001232

# Ashland University
# FL 220
# Latin American Lit in Translation

Department of Foreign Languages



## FL 220 A/  3 hrs. /  no prerequisites

## Student Learning Outcomes:

1. Define particular political, socio-economic, historical, cultural, and linguistic (a) *features* of Latin America; (b) *relationships* between the U.S. and Latin America in order to engage in communication across these boundaries.

2. Interpret how Latin American Literature transmits its cultures.

3. Analyze Latin American literary and/or cultural histories.

4. Compare the express of autochthonous Latin American Culture through the language of the colonizers.

# Course Content:

Whether you are interested in international business with Latin American countries, educational repercussions of the high percentages of Latin American students in the US public school system, or a student of the liberal arts and sciences exploring the Americas you will be presented with an encounter of the Latin American "other". While Latin American territories, languages and cultures are diverse their identity stems from a common set of cultural, historical and political realities that unites them, which are revealed through their literature. This course will therefore address the following questions:

- *How does Latin American literature represent, interpret, and transform the region's social and historical realities?*
- *What roles does "Literature," as an institution, play in its cultures?*
- *What happens when fiction intervenes in and criticizes a social order, as is usually the case in this context?*
- *What do these phenomena tell us about Latin America, its literatures and cultures and their relationship to the U.S.?*

## Catalog Description:

This course critically examines contemporary Latin American Revolutionary Literature in English translation. Taught in English.  Meets Core credit for CCI



ED Exh. 6 - Page 33 of 53

EDU001233



## Required Texts:

1. Belli, Giaconda. *From Eve's Rib.* ISBN-13: 978-1-880684-13-9

2. Neruda, Pablo. *Canto General.* ISBN 978-0-520-26997-2

3. Rojas Joo, Juan Armando.

         

**Ashland University Grading scale:  92-100% = A; 90-91% = A-; 88-89% = B+; 82-87% = B; 80-81% = B-; 78-79% = C+; 72-77% = C; 70-71% = C-; 68-69% = D+; 62-67% = D; 60-61% = D-; 0-59% = F.**

### Evaluation:

| | |
|---|---|
| **Final Paper** | **20%** |
| **Participation** | **15%** |
| **Reading Comprehension Questions** | **50%** |
| **Assignments (Pre & Post Reading Assignments and all other assignments** | **15%** |

**This course format consistently meets the same quality, assessment, learning outcomes and requirements of the traditional semester offering of this course**

ED Exh. 6 - Page 34 of 53          2

EDU001234



# Professor may make changes to syllabus and calendar

## Homework

In addition to the readings, students will be assigned Pre & Post reading assignments, Reading Comprehension questions and other assignments related to the literary texts. NO LATE WORK is accepted.

## Class Participation

Students must actively participate in class. Attendance, in and of itself, is not participation. Students must actively contribute in class.

## Guidelines for essay

A critical essay should propose a central thesis or argument that is relevant to the issues and readings addressed by the course.

The thesis should be well focused and original. The body of the essay has to develop the thesis using textual evidence and if should support it or frame it by using secondary sources.

The essay needs to convince the reader about the appropriateness of the proposed argument through a sustained analysis or relevant aspects of the text analyzed.

Other evidence, such as secondary sources, should be used sparsely and selectively to support the main thesis, but should not get in the way of the essay's central argument. Always keep a critical attitude toward the texts and your own ideas. Essay will follow MLA guidelines and format and will be 5-7 pages, double- spaced, times new roman 12 font, one-inch margins. Essay will be turned into BB electronically.

## Academic Responsibility:

When enrolled, all students accept the responsibility for their achievement in the course.  All work submitted for a grade should be the product of each student's *individual* effort.  Academic integrity must be maintained at all times.  If assistance is needed on compositions, the student should seek help from the instructor.  Other outside help is not permitted.  No form of cheating or plagiarism will be tolerated.  Such actions will be dealt with in accordance with the procedures documented in the Ashland University Student Handbook.

## Online Correctional Center Course Syllabus Statement

It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

EDU001235

### *Critical Cultural inquiry Core Guiding Question: What does it mean to understand a culture other than one's own?*

*Core courses in the CCI category must meet all SLOs:*

To the point where critical cultural inquiry can be engaged, students will:

1. apply cultural knowledge through interpersonal, interpretive and presentational modes of communication that cross linguistic and national boundaries.

2. analyze the contexts and manifestations of cultural expression

**Format Quality Statement**
This course format consistently meets the same quality, assessment, learning outcomes, and requirements of the traditional face-to-face semester offering of this course.



EDU001236

## Course Schedule and Assignments

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of: 2/8-2/12 | *Final Essay & Reading Poetry* | **SUBMIT:** Final Essay Summary<br>**SUBMIT:** Instructions to Final Essay<br>**WATCH:** Video on Final Essay<br>Final Essay Resources<br>1. Rubric Literature Essays<br>2. The Format of the MLA Research<br>3. Thesis Statements<br>4. Transitions<br>**WATCH:** Introduction and Overview of Reading Poetry<br>**SUBMIT:** Introduction and Overview Summary<br>**SUBMIT:** Poetry Glossary<br>**READ:** Poetry Glossary<br>**SUBMIT:** Video Reflection: Reading Poetry<br>**WATCH:** "How to Read Poetry"<br>**WATCH:** "Tips for Reading Poetry"<br>**SUBMIT:** How to Read a Poem<br>**READ:** "How to Read a Poem"<br>**WATCH:** Video Lecture on "Latin American Poetry"<br>**SUBMIT:** Reading Latin American Poetry<br>**SUBMIT:** Self Evaluation of Participation<br>**DUE: FEB 12** |
| 2 | Week of: 2/15-2/19 | *Pablo Neruda - Canto General* | **WATCH:** Introduction and Overview of Canto General<br>**SUBMIT:** Introduction and Overview Summary<br>**WATCH:** Intro Video to "Canto General"<br>**SUBMIT:** Video Reflection "Intro to Canto General"<br>**WATCH:** Video to " A Lamp on Earth"<br>**SUBMIT:** Video Reflections A Lamp on Earth<br>**SUBMIT:** "A Lamp on Earth"<br>**SUBMIT:** Reading Comprehension Questions Chapter One<br>**DUE: FEB 19** |
| 3 | Week of: 2/22-2/26 | | **WATCH:** Video about "Macchu Picchu"<br>**SUBMIT:** Video Reflection "Macchu Picchu"<br>**SUBMIT:** "The Heights of Macchu Picchu"<br>**SUBMIT:** Reading Comprehension Questions Chapter Two<br>**READ:** Heights of "Macchu Picchu"<br>**DUE: FEB 26** |
| 4 | Week of: 3/1-3/5 | | **WATCH:** Video about the "Conquest of the Americas"<br>**SUBMIT:** Video Reflection on "Conquest of the Americas"<br>**SUBMIT:** Reading Comprehension Questions Chapter Three<br>**READ:** "The Conquistadors" |

EDU001237

FL 220 Syllabus

| | | | |
|---|---|---|---|
| | | | **DUE: MAR 5** |
| 5 | Week of: 3/8-3/12 | | **WATCH:** Video on "The Independence of the Americas" **SUBMIT:** Video Reflection on "The Independence of the Americas" **SUBMIT:** Reading Comprehension Questions Chapter Four **READ:** "The Liberators" **DUE: MAR 12** |
| 6 | Week of: 3/15-3/19 | | **WATCH:** Video on "Nation Building in Latin America" **SUBMIT:** Video Reflection on "Nation Building in Latin America" **SUBMIT:** Reading Comprehension Questions Chapter Five **READ:** "The Sand Betrayed" **DUE: MAR 19** |
| 7 | Week of: 3/22-3/26 | | **SUBMIT:** Post Reading Assignment **READ:** "Canto General Original Book" **SUBMIT:** Self Evaluation of Participation **DUE: MAR 26** |
| 8 | Week of: 3/29-4/2 | *Juan Armando Rojas Joo - Vertebral River* | **WATCH:** Introduction and Objectives Vertebral River **SUBMIT:** Introduction and Overview Summary **WATCH:** Video Lecture on "Alvar Nunez Cabeza de Vaca" **SUBMIT:** Pre reading Assignment **WATCH:** Video Lecture on "Reading Notes Vertebral River" **SUBMIT**: Pre reading Assignment 2 **SUBMIT:** Reading Comprehension Questions Chapter One Vertebral Introduction to Vertebral **DUE: APR 2** |
| 9 | Week of: 4/5-4/9 | | **SUBMIT:** Reading Comprehension Questions Chapter Two **SUBMIT:** Reading Comprehension Questions Chapter Three **SUBMIT:** Reading Comprehension Questions Chapter Four **SUBMIT:** Reading Comprehension Questions Chapter Five **DUE: APR 9** |
| 10 | Week of: 4/12-4/16 | | **SUBMIT:** Reading Comprehension Questions Chapter Six **SUBMIT:** Post Reading Assignment **SUBMIT:** Self Evaluation of Participation **DUE: APR 16** |
| 11 | Week of: 4/19-4/23 | *Giaconda Belli From Eve's Rib* | **WATCH:** Introduction and Overview of Eve's Rib **SUBMIT:** Introduction and Overview Summary **SUBMIT:** Video Reflection on "Intro Video to the Sandinista Revolution" **WATCH:** "Intro Video to the Sandinista Revolution" **SUBMIT:** History in Nicaragua **READ:** "History of Nicaragua" **SUBMIT:** Video Reflection on "Intro Video to Giaconda Belli" **WATCH:** "Intro Video to Giaconda Belli" **SUBMIT:** "PDF on Giaconda Belli" **READ:** "PDF on Giaconda Belli" **SUBMIT:** Poems from Eve's Rib Assignment **SUBMIT:** Works Cited Page for Final Essay |

EDU001238

| | | | |
|---|---|---|---|
| | | | **DUE: APR 23** |
| 12 | Week of: 4/26-4/30 | | **SUBMIT:** Reading Comprehension Questions<br>**SUBMIT:** Post Reading Assignment<br>**EVALUATE:** Self Evaluation of Participation<br>**SUBMIT:** Final Essay<br>**DUE: APR 30** |

EDU001239

# SYLLABUS

**Course number & title:**    TH 203 Theatre Aesthetics Online (12 Week Course)
**Department:**    Theatre
**Credit Hours:**    3 hours
**Prerequisites:**    None
**Fees & Charges**:    None
**Term:**    SUMMER 2021
**Professor:**    Staff

**"I regard the theatre as the greatest of all art forms, the most immediate way in which a human being can share with another the sense of what it is to be a human being."  -Thornton Wilder**

**1. Catalog Description:**  Students will examine ways in which theatre art and theatre artists suggest meaning and invite interpretation of the human experience.  Critical standards and theories specific to theatre will be discussed and then applied to the study of selected play scripts and performances.  Meets Core credit for aesthetics.

**2. Course Content:**  The purpose of Theatre Aesthetics is to explore the aesthetics, ideas and mechanisms through which theatre is conveyed in an effort to develop educated audience members. Students will learn how theatre is created and who creates theatre. The roles of each of the major collaborators involved in creating theatre will be examined – playwright, audience, actor, director and designer. Criteria used to evaluate theatre artists will be discussed and applied to scripts read in class as well as live productions. Attendance at live theatre productions outside of class is required.  (In Online Classes, you will be required to watch taped theatrical productions.)

**3. Core Aesthetics Student Learning Outcomes:**
By the end of this Core Aesthetics course students will:

- Be able to interpret and articulate uniquely aesthetic theories and values
- Be able to apply parameters of aesthetic expression in the performance, exhibition, or creation of artistic works
- Be able to interpret symbolic, nonverbal, not-literal communication in the arts
- Be able to disambiguate pluralities of meaning in artistic works
- Be able to compare and contrast artistic works in their historical context

*Aesthetics Core Guiding Question: How can we make meaningful distinctions regarding the quality and nature of aesthetic expression and beauty, through active practice in the arts, and/or through the study of artistic creations and their context?*

**4. Student Learning Outcomes:**
By the end of this course students will:

- Identify the role of different artists involved in creating theatre
- Identify evaluative criteria of theatre art
- Apply evaluative criteria to plays read and viewed to evaluate the quality of contributions of theatre artists
- Evaluate plays to educate their eyes, ears and sensibilities to different types of theatre.
- Practice the collaborative nature of theatre – audience, playwrights, directors, actors and designers.
- Defend responses to plays and performances in class with writing assignments
- Develop skills and knowledge to be educated theatre audience members

**5. Student Assessment Criteria:**

Grading:

| | |
|---|---|
| Exams | 20% |
| Quizzes | 10% |
| Journal Projects | 15% |
| Assignments | 40% |
| Production Critique | 15% |

**EVALUATION:**

Assignments are due on or before the instructor's due date unless otherwise specified. Points will be deducted for late material. See instructor's policy.

Your grade is affected by how well you follow instructions for individual assignments.

