**GOVERNMENT EXHIBIT**

**BB**



# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

| | |
|---|---|
| In the Matter of | **Docket No.: 22-58-SP** |
| **Ashland University** | Federal Student Aid Proceeding |
| | OPE-ID: 00301200<br>PRCN:  2021-4-05-30426 |
| Respondent | |

## ORDER

This Order requires the parties, through counsel, to file, **by April 4, 2023**, a joint statement listing dates and times in April and May 2023, on which they are mutually available to appear for oral arguments.  In their joint statement, the parties shall state whether they wish to appear for oral arguments via Microsoft TEAMS or in person.

On October 26, 2022, Ashland University (Ashland), through its counsel, filed a Request for Review dated October 24, 2022.  The request challenges Findings 1 and 2 of the Final Program Review Determination issued by the Federal Student Aid Office of the U.S. Department of Education on September 16, 2022.

By Order Governing Proceeding issued on November 21, 2022, the Office of Hearings and Appeals set deadlines by which the parties' briefs, including any reply brief, as well as any exhibits, were to be filed. In accord with that Order, the parties filed briefs and exhibits.

In its reply brief, filed on March 20, 2023, Ashland requested that oral arguments be scheduled.  So that this tribunal can schedule oral arguments at a time when counsel for both parties are mutually available, this tribunal requires counsel to submit a joint statement listing dates, including times, in April and May 2023, on which they are mutually available to appear for oral arguments.  Additionally, the parties shall indicate in their joint statement whether they wish to appear for oral arguments virtually, via Microsoft TEAMS, or in person.

The record in this matter shall remain open for the purpose of hearing oral arguments,

EDU001317

through conclusion of the oral arguments.

       **SO ORDERED**, this 20th day of March 2023.


                                   Elizabeth Figueroa
                                   Chief Administrative Law Judge

EDU001318

SERVICE LIST

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001319