**GOVERNMENT EXHIBIT**

**CC**

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

**JOINT STATEMENT REGARDING**
**ORAL ARGUMENTS**

Pursuant to the Order dated March 20, 2023, the parties to the above-styled case, by and through counsel, have conferred and respectfully submit the following dates and times which they are available to appear before the tribunal for oral arguments in April and May 2023, as well as their respective preferences.

The parties are available to appear for oral arguments on either:

April 27, 2023, between 10:00am-4:00pm EST or

May 11, 2023, between 10:00am-12:00pm EST.

The parties were unable to reach an agreement as to a method of appearance and their respective preferences are as follows:

The U.S. Department of Education, Office of Federal Student Aid ("Department") prefers a virtual hearing via Microsoft TEAMS to reduce travel costs for Department staff that may need to attend oral arguments.

Respondent Ashland University ("Ashland") prefers an in person hearing, given the magnitude of the issues and the potential for technical miscues associated with Microsoft TEAMS meetings which may thwart the value of oral argument.  While Ashland recognizes the expenses associated with staff travel, Department staff members are not required to participate in or attend

1

EDU001320

oral arguments.  Since their presence is completely optional, Ashland submits that their travel expense is not a relevant consideration. Respectfully submitted,

*Razlya Brumfield*
_____
Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

*Kalynn G. Walls*
_____
Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: April 3, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2023, a true and correct copy of the foregoing Joint Statement Regarding Oral Arguments was filed by the undersigned, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

*Kalynn G. Walls*
_____
Kalynn G. Walls
*Counsel for Respondent Ashland*

EDU001321