

GOVERNMENT
EXHIBIT

DD

# UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

---

In the Matter of

**Ashland University**

Respondent

**Docket No.: 22-58-SP**

Federal Student Aid
Proceeding

OPE-ID: 00301200
PRCN:  2021-4-05-30426

---

## ORDER AND NOTICE OF ORAL ARGUMENT

This Order requires counsel for both parties to appear in person on **April 27, 2023, at 11:00 a.m., Eastern Standard Time**, at the U.S. Department of Education (Department), Office of Hearings and Appeals, **550 12th Street, S.W., 10th Floor, Washington, DC 20024**, for the purpose of presenting oral arguments in this matter.   Oral arguments will be held for the parties to clarify the issues and their positions as presented in their written submissions.

Pending before me is Ashland University's (Ashland) Request for Review dated October 24, 2022.  Both parties have filed briefs. In its reply brief,  Ashland requested that oral arguments be scheduled. At my request, the parties filed a joint statement providing dates they are mutually available to appear for oral argument, which dates included April 27, 2023.  In their joint statement, Ashland requested to appear for oral arguments in person and the Department requested to appear via TEAMS.  Oral arguments will be held in person at OHA.  34 C.F.R. § 668.116.

Oral arguments will be heard at the Office of Hearings and Appeals, which is located at 550 12th Street, S.W., 10th Floor, Washington, DC  20024.  Entry to the OHA is secured and requires presentation of photo identification to security personnel in the building lobby and an OHA escort from the building lobby to OHA. At least two days before oral arguments, Ashland should provide the OHA Clerk's office with a list of attorney(s) and other individuals who may attend the oral arguments, such list to be provided to security personnel in the building lobby.

EDU001322

**SO ORDERED**, this 5th day of April 2023.

Elizabeth Figueroa
Chief Administrative Law Judge

EDU001323

<u>SERVICE LIST</u>

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001324