

**GOVERNMENT EXHIBIT**

**EE**

**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

---

In the Matter of

**Ashland University**

Respondent

**Docket No.: 22-58-SP**

Federal Student Aid
Proceeding

OPE-ID: 00301200
PRCN:  2021-4-05-30426

---

### ORDER AND NOTICE OF RE-SCHEDULED ORAL ARGUMENT

By Order issued on April 5, 2023, oral argument in this matter was scheduled for April 27, 2023, at 11:00 a.m.  Due to an unforeseen circumstance and as was communicated to counsel for both parties at the brief status conference held via TEAMS on April 24, 2023, the oral argument scheduled for **April 27, 2023,** is **CANCELLED**.  Oral argument is **RE-SCHEDULED** for **May 11, 2023**, at **11:00 a.m., Eastern Standard Time**.  Counsel for both parties shall appear in person on **May 11, 2023, at 11:00 a.m., Eastern Standard Time**, at the U.S. Department of Education (Department), Office of Hearings and Appeals (OHA), **550 12th Street, S.W., 10th Floor, Washington, DC  20024**, for the purpose of presenting oral arguments in this matter.

Oral arguments will be heard at the Office of Hearings and Appeals, which is located at 550 12th Street, S.W., 10th Floor, Washington, DC  20024.  Entry to the OHA is secured and requires presentation of photo identification to security personnel in the building lobby and an OHA escort from the building lobby to OHA. At least two days before oral arguments, Ashland should provide the OHA Clerk's office with a list of attorney(s) and other individuals who may attend the oral arguments, such list to be provided to security personnel in the building lobby.

**SO ORDERED**, this 25th day of April 2023.

Elizabeth Figueroa
Chief Administrative Law Judge

Page **1** of **2**

EDU001325

SERVICE LIST

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001326