

**GOVERNMENT EXHIBIT**

**FF**

# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

|  |  |
|---|---|
| In the Matter of | **Docket No.: 22-58-SP** |
| **Ashland University** | Federal Student Aid Proceeding |
|  | OPE-ID: 00301200 PRCN:  2021-4-05-30426 |
| Respondent |  |

## NOTICE OF DISCLOSURE AND ORDER

Pending before me is Ashland University's (Ashland) Request for Review concerning a Final Program Review Determination issued by the Department of Education (Department).  The case has been fully brief by the parties and, pursuant to Order issued on April 24, 2023, oral argument is scheduled for May 11, 2023.

Ashland operates a corrections education program.  At issue in this case is whether Ashland used an incorrect formula for Pell grant award packaging during Award Years 2019-2020 and 2020-2021 for corrections education students who were enrolled in academic programs that purportedly provided less than 30 weeks of instruction and therefore over awarded Pell Grant funds.  FSA seeks $6,131,790.46 from Ashland for the purported over awards.

This Notice of Disclosure is being provided to the parties out of an abundance of caution and for the sake of transparency.

On or about April 19, 2023, the Director  and Chief Administrative Judge (Director) of the Office of Hearings and Appeals (OHA) informed the below signed that he was a participating member of a Department of Education committee whose work concerns, among other things, Department financial assistance programs for corrections education. I responded that there is a case currently pending before OHA that involves Pell Grants in corrections education, namely this case.  On April 24, 2023, the Director informed me that he had resigned from the committee to avoid any appearance of a conflict of interest.

EDU001327

The Office of the Administrative Law Judges (OALJ), where I and other Administrative Law Judges serve, is located within OHA at the Department.  Notwithstanding OALJ's location, ALJs within the OALJ, myself included, remain judicially independent of the Secretary's influence, including from the influence of the Director and Chief Administrative Judge.  See *Butz v. Economou*, 438 U.S. 478, 513 (1978), noting that ALJs and federal hearing examiners exercise "independent judgment on evidence before (them), free from pressures by the parties or other officials within the agency;" 34 C.F.R. 668.117(a) (directing that the hearing official in Subpart H proceedings must "take all steps necessary to conduct fair and impartial proceedings").

No information about the committee's work was communicated to me by the Director and nothing has occurred that would cause bias on my part or otherwise serve to impede my ability to provide a fair and impartial hearing to the parties.  Nonetheless, because an appearance of conflict of interest has been raised, this notice of disclosure is being provided to the parties, in the interest of full disclosure and transparency.

If either party wishes to submit a filing in response to this notice, they should do so by May 8, 2023, sufficiently in advance of the May 11, 2023 oral argument.

**SO ORDERED**, this 1st day of May 2023.

Elizabeth Figueroa
Chief Administrative Law Judge

EDU001328

SERVICE LIST

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001329