GOVERNMENT
EXHIBIT

**GG**

UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615

In the Matter of                                                    Docket No.: 22-58-SP

Ashland University                                            Federal Student Aid Proceeding

                                                                       OPE-ID: 00301200
                                                                       PRCN: 2021-4-05-30426

                   Respondent

## ASHLAND UNIVERSITY'S RESPONSE TO
## NOTICE OF DISCLOSURE AND ORDER

In response to the Notice and Disclosure and Order filed on May 1, 2023, Ashland University (Ashland) appreciates the Chief Administrative Law Judge's disclosure and the efforts of the Office of Hearing Appeals to avoid even the appearance of a conflict of interest.  Ashland does not believe any of the actions described creates any conflict of interest, and Ashland has no objection to proceeding with the May 11, 2023, oral argument as scheduled.

Respectfully submitted,

_Kalynn G. Walls_

Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

Dated: May 8, 2023

1

EDU001330

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2023, a true and correct copy of the foregoing Response to Notice of Disclosure and Order was filed by the undersigned, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
Phone: (202) 453-6531
E-Mail: raziya.brumfield@ed.gov

Donna Mangold, Esq.
Acting Deputy Assistant General Counsel
Office of General Counsel
US Department of Education
400 Maryland Avenue, S.W.
Washington, D.C. 20202
E-Mail: Donna.Mangold@ed.gov

_Kalynn G. Walls_
Kalynn G. Walls
*Counsel for Respondent Ashland*

2

EDU001331