

**GOVERNMENT EXHIBIT**

**HH**

## UNITED STATES DEPARTMENT OF EDUCATION
### OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

### DEPARTMENT'S RESPONSE TO
### NOTICE OF DISCLOSURE AND ORDER

On May 1, 2023, this Tribunal entered a Notice of Disclosure and Order ("Notice") detailing information in the interest of full disclosure and transparency.  The U.S. Department of Education, Office of Federal Student Aid ("Department") appreciates the information provided in the Notice and agrees that no conflict of interest has occurred.  The Department does not object to proceeding with oral argument on May 11, 2023.

Respectfully submitted,

*Razlya Brumfield*

Raziya Brumfield
OFFICE OF THE GENERAL COUNSEL
U.S. Department of Education
*Counsel for United States Department of Education*
*Federal Student Aid*

Dated:  May 8, 2023

EDU001332

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May 2023, a true and correct copy of the foregoing Department's Response to Notice of Disclosure and Order filed through OHA's electronic filing system and served by electronic mail on:

Jim Newbery, Esq.
Kalynn Wells, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
jimnewberry@steptoe-johnson.com;
kalynn.wells@steptoe-johnson.com

*Razlya Brumfield*

Raziya Brumfield

2

EDU001333