

GOVERNMENT
EXHIBIT

II

**UNITED STATES DEPARTMENT OF EDUCATION**
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

In the Matter of

**Ashland University**

**Docket No.: 22-58-SP**

Federal Student Aid
Proceeding

OPE-ID: 00301200
PRCN:  2021-4-05-30426

Respondent

**ORDER**

This Order re-opens the record and requires the parties to file, **by May 30, 2023**, a copy of the Program Review Report (PRR) issued by the Department on January 3, 2022.

Oral arguments were held and the record closed in this matter on May 11, 2023.  Upon my inquiry to the parties at oral argument on whether the record in this matter contains the PRR, counsel indicated that Respondent's Exhibit 7 contains the PRR.  However, following oral arguments, counsel for both parties contacted the Office of Hearings and Appeals' (OHA) staff attorney assigned to this case, George Abbott, to inform him that the record does not contain the PRR and to ask if they could file the PRR as a supplement to the record.

So that the record is fully developed, the parties will be allowed time in which to file the PRR.  Therefore, the record is re-opened for the limited purpose of allowing the parties to file the PRR.  For efficiency purposes, the parties are encouraged to file the PRR as a joint exhibit, marking it for identification as Joint Exhibit 1.  If the parties are unable to jointly file the exhibit, each party may file the PRR separately by May 30, 2023, and then may file, **by June 9, 2023**, any opposition

EDU001334

or objection to the other's filing.  If the parties file the PRR as a joint exhibit by May 30, 2023, the record will close on May 30, 2023.  Otherwise, the record will close on June 9, 2023.

**SO ORDERED**, this 16th day of May 2023.

Elizabeth Figueroa
Chief Administrative Law Judge

EDU001335

<u>SERVICE LIST</u>

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001336