**GOVERNMENT
EXHIBIT**

**JJ**

**UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | Docket No. 22-58-SP |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

## <u>UNOPPOSED MOTION TO SUPPLEMENT THE RECORD</u>

On May 16, 2023, this Tribunal entered an Order requiring the parties to file a copy of the Program Review Report (PRR) issued by the U.S. Department of Education, Office of Federal Student Aid (Department) on January 3, 2022.

On May 18, 2023, in preparation for this filing, the Department's Counsel Raziya Brumfield conferred with Respondent's counsel Kalynn Walls.  Ms. Brumfield informed Ms. Walls that in addition to the PRR, two additional appendixes and enclosures were not included within Respondent's initial Request for Review of the Department's September 16, 2022 Final Program Review Determination (FPRD) and were not contained in the record.  The omitted documents include the following:

- FPRD Appendix A: Student Sample to Program Review, and

- FPRD Enclosure 3: Documents for Student 1.

Ms. Walls stated that she did not object to the Department's filing of the additional omitted documents.  Accordingly, the Department moves and respectfully requests that this Tribunal issue a ruling allowing the Department to file copies of the aforementioned documents.

Respectfully submitted,

1

EDU001337

_Raziya Brumfield_

_____

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

Dated: May 23, 2023

EDU001338

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of May 2023, a true and correct copy of the foregoing Unopposed Motion to Supplement the Record, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Jim Newbery, Esq.
Kalynn Wells, Esq.
Susan L. Deniker, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
jimnewberry@steptoe-johnson.com;
kalynn.wells@steptoe-johnson.com
susan.deniker@steptoe-johnson.com

_Raziya Brumfield_
_____
Raziya Brumfield

EDU001339