

GOVERNMENT
EXHIBIT

KK

# UNITED STATES DEPARTMENT OF EDUCATION
OFFICE OF HEARINGS AND APPEALS
OFFICE OF ADMINISTRATIVE LAW JUDGES
400 MARYLAND AVENUE, S.W.
WASHINGTON, D.C. 20202-4615
TELEPHONE (202) 245-8300

In the Matter of

**Ashland University**

Respondent

**Docket No.: 22-58-SP**

Federal Student Aid
Proceeding

OPE-ID: 00301200
PRCN:  2021-4-05-30426

## ORDER

This Order **GRANTS** the Federal Student Aid office's (FSA) Unopposed Motion to Supplement the Record, which motion was filed on May 23, 2023.  By its motion, FSA seeks leave to file two documents  not contained in the record, FPRD Appendix A:  Student Sample to Program Review, and FPRD Enclosure 3: Documents for Student.  In support of its motion, FSA states that Respondent does not object to FSA filing of these documents to supplement the record.  FSA may file those documents identified in its motion and shall do so by **June 9, 2023**, when the record in this matter will close.

**SO ORDERED**, this 24th day of May 2023.

Elizabeth Figueroa
Chief Administrative Law Judge

EDU001340

SERVICE LIST

Service completed by Office of Hearings and Appeals Electronic Filing System (OES) automatic email notice** sent to the email of record for the following registered e-filers:

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202


Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY  40222

Susan Llewellyn Deniker, Esq.
Steptoe & Johnson PLLC
400 White Oak Boulevard
Bridgeport, WV  26330



**Service and receipt thereof will be the date indicated in the confirmation of receipt email for E-filing consistent with 34 C.F.R. § 668.122. Hard copies will NOT follow.

EDU001341