GOVERNMENT
EXHIBIT

LL

## UNITED STATES DEPARTMENT OF EDUCATION
## OFFICE OF HEARINGS AND APPEALS

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

### JOINT NOTICE OF FILING

On May 16, 2023, this Tribunal entered an Order requiring the parties to file a copy of the Program Review Report (PRR) issued by the U.S. Department of Education, Office of Federal Student Aid (Department) on January 3, 2022.  As ordered, attached hereto as Joint Exhibit 1 is the PRR as well as its accompanying cover letter, appendixes, and enclosures.

Respectfully submitted,

*Kalynn H. Walls*

_____

Kalynn G. Walls
Jim Newberry
Susan L. Deniker
Steptoe & Johnson PLLC
*Counsel for Respondent Ashland*

*Raziya Brumfield*

_____

Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

Dated: May 25, 2023

1

EDU001342

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2023, a true and correct copy of the foregoing Joint Notice of Filing, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Jim Newbery, Esq.
Kalynn Walls, Esq.
Susan L. Deniker, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
jimnewberry@steptoe-johnson.com;
kalynn.walls@steptoe-johnson.com
susan.deniker@steptoe-johnson.com

*Raziya Brumfield*
_____
Raziya Brumfield

2

EDU001343