ASSIGNMENTS

| Assignment | Value |
|---|---|
| Exams (200 points) | 2x100 points each |
| Quizzes (100 points) | 10x10 points each |
| Journal Projects (150 points) | 3x50 points each |
| Assignments (400 points) | 8x50 points each |
| Production Critique (150 points) | 1x150 points each |

GRADING (1,000 POINT SCALE)

| | | | | |
|---|---|---|---|---|
| A | 940-1000 | C | 740-769 |
| A- | 900-939 | C- | 700-739 |
| B+ | 870-899 | D+ | 670-699 |
| B | 840-869 | D | 640-669 |
| B- | 800-839 | D- | 600-639 |
| C + | 770-799 | F | 0-599 |

**6. Strategies for Student Online Learning (Attendance/Participation):**

You are required to attend (log in) and participate for each Learning Module Week (Week 1 through Week 12). Learning Objectives and Learning Activities are posted under the Introduction of each Learning Module Week. As this is an online course, you will work week to week at your own pace. Each week will focus on a different topic of theatre. There is a textbook, there are plays to read, video lectures, video examples of theatre, videos of full productions, and assignments/exercises. Each week builds on the previous; the weekly work must be completed within the week it is assigned. It is important to treat the class as if you are going to a classroom on campus. Monitor your time wisely for successful completion of the course. Above all, remember that theatre is entertaining, meaningful, and important. Have fun learning.

- Assignments must be completed in the order and week that they are assigned. Follow all instructions provided with each assignment for full credit. Previous modules will remain accessible until the completion of the course for your convenience.
- You are expected to access Blackboard (or other learning services provided) to review assignments, participate, check for email and/or announcements from the instructor.
- Each module must be completed by dates specified.
- All written work should demonstrate college level writing without spelling, grammar and formatting errors. All assignments should be proofread and corrected. This includes any discussion board or journal entries. Points will be deducted for grammar and spelling errors.
- It is the student's responsibility to meet all deadlines for class work. Grades on late assignments will be dropped by 1/3 of a letter (eg. B+ becomes a B) for every day that it is late. If an assignment is submitted on the day that it was due but after the time it was due, it will be considered one day late. No late work will be accepted after the conclusion of module Week 12

EDU001241

without the prior permission of the instructor. It is important to contact your instructor with problems and issues.

**7. Textbooks:**
Hischak, Thomas S.  *Theatre as Human Action, 3rd ed*.  Lanham: Rowman & Littlefield. ISBN-13: 978-1538126424
Hansberry, Lorraine.  *A Raisin in the Sun.* ISBN: 9780679755333 (Provided in PDF format)
Norris, Bruce. *Clybourne Park.* ISBN: 9780822226970

**8.  Academic Integrity and Honesty:**
The professor supports mastery learning and offers every student the opportunity to learn the material and receive the highest course grade. This offer includes "out of class/independent/peer type tutoring" as needed. Consequently, anyone who violates the academic integrity policy of Ashland University will receive an automatic grade of F and may be dismissed from the class and/or the University. Specific procedures are outlined in the student policy handbook.

**9.  Online Correctional Center Course Syllabus Statement:**
It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

**10. Format Quality Statement:**
This course format consistently meets the same quality, assessment, learning outcomes, and requirements of the traditional face-to-face semester offering of this course

**11.  Instructional Approach:**
Lecture, discussion, examples, and class activities will be used to supplement and enhance the reading assignments.  Reading, writing, creative thinking, discussing and asking questions will all be involved in this course.

**12.  Summary of Course Schedule and Assignments**

| Scheduled Class Session | Dates | Lectures/Topics | Summary of Learning Activities |
|---|---|---|---|
| Week 1 | Week of: 6/1-6/4 | The Theatre | Read Chapter 1<br>Engage in Lectures and Video Examples<br>Submit: Video Quiz 1 (10 Points),<br>Week 1 Assignment (50 Points)<br>**DUE: JUN 4** |
| Week 2 | Week of: 6/7-6/11 | The Play | Read Chapter 2<br>Engage in Lectures and Video Examples<br>Submit:  Journal (50 Points),<br>Two Video Quizzes (20 Points),<br>Week 2 Assignment (50 Points)<br>**DUE: JUN 11** |
| Week 3 | Week of: 6/14-6/18 | The Playwright | Read Chapter 3<br>Engage in Lectures and Video Examples<br>Submit:  Journal (50 Points),<br>Video Quiz (20 Points),<br>Week 3 Assignment (50 Points)<br>**DUE: JUN 18** |

EDU001242

| Week 4 | Week of: 6/21-6/25 | Playwright Lorraine Hansberry and germinal ideas | Read *A Raisin in the Sun* by Lorraine Hansberry<br>Engage in Video Examples and Biography<br>Submit:  Week 4 Assignment (50 Points)<br>**DUE: JUN 25** |
| Week 5 | Week of: 6/28-7/2 | The Play Performers:  The Actors | Read Chapter 4<br>Engage in Video Lectures and Examples, Watch full Production of *Death of a Salesman* by Arthur Miller<br>Submit:  Video Quiz (10 Points), Week 5 Assignment (50 Points)<br>**DUE: JUL 2** |
| Week 6 | Week of: 7/5-7/9 | The Play Makers:  The Director and the Producer | Read Chapter 5<br>Read Chapter 6<br>Engage in Video Lectures and Video Examples,<br>Submit Week 6 Assignment (50 Points),<br>**Midterm Exam (100 Points)**<br>**DUE: JUL 9** |
| Week 7 | Week of: 7/12-7/16 | The Play Builders I: Theatre Architecture and Scenic Designers | Read Chapter 7<br>Engage in Video Lectures and Video Examples<br>Submit:  Video Quiz (10 Points)<br>**DUE: JUL 16** |
| Week 8 | Week of: 7/19-7/23 | Scene Design Continued | Read *Clybourne Park* by Bruce Norris<br>Engage in Video Examples<br>Submit:  Week 8 Assignment (50 Points)<br>**DUE: JUL 23** |
| Week 9 | Week of: 7/26-7/30 | The Play Builders II: Other Designers | Read Chapter 8<br>Engage in Video Lectures and Video Examples<br>Submit:  Video Quiz (10 Points), Week 9 Assignment (50 Points)<br>**DUE: JUL 30** |
| Week 10 | Week of: 8/2-8/6 | The Playgoers I: The Audience | Read Chapter 9<br>Engage in Video Lectures and Video Examples<br>Submit:  Video Quiz (20 Points), Week 10 Journal (50 Points)<br>**DUE: AUG 6** |
| Week 11 | Week of: 8/9-8/13 | The Playgoers II: The Critic | Read Chapter 10 and Review Guidelines<br>Engage in Video Lectures and Video Examples, Watch full production of *Rent* by Jonathan Larson<br>Submit:  **Production Critique Paper (150 Points)**<br>**DUE: AUG 13** |
| Week 12 | Week of: 8/16-8/20 | Summary and Final Exam | Read Summary<br>Submit:  **Final Exam (100 Points)**<br>**DUE: AUG 20** |

EDU001243

**Art 150: Art and Ideas**
**Ashland University**
**Term: SUMMER 2021**
**Professor:  Staff**

<u>**Statement of Purpose**</u>: A combined visual and thematic introduction to Western art.  The form and content of painting, sculpture, architecture, and graphics will be studied through a series of themes and purposes.  Students will investigate the interplay of form and meaning of art objects from multiple eras through such themes as death and the macabre, entertainment, power and politics, religious beliefs, and landscape and the environment.  The course introduces many of the issues associated with the visual arts including iconoclasm, restoration, aesthetic quarrels, and questions of cultural property.  Meets Core credit for aesthetics.

<u>**Course Content:**</u> The following is a list of themes that may be covered in the course:

- **The Art of Power and Politics:**  Art as a vehicle for political message, as the product of patronage or political elites, and as an expression of rule.

- **The Art of Entertainment and Leisure:**  Examination of how art has been produced to both aid in entertainment, as well as represent a culture's conception of entertainment and leisure.

- **The Art of Death and the Macabre:**  Investigation of art as a means of memorialization and of expressing funerary beliefs, superstitions, and the theme of vanitas.

- **The Art of Landscape and the Environment:**  How has art been used to express people's interest in and interaction with the land and spatial environment?  This section will consider both representations of the landscape in 2-D form, and art produced to be in the landscape.

- **The Art of Religious Belief:**  Examination of how religious or spiritual belief is made manifest in visual form, and how art & architecture play an important role in religious ritual and worship.

- **The Art of Persuasion:**  Examination of how art can be created with the intention to captivate, warn, seduce and educate the viewer to a point of view or an experience. This section will underline art's power to interact with and change the viewer.

- **The Art of Family and the Home:**  Exploration o how the idea of family has been conveyed through the visual arts.  The changing concept of childhood will also be addressed.

EDU001244

**Core Student Learning Outcomes:**

As a core course in aesthetics this course will focus on the application or development of levels of expressive or technical skill in artistic production or aesthetic inquiry.

*Aesthetics Core Guiding Question: How can we make meaningful distinctions regarding the quality and nature of aesthetic expression and beauty, through active practice in the arts, and/or through the study of artistic creations and their context?*

Student Learning Outcomes associated with core aesthetics may include the following:

- Be able to interpret and articulate uniquely aesthetic theories and values
- Be able to identify and interpret symbolic, nonverbal, non-literal communication in the arts
- Be able to disambiguate pluralities of meaning in artistic works
- Be able to compare and contrast artistic works in their historical context

**Student learning outcomes for the course:**

Student Learning Outcomes specific to the course:

- Analyze the visual arts through the study of its various forms, styles, functions, and techniques.
- Examine art objects in a manner that will foster new insights and cross-cultural comparison.
- Demonstrate the verbal and written skills that will enable successful discussion and analysis works of artistic works

**Student assessment criteria for the course:**

I.  **Strategies for Student Learning:**

To complete this course successfully, you need to accomplish the following requirements:

1. Complete module lectures.
2. Watch all module videos and films.
3. Read all the assignments.
4. Complete the assigned reflections at the end of each module.

II.  **Course Learning Format:**

**Class Technology:**
This class uses the JP5 tablet technology and kiosk. If you have ANY problems with your technology, please contact your site director immediately and report the issues.

EDU001245

**Homework/Assignments/Testing:**
Completed as per instruction in syllabus and in presentations. Answers to the questions should follow the following format:
- See required minimums for each module
- 12 point font, new times roman
- Microsoft Word (for Summer 2016 we will not be using Word. Please type into the space provided on the assignment screen. Check spelling, grammar, and punctuation.)

**There will be will be twelve reflective writing assignments.**
**Modules 1, 3, 5, 6, 7, 10 are worth 50 points each**
**Module 2, 4, 8, 9, 11, 12 are worth 100 points each**
**There will be three quizzes.**
**Module 3, 7, 11 are worth 20 points each**
**Class Total: 960 points.**

### III.    Study Tips:

To complete this course successfully, you need to accomplish the following requirements:
1. Read all the textbook assignments.
2. Listen to ALL the lectures.
3. Complete the assignments.
4. Be prepared for each module.

### IV.    Attendance Policy:
Given the nature of the course, attendance will be tracked by the successful submission of assignments in a timely manner for each module as well as meeting weekly with your site director at the appointed time.

### V.    Academic Integrity and Honesty:
The professor supports mastery learning and offers every student the opportunity to learn the material and receive the highest course grade.  This offer includes "out of class/independent/peer type tutoring" as needed. Consequently, anyone who violates the academic integrity policy of Ashland University will receive an automatic grade of F and may be dismissed from the class and/or the University.  Specific procedures are outlined in the student policy handbook.

### VI.    Online Correctional Center Course Syllabus Statement
It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

EDU001246

VII. **Format Quality Statement:**
This course format consistently meets the same quality, assessment, learning outcomes, and requirements of the traditional face-to-face semester offering of this course.

VIII. **Statement of Ashland University's Credit Hour Policy:**
This course format consistently meets the same quality, assessment, learning outcomes, and requirements of the traditional semester offering of this course.

IX. **Ashland University Grading Scale**

| Letter Grade | Percentage (weighted average as per graded assignments & exams) |
|---|---|
| A | 94-100 |
| A- | 90-93 |
| B+ | 87-89 |
| B | 84-86 |
| B- | 80-83 |
| C+ | 77-79 |
| C | 74-76 |
| C- | 70-73 |
| D+ | 67-69 |
| D | 63-66 |
| D- | 60-62 |
| **F** | 0-59 |

X. <u>**Course Schedule and Assignments:**</u>

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of: 6/1-6/4 | *Introduction and the Functions of Art* | **WATCH:** Video Lecture on "Introduction and Functions of Art" Part 1 & Part 2<br>**WATCH:** Video Lecture on "Keith Haring"<br>**WATCH:** Video Lecture on "Street Art"<br> Videos mentioned in Video Lecture on "Street Art"<br>**WATCH:** "Banksy "Exit Through the Gift Shop" Clips"<br>**WATCH:** "Simpsons"<br>**WATCH:** "Shepard Fairey: Obey This Film" |

EDU001247

| | | | |
|---|---|---|---|
| | | | WATCH: "Street Art \| Off Book \| PBS"<br>WATCH: "Artist's Hidden Message on Ellis Island- Street Artist JR"<br>SUBMIT: Assignment<br>DUE: JUN 4 |
| 2 | Week of: 6/7-6/11 | *Visual Form and Content* | WATCH: Video Lecture on "Visual Elements" Part 1 & Part 2<br>WATCH: Video Lecture on "Language, Form and Content"<br>WATCH: "What is Visual Literacy?"<br>SUBMIT: Assignment Part 1<br>After Part 1 of assignment is complete, watch the following videos:<br>WATCH: "Stephen Lawrence Verdict"<br>WATCH: "Chris Ofili – No Woman, No Cry \| TateShots"<br>SUBMIT: Assignment Part 2<br>DUE: JUN 11 |
| 3 | Week of: 6/14-6/18 | *Iconography and Folk Art* | WATCH: Video Lecture on "Iconography"<br>WATCH: Video Lecture on "Visionary Artists & Folk Artists"<br>Read: Mark Francis- "Time and Chance"<br>Read: Visionary Art<br>READ: Folk Art Study Guide<br>Explore the following Backyard Paradises:<br>READ: "Gee's Bend Quilters"<br>Palasis Ideal - France<br>Foreverton - Wisconsin<br>Salvation Mountain- California<br>Rock Garden - India<br>SUBMIT: Assignment<br>COMPLETE: Quiz #1<br>DUE: JUN 18 |
| 4 | Week of: 6/21-6/25 | *The Art of Death* | WATCH: Video Lecture on "Maya Lin" Full<br>WATCH: The following Videos<br>WATCH: "Vietnam Veterans Memorial Wall Stories" Part 1 & Part 2<br>WATCH: "Items Left at the Wall"<br>WATCH: "The Wall of Faces Effort"<br>WATCH: "A wash that helps close wounds of war at the Vietnam Memorial Wall"<br>WATCH: "The Education Center at The Wall Tour"<br>READ: VVMF Education Center Update |

ED Exh. 6 - Page 48 of 53

EDU001248

| | | | |
|---|---|---|---|
| | | | **WATCH:** Video Lecture on "Martin Luther King Jr. Memorial" <br> National Native American Vietnam Veterans Memorial Smithsonian's National Museum of the American Indian, Washington, D.C <br> **READ:** Finalists Present Their Design Concepts for the National Native American Veterans Memorial, Smithsonian article <br> **WATCH:** "A Conversation with Harvey Pratt, Designer of the National Native American Veterans Memorial" <br> **SUBMIT:** Assignment <br> **DUE: JUN 25** |
| 5 | Week of: 6/28-7/2 | *Death Memorials* | **WATCH:** Video Lecture on "Death Memorials" <br> **Oklahoma City National Memorial** <br> WATCH: "Live footage from the Scene of the Destroyed Murrah Building" <br> WATCH: "Oklahoma City Bombing: 15 Years Later" <br> **Memorial to the Murdered Jews of Europe - Berlin, Germany** <br> WATCH: "Memorial to the Murdered Jews of Europe" <br> **National 9/11 Memorial** <br> WATCH: "Ground Zero 911 Memorial And One World Trade Center Building In New York" <br> WATCH: "WTC Memorial" <br> READ: Guidelines for the World Trade Center Competition <br> **Pentagon Memorial** <br> WATCH: "The 911 Pentagon Memorial" <br> WATCH: "911 Pentagon Memorial - A Place of Remembrance" <br> **Flight 93 Memorial** <br> WATCH: "The Design - Flight 93 National Memorial" <br> WATCH: "The Flight 93 National Memorial \| The New York Times" <br> READ: Flight 93 National Memorial <br> READ: Flight 93 Memorial Wind Chime <br> WATCH: "Remembering 9/11: Wind chimes for the silenced" <br> LISTEN: "Flight 93 Memorial Wind Chime audio file" |

ED Exh. 6 - Page 49 of 53

EDU001249

| | | | SUBMIT: Assignment<br>**DUE: JUL 2** |
|---|---|---|---|
| 6 | Week of:<br>7/5-7/9 | *Death through Disasters, Ethical Treatment of Animals and War* | **WATCH:** Video Lecture: "Goya and Gericault"<br>**WATCH:** "Gericault: Raft of Medusa"<br>**WATCH:** Video Lecture on " Death Warhol and Coe"<br>**Andy Warhol**<br>READ: "Capital Punishment: A Socio-cultural Overview"<br>READ: "A Chronicle of Capital Punishment<br>READ: "Capital Punishment: A History of America's Electric Chair"<br>WATCH: "Andy Warhol's Technicolor Big Electric Chair"<br>**Sue Coe Material**<br>WATCH: "Artist in Residence: Sue Coe \| Printmaking \| Parsons The New School for Design"<br>WATCH: "Animal Rights: The Social Justice Movement of Our Time"<br>WATCH: "The Official Meatrix I"<br>WATCH: "The Scarecrow Animation"<br>WATCH: "Farmed and Dangerous Official Trailer"<br>**SUBMIT:** Assignment<br>**DUE: JUL 9** |
| 7 | Week of:<br>7/12-7/16 | *Power and Politics* | **WATCH:** Video Lecture "Degenerate Art"<br>**WATCH:** "Degenerate Art - 1993, The Nazis vs. Expressionism" Part 1, Part 2 &Part 3<br>Degenerate Art - Thinking Points for Assignment and watching the following video<br>**WATCH:** Video Lecture on "NPR-Degenerate Art"<br>**Videos about the Monuments Men**<br>WATCH: "The Monuments Men"<br>WATCH: "Monuments Men at work - Looted Art at Merkers Salt Mine 1945"<br>WATCH: "Support The Monuments Men"<br>**Egyptian Art and Divine Kingship**<br>WATCH: Video Lecture on "Egyptian Art and Divine Kingship"<br>WATCH: Ancient Monuments of Egypt<br>**SUBMIT:** Assignment<br>**COMPLETE:** Quiz #2 |

ED Exh. 6 - Page 50 of 53

EDU001250

| | | | DUE: JUL 16 |
|---|---|---|---|
| 8 | Week of: 7/19-7/23 | *Nature and the Environment- Site Works and Earthworks* | **WATCH:** Video Lecture on "Christo and Jeanne Claude Site Works" Part 1 &Part 2<br>**WATCH:** Video Lecture on "Earthworks" Artists: Christo and Jeanne Claude<br>**WATCH:** "The Gates: Wrap Artisits (Christo and Jeanne-Claude)"<br>**WATCH:** "Christo at the proposed site of Over The River"<br>**WATCH:** "Christo and Jeanne-Claude: Over the River, A Work In Progress"<br>**READ:** "Christos Floating Piers"<br>**WATCH:** Video on Nancy Holt<br>**WATCH:** "Nancy Holt Sun Tunnels"<br>Artist: Andy Goldsworthy<br>**WATCH:** "Rivers and Tides" Part 1, Part 2, & Part 3<br>**WATCH:** "Andy Goldsworthy - Environmental Artist"<br>**WATCH:** "Holocaust Survivors Honored With Garden Of Stones" Goldsworthy<br>**WATCH:** Video on Andrew Rogers<br>**WATCH:** "James Turrell's Roden Crater"<br>**SUBMIT:** Assignment<br>**DUE: JUL 23** |
| 9 | Week of: 7/26-7/30 | *Art of Entertainment and Leisure* | **WATCH:** Video Lecture "Wegman and Skolund" Part 1 & Part 2<br>**Artist - Sandy Skolund: Photographer and Installation Artist**<br>WATCH: "Sandy Skoglund"<br>WATCH: "Sandy Skoglund talks about Fox Games"<br>WATCH: "INCEPTION Gallery - Exposition de Sandy Skoglund"<br>**Artist: William Wegman - Video Artist and Photographer**<br>WATCH: "William Wegman Deodorant"<br>WATCH: "William Wegman - Stomach Song"<br>WATCH: "William Wegman Spelling Quiz"<br>WATCH: "William Wegman - Dog Baseball"<br>WATCH: "William Wegman's Wilderness: An Artist and His Dogs at Home | The New York Times" |

EDU001251

| | | | |
|---|---|---|---|
| | | | WATCH: "William Wegman Talks Dog"<br>WATCH: "Hardly Boys"<br>WATCH: "William Wegman - The Hardly Boys2" Part 1 & Part 2<br>WATCH: "William Wegman's "Around the Park""<br>WATCH: "Around the Park2"<br>WATCH: "William Wegman on Flo & Wendell (03:45)"<br>**WATCH:** Video Lecture "Hanson and Jenkins"<br>**Duane Hanson - Sculptor**<br>WATCH: "Radical Portraits: Duane Hanson and Richard Prince"<br>WATCH: "Duane Hanson at Van de Weghe, NYC (April 2009)"<br>WATCH: "Iconic artist Duane Hanson's show opens in Brussels"<br>**Mark Jenkins - Installation Artist**<br>WATCH: "ArtMap.Tv Interview with Mark Jenkins"<br>WATCH: "Scotch Off the Roll Contest Judge Mark Jenkins Builds a Sculpture Out of Packaging Tape"<br>WATCH: "Tape Girl"<br>WATCH: Jenkins<br>WATCH: Jenkins 2<br>WATCH: "The Sitter"<br>WATCH: "Falling Down"<br>**SUBMIT:** Assignment<br>**DUE: JUL 30** |
| 10 | Week of: 8/2-8/6 | *The Art of Persuasion* | **WATCH:** Video Lecture "Vik Muniz"<br>STUDY GUIDE for Waste Land film- Vik Muniz<br>**WATCH:** " 'Waste Land' Explores Artist's Use of Garbage to Transform Lives in Brazil"<br>**WATCH:** "WATCH: Waste Land Film by Lucy Walker featuring artist Vik Muniz" Part 1, Part 2, Part 3, & Part 4<br>**WATCH:** "Jardim Gramacho"<br>**Videos on Vik Muniz**<br>WATCH: "Vik Muniz - Pictures of Garbage: Irmã"<br>WATCH: Vik Muniz "Collage"<br>WATCH: "Vik Muniz - Giant Junk Speedpainting - Narcissus"<br>WATCH: "Making of Vik Muniz - Scrap Metal" |

EDU001252

| | | | WATCH: "Projeto Paisagem Vik Muniz Rio 20" READ: "Where Art Meets Trash and Transforms Life" by CAROL KINO **SUBMIT:** Assignment **DUE: AUG 6** |
|---|---|---|---|
| 11 | Week of: 8/9-8/13 | *Inference about a Population Mean* | **WATCH:** Video Lecture on "Kehinde Wiley" **Kehinde Wiley - Contemporary Painter** WATCH: " Pre-Opening of Kehinde Wiley's A New Republic: Brooklyn Museum 2.19.15" WATCH: "Kehinde Wiley: A New Republic" WATCH: "The Artist Project: Kehinde Wiley" WATCH: "LL Cool J: James Todd Smith, LL Cool J, by Kehinde Wiley" **SUBMIT:** Assignment **COMPLETE:** Quiz #3 **DUE: AUG 13** |
| 12 | Week of: 8/16-8/20 | *Inference about a Population Proportion* | **WATCH:** Video Lecture on "The Fear Project" **WATCH:** Videos on Art as Therapy **WATCH:** "Art Therapy Helps Veterans" **WATCH:** "Jason's Story - Art & PTSDTBI" **WATCH:** "Veterans Coming Home: Combat Paper" **WATCH:** "Name: Combat Paper Project (Art Of A Soldier)" **SUBMIT:** Assignment **DUE: AUG 20** |

EDU001253

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 7**

**Mark Kreutzer's September 21, 2021 email to Kelly Liocano**

EDU001254

| | |
|---|---|
| **From:** | Kreutzer, Mark |
| **To:** | Kelly Liocano |
| **Cc:** | Orofino, Leslie |
| **Subject:** | New Data Requests |
| **Date:** | Tuesday, September 21, 2021 1:40:53 PM |
| **Attachments:** | image001.png |

Hello Kelly,

In accordance with our call, can you please provide the following information:

-Please provide an Excel spreadsheet of students who were denied admission for the 2019-20 and 2020-21 award years and the reason for the denial.

-Please provide an explanation as to why Ashland's correctional education curricula is designed as 12 week courses within a 16 week term and if the students are permitted/eligible to take a 16 week course. Finally, can non-incarcerated students take a 12 week course?

Best,

MK

Mark Kreutzer

Senior Institutional Review Specialist

United States Department of Education

Federal Student Aid

Partner Participation and Oversight

Chicago/Denver School Participation Division

Mark.Kreutzer@ed.gov



**CONFIDENTIALITY NOTICE: This e-mail message, including any attachments, is for the sole use of the intended recipient and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.**

EDU001255

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| Ashland University, | ) | Federal Student Aid |
| | ) | Proceeding |
| Respondent. | ) | |
| | ) | PRCN: 2021-4-05-30426 |

**ED EXHIBIT 8**

**Cathy Britton's September 21, 2021 Response email to Mark Kreutzner**

EDU001256



**Kelly Liocano <kliocano@ashland.edu>**

## VIP Program Review Request: Explanation on weeks in courses

**Cathy Britton** <cbritto2@ashland.edu>                    Wed, Sep 22, 2021 at 3:05 PM
To: Kelly Liocano <kliocano@ashland.edu>
Cc: Mark Britton <mbritto3@ashland.edu>

The creation of 12 week courses was done prior to me joining the University, therefore, I cannot speak to the reasoning behind utilizing a 12 week online term.

Correctional Education students, by virtue of their incarceration, are not permitted to have contact with anyone other than their instructors. They may not communicate to other correctional education student on their tablet either at their own location or a different location. Therefore, Correctional Education courses are created in a closed setting on our LMS/tablets. Correctional Education students may not take a 16 week course.

Ashland University offers 12 courses in programs outside of Correctional Education. A non-incarcerated student may take 12 week courses in other programs - but not in the correctional education program.

[Quoted text hidden]

EDU001257

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 9**

**Declaration of Michael Cagle Acting Director, Policy Innovation and Dissemination Group**

EDU001258

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**DECLARATION OF MICHAEL CAGLE**

I, Michael Cagle, hereby declare under the penalty of perjury as follows:

1. I am over the age of 18 and competent to testify to matters herein.

2. I am employed by the United States Department of Education ("Department") as the Acting Director, Policy Innovation and Dissemination Group Partner Participation & Oversight.

3. I have been in my current role since August 1, 2022.

4. I certify that I am duly authorized, am qualified, and have been given authority by the Department to make the statements contained in this Declaration. The statements contained herein are based on my personal knowledge as an employee of the Department, and my review of the pertinent records.

5. As the Acting Director, Policy Innovation and Dissemination Group Partner Participation & Oversight, my job responsibilities include annual publication of the Federal Student Aid Handbook, and oversight of the Experimental Sites Initiative.

6. During 2015, in accordance with the Secretary's waiver authority under section 487A(b) of the HEA, the Department instituted the Second Chance Pell ("SCP") – Pell for Incarcerated Students Experiment under the Department of Education's Experimental Sites Initiative ("ESI" or "Experiment"), which provides a limited waiver of the statutory provision that a student who is incarcerated may not receive a Federal Pell Grant. Under this Experiment, participating

1

EDU001259

institutions may provide Federal Pell Grant funding to students who are incarcerated.  *See* 80 FR 45964-66 (Aug. 3, 2015).

7.  To participate in the program, institutions must participate in two application phases.  In phase 1, institutions are required to submit letters of application listing the academic programs that the institution is considering for inclusion in the Experiment and, for each of those programs, an estimate of the number of participating students.

8.  In phase 2 of the selection process, the Department reviews information that is provided by institutions in their completion of a questionnaire.  The response to the questionnaire provides, among other material, information on the academic program(s) institutions intend to offer to otherwise eligible students under the SCP Experiment.

9.  In 2015, Ashland submitted its initial phase 1 letter of application to participate in the Department's SCP Experiment.  ED Exhibit 10.

10. On January 21, 2016, the Department provided notice to Ashland that it had successfully passed the first phase of review, and Ashland was provided a phase two questionnaire.  ED Exhibit 11.

11. On March 18, 2016, Ashland submitted its response to the questionnaire.  In its response, the institution explained that even prior to the SCP Experiment "Ashland University ha[d] a long history of educating incarcerated students dating back to 1964." ED Exhibit 12.  Ashland proposed offering three levels of programming for incarcerated students: (1) A certificate in Business Management and Office Management, (2) an Associate of Arts Degree and (3) a Bachelor of Science degree.  In explaining the certificate in Business Management and Office Management, Ashland stated "Students currently take 1-4 classes per 12-week semester in this program. The Certificate in Office Management is comprised of 36 semester hours and students currently take

EDU001260

1-4 classes per 12-week semester." Similarly, for the Associate of Arts degree, the proposal states "This is a two-year degree comprised of 60 semester hours and offered in three 12-week semesters per academic year." Lastly, in addressing the Bachelor of Science degree, Ashland's proposal states "This four-year degree is comprised of 120 semester hours and is offered in 12 week semesters." ED Exhibit 12.

12. On June 28, 2016, the Department invited Ashland to participate in the SCP Experiment using information from the Department's internal systems, as well as the information submitted by Ashland on subsequent requests for further information, including Ashland's questionnaire responses. ED Exhibit 13. The Department's letter explained that Ashland would receive a Program Participation Agreement ("PPA") Amendment outlining the exemptions and requirements for participating in the SCP Experiment. The letter further stated that the PPA amendment must be signed by the institution's chief executive officer (e.g., President, Chancellor), and then returned to Federal Student Aid ("FSA"), where it would be countersigned by the Department's School Participation Team Division Director. Before Ashland could begin participation in the SCP Experiment, it was first required to receive the PPA countersigned by the Department.

13. On August 9, 2016, Ashland's President signed the PPA on behalf of the institution, and on August 16, 2016, the Department's representative signed on the Department's behalf. ED Exhibit 14.

14. On August 18, 2016, the Department notified Ashland that the institution could begin implementation of the SCP Experiment for the 2016-2017 award year. ED Exhibit 15.

EDU001261

I declare under penalty of perjury that the foregoing is true and correct. Executed on

February __27_, 2023.

_____

Michael Cagle

4

EDU001262

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 10**

**Ashland's Phase 1 Application for SCP Experiment**

EDU001263



TO: experimentalsites@ed.gov

**Subject line: ESI 2015 – Pell for Students who are Incarcerated**

Ashland University
401 College Ave
Ashland, OH 44805

Department's Office of Postsecondary Education Identification (OPEID) **003012**

Name of Contact Person, mailing address, email address, Fax Number, and phone number.

1.  Stephen Howell, Director of Financial Aid
    401 College Avenue
    Ashland, OH 44805
    showell@ashland.edu
    Fax: 419-289-5976    Phone: 419-289-5002
2.  John Dowdell, Director of Outreach Programs
    121 E. Main Street
    Ashland, OH 44805
    jdowdell@ashland.edu
    Fax: 419-289-5368    Phone: 419-289-5732

**History of Correctional Education at Ashland University:**

Ashland University offers the longest continuously operating post-secondary correctional education program in the United States.  Established in 1964 at the Ohio State Reformatory, the AU offerings now serve over 1,000 incarcerated students annually with college curriculum.  The programs are offered to both male and female adult offenders in the Ohio Department of Rehabilitation and Correction (ODRC), and male and female juvenile offenders in the Ohio Department of Youth Services (ODYS).  A recent emphasis has been placed on the development and delivery of "online" courses for the correctional programs which do not require live internet access – something prohibited in the correctional environment.

Ashland University offered degrees to incarcerated students in the Ohio Department of Rehabilitation and Corrections (ODRC) from 1964 to 1992. In 1992, with the loss of the Pell Grant funding, ODRC entered into an agreement with Ohio Board of Regents and the State of Ohio to limit budgeted enrollments to credit granting certificate programs. This is currently the programming AU offers in the seven correctional institutions in the state of Ohio. We are currently offering both certificates and degree programming to the Ohio Department of Youth Services (ODYS).

**Financial Aid Office**
**Division of Enrollment Management and Marketing**
401 College Avenue | Ashland, Ohio 44805 | 419.289.5002 | financialaid@ashland.edu| www.ashland.edu

ED Exh. 10 - Page 1 of 7
EDU001264

AU staff members are heavily involved in correctional education at both local and national levels. John Dowdell, Director of the Gill Center for Business and Economic Education, serves as Editor of the Journal of Correctional Education, the only peer-reviewed academic journal in the field.   Mr. Dowdell has also served and is currently serving on the board of the Correctional Education Association as the editor of the journal, the Chair of Publications, and the Chair of Professional Development for Correctional Educators. He also was a Steering Committee member of the RAND Corporation National study on correctional education funded by the U.S. Department of Justice Second Chance Grant. He along with other AU employees managed two other Second Chance Grants received by AU. Further, David Webb, Site Director of Mansfield Correctional Institution, currently serves as past president of the Correctional Education Association and is the Technical Editor of the Journal of Correctional Education.

**Listing of the academic programs for consideration**

With the approval of this grant, AU would provide **Associate Degree in General Studies** to the students who are currently in our educational program along with any new students that could quality. Currently AU is operating certificate programs in the following areas:

- Basic Business
- Business Management
- Office Skills
- Retail Sales
- Office Management
- Retail Management
- Retail Administration

Students can elect to participate in either the Associate Degree in General Studies or any of the above certificate programs.  These certificates lead to strong employability post-release due to the general business nature and ability for inmate to show development of skills.

The Associate of Arts Degree in General Studies is a means for students to develop basic soft skills such as critical thinking, problem solving, and communication both written and oral. These are the skills employers are seeking from their perspective candidates.

This degree is offered in a distance-based Correctional Education approved format incorporating technology that has been approved as secure through corrections security screenings and testing.

**Estimated number of participating students.**
Currently AU is serving approximately 1000 students in seven institutions in Ohio. We project that through this ESI, we will be able to add 200-400 with the Associate Degree.

With the Distanced Based Correctional Education Program, we could add 900-1000 not currently being served with higher education. These students will be enrolled in the Associate Degree in General Studies.

Ashland University and ODRC have agreed on the following terms and conditions for acceptance to the college program:

- GED or High School Diploma
- Reading Level 231+/8.0+ (TABE testing)

EDU001265

- Time until release: staying for the full semester and less than 5 years to release
- Satisfactory academic progress (above a 2.0 accumulated GPA)

**INSTITUTIONAL TYPE AND CONTROL**

Ashland College was founded in 1878; the name of the institution was changed to Ashland University in 1989 due to the diverse undergraduate, graduate and professional programs offered by the institution.

Ashland continues to have a rich tradition as a private, liberal arts and sciences institution preparing students for exciting professions and careers. The University consists of six colleges: Arts & Sciences; Business & Economics; Education; Founders School for Continuing Education; Nursing; and the Ashland Theological Seminary.

**GEOGRAPHIC LOCATION** Ashland University is located in north central Ohio. It is within driving distance to all the Ohio State Penal institutions being served.

**ENROLLMENT SIZE**
Fall 2014 Total Enrollment for Ashland University: 5737
Fall 2013 Total Enrollment for Ashland University: 5979

**TITLE IV HEA PROGRAMS** In 2014-2015 $37.3 million in federal aid went to 3389 recipients who participated in the Federal Direct Loan, Federal Pell Grant, Federal Supplemental Educational Opportunity Grant, Federal Perkins Loan, Federal Work Study, and Federal TEACH Grant.

**PROGRAMMATIC COMPLIANCE** –Annual audits have been conducted by an independent auditing firm to determine if Ashland University is in compliance with federal regulations governing the administration of Title IV aid programs.  During the past several years (5+) there have been no findings for the auditing firm to report to the Department of Education.

**COHORT DEFAULT RATES** – our 2011 3-year cohort default rate on Direct Loans was 4.7% compared to the all-private rate of 7.0% and the national rate of 13.7%.

**FINANCIAL RESPONSIBILITY RATIOS** – The Consolidated Financial Index Ratio Data from the CIC for Fiscal Year 2012-2013 had a ratio of 1.8. Our calculated ratio for 2013-14 is 2.3.

**COMPLETION RATES** Cohorts 2007 and 2008 each had 56% graduation rates.

**EXISTING PARTNERSHIP WITH ODRC AND SPECIFIC INSTITUTIONS** (see letter of support – Ohio Department of Rehabilitation and Corrections)

Grafton Correctional Institution
Grafton Reintegration Center
Lake Erie Correctional Institution
Richland Correctional Institution
Mansfield Correctional Institution
Mansfield Correctional Camp
Chillicothe Correctional Institution

**NEW INSTITUTIONS PARTNERING WITH ASHLAND UNIVERSITY** (see letter of support – State of Louisiana Department of Public Safety and Corrections)

Allen Correctional Center
Avoyelles Correctional Center
David Wade Correctional Center
Dixon Correctional Institute
Elayn Hunt Correctional Center
Louisiana Correctional Institute for Women
Louisiana State Penitentiary
B.B. Rayburn Correctional Center
Winn Correctional Center

**SITE DIRECTORS/ACADEMIC ADVISING**

Each site being served through Ashland University's Outreach Program for Correctional Education is staffed with a site director. This director handles all reporting to the state, academic advising for student completion, enrollment forms, and submission of paperwork to Ashland University's program manager. Each semester, the site director meets with students, discusses student goals, and serves as a liaison between the correctional institution and the University. Site directors have open office hours at the correctional sites for student assistance and questions.

**COURSE DELIVERY:**

In Ohio, a blend of "online" and face-to-face classes are held at the institutions. The online classes are being delivered on secure tablets in which Ashland University online program materials are loaded according to the offerings for the semester and the registration of the student. The content is the same approved content offered for all Ashland University students. This secure content is completed by the student and uploaded through a kiosk into a learning management platform. This secure Distance-Based Correctional Education system allows for communication between the students and the professor along with content and the submission of assignments and tests.  If the student is released during the semester, he/she has the opportunity to complete current coursework by accessing the learning management platform once out of the facility.

Face to face classes (as well as online) are taught either by full-time faculty of Ashland University or adjuncts who have been approved by the educational department and the academic dean of the school in which the classes are housed. The students receive the same curriculum as those on campus with the same learning outcomes.

Ashland's programs with correctional systems outside of the state of Ohio will be completely online using the secure Distance-based Correctional Education system and LMS interface. With our Associate Degree being online all students can complete coursework either through the online program or by attending Ashland University on campus.

**ACADEMIC GUIDANCE AND CAREER SUPPORT**

In conjunction with programs offered by ODRC, Ashland University helps the students prepare for work outside the prison. It is our goal to use education to help change thinking and for preparing students for jobs and careers that use their educational training and personal assets. We have integrated ODRC's job

training program in Ashland University classes to ensure students are taking advantage of all the transition services being provided. Ashland has initiated and developed a reentry course and textbook based on the business model of problem solving and this is a required course for all our students in corrections. This textbook is used in correctional institutions all across the United States. Along with all the coursework designed to guide and support the student, our full-time site directors offer support and guidance to the students through personal communications as well as encouraging the use of all available resources at the institutions.

_____

Stephen Howell
Director of Financial Aid, Ashland University

_____

Dr. Douglas Fiore,
Interim Provost, Ashland University

EDU001268



**Ohio** | Department of
Rehabilitation & Correction

John R. Kasich, Governor
Gary C. Mohr, Director

September 25, 2015

To Whom It May Concern:

On behalf of the Ohio Department of Rehabilitation and Correction (ODRC), I am pleased to support Ashland University in their application to the US Department of Education, Experimental Sites Initiative for Federal Student Financial Assistance Programs under Title IV of the Higher Education Act of 1965, as amended, as a means to expand education opportunities to offenders housed in Ohio prisons. Over the past twenty years, ODRC has offered post-secondary opportunities to releasing offenders through our partners in the Ohio Penal Education Consortium (OPEC). This pilot is viewed as a great opportunity to support our mission to reduce recidivism in those we touch. In recent years, the curricula offered to ODRC students system wide by our OPEC members has focused on the in-demand jobs in the state of Ohio.

We commend Ashland University for their vision to support offender education.  If Ashland is granted this opportunity, they will be able to expand programming and assist offenders and their families as well as fostering caring communities, to which they will return to live, work and raise their children.

As an educator by academic preparation, I believe that post-secondary education makes a difference in offenders' lives, research has confirmed its impact. Again, we are pleased to support Urbana University in this worthy endeavor.

Sincerely,

Gary C. Mohr

Operation Support Center  ·  770 W. Broad Street  ·  Columbus, Ohio 43222
www.drc.ohio.gov

ED Exh. 10 - Page 6 of 7

EDU001269



**BOBBY JINDAL**
Governor

**JAMES M. Le BLANC**
Secretary

## State of Louisiana
### Department of Public Safety and Corrections

August 14, 2015

To Whom It May Concern:

On behalf of the Louisiana Department of Public Safety and Corrections (DPS&C), I am pleased to support Ashland University in their application to the US Department of Education to participate in the Experimental Sites Initiative for Federal Student Financial Assistance Programs Under Title IV of the Higher Education Act of 1965, as amended, as a means to expand education opportunities to offenders housed in Louisiana state prisons by means of offering an Associate Degree Program through tablet-based online initiatives. Over the past twenty years, the DPS&C has struggled to offer post-secondary opportunities to releasing offenders. This opportunity is viewed as a great opportunity to reduce the recidivism rates in a state which has the largest per-capita offender population in the world. In recent years, the DPS&C has made significant strides where reentry is concerned and this opportunity would significantly add to this building culture.

We commend Ashland University for their vision to support offender education. If Ashland University is granted this opportunity, they will be able to expand programming and assist offenders and their families as well as fostering caring communities, to which they will return to live, work and raise their children.

Again, we are pleased to support Ashland University in this worthy endeavor.

Sincerely,

James M. Le Blanc
Secretary

kbb

Post Office Box 94304, Baton Rouge, Louisiana 70804-9304 • (225) 342-6649 • Fax (225) 342-3349
www.doc.la.gov
An Equal Opportunity Employer

ED Exh. 10 - Page 7 of 7

EDU001270

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 11**

**Department's January 21, 2016 Phase 1 Approval of Ashland's SCP Program**

EDU001271



January 21, 2016

Carlos A. Campo
President
Ashland University
401 College Avenue
Ashland, OH 44805

Dear President Campo,

Thank you for applying to participate in the Second Chance Pell – Pell for Incarcerated Students Experiment under the Department of Education's Experimental Sites Initiative.  We have completed the first review phase for institutions that responded to the August 3, 2015 *Federal Register* notice that announced the experiment.  We are pleased to inform you that your institution has successfully passed the first phase of review.

The Second Chance Pell – Pell for Incarcerated Students Experiment will test new models to allow incarcerated Americans to receive Federal Pell Grants to pursue postsecondary education with the goal of helping them get jobs, support their families, and turn their lives around. Research suggests that postsecondary education and training for incarcerated individuals is correlated with several positive post-release outcomes, including increased educational attainment levels, reduced recidivism rates, and improved post-release employment opportunities and earnings.

As stated in the *Federal Register* notice, the Secretary will select a limited number of institutions to participate in the experiment, carefully considering institutional diversity taking into account institutional type and control, geographic location, enrollment size, and Title IV participation level

The second and final phase of the selection process will be our review of the information that will be provided by institutions in their completion of the attached questionnaire.  Those responses will provide us with, among other things, information on the academic program(s) that institutions intend to offer to otherwise eligible students under the Second Chance Pell Experiment.

You must submit your responses to the questionnaire as an attachment to an email addressed to Experimentalsites@ed.gov with the words "Second Chance Pell" as the subject line of the email. The attachment must include a cover letter on institutional letterhead signed by the institution's financial aid administrator followed by approximately ten (10) pages containing your responses. The email, with your responses, should be submitted as soon as possible but no later than March 20, 2016.

Note:  Please begin each response by repeating the item numbers from the questionnaire, as shown in the example below.

ED Exh. 11 - Page 1 of 2

EDU001272

Page 2

Example:

Item:  I(a)(i)

Response:  We plan on offering X programs for incarcerated students.

If your institution is no longer interested in participating in the Second Chance Pell Experiment, please send an email informing us of that decision and a brief explanation of why.

As a reminder, your email with your responses should be submitted as soon as possible but no later than March 20, 2016.

Thank you again for your interest in participating in the U.S. Department of Education's Second Chance Pell – Pell for Incarcerated Students Experiment.  If you have any questions, please contact us by email at Experimentalsites@ed.gov.

Sincerely,

Federal Student Aid

Cc:  Stephen Howell, Financial Aid Office

ED Exh. 11 - Page 2 of 2

EDU001273

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| Ashland University, | ) | Federal Student Aid |
| | ) | Proceeding |
| Respondent. | ) | |
| | ) | PRCN: 2021-4-05-30426 |

**ED EXHIBIT 12**

**Ashland's March 18, 2016 Response to Department's Questionnaire**

EDU001274



March 18, 2016

U.S. Department of Education
Experimental Sites Initiative
830 First Street, NE
Washington, DC 20202

Dear Experimental Sites Initiative Official:

Ashland University is submitting the second round application for the Second Chance Pell Program.  I have attached our application and various documents for your review.

Ashland University has a long history of educating incarcerated students dating back to 1964. The loss of Pell Grant funding for incarcerated students in 1992 greatly curtailed the educational programs that Ashland was able to offer.  However, the University did enter into an agreement with the Ohio Department of Rehabilitation and Corrections to offer college courses to incarcerated students since that time.  The University has a keen understanding of the rehabilitation benefits afforded to prisoners through post-secondary educational opportunities.

Should you have any questions regarding our application for the Second Chance Pell Program, please feel free to contact John Dowdell, Director of Gill Center Outreach (419.289.5732), or me (419.289.5944).  We look forward to hearing from you.


Best regards,

Stephen Howell
Director of Financial Aid
Ashland University

ED Exh. 12 - Page 1 of 17

EDU001275

1

**Ashland University Reponses to the Second Chance Pell Grant ESI**

**Introduction:**

Ashland University's response to the ESI is based on over 50 years of experience as the nation's longest operating correctional post-secondary educational program. The program currently serves over 1,000 incarcerated students annually with college curriculum. These programs are offered to both male and female adult offenders in the Ohio Department of Rehabilitation and Correction (ODRC), and male and female juvenile offenders in the Ohio Department of Youth Services (ODYS). Recently Ashland University has piloted an "online" Associate Degree for male and female students in Louisiana.

Ashland University (AU) staff serve as Editor of the *Journal of Correctional Education*, the leading peer-reviewed academic journal in the field, and serve as board members of the Correctional Education Association.  The program director served as a Steering Committee member and as a member of the scientific literature review for the RAND Corporation's national study on correctional education, *How Effective Is Correctional Education, and Where Do We Go from Here: The Results of a Comprehensive Evaluation*, which was funded by the U.S. Department of Justice.

Based on the institution's over 50 years of experience with this population and the needs of at-risk students, the AU Pell initiative will take the approach of building on the existing Advanced Job Training (AJT) post-secondary education offerings funded by the State of Ohio. The Pell ESI will be dedicated to expanding the program to Associate of Art (AA) and Bachelor of Science (BS) degrees in six correctional facilities in the State of Ohio, and nine facilities in the State of Louisiana. This design meshes well with the intent of the Pell ESI, as it will keep the State of Ohio funding intact (not supplanted) as an entry point for career-oriented certifications in Ohio correctional institutions.

Pell ESI program funds will be reserved for students who have proved sufficiency in the basic level courses before utilizing Title IV funding. AU intentionally built this structure so that the outcomes such as reduction of recidivism, increase in employment, and successful reentry will validate the return on investment.

It is notable that Ashland University President, Dr. Carlos Campo has committed to hiring an outcomes assessment coordinator to monitor and measure the program dynamics and outcomes.

The Pell Grant ESI program will be offered via a distance-based, fully online Android platform. The platform features corrections-grade security that has been vetted and approved by the Department of Corrections in both Ohio and Louisiana. College programming has been offered on this platform for nearly two years in Ohio correctional facilities and has many benefits to the at-risk correctional student population. First, the platform allows for student transfer between correctional facilities without interruption of educational services. Corrections departments are notoriously fluid in inmate population, with transferring occurring on a regular basis. These dynamics normally interrupt educational programming, but a technology platform buffers the restrictions of time and place. Secondly, it allows students to finish educational programs post-

EDU001276

2

release through the online element of the Learning Management System (LMS). Finally, it removes the time-bound nature of face-to-face classes and aids in the reentry issues of time for family, work, and any probation/parole requirements.

The following proposal is based on program delivery to two of the largest state correctional departments in United States: Ohio and Louisiana.  Ohio incarcerates over 51,000 inmates annually. The State of Louisiana incarcerates over 39,000 inmates and has the highest incarceration rate per capita in the United States. In fact, if Louisiana were considered as a sovereign country, it would have the highest per capita incarceration rate in the world. Louisiana does not currently offer any post-secondary educational programming in State correctional facilities (U.S. Department of Justice, 2014; The Sentencing Project, 2011). The proposal is designed to serve 350 students in Ohio and 450 students in Louisiana.

## I.      Program Information

I(a)(i).

The AU program will serve six institutions in Ohio (350 students) and nine institutions in Louisiana (450 students). Following is the listing of facilities:

Ohio
Grafton Correctional Institution
Richland Correctional Institution
Chillicothe Correctional Institution
Belmont Correctional Institution
Noble Correctional Institution
Ohio Reformatory for Women

Louisiana
Allen Correctional Center
Avoyelles Correctional Center
David Wade Correctional Center
Dixon Correctional Institute
Elayn Hunt Correctional Center
Louisiana Correctional Institute for Women
Louisiana State Penitentiary
B.B. Rayburn Correctional Center
Winn Correctional Center

Ashland University will offer three levels of programming for the students: A certificate in Business Management and Office Management, an Associate of Arts Degree and a Bachelor of Science degree. These programs will build upon each other and will create a pathway for students to advance to the next level of post-secondary programs.

EDU001277

3

I(a)(ii)(1 and 2).

As stated above, these three levels of programming are a tiered approach to delivering the curriculum. Existing ODRC funding will be used to support certificate programs in correctional institutions in the state of Ohio. In Louisiana, while Pell funding will be accessed for these certificates, students must successfully complete them in order to enter advanced curriculum. Associate of Arts degree and Bachelor of Science programs in Ohio and Louisiana will be supported by Pell ESI funding.

**Certificates: Business Management and Office Management.** These AU approved certificates assist the students in procuring employment in areas where basic business knowledge is a plus. Course offerings cover such topics as basic accounting, management, basic business knowledge, business communication, the market and economy, communication, and behavior. These certificates are already being offered to our students in Ohio, with ODRC funding.
In Ohio Correctional Facilities with existing AJT programs, students must complete a certificate program before the Pell grant funding will be used for the Associate Degree.

The certificate in Business Management is comprised of 18 semester hours. Students currently take 1-4 classes per 12-week semester in this program. The Certificate in Office Management is comprised of 36 semester hours and students currently take 1-4 classes per 12-week semester. The certificate programs offered in Louisiana are embedded in the Associate of Arts Degree. Students will be admitted to the Associate of Arts Degree but must satisfactorily complete the embedded certificate classes before moving on to finish the rest of the requirements.

This program is currently being offered to students who are incarcerated in state institutions and it the starting point for all students.

**Associate of Arts:** Building on the certificate programs in State of Ohio and certificate entry curriculum in Louisiana, this degree is designed for students who are entering careers which do not require four years of college. The Associate of Arts degree enables the students to use the business and office management certifications as a concentration within the degree. The degree emphasizes the essential soft skills needed for employment such as critical thinking, writing, critical reading, problem solving, and development of professional habits and traits as well as mastering of basic office skills and knowledge of business processes and language.

Ashland University has already fully developed the AA degree in an online format for delivery in correctional environments on a secure Android tablet platform. This is a two-year degree comprised of 60 semester hours and offered in three 12-week semesters per academic year.

**Bachelor of Science in Multidisciplinary Studies:** A Multidisciplinary Studies Major enables an undergraduate student to pursue a cohesive set of courses from two different disciplinary areas in substitution for the traditional major. In addition to gaining a solid foundation in the content of two different disciplines, the student will also learn how to integrate knowledge from each of the chosen disciplines. This degree was selected for the Pell ESI as it melds business and Social Justice/Sociology. The business emphasis builds on the certificate and AA degree

EDU001278

4

concentration in business and provides a pathway to employment in private sector jobs and careers. The Social Justice and Sociology emphasis provides students with an understanding of organization dynamics of private and public environments and is also applicable for the formerly incarcerated student to attain employment in counseling and social service organizations.   This is a high interest area for transitioning correctional students. The AU program has observed significant numbers of students utilizing their AJT experience to secure employment in the Reentry and Community Service areas. This is a new degree for Ohio and for Louisiana and is part of creating the final step of the pathway for attaining a full degree. We are not currently offering this degree at any of our correctional institutions.

This four-year degree is comprised of 120 semester hours and is offered in 12 week semesters. As stated above, AU offers three semesters per academic year. Students will enter this program after the completion of the AA degree.

This program is developed but not currently offered to students in state penal institutions. However, it should be noted that AU offered both Associate and Baccalaureate degrees for over 25 years in state correctional facilities prior to the elimination of Pell Grant Funding for incarcerated students in 1992.

**Extra-Curricular:** Because of the mode of delivery, AU will also be delivering extra-curricular events such as guest lectures, concerts, and sporting events via video to the tablets. This is part of the commitment to providing a full learning experience for all our students.


I(a)(ii)(3).

The program in the State of Ohio will utilize both classroom based and tablet based courses through the Associate Degree level. Bachelor degree level courses will be offered solely through the secure Android tablet. The Louisiana program will be offered solely on the secure Android tablet platform.

Ashland University partnered with JPay nearly two years ago to pilot the use of secure tablets that have assisted in breaking the barriers faced by inmates due to institutional transfers, early release during programming, and reentry. Ashland University has four semesters of experience delivering post-secondary education via 10" tablets which integrate a proprietary Learning Management System (LMS) known as Lantern. Lantern is a Canvas-based LMS that has been engineered to communicate with the tablets via a secure kiosk.

Here is a picture of the tablet:

EDU001279

5





This tablet has been formally reviewed and approved by the security personnel at both the Ohio Department of Rehabilitation and Correction and Louisiana Department of Public Safety and Correction. This is notable as the program delivery model has already been identified, approved,

6

and implemented within the Pell ESI correctional systems – it is literally "turn-key" ready for implementation.

Because the courses are tied to an LMS, those who are released can continue the work on a home or public computer by logging directly into the LMS. This allows for flexibility when the released inmate is trying to manage school, re-connecting with family, and finding employment. As of this semester, Ashland University has been using the tablets for 4 semesters. We have offered 58 course sections with 1,166 students who have earned 3,498 semester credits.

I(a)(ii)(4) Below please find a list of required and elective classes for each level of coursework.

**Certificate in Business Management:**
Required Classes:
ACCT 201 – Financial Accounting
IS 221- Information Technology
MGT 240 – Introduction to Management
ECON 101 – Market Fundamentals
PSYC 101 – General Psychology

Electives:
1 elective class from any class offered - preferably business.

**Certificate in Office Management:**
Required Classes:
MGT 100 – Contemporary Business
ACCT 201 -  Financial Accounting
IS 221 – Information Technology
MGT 240 – Introduction to Management
MGT 323 – Business Communication
ECON 101 – Market Fundamentals
PSYC 101 – General Psychology
COM 101 – Human Communication
Electives:
4 elective classes from any course offering

**Associate of Arts Degree**
Required Classes:
COM 101 – Human Communication
ENG 101 – English Composition I
ENG 102 – English Composition II
MATH 110 – Finite Math
REL 107 – World Religions
Aesthetics: Choose 1 from: ART 150 – Art and Ideas; MUSIC 251 – Love Songs; TH 203 – Theater Aesthetics.
PHIL 280H – Workplace Ethics
BIO 1SGF – Introduction to Biology

EDU001281

7

HIST 212 – American History through the Civil War OR HIST 213 – American History after the Civil War

Social Science – choose 1 from the following: PSYC 101 – General Psychology; SOC 111 – Principles of Sociology; SOC 301 – Race, Ethnic, and Minority Issues; ECON 101 – Market Fundamentals

Electives: select 30 hours from any of the following:
BUS 253 – Personal Finance
MGT 240 – Introduction to Management
MGT 410 – Business Law
BUS 259 – Problem Solving for Reentry
ENT 245 Entrepreneurship
MGT 100 – Contemporary Business
IS 221 – Information Technology
any other courses from Foundation not used for Foundational Credit.

**Bachelor of Science – Multidisciplinary Studies Major**
Required Classes:
COM 101 – Human Communications
ENG 101 – English Composition I
ENG 102 – English Composition II (prerequisite ENG 101)
Critical Inquiry Course – TBD
HIST 212 – American History through the Civil War OR HIST 213 – American History after the Civil War
MATH 110 – Finite Math or MATH 208 – Elementary Statistics
REL 107 – World Religions
Aesthetics: Choose 2 from: ART 150 – Art and Ideas; MUSIC 251 – Love Songs; TH 203 – Theater Aesthetics.
Humanities: Choose 2 from: PHIL 210 – Philosophy of Human Nature; PHIL 215 – Ethics; REL 220 – Taking Human Life; PHIL 280H – Workplace Ethics
Natural Science: Choose 2 from: BIO 1SGF – Introduction to Biology; BIO 219 – Drugs, Poisons, and Pollutants.
Social Sciences: Choose 2 from: SOC 111 – Principles of Sociology; SOC 301 – Race, Ethnic, and Minority Issues; PSYC 101 – Introduction to Psychology; ECON 101 – Market Fundamentals.

Total Core 45 Semester Hours

**Multidisciplinary Course: (at least 9 credit hours must be from 300 or 400 level classes)**

Business:
MGT 100 – Contemporary Business
MGT 240 – Introduction to Management
MGT 323 – Business Communication (Prerequisite ENG 102)
MGT 343 – Social Responsibility and Business Ethics (Prerequisite: MGT 240)

EDU001282

8

MGT 318 – Organizational Behavior (Prerequisite: MGT 240)
MGT 325 – Interpersonal Business Communication (Prerequisite MGT 318 and MGT 323)
MGT 307 – Organizational Theory and Design (Prerequisite: MGT 240)
BUS 253 – Personal Finance

Total 24 Credits.

Social Sciences; Social Work; Criminal Justice: Pick 24 credit hours from the following. (At least 9 credit hours must be from 300 – 400 level classes)
CJ 242 – Criminology
CJ 244 – Juvenile Delinquency
SOC 202 – Alcoholism and Substance Abuse
SOC 223 – Sociology of Aging
SOC 225 – Contemporary Social Problems (Prerequisite: SOC 111)
SOC 340 – Marriage and Family Relationships
SOC 352 – Social Deviance (Prerequisite: SOC 111)
SOCWK 230 – Global Human Rights and Social Justice
SOCWK 250 – Foundations of Social Welfare
SOCWK 265 – Parent/Child Relationships
SOCWK 305 – Family Violence
SOCWK 306- Social Environment and Human Behavior (Prerequisite: SOC 301)
SOCWK 324 – Working with Older Adults
SOCWK 350 – Death and Dying

Total 24 Credit Hours

Electives from above (Either extra core; Business; or Social Sciences): 24 Hours

REQUIRED: MDS 490 – Multidisciplinary Capstone Course (3 credit hours)

Degree Total - 120 Semester Hours.


I(a)(iii)

Demand Occupations in Ohio: From the OhioMeansJob.com

Associate Degree: General and Operations Managers; Life, Physical, and Social Science Technicians
Bachelor Degree: Marketing Managers, Sales Managers, Financial Managers, Purchasing Managers, Human Resource Managers, Health Services Manager, Sales Representatives, Child, Family, and School Social Workers, Mental Health and Substance Abuse Social Workers.

The following is from an article "The 10 Fastest Growing Jobs in Ohio"

**EDUCATIONAL REQUIREMENTS**

9

People with more education and training will have the best job opportunities. Growth rates over 2004-2014 are 13.5% for occupations requiring any level of postsecondary training. This compares to 4.9% for jobs that require on-the-job (OJT) training or experience. Occupations that require a moderate length of OJT are forecast to grow the most slowly. All job categories that require at least postsecondary training are expected to grow faster than the Ohio average. **This means that people will likely need at least some college, if not a college degree, in order to get a job in Ohio (for at least 42% of job openings - close to half).**

**WHAT KIND OF JOBS WILL THERE BE IN OHIO?**
From 2004-2014, the Ohio economy will open up 425,000 jobs, mostly in the service industries. Goods and services are produced in offices, factories, stores, and other work places. All goods and services are classified into an industry based on their type. For example, factories assembling cars are in the motor vehicle manufacturing industry, and supermarkets are in the grocery store industry. Most industries are either goods-producing or service-providing types.

The number of Ohio jobs will rise from 5.822 million in 2004 to 6.248 million by 2014. **Service industries will account for virtually all of the job growth**; construction is the only goods-producing industry expected to add any jobs. The following figures are approximate and indicate the forecast number of Ohio job openings to expect through 2014:
- Education and health services will add 33% of job openings.
- Professional and business services will add 25% of job openings.
- Leisure and hospitality (mostly food service) will add about 12% of job openings.
- Local governments will add about 8% of job openings.
- Wholesale and retail business will add about 8% of job openings.
- Construction will add about 4% of job openings.
- Financial activities will provide 3% of job openings.
- Other services will open 3% of job openings.
- Transportation and utilities will provide 3% of job openings.
- Information services will add only about 1% of total Ohio job openings.
- Manufacturing and natural resources were expected to lose jobs, but this expectation was incorrect

(http://hubpages.com/business/Ohio_jobs) Accessed March 9, 2016.

For the State of Louisiana: Please see attachment 1.

As we can see, education leads to employment. For the formally incarcerated student, having a college education is one way to help secure employment and overcome the stigma of incarceration.

I(a)(iv)

EDU001284

The certificate programs are the basis for the career preparation and these must be approved and are reviewed annually by the joint Ohio Penal Education Consortium (OPEC) and Ohio Department of Rehabilitation and Correction. This review includes appropriateness of curriculum for both employment opportunity and legal barrier for incarcerated students.


I(a)(v)

Existing ODRC and AU policy require a formal screening process for student entry into higher educational programming. The ODRC and AU require students to meet the following criteria:
- GED/High School Graduate
- Reading Level 231+  8.0+
- Time to Parole Board or Release is greater than the current term and less than five years
- Less than three major conduct report heard at Rule Infraction Board within past year
  - Note: This requirement was instituted to ensure college AJT students are viewed as "role-model" inmates and to establish positive behavioral expectations. ODRC corrections officials report correctional institutional climate and security incidents are greatly reduced when college programs are offered at a correctional facility.
- Satisfactory academic progress (2.0 GPA or better)
- Meets College Attendance requirements
- No Rule 17 Conduct Reports since enrollment in programming (major security incidents)

(NOTE: In Vol. 1, Ch. 6, page 1-76 of the 2015-2016 Federal Student Aid Handbook it states – "A student cannot receive a Pell Grant if he is subject to an involuntary civil commitment following incarceration for a sexual offense as determined under the FBI's Uniform Crime Reporting Program).

(Note: The regulation for the 25% rule in 34CFR 600.7(a)(1)(iii) states that "no more than 25% of the institution's regular enrolled students were incarcerated." This could be a limitation for the number of students Ashland can admit into the program. The Ashland University Financial Aid office is working with the U.S. Department of Education to clarify this issue and to apply for the waiver if it is needed to meet the enrollments needed in this Pell ESI).

Louisiana student readiness in screening will be modified according to the Louisiana Department of Public Safety and Corrections, in collaboration with AU.

AU also assisted in the development of the Correctional Education Association Peer Tutoring Training Program (see appendix). This program is a formal training of correctional students in preparing for them to act as peer tutors in the correctional setting. The program has been implemented across the nation in correctional education and AU provides the training and professional development for correctional educators in this area. AU will utilize these resources in the establishment of academic support services in this Pell ESI.

AU, as academic practice, hires site directors at each physical location to assist students with problems, academic advisement, and remedial assistance.

EDU001285

11

I(a)(vi)

AU works closely with the educational services departments in the correctional intuitions to integrate academic and guidance systems. Department of Corrections guidance counselors assist in screening of eligible inmates and advising students on pathways between adult basic education, High School or GED completion, and transition to higher education.

AU has also developed a specific credit course, BUS 259 - Problem Solving for Successful Reentry, which prepares students for reentry into society based on the business decision making and problem solving model. AU staff have written and published a book for this curriculum, *Developing Problem Solving Strategies for Successful Reentry* which is published by the Correctional Education Association and used in correctional systems across the nation, most notably in Indiana where it is the primary reentry textbook for their transition/reentry curriculum.

I(a)(vii)

The power of the online learning platform is that students can finish the program while incarcerated or they can complete any or all of the program post-release using the online Learning Management System. It is also portable when students are transferred between institutions, or released to the community. No portion of the program is designed to be only completed after release.

The administration of Ashland University has made a financial commitment to continue the AU Student Correctional Scholarship for one year after release for degree students, with the intent and full understanding that students have special needs for transition and reentry. The intent is to break down financial barrier to complete the degrees and academic programs. Educational programming should not add a burden to the students but be a means for changing their futures (see appendix AU Student Handbook page 10).

I(a)(viii)(1, 2, 3)

A formal process for transition to a full time campus student is posted in our student handbook (this is provided as an attachment). Over the last 50 years of offering correctional education, numerous students have transitioned to our main campus to finish their degree requirements. The AU Student Correctional Scholarship and the online learning format of the program also create incentive for students to complete their program upon release. Students will have the opportunity to transfer to other colleges and universities and AU has a long history of working with state and local reentry and community centers in providing support. AU correctional staff also assist students in application and advice for transferring to other colleges and universities based on the student's residents and parole/probation restrictions.

Academic transcripts are maintained in the same manner as any student at Ashland University. Transferability of credits will be to subject to the normal review of any accredited college or

EDU001286

12

university. AU is careful to not indicate on transcripts or student records that the student was incarcerated or educated at a correctional institution.

I(a)(ix)(1)

For Ohio, the ODRC provides AU with an annual contract for the delivery of certificate programs. These certifications will be the first step in the Pell ESI program and ODRC has assured that this funding will remain intact at the same level that is currently offered.

I(a)(ix)(2)

Upon release, students are eligible for state funding in both Ohio and Louisiana. In Ohio the Ohio College Opportunity Grant is available and most post-release students are eligible based on financial need. Louisiana has the Louisiana Go Grant which is designed for students with great financial need from low-income families.

I(a)(ix)(3)

The AU Evening/Weekend tuition rate ($483 per semester hour) is the tuition charge for the program.  AU has also established the Ashland University Outreach Program Grant for correctional students to cover any tuition charges not paid by the Pell Grant. While federal regulations prohibit incarcerated students from receiving federal loans, it make no sense to allow these students to borrow from private educational loan sources. Additionally, AU is committed to providing the same institutional grant for one full year post-release to eliminate the need to borrow for tuition expenses.

I(a)(ix)(4)

As stated above Ashland University Outreach Program Grant will continue for one full year after release to ensure students can complete most, if not all, of their programming with grant funding from federal, state, or University sources without the need to borrow for tuition expenses.

AU also has a working relationship with Eckerd (see appendix) and other community agencies who will assist with accessing programming expenses, medical needs, education, housing and other transition needs. Eckerd has full time employment and transition counselors available at sites in both Louisiana and Ohio. Further, AU has a long standing relationship in working with the ODRC and ODYS Departments of Probation and Parole to assist students post-release. These relationships will be established in Louisiana as well.

I(a)(x)

The faculty teaching in our programs are the same faculty and/or approved adjuncts that are used on campus. All courses are developed and approved by the respective AU department chairpersons and academic deans and follow the same academic Policies and Procedures as all

EDU001287

13

campus curriculum and faculty. Both control of curriculum and control of faculty is overseen by academic departments and college deans.

1(b)(i and ii).

Students in both Ohio and Louisiana will complete the paper FASFA. University Financial Aid staff have trained the site directors and other AU staff, as appropriate, regarding financial aid processes, procedures, and policies of the University and Department of Education. Timely updates are provided to staff. Site directors inform students regarding the completion of the FASFA. Students receive award letters and billing statements that outline their tuition charges and aid available to cover those charges.

1(b)(iii)

Students are eligible to apply for the program provided they have a GED or High School diploma and are within five years of release.  Formal guidance counselors in the facility assist with screening requirements. (See section I(a)(v) for more details).

1(b)(iv)

There are no institutional policies that may limit the participation of otherwise qualified students. Large class size are accommodated by the opening of additional sections for student enrollment. Incarcerated students are exempt by Ashland University to have ACT or SAT exams. Online classes have a cap of 30 students per class to maximize student and professor interaction. Multiple class sections are offered as student enrollment dictates.

1(b)(v).

Ashland University has worked with many different community reentry partners such as Eckerd. These community reentry partners are critical to the overall success of inmates' reentry into society. Partners provide transition services such as helping with housing, medical insurance, family counseling, educational transitional services, and employment. AU works with community partners to offer a course BUS 259 - Problem Solving for Successful Reentry at community reentry sites. This course assists transitioning ex-offenders with employment counseling, placement services, access to Ohio Job and Family Services The same outreach and collaboration will be developed with Louisiana Department of Children and Family Service.

Ohio correctional facilities have established O.N.E.-S.T.O.P (Ohio Network for Employment to STOP recidivism) centers for employment counseling and placement in Ohio correctional facilities. AU interacts with the O.N.E.-S.T.O.Ps to provide transition support by including these services in the college programs.

1(c)(i)

EDU001288

14

Program costs will be the AU Evening/Weekend tuition rate of $483 per semester hour. Any tuition expense not covered by the state grant or Pell Grant Funding will be covered through a University grant.  Furthermore, AU will offer Pell Grant eligible students a University grant to cover the tuition of a three-hour course in the third term of the year since the Pell Grant is currently offered for a maximum of two semesters per academic year.  This will allow the student to be academically engaged year-round as they continue to progress towards degree requirements. All books and supplies are provided without cost to the students, to include paper, pens, notebook, and Android tablets. AU keeps an inventory of textbooks used for courses and issues to students for the semester then collects them to reuse in order to keep program costs at a minimum.

**II.      Penal Institution Information**

II(a)

In the State of Ohio the following institutions will be our experimental sites:

Grafton Correctional Institution
Richland Correctional Institution
Chillicothe Correctional Institution
Belmont Correctional Institution
Noble Correctional Institution
Ohio Reformatory for Women

In Louisiana:
Allen Correctional Center
Avoyelles Correctional Center
David Wade Correctional Center
Dixon Correctional Institute
Elayn Hunt Correctional Center
Louisiana Correctional Institute for Women
Louisiana State Penitentiary
B.B. Rayburn Correctional Center
Winn Correctional Center

(Demographics are provided in the attachments).

II(b)

Joint letters are in attachments. We are providing letter of partnership and support from James Le Blanc, Secretary of Department of Public Safety and Corrections for Louisiana who is the highest ranking official in corrections in Louisiana and is a member of the Governor's cabinet.

Also attached is a letter of partnership and support from Gary C. Mohr, Director of the Ohio Department of Rehabilitation and Correction and is also a member of the Governor's cabinet.

EDU001289

15

II(c)

The penal institutions will work with Ashland University to provide office space for an AU site director who will work with the students, take attendance, provide academic counseling, and assist with completion of the FAFSA forms.  With over 50 years of experience AU understands the need to work with the existing educational programs in the correctional facilities. The state correctional educational programs have facilities, space and necessary resources to support University offerings if partnerships are developed. Classrooms can be used in off hours, as well as computer labs and meeting space. AU has developed strong relationships and support with the State Superintendents of Correctional Education in both Ohio and Louisiana.  Denise Justice in Ohio and Kim Barnett Louisiana, both have assisted in the development of programs and this application for the Pell ESI.

II(d)

The ODRC guidelines for college attendance do have two current restrictors. First, a five-year limitation of consideration for release requires students to be within five years of release in order to attend. It should be noted this is a "consideration" for release. Parole policy normally dictates that a parole hearing or a "consideration for release" will be reviewed at the halfway point of the remaining sentence of the inmate. Second, inmates must be free of major (violent or major security) violations for one year prior to enrollment. These restrictions were put into place by a joint committee of Ohio legislators, college presidents, and the ODRC, which was convened by the governor of state of Ohio in 1995 when Pell Grants were eliminated for incarcerated students. Based on the committee recommendation, Ohio decided to continue funding AJT College programming through the ODRC budget. These restrictors were implemented as a mechanism to use higher education as a means of encouraging behavior changes and positive behavior modeling within correctional facilities.  It should be noted that the Director of ODRC, Gary Mohr, has stated that the restriction can be re-examined for Pell Grant Funding if necessary under the ESI.

### III.    Student Information

III(a)

AU currently enrolls an average of 600 students per semester in the incarcerated student programs.

III(b)

A proposed enrollment of 350 students for Ohio and 450 students annually.  The following is the breakdown:

EDU001290

16

Student enrollments per Semester /three years

**Ohio**
Grafton Correctional Institution - 40 students
Richland Correctional Institution – 50 students
Chillicothe Correctional Institution – 50 students
Belmont Correctional Institution – 80 students
Noble Correctional Institution – 80 students
Ohio Reformatory for Women – 50 students

**Louisiana:**
Allen Correctional Center – 50 students
Avoyelles Correctional Center - 50 students
David Wade Correctional Center - 50 students
Dixon Correctional Institute - 50 students
Elayn Hunt Correctional Center - 50 students
Louisiana Correctional Institute for Women - 50 students
Louisiana State Penitentiary - 50 students
B.B. Rayburn Correctional Center - 50 students
Winn Correctional Center - 50 students

III(c)

Based on our years of experience we can fill the enrollments for each semester, at each location for every year of the experiment.

III(d)

Again, based on our experience and the current programming numbers, we estimate that 50% of our students in Ohio will be comprised of students who are currently in programming.

Attachments:
Letters of support from Director Mohr, Ohio
Letter of support from Secretary James L. Le Blanc, Louisiana
Letter of support from Dr. Carlos Campo, President of Ashland University
Demographics for Ohio Department of Rehabilitation and Correction
Demographics for Louisiana Department of Public Safety and Corrections
Louisiana Job Outlook statistics
Ashland University Student Handbook
Correctional Education Association Peer Tutoring Program
Demographics Ohio Department of Rehabilitation and Correction
Demographics Louisiana Department of Public Safety and Correction
Eckerd

ED Exh. 12 - Page 17 of 17
EDU001291

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 13**

**Department's June 28, 2016 Final Approval Letter of Ashland's SCP Program**

EDU001292



June 28, 2016

Stephen Howell
Ashland University
401 College Avenue
Ashland, OH  44805

Dear Mr. Howell:

Thank you for applying to participate in the "Second Chance Pell – Pell for Incarcerated Students Experiment" under the U.S. Department of Education's Experimental Sites Initiative. The Department selected institutions to participate in the experiment using information from our internal systems, as well as the information submitted by institutions on subsequent requests for further information. After careful review, we are pleased to invite your institution to participate in this experiment.

In the coming weeks, your institution will receive a Program Participation Agreement (PPA) Amendment that outlines the exemptions and requirements for participating in the Second Chance Pell Experiment.  This PPA amendment must be signed by your institution's chief executive officer (e.g., President, Chancellor), and then returned to Federal Student Aid (FSA), where it will be countersigned by the Department's School Participation Team Division Director. Before your institution can begin participation in the experiment your institution must have received the PPA countersigned by the Department.

A webinar for institutions participating in the Second Chance Pell Experiment is planned for Thursday, July 28, 2016. This webinar will be focused on the administration of financial aid, and is separate from the July 19, 2016 convening in Washington, D.C.  We will provide instructions for registering and joining the webinar by email. We look forward to your attendance.

Thank you again for your interest in participating in the U.S. Department of Education's Second Chance Pell Experiment.

If your institution is no longer interested in participating in the Second Chance Pell Experiment, please send an email informing us of that decision and a brief explanation of why.

If you have any questions, please contact us by email at Experimentalsites@ed.gov.


Sincerely,
Federal Student Aid

ED Exh 13 - Page 1 of 1
EDU001293

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 14**

**August 2016 Program Participation Agreement Amendment**

EDU001294

**U.S. DEPARTMENT OF EDUCATION**

**FEDERAL STUDENT AID**

**AMENDMENT TO TITLE IV PROGRAM PARTICIPATION**

**AGREEMENT FOR PARTICIPATION IN THE**

**PELL FOR STUDENTS WHO ARE INCARCERATED EXPERIMENT UNDER THE**

**EXPERIMENTAL SITES INITIATVE**

**Name of Institution:**  Ashland University

**Address:**     401 College Avenue
Ashland, OH  44805

**Office of Postsecondary Education Identification Number (OPEID):**  00301200

The postsecondary educational institution listed above, referred to hereafter as the "Institution," and the United States Department of Education, referred to hereafter as the "Department," agree that the Institution, pursuant to Section 487A(b) of the Higher Education Act of 1965, as amended (HEA), is approved to participate in the "Pell For Students Who Are Incarcerated" experiment (also known as "Second Chance Pell") under the Experimental Sites Initiative (ESI), as described in this amendment to the Institution's Program Participation Agreement (PPA). While participating in this experiment, the Institution is exempt from certain provision(s) of the HEA and the applicable regulations to the extent described below, and the Institution's agreement to meet the conditions in the experiment is a material basis for the Department's approval.   Upon execution by both the Institution and the Department, this agreement becomes an amendment to the Institution's PPA.

**Experiment:  Pell for Students Who Are Incarcerated**

This experiment allows the Institution to provide Federal Pell Grant funding to otherwise eligible students who are incarcerated in Federal or State penal institutions and who are eligible for release into the community, particularly those who are likely to be released within five years of their enrollment in the Institution's educational program. The Institution agrees to not exceed any limitations imposed by the Department regarding the number of students enrolled under this experiment and/or the total amount of Federal Pell Grant expenditures made to such students.

**Waivers**

By agreeing to the alternative procedures and requirements for this experiment, the Institution will be exempt from the following statutory and regulatory provisions:

- Section 401(b)(6) of the HEA; and 34 CFR 668.32(c)(2)(ii), which provide that a student who is incarcerated in a Federal or State penal institution is not eligible to receive Federal Pell Grant funding.

EDU001295

PPA Amendment. Experimental Sites Initiative.
Second Chance Pell – Pell For Students Who Are Incarcerated

Note: The waiver described in this notice does not apply to individuals subject to an involuntary civil commitment upon completion of a period of incarceration for a forcible or nonforcible sexual offense.  Such individuals are not, under the law, eligible for any of the Title IV student aid programs.

**Partnership with Federal or State Correctional Facilities**

The Institution must partner with one or more Federal or State correctional facilities to offer one or more Title IV HEA eligible educational programs to incarcerated students, and report to the Department the name of such facility(ies). The Institution must work with its partnering correctional facility(ies) to:

- Identify otherwise eligible students and encourage these students to submit a Free Application for Federal Student Aid (FAFSA).

- Submit to the Department an action plan for providing academic counseling, career guidance, and transition services, to the incarcerated students who will receive Pell Grant funding through this experiment to support successful reentry into the community.

- Ensure that Federal Pell Grant funds made available to students under this experiment supplement, and not supplant, existing investments in postsecondary prison-based education programs by either the institution, the correctional facility, or public sources (e.g., state or local funding).

**Program Eligibility**

The postsecondary educational program(s) offered to incarcerated students under this experiment must meet all Title IV HEA program eligibility requirements, including that the program be credit-bearing and lead to a certificate or degree awarded by the Institution. No more than one full year of remedial coursework is allowed.  If not already approved for Title IV participation by the Department the institution must obtain approval for each program offered under this experiment before awarding Title IV funds to incarcerated students who are enrolled in that program.

Additionally, the Institution must ensure that it:

- Disburses Federal Pell Grant funds only to otherwise eligible students who will eventually be eligible for release from the correctional facility, while giving priority to those who are likely to be released within five years of enrollment in the educational program in cases of limited funding opportunities and/or enrollment limitation.

- Only enrolls students in postsecondary educational and training programs that prepare them for high-demand occupations from which they are not legally barred from entering due to restrictions on formerly incarcerated individuals obtaining any necessary licenses or certifications for those occupations.

EDU001296

PPA Amendment, Experimental Sites Initiative,
Second Chance Pell – Pell For Students Who Are Incarcerated

- Discloses to interested students and to the Department information about any portions of the educational program that, by design, cannot be completed while students are incarcerated, as well as the options available for students to complete any remaining program requirements post-release.

- As appropriate, offers students the opportunity to continue their enrollment in the academic program if the student is released from incarceration prior to program completion.

- Informs students of the academic options and financial aid availability if they are not able to complete the academic program while incarcerated.

  o Academic options may include whether the students can continue in the program after release, transfer credits earned in the program to another program offered by the Institution, or transfer credits earned in the program to another postsecondary institution.

  o Financial aid availability may include information on student aid and eligible financial aid programs, including annual and aggregate aid limits.

**Evaluation**: This experiment will be evaluated using information provided to the Department by the Institution, as well as any other information available to the Department.  The Department seeks to evaluate:

- How offering Federal Pell Grant funds to otherwise eligible individuals who are incarcerated in Federal or State penal institutions impacts participation of incarcerated students in educational programs.

- How providing Federal Pell Grant funds to otherwise eligible individuals incarcerated in Federal or State penal institutions influences academic outcomes and life outcomes after their release from prison.

- Whether providing Federal Pell Grant funds to otherwise eligible individuals incarcerated in Federal or State penal institutions creates any challenges or obstacles to the Institution's administration of the Title IV HEA programs.

**Reporting Requirements**: The Institution will be required to provide the Department information about the participating students who submit a Free Application for Federal Student Aid (FAFSA) for enrollment in programs offered by the Institution that is included in the experiment.

The Institution will be required to submit an annual report about its implementation and administration of the experiment, and results.  The Institution may be required to provide the Department with information such as:

EDU001297

- Courses and programs offered by the institution.

- Courses and programs in which students enrolled

- Courses and programs students completed

- Numbers and types of degrees and certificates awarded

- Partnerships with the correctional facilities.

- Challenges in providing programs and courses in the prison settings, and how these challenges were addressed.

- Any other information requested by the Department.

In addition to complying with reporting requirements, the Institution will be required to participate, if requested, in an outcome evaluation of the experiment. The Department will provide the Institution with a listing of the specific information that must be collected, reported, and maintained.

**Termination of the Experiment**

The Department has the right to terminate at any time the Institution's participation in the experiment described in this PPA amendment.  If the Department terminates the experiment, the Department will notify the Institution in writing of the decision to terminate.

An Institution has the right to terminate participation in the experiment described in this Amendment.  If the Institution terminates its participation in the experiment, it must notify the Department in writing of its decision to terminate its participation in the experiment, and the Department will acknowledge receipt of the Institution's notice in writing.  The effective date of the termination is the date the Institution receives the Department's written notice or acknowledgement, as the case may be, unless the parties establish a different date.  Written communication may be made by email, US mail or other service, or fax transmission.

If the Institution's participation in the experiment is terminated, the Institution must comply with all reporting requirements relating to the experiment for the periods during which the experiment was in effect.  Beginning with the effective date of the termination, the Institution must comply with all statutory and regulatory provisions from which it was exempted from under this PPA amendment.

EDU001298

PPA Amendment. Experimental Sites Initiative.
Second Chance Pell - Pell For Students Who Are Incarcerated

## IN WITNESS WHEREOF

The parties hereto have caused this Program Participation Amendment to be executed by their duly authorized representatives.

_Carlas  Campo_        8/9/14

Signature of the Institution's Chief Executive Officer       Date

_Carlos  Campo,  President_

Print Name and Title

_[signature]_        8-16-14

For the U.S. Department of Education       Date

_Douglas A. Parrott     Division Director_

Print Name and Title

EDU001299

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**ED EXHIBIT 15**

**August 18, 2016 Welcome Letter**

EDU001300



August 18, 2016

Stephen Howell
Ashland University
401 College Avenue
Ashland, OH  44805

Dear: Mr. Howell:

The Experimental Sites Initiative (ESI) Team has been informed that your institution has fully executed its Program Participation Agreement (PPA) Amendment for participation in the Second Chance Pell experiment.  Therefore, your institution may begin implementation of the experiment for the 2016-2017 award year.

A webinar for institutions implementing the Second Chance Pell experiment was held on July 28, 2016. If your institution was not able to attend the webinar or would like to review the webinar, it is available on the ESI website: https://experimentalsites.ed.gov/exp/training.html.

**Questions and Answers (Q&As)**

The Department maintains and publishes a list of Q&As regarding all of the experiments, including Second Chance Pell experiment.  The Q&A lists are on the ESI website at: https://experimentalsites.ed.gov/exp/pdf/SecondChancePellFAQ.pdf.

Please continue to monitor this site as you begin implementation of the Second Chance Pell experiment, as we likely will add additional Q&As.

**Agreement with Correctional Facilities**

To begin participating in the Second Chance Pell experiment your institution must have an agreement with each of the federal or state correctional facilities to offer Title IV eligible programs to incarcerated students.  The Department will not be providing any model agreements as the relationships between postsecondary institutions and correctional facilities are likely to be unique.

ED Exh. 15 - Page 1 of 3

EDU001301

**Additional Locations**

It is important to note that the regulatory requirements for reporting additional locations are not waived under the experiment.  Therefore, if 50 percent or more of an academic program that you will offer to incarcerated students under the Second Chance Pell experiment can be completed at the correctional facility, the correctional facility must be reported as an additional location on the institution's E-App.  As a reminder, additional locations must be approved by your state and accrediting agency.  More information on additional location requirements can be found in federal regulations:

- 34 CFR 600.21(a)(3) which discusses the requirement to report to the Department within 10 days of the establishment of an accredited and licensed additional location;

- 34 CFR 600.21(d) which discusses disbursement rules related to additional locations; and

- 34 CFR 600.20 (c)(1) which discusses the circumstances when a school must wait for Departmental approval before disbursing Title IV aid at accredited and licensed additional locations.

Information on adding additional locations can be found in the FSA Handbook, Volume 2, chapter 5.

Institutions that will offer 50 percent or more of an eligible program at a correctional facility should begin the accrediting agency and state licensing approval process now.  The timeline for those processes can vary depending upon the accreditor and state. Once the accreditor and state licensing approvals are granted, the school should report the additional location(s) to the Department and work with its School Participation Team to determine if it meets the requirements outlined in 600.21(d).  If the school meets those requirements, it would be allowed to disburse funds to students attending the additional locations (once it reports those locations on the E-App as required).

**Capping of Expenditures**

In order for the Department to ensure that the amount of Pell Grant funds disbursed to students under the Second Chance Pell Experiment does not exceed the experiment's established budget, we have set, for each institution participating in the Second Chance Pell experiment, a cap on the total amount of Pell Grant funds that

EDU001302

can be disbursed by the institution to students participating in the experiment. We provide your institution's cap below.  We established your disbursement cap using the estimate provided in the questionnaire submitted previously and confirmed most recently.  Should your institution believe that it will exceed its cap, you should contact the Experimental Sites Initiative team at experimentalsites@ed.gov.

Additionally, to support FSA's monitoring of these caps, you may be asked to provide us with regular reports of the numbers of students in the experiment and the aggregate amount of Pell Grant funds originated and disbursed by your institution under the Second Chance Pell Experiment.  We will contact your institution directly should we require such additional information.

**2016-2017 Institutional Second Chance Pell Disbursement Cap: $ 5,005261**

**Annual Reporting**

As outlined in the PPA Amendment, your institution is required to annually report information to the Department regarding implementation of its Second Chance Pell experiment.  Later this year, the Department will provide specific information to institutions regarding how to report the required information.

We look forward to working with your institution as you begin implementing the Second Chance Pell experiment.  If you have questions related to this experiment, please contact Anne Tuccillo at Anne.Tuccillo@ed.gov.

Sincerely,

Jeff Baker, Director, Policy Liaison and Implementation
Federal Student Aid
U.S. Department of Education

ED Exh. 15 - Page 3 of 3

EDU001303