GOVERNMENT
EXHIBIT

**MM**

22-58-SP

Joint Exhibit 1

EDU001344

22-58-SP

Joint Exhibit 1 - PRR Cover Letter

EDU001345



January 3, 2022

Dr. Carlos Campo                                    (Sent via email: ccampo@ashland.edu)
President
Ashland University
401 College Avenue
Ashland, OH 44805-3799

Re:  Program Review Report
OPE ID:  00301200
PRCN:  2021-4-05-30426

Dear President Campo:

From September 13, 2021 through September 24, 2021, the U.S. Department of Education's
Office of Federal Student Aid conducted a review of Ashland University's (Ashland's)
administration of the programs authorized pursuant to Title IV of the Higher Education Act of
1965, as amended, 20 U.S.C. §§ 1070 et seq. (Title IV, HEA programs). The findings of that
review are presented in the enclosed report.

Findings of noncompliance are referenced to the applicable statutes and regulations and specify
the action required to comply with the statute and regulations. Please review the report and
respond to each finding, indicating the corrective actions taken by Ashland. The response should
include a brief, written narrative for each finding that clearly states Ashland's position regarding
the finding and the corrective action taken to resolve the finding. Separate from the written
narrative, Ashland must provide supporting documentation as required in each finding.

Please note that pursuant to HEA section 498A(b), the Department is required to:

(1) provide to the institution an adequate opportunity to review and respond to any
    preliminary program review report[1] and relevant materials related to the report before any
    final program review report is issued;
(2) review and take into consideration an institution's response in any final program review
    report or audit determination, and include in the report or determination –
    a.  A written statement addressing the institution's response;
    b.  A written statement of the basis for such report or determination; and
    c.  A copy of the institution's response.

---

[1] A "preliminary" program review report is the Program Review Report (PRR). The Department's final program
review report is the Final Program Review Determination (FPRD).



Ashland University
OPEID: 00301200
Page **2** of **3**

The Department considers the institution's response to be the written narrative (to include e-mail communication). Any supporting documentation submitted with the institution's written response will not be attached to the FPRD. However, it will be retained and available for inspection by Ashland upon request. Copies of the program review report, the institution's response, and any supporting documentation may be subject to release under the Freedom of Information Act (FOIA) and can be provided to other oversight entities after the FPRD is issued.

The institution's response should be sent directly to Mark Kreutzer of this office within 60 calendar days of receipt of this letter.

Please send your response and supporting documents via the COD Document Center found at the Common Origination and Disbursement Web Site: https://cod.ed.gov. Documents containing personally identifiable information (PII) may be submitted securely to this site. Please refer to the training podcast available at the Knowledge Center for specific uploading instructions: https://fsapartners.ed.gov/knowledge-center/library/podcasts/2020-08-14/partner-eligibility-and-oversight-services-document-center.

**Protection of Personally Identifiable Information (PII):**

PII is any information about an individual which can be used to distinguish or trace an individual's identity (some examples are name, social security number, date, and place of birth). The loss of PII can result in substantial harm, embarrassment, and inconvenience to individuals and may lead to identity theft or other fraudulent use of the information. To protect PII, the findings in the attached report do not contain any student PII. Instead, each finding references students only by a student number created by Federal Student Aid. The student numbers were assigned in Appendix A: Student Sample. In addition, Enclosure 3: NSLDS Enrollment Reporting Finding Summary also contains PII. These items were sent securely via the COD Document Center.

**Record Retention:**

Please note, according to record retention requirements (34 C.F.R. § 668.24(e)(3)), "an institution shall keep all records involved in any loan, claim, or expenditure questioned by a Title IV, HEA program audit, program review, investigation, or other review until the later of the resolution of that questioned loan, claim, or expenditure; or the end of the retention period applicable to the record." Therefore, all records requested in this letter must be maintained for the duration of the record retention period.

We would like to express our appreciation for the courtesy and cooperation extended during the review. Please refer to the above Program Review Control Number (PRCN) in all correspondence relating to this report. If you have any questions concerning this report, please contact Mark Kreutzer at 312-730-1722 or Mark.Kreutzer@ed.gov.

*P.L35.09.30.2021*

EDU001347

Ashland University
OPEID: 00301200
Page **3** of **3**

Sincerely,



Jeremy Early, Ed.D.
Division Chief
Chicago/Denver School Participation Division


JE/MK


Enclosures:
Program Review Report (and appendix/enclosures)
Protection of Personally Identifiable Information


cc:  Stephen Howell, Financial Aid Administrator

*P.L35.09.30.2021*

EDU001348

22-58-SP

Joint Exhibit 1 - PRR

EDU001349

Prepared for

**Ashland University**



OPE ID: 00301200
PRCN: 2021-4-05-30426

**Prepared by**
**U.S. Department of Education**
**Federal Student Aid**
**School Participation Division – Chicago/Denver**

# Program Review Report
January 3, 2022

EDU001350

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 2

## Table of Contents

|  |  | Page |
|---|---|---|
| A. | Institutional Information | 3 |
| B. | Scope of Review | 4 |
| C. | Findings | 5 |
|  | Finding 1: Improper Pell Packaging | 5 |
|  | Finding 2: Return of Title IV (R2T4) Calculation Errors | 8 |
|  | Finding 3: Inaccurate NSLDS Enrollment Reporting | 9 |
|  | Finding 4: Improper Pell for Crossover Payment Periods | 10 |
|  | Finding 5: Admission Policy Not Followed | 12 |
|  | Finding 6: Attendance/Enrollment Status Not Verified | 13 |
|  | Finding 7: Federal Pell Grant Overpayment | 15 |
|  | Finding 8: Ineligible Student | 15 |
|  | Finding 9: Failure to Update Application | 16 |
|  | Finding 10: FSEOG Selection Policy Inadequate | 16 |
| D. | Recommendations | 18 |
| E. | Appendix A: Student Sample | 19 |
| F. | Enclosures | 19 |

*P.L34.09.30.2021*

EDU001351

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 3

## A. Institutional Information

Ashland University
401 College Avenue
Ashland, OH 44805- 3799

Type: Private, Nonprofit

Highest Level of Offering: Master's Degree or Doctoral Degree

Accrediting Agency: North Central Association of Colleges and Schools (The Higher Learning Commission)

Current Student Enrollment: 12,817 (2020-21 award year)
(source: Institution)

Percentage of Students Receiving Title IV: 60.93% (2020-21 award year)
(source: Institution)

Title IV Participation:
(source: PCNet)

|  | 2019-20 |
|---|---|
| Federal Pell Grant (Pell) | $19,893,154.00 |
| William D. Ford Federal Direct Loan Program (DL) – Subsidized | $6,677,882.00 |
| DL – Unsubsidized | $17,311,662.00 |
| DL – PLUS | $4,208,035.00 |
| Federal Supplemental Educational Opportunity Grant (FSEOG) | $335,745.00 |
| Federal Work-Study (FWS) | $520,847.00 |
| Federal Perkins Loan (Perkins) | $0.00 |

| Default Rate – DL: | 2017: 4.0% |
|---|---|
| (source: FSA Data Center) | 2016: 3.7% |
|  | 2015: 4.3% |

*P.L34.09.30.2021*

EDU001352

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 4

## B. Scope of Review

The U.S. Department of Education (the Department) conducted a program review at Ashland University (Ashland) from September 13, 2021 through September 24, 2021. The review was conducted by Mark Kreutzer and Leslie Orofino.

The focus of the review was to determine Ashland's compliance with specific regulations as they pertain to the institution's administration of the Federal Student Aid programs under Title IV of the Higher Education Act of 1965 (HEA), as amended, U.S.C. §§ 1070 et seq. (Title IV programs). The review was focused on an examination of Ashland's compliance with Section 487A(b) of the HEA.

The Department identified a sample of 32 files for review from the 2019-2020 and 2020-2021 award years. The Department randomly selected the files from a statistical sample of the "Pell for Students Who Are Incarcerated" experiment ("Second Chance Pell") students for each award year. Appendix A lists the names and social security numbers of the students whose files were examined during the program review.

## Disclaimer:

Although the review was thorough, it cannot be assumed to be all-inclusive. The absence of statements in the report concerning Ashland's specific practices and procedures must not be construed as acceptance, approval, or endorsement of those specific practices and procedures. Furthermore, it does not relieve Ashland of its obligation to comply with all of the statutory or regulatory provisions governing the Title IV, HEA programs.

This report reflects initial findings. These findings are not final. The Department will issue its final findings in a subsequent Final Program Review Determination (FPRD) letter.

*P.L34.09.30.2021*

EDU001353

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 5

## C. Findings

During the review, areas of noncompliance were noted. Findings of noncompliance are referenced to the applicable statutes and regulations and specify the actions to be taken by Ashland to bring operations of the financial aid programs into compliance with the statutes and regulations.

## Finding 1: Improper Pell Packaging

**Noncompliance:**

For programs using standard terms with less than 30 weeks of instructional time, a student's Federal Pell Grant for a payment period is calculated if the student is enrolled in an eligible program that:

- Measures progress in credit hours;
- Is offered in semesters, trimesters, or quarters;
- Requires the student to enroll in at least 12 credit hours in each term in the award year to qualify as a full-time student; and
- Is not offered with overlapping terms.

In addition, the institution offering the program: –

- Provides the program using an academic calendar that includes two semesters or trimesters in the fall through the following spring, or three quarters in the fall, winter, and spring; and
- Does not provide at least 30 weeks of instructional time in the terms.

For programs using standard terms with less than 30 weeks of instructional time, the Federal Pell Grant for a payment period, (i.e., an academic term), for a student in a program using standard terms with less than 30 weeks of instructional time in two semesters or trimesters or in three quarters is calculated by:

- Determining his or her enrollment status for the term;
- Based upon that enrollment status, determining his or her annual award from the Payment Schedule for full-time students or the Disbursement Schedule for three-quarter-time, half-time, or less-than-half-time students;
- Multiplying his or her annual award by the following fraction as applicable:
  - In a program using semesters or trimesters:

*P.L34.09.30.2021*

EDU001354

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 6

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall and spring semesters or trimesters}}{\text{The number of weeks in the program's academic year}}$$

- In a program using quarters:

$$\frac{\text{The number of weeks of instructional time offered in the program in the fall, winter, and spring quarters}}{\text{The number of weeks in the program's academic year}}$$

- Dividing the amount by two for programs using semesters or trimesters or three for programs using quarters; or dividing the student's annual award by the number of terms over which the institution chooses to distribute the student's annual award if an institution chooses to distribute all of the student's annual award section over more than two terms for programs using semesters or trimesters or more than three quarters for programs using quarters and the number of weeks of instructional time in the terms, including the additional term or terms, equals the weeks of instructional time in the program's academic year definition.

*See* 34 C.F.R. § 690.63(a)(2), (c).

The review team concluded that the Ashland students considered "Pell for Students Who Are Incarcerated" experiment ("Second Chance Pell") under the Experimental Site Initiative (ESI) have the same academic program content as other Ashland students but have a different structure to complete the academic program. In the case of the Second Chance Pell Students, their academic terms are 12 weeks in length, as the number of weeks of instructional time are defined as the first day of classes through last day of classes/exams (based on the specific academic program). Credit-hour term programs with fall through spring terms that provide less than 30 weeks of instructional time must use Pell formulas 2 or 3 (described in the regulatory citations above).[1]

As the Second Chance Pell students at Ashland are enrolled in academic programs with fall through spring terms that provide less than 30 weeks of instructional time, the institution was

---

[1] To utilize Pell formula 1 the program must have at least 30 weeks of instructional time in fall through spring terms/in 2 semesters or 3 quarters. Please see Volume 3, Chapter 3 of the 2020-2021 Federal Student Aid (FSA) Handbook (available at: https://fsapartners.ed.gov/sites/default/files/2021-03/2021FSAHbkVol3Ch3.pdf) for additional details on Pell formulas.

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 7

required to employ either Pell formula 2 or 3 for award packaging. In contrast, for **student 1-32**, Ashland incorrectly used Pell formula 1 for award packaging, which resulted in Pell Grant overawards.

**Required Action:**

Due to the systematic nature of this finding (100% error rate), Ashland must complete a full file review of all Second Chance Pell students from the 2019-2020 and 2020-2021 award years. To this regard, Ashland must provide the following information in Excel spreadsheet format (please add rows as needed):

1. Student's name
2. Student's social security number
3. Award year
4. Term
5. Original Pell disbursement amount
6. Original Pell disbursement date
7. Corrected Pell amount
8. Difference in original and corrected Pell amounts

Students should be in alphabetical order by last name and include the students from the original program review sample (see Appendix A).

The required format for submission of the results of this file review is included in Enclosure 1: Pell Packaging File Review.

Ashland must also review and revise its Pell Grant packaging policies and procedures, including those for the current award year (specifically, if it changes its Second Chance Pell academic programs to be eligible for Pell formula 1). Ashland must submit the file review along with a copy of its revised policies and procedures and any training[2] offered to staff with its response to this PRR.

Finally, Ashland will be liable for any Pell Grant overawards as a result of this finding. Payment instructions will be provided in the FPRD.

---

[2] Free training options may be found at https://fsatraining.ed.gov/.

*P.L34.09.30.2021*

EDU001356

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 8

**Finding 2: Return of Title IV (R2T4) Calculation Errors**

**Noncompliance:**

When a recipient of Title IV grant or loan assistance withdraws from an institution during a payment period or period of enrollment in which the recipient began attendance, the institution must determine the amount of Title IV grant or loan assistance that the student earned as of the student's withdrawal date. 34 C.F.R. § 668.22(a)(1).

The amount of Title IV grant or loan assistance that is earned by the student is calculated by determining the percentage of Title IV grant or loan assistance that has been earned by the student. The percentage of Title IV grant or loan assistance that has been earned by the student is equal to the percentage of the payment period or period of enrollment that the student completed as of the student's withdrawal date. 34 C.F.R. § 668.22(e)(1)(i), (2).

The following errors were noted during the program review:

- **Student 1**: Ashland utilized the incorrect amount of Pell Grant in step 1 of the R2T4 calculation (the institution used the full time Pell amount when the student was only eligible for the three-quarter time Pell amount. See **Finding 6: Attendance/Enrollment Status Not Verified** for additional details).

- **Students 1, 2, 8, 10, 19, 20, 22, 27, 30**: In accordance with **Finding 1: Improper Pell Packaging** described above, any student that was subject to the R2T4 calculation during the 2019-2020 and 2020-2021 award years will have an inaccurate calculation, as the incorrect Pell formula (Pell formula 1 rather than Pell formulas 2 or 3) were employed at the time of packaging. Therefore, as the Pell amount utilized in the R2T4 calculation is incorrect, the result of the entire R2T4 calculation will be impacted.

**Required Action:**

Due to the systematic nature of this finding (100% error rate), Ashland must complete a full file review of all Second Chance Pell students subject to an R2T4 calculation from the 2019-2020 and 2020-2021 award years. To this regard, Ashland must provide the following information in Excel spreadsheet format (please add rows as needed):

1. Student's name
2. Student's social security number
3. Date of withdrawal (i.e. last day of attendance)
4. Date of institution's determination of withdrawal
5. Federal Pell Grant funds originally refunded
6. Correct amount of Federal Pell Grant funds due
7. Additional Federal Pell Grant funds due
8. Date return of funds was due (date of determination of withdrawal plus 45 days)
9. Date of return funds was paid

*P.L34.09.30.2021*

EDU001357

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 9

10.     Award year (i.e. the applicable award year that additional funds are due)

Students should be in alphabetical order by last name and include the students from the original program review sample (see Appendix A).

The required format for submission of the results of this file review is included in Enclosure 2: R2T4 Calculation File Review.

In addition, copies of revised R2T4 calculations must be provided for all students included in the full file review.

Ashland must also review and revise its R2T4 calculation policies and procedures, including those for the current award year. Ashland must submit the file review along with a copy of its revised policies and procedures and any training[3] offered to staff with its response to this PRR.

Finally, Ashland will be liable for any required Pell Grant returns as a result of the corrected R2T4 calculations. Payment instructions will be provided in the FPRD.


**Finding 3: Inaccurate National Student Loan Data System (NSLDS) Enrollment Reporting**

**Noncompliance:**

An institution shall, upon receipt of an Enrollment Reporting roster file from the Secretary, complete and return that report within 30 days of receipt. Unless the institution expects to submit its next enrollment report to the Secretary within the next 60 days, the institution must notify the Secretary or the lender within 30 days if:

- The institution discovers that a federal loan has been made to or on behalf of a student who enrolled at that school, but who has ceased to be enrolled on at least a half-time basis;
- The institution discovers that a federal loan has been made to or on behalf of a student who has been accepted for enrollment at that school, but who failed to enroll on at least a halftime basis for the period for which the loan was intended; or
- The institution discovers that a student who is enrolled has changed his or her permanent address.

*See* 34 C.F.R. § 685.309(b).

The HEA charges the Department with the creation and maintenance of the National Student Loan Data System (NSLDS®). An important function of NSLDS is to maintain the enrollment status of Title IV student aid recipients. The accuracy of enrollment reporting by schools is

---

[3] Free training options may be found at https://fsatraining.ed.gov/.

EDU001358

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 10

critical for many reasons, including ensuring that the obligations and benefits provided for Title IV loan recipients are followed. NSLDS enrollment information is also used by the Department for a variety of other purposes, including tracking interest subsidy payments, budget allocations, and the evaluation of the Title IV programs.

The Department detected NSLDS reporting errors (inaccurate enrollment status, inaccurate effective date, and/or untimely reporting) for **all the students in the program review sample (1-32)**. For a complete breakdown of the deficiencies by student, please see Enclosure 3: NSLDS Enrollment Reporting Finding Summary.

**Required Action:**

Due to the systematic nature of this finding (100% error rate), Ashland must complete a full file review of all NSLDS enrollment reporting errors for the 2019-2020 and 2020-2021 award years. To this regard, Ashland must provide the following information in Excel spreadsheet format:

1. Student's name
2. Student's social security number
3. Original status and effective date reported to NSLDS
4. Corrected status and effective date reported to NSLDS, if applicable

Students should be in alphabetical order by last name and include the students from the original program review sample (see Appendix A).

The required format for submission of the results of this file review is included in Enclosure 4: NSLDS Enrollment Reporting File Review.

Ashland must also review its policies and procedures to ensure they are sufficient to prevent a recurrence of this finding. Ashland must submit the file review along with a copy of its revised policies and procedures and any training[4] offered to staff with its response to this PRR.

**Finding 4: Improper Pell for Crossover Payment Periods**

**Noncompliance:**

If a student enrolls in a payment period that is scheduled to occur in two award years:

- The entire payment period must be considered to occur within one award year;
- The institution must determine for each Federal Pell Grant recipient the award year in which the payment period will be placed;

---

[4] Free training options may be found at https://fsatraining.ed.gov/. In addition, Ashland staff may wish to review the most recent NSLDS Enrollment Reporting guide, available at: https://fsapartners.ed.gov/knowledge-center/library/nslds-user-resources/2021-10-29/nslds-enrollment-reporting-guide-september-2021.

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 11

- If an institution places the payment period in the first award year, it must pay a student with funds from the first award year; and
- If an institution places the payment period in the second award year, it must pay a student with funds from the second award year.

An institution may not make a payment which will result in the student receiving more than one and one-half of his or her Scheduled Federal Pell Grant for an award year.

34 C.F.R. § 690.64(a), (b).

Ashland staff explained to the review team that rather than identifying the summer term as a header or trailer for its Second Chance Pell student population, the institution's policy is to award Pell funds from the award year that is most beneficial to the student. However, the review team found five instances during the 2020-2021 award year (**students 18, 25, 26, 27**, and **29**) wherein Ashland violated this awarding policy.

Specifically for these students, 2020-2021 award year Pell was disbursed for the summer 2021 term on May 22, 2021 and was then reversed on July 22, 2021. On that same date (July 22, 2021), 2021-2022 award year Pell was disbursed for these students (which was a greater amount due to an increase in the maximum Pell amount for the 2021-22 award year, in comparison to the 2020-2021 award year). Nonetheless, on July 28, 2021 Ashland reversed the 2021-2022 award year Pell disbursement and subsequently redrew the originally disbursed 2020-2021 award year Pell funds for these students. This action violates Ashland's summer term Pell awarding policy of selecting the most beneficial award year for Pell funding for Second Chance Pell students.

Moreover, in communications from the Department on July 1, 2021 and July 21, 2021, Ashland was notified that its 2021-2022 award year Second Chance Pell experiential program allocation were being reduced due to exceeding the 2020-2021 award year allocation. Ashland was advised that the Department would permit final 2020-2021 award year Second Chance Pell experiential program Pell disbursements (which resulted in an increase of $2,855,500.00 in 2020-2021 award year allocations) but was advised that it would need to provide assurances that it will not disburse Pell funds to students under the experiment in excess of the allocation granted to Ashland for future award years (such as the 2021-2022 award year).

As evident when examining the timeline of correspondence from the Department concerning an increase in final 2020-2021 award year Second Chance Pell experiment allocations and reductions in future award year allocations compared to the dates wherein changes in summer 2021 term Pell disbursements where reversed from 2020-2021 award year to 2021-2022 award year and *back to* 2020-2021 award year Pell disbursements for the five students described above, it may be concluded that Ashland purposely violated its previously described summer Pell Grant awarding policies so it could retain Pell disbursements that exceeded the experimental program allocations/circumvent future award year allocation restrictions established by the Department.

The Department considers this practice a violation of Ashland's responsibility as a fiduciary of Title IV funds.

*P.L34.09.30.2021*

EDU001360

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 12

**Required Action:**

While no actions are needed nor liabilities will be assessed as a result of Ashland's violation of its internal summer Pell awarding policies and procedures for the five Second Chance Pell program students discussed above (nor other Pell awards for this student population), Ashland must adhere to its internal Pell packaging policies in the future, so this noncompliance does not recur.

Furthermore, in response to the PRR, Ashland is required to avow that is has closely reviewed this finding, taken any applicable corrective actions, and fully understanding the seriousness of this violation, including that future recurrences of this nature could result in fine actions and/or suspension or termination from this and future experimental programs as well as all Title IV, HEA programs.

**Finding 5: Admission Policy Not Followed**

**Noncompliance:**

Section 401(b)(6) of the HEA provides that students who are incarcerated in a Federal or State penal institution are not eligible to receive Federal Pell Grant funds. This prohibition is included in the Department's regulations at 34 C.F.R. § 668.32(c)(2)(ii).

However, the "Pell for Students Who Are Incarcerated" ("Second Chance Pell") experiment allows participating institutions to provide Federal Pell Grant funding to otherwise eligible students who are incarcerated in Federal or State penal institutions and who are eligible for release into the community, particularly those who are likely to be released within five years of enrollment in the program.

The experiment requires that participating institutions to only disburse Pell Grant funding to otherwise eligible students who will eventually be eligible for release from the correctional facility, while giving priority to those who are likely to be released within five years of enrollment in the educational program.

*See* 80 Fed. Reg. 45964-45966 (August 3, 2015).

Furthermore, an institution may participate in any Title IV program only if the institution enters into a written program participation agreement with the Secretary, on a form approved by the Secretary. A program participation agreement (PPA) conditions the initial and continued participation of an eligible institution in any Title IV program upon compliance with the provisions of this part, the individual program regulations, and any additional conditions specified in the program participation agreement that the Secretary requires the institution to meet.

*P.L34.09.30.2021*

EDU001361

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 13

By entering into a PPA, an institution agrees that it will comply with all statutory provisions of or applicable to Title IV of the HEA, all applicable regulatory provisions prescribed under that statutory authority, and all applicable special arrangements, agreements, and limitations entered into under the authority of statutes applicable to Title IV of the HEA, including the requirement that the institution will use funds it receives under any Title IV program and any interest or other earnings thereon, solely for the purposes specified in and in accordance with that program.

34 C.F.R. §§ 668.14(a)(1), (b)(1).

Ashland applied and was approved to participate in the "Pell for Students Who Are Incarcerated" experiment ("Second Chance Pell") under the Experimental Site Initiative (ESI).[5] As a result, Ashland was required to agree (via signature) to an amendment to this regard to its PPA, which it did on August 9, 2016. In accordance with the Federal Register citation above, the amendment requires the institution to ensure it will give priority to those are likely to be released within five years of enrollment in the educational programs in cases of limited funding opportunities and/or enrollment limitations.

In reviewing Ashland's Second Chance Pell program admission polices and procedures, the institution did not have the required mechanism to give priority to those are likely to be released within five years of enrollment in the educational programs.

**Required Action:**

In response to this finding, Ashland must revise its Second Chance Pell program admission policies and procedures to bring itself into compliance with the conditions of its PPA amendment and the regulatory citations described above. Copies of the updated policies and procedures must be included in Ashland's response to this PRR.

Additionally, as described in the previous finding (**Finding 4: Improper Pell for Crossover Payment Periods)**, Ashland was notified of its limitations on Second Chance experimental program Pell allocations in future award years. Consequently, the Department reemphasizes the importance of compliance with all components of the PPA amendment, including the mechanism to prioritize those are likely to be released within five years of enrollment in the educational programs and the responsibility of Ashland as a steward of experimental program funding as well as Title IV program funds in general.

**Finding 6: Attendance/Enrollment Status Not Verified**

**Noncompliance:**

If a student does not begin attendance in a payment period, the institution must return all Title IV program funds that were credited to the student's account at the institution or disbursed directly

---

[5] Pursuant to Section 487A(b) of the HEA.

EDU001362

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 14

to the student for that payment period for Federal Perkins Loan, FSEOG, TEACH Grant, and Federal Pell Grant program funds. For Direct Loan funds, the institution must return all funds that were credited to the student's account at the institution for that payment period and the amount of payments made directly by or on behalf of the student to the institution for that payment period up to the total amount of the loan funds disbursed. 34 C.F.R. § 668.21(a)(1).

The institution must return those funds for which it is responsible as soon as possible, but no later than 30 days after the date that the institution becomes aware that the student will not or has not begun attendance. 34 C.F.R. § 668.21(b).

The Secretary considers that a student has not begun attendance in a payment period or period of enrollment if the institution is unable to document the student's attendance at any class during the payment period or period of enrollment. 34 C.F.R. § 668.21(c).

The Department determined two instances[6] of noncompliance:

- **Student 1:** Ashland could not corroborate that the student began attendance in MGT 307 for the fall 2020 term; therefore, the student was ineligible for the Pell Grant funds disbursed for this enrollment.

- **Student 10:** Ashland could not corroborate that the student began attendance in COM 120 or HIST 2012 for the fall 2019 term; therefore, the student was ineligible for the Pell Grant funds disbursed for these enrollments.

**Required Action**

With its response to this PRR, Ashland may submit any documentation concerning the corroboration of attendance for the students cited above. Should this documentation be insufficient, Ashland will be liable for the principal and cost of funds (interest) for the Pell Grant overpayment for **students 1** and **student 10**. Payment instructions, as applicable, will be provided in the FPRD.

Furthermore, Ashland must review and, if necessary, revise its Pell Grant packaging policies and procedures to ensure that funds are only disbursed after the institution corroborates attendance in all courses and this noncompliance is resolved. A copy of said policies and procedures must be submitted with the institution's response to this PRR.

---

[6] Please note that both of these students are cited in Finding 1: Improper Pell Packaging and 2: R2T4 Calculation Errors.

*P.L34.09.30.2021*

EDU001363

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 15

**Finding 7: Federal Pell Grant Overpayment**

**Noncompliance:**

The amount of a student's Pell Grant for an academic year is based upon the payment and disbursement schedules published by the Secretary for each award year. 34 C.F.R. § 690.62.

The Department determined two instances[7] of noncompliance:

- **Student 13** was awarded a Pell Grant for Math 110 during the summer 2020 term even though the course was not required to complete the student's academic program (the student withdrew from the course but still graduated after the term without completing the course). Consequently, the student was overawarded by $774.00.

- **Student 23** enrolled in 6 credit hours (half-time) for the summer 2021 term; however, Ashland disbursed Pell Grant based on a 9 credit hour (three-quarter time) enrollment on May 22, 2021. Ashland detected this overpayment (of $793.00) through its internal controls report and the Department confirmed the funds were returned on June 10, 2021.

**Required Action:**

With its response to this PRR, Ashland may submit any documentation concerning the Pell Grant overpayments for the students cited above. Should this documentation be insufficient, Ashland will be liable for the principal and cost of funds (interest) for the Pell Grant overpayment for **student 13** and the cost of funds (interest) for the Pell Grant overpayment for **student 23**. Payment instructions, as applicable, will be provided in the FPRD.

Furthermore, Ashland must review and, if necessary, revise its Pell Grant packaging policies and procedures to ensure this noncompliance is resolved. A copy of said policies and procedures must be submitted with the institution's response to this PRR.

**Finding 8: Ineligible Student**

**Noncompliance:**

A student is eligible to receive Title IV program assistance if the student has a high school diploma or its recognized equivalent. 34 C.F.R. § 668.32(e).

Ashland did not retain a copy of a high school diploma or GED for **student 24** in accordance with its provisional admission policy.

---

[7] Please note that both of these students are cited in Finding 1: Improper Pell Packaging and 2: R2T4 Calculation Errors.

*P.L34.09.30.2021*

EDU001364

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 16

**Required Action:**

Ashland must provide confirmation that **student 24** earned a high school diploma or GED prior to disbursement of Title IV funds. Should Ashland be unable to provide this documentation, the student will be ineligible for any Title IV funds.[8] Payment instructions will be provided in the FPRD, as applicable.

In addition, Ashland must adhere to its provisional admission policies to make certain this noncompliance does not recur.

### Finding 9: Failure to Update Application

**Noncompliance**

An eligible institution must report to the Secretary no later than 10 days after changes to its electronic application occurs. *See* 34 C.F.R. § 601.21.

Ashland did not timely report a new Third-Party Servicer (CampusLogic) via the electronic application system.

**Required Action:**

Ashland updated its electronic application during the program review; therefore, no additional corrective actions are required at this time.[9]

The Department reminds Ashland of its obligation to follow its procedures regarding the timely reporting of any changes to its electronic application.

### Finding 10: FSEOG Selection Policy Inadequate

**Noncompliance**

In selecting among eligible students for FSEOG awards in each award year, an institution shall select those students with the lowest expected family contributions who will also receive Federal Pell Grants in that year. If the institution has FSEOG funds remaining after giving FSEOG awards to all the Federal Pell Grant recipients at the institution, the institution shall award the remaining FSEOG funds to those eligible students with the lowest expected family contributions who will not receive Federal Pell Grants. If an institution's allocation of FSEOG funds is directly or indirectly based in part on the financial need demonstrated by students attending the

---

[8] Please note that this student is cited in Finding 1: Improper Pell Packaging and 2: R2T4 Calculation Errors.
[9] Please see Part D: Recommendations for information about adding correctional facilities as additional locations.

*P.L34.09.30.2021*

EDU001365

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 17

institution as less-than-full-time or independent students, a reasonable portion of the allocation must be offered to those students. 34 C.F.R. § 676.10.

The 2020-2021 Ashland Title IV packaging policy indicated that students must live on-campus in order to receive FSEOG funds; however, this condition is prohibited from being a part of the FSEOG selection process.

**Required Actions**

Ashland staff indicated that this was a misprint in its Title IV packaging policy and corrected the error during the program review. Consequently, no further action is required and this finding is considered resolved.

Ashland is reminded of the importance of having an accurate Title IV packaging policy.

*P.L34.09.30.2021*

EDU001366

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 18

## D. Recommendations

The following are recommendations based upon observations made by the review team during the program review. Ashland is not required to provide a response to, nor is Ashland required to act upon these recommendations. However, the review team believes that adopting these recommendations will assist the institution in its administration of Title IV program funds.

- In accordance with **Finding 9: Failure to Update Application**, Ashland should stay informed of any potential requirements to add any correctional institutions as additional locations through the electronic application process. While this data is not required to be reported at this time, with expansion of the Second Chance Pell program, this information may be required in the future, and at such time, the Department will provide further guidance as to these reporting requirements.

- Even though a return of Title IV funds to the Department is not required, in cases wherein the student completed over 60% of the payment period or period of enrollment (and, therefore, earned 100% of the Title IV aid), Ashland should still document the student's last day of attendance as well as the R2T4 calculation to demonstrate that the student earned all of the Title IV aid disbursement.

- Although they are not considered official forms required for Title IV processing purposes, Ashland should consider developing a formal policy to ensue that terms of enrollments (TOEs) for Second Chance Pell students are retained in the student's file for comprehensive recordkeeping purposes. For instance, the documentation was not collected for **student 20** and was not retained for **students 22** and **32**.

- Due to the distinctiveness of the Second Chance Pell Program at Ashland and its reliance on technology for the students to complete their courses, the institution should remain cognizant of any technical issues and how these may impact the student's attendance and completion in their academic courses.

- Because all of its Second Chance Pell students are enrolled in distance education programs, Ashland is encouraged to review the updated Academic Engagement regulations at 34 C.F.R. § 600.2 which became effective on July 1, 2021.

EDU001367

Ashland University
OPE ID: 00301200
PRCN: 2021-4-05-30426
Page 19

**E.  Appendix A**

Appendix A: Student Sample contains personally identifiable information and will sent securely to Ashland via the COD Document Center.

**F.  Enclosures**

The following enclosures are attached to this PRR:

- Enclosure 1: Pell Packaging File Review Spreadsheet
- Enclosure 2: R2T4 Calculation File Review Spreadsheet
- Enclosure 4: NSLDS Enrollment Reporting File Review Spreadsheet

Enclosure 3: NSLDS Enrollment Reporting Finding Summary contains personally identifiable information and will sent securely to Ashland via the COD Document Center.

*P.L34.09.30.2021*

EDU001368

22-58-SP

Joint Exhibit 1 - PRR Appendix A, Student Sample

EDU001369

**Appendix A - Student Sample to the Program Review Report**

| | |
|---|---|
| **School:** | Ashland University |
| **OPEID:** | 00301200 |
| **PRCN:** | 2021-4-05-30426 |

**Confidential  -  This document contains Personally Identifiable Information**

| Student No. | Award Year | Full SSN | Name |
|---|---|---|---|
| 1 | 19-20 | | |
| 2 | 19-20 | | |
| 3 | 19-20 | | |
| 4 | 19-20 | | |
| 5 | 19-20 | | |
| 6 | 19-20 | | |
| 7 | 19-20 | | |
| 8 | 19-20 | | |
| 9 | 19-20 | | |
| 10 | 19-20 | | |
| 11 | 19-20 | | |
| 12 | 19-20 | | |
| 13 | 19-20 | | |
| 14 | 19-20 | | |
| 15 | 19-20 | | |
| 16 | 19-20 | | |
| 17 | 20-21 | | |
| 18 | 20-21 | | |
| 19 | 20-21 | | |
| 20 | 20-21 | | |
| 21 | 20-21 | | |
| 22 | 20-21 | | |
| 23 | 20-21 | | |
| 24 | 20-21 | | |
| 25 | 20-21 | | |
| 26 | 20-21 | | |
| 27 | 20-21 | | |
| 28 | 20-21 | | |
| 29 | 20-21 | | |
| 30 | 20-21 | | |
| 31 | 20-21 | | |
| 32 | 20-21 | | |

EDU001370

22-58-SP

Joint Exhibit 1 - PRR Enclosure 1, Pell Packaging File Review

EDU001371

| | 1 | | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|---|---|
| LAST NAME | FIRST NAME | | SSN | AWARD YEAR | TERM | ORIGINAL PELL DISB AMOUNT | ORIGINAL PELL DISB DATE | PELL CORRECTED | PELL DIFF |

EDU001372

22-58-SP

Joint Exhibit 1 - PRR Enclosure 2, R2T4 Calculation File Review

EDU001373

| 1 | | 2 | 3 | 4 | 5 Pell Grant funds Originally Refunded | 6 Correct Amount Of Pell Grant Refund | 7 Pell Grant Refunds Due | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|
| Last Name | First Name | SSN | Date of Withdrawal (Last Day of Attendance) | Date of Determination of Withdrawal | Pell | Pell | Pell | Date Refund Due | Date Orginal Refund Paid | Award Year |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |

EDU001374

| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |
| | | | | | | | 0.00 | 2/14/00 | | |

EDU001375

22-58-SP

Joint Exhibit 1 - PRR Enclosure 3, NSLDS Enrollment Reporting Finding
Summary

EDU001376

**NSLDS Enrollment Reporting Findings**

OPE ID: 00301200

Name of Institution: Ashland University

EDU001377

| Student Number | Student Name | Term | Reported Enrollment Status | Reported Effective Date | Date Certification to NSLDS | Actual Enrollment Status | Actual Effective Date | Last Date to Submit Timely | Inaccurate Enrollment Status | Inaccurate Effective Date | Untimely | Days Late |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Fall 2018 | Full Time | 8/27/18 | 10/1/18 | Full Time | 9/17/18 | 11/16/18 | | X | | |
| 1 | | Fall 2020 | Full Time | 9/17/20 | 10/9/20 | Full Time | 9/21/20 | 11/20/20 | | X | | |
| 1 | | Fall 2020 | Three Quarter Time | 12/18/20 | 1/20/21 | Withdrawn | 10/27/20 | 2/19/21 | X | X | | |
| 2 | | Spring 2020 | Full Time | 1/13/20 | 2/3/20 | Full Time | 2/10/20 | 4/10/20 | | X | | |
| 3 | | Spring 2020 | Three Quarter Time | 2/9/20 | 3/2/20 | Three Quarter Time | 2/10/20 | 4/10/20 | | X | | |
| 3 | | Summer 2020 | Half Time | 5/29/20 | 6/5/20 | Half Time | 6/1/20 | 7/31/20 | | X | | |
| 3 | | Fall 2020 | Full Time | 8/31/20 | 10/9/20 | Full Time | 9/21/20 | 11/20/20 | | X | | |
| 3 | | Fall 2020 | Withdrawn | 12/17/20 | 1/20/21 | Withdrawn | 12/11/20 | 2/9/21 | | X | | |
| 3 | | Spring 2021 | Three Quarter Time | 1/29/21 | 2/1/21 | No Start* | N/A | N/A | X | | | |
| 3 | | Spring 2021 | Withdrawn | 2/7/21 | 3/2/21 | No Start* | N/A | N/A | X | | | |
| 4 | | Summer 2020 | Half Time | 5/11/20 | 6/5/20 | Half Time | 6/1/20 | 7/31/20 | | X | | |
| 4 | | Summer 2020 | Half Time | 5/11/20 | 7/1/20 | Less than Half | 6/12/20 | 8/11/20 | X | X | | |
| 4 | | Fall 2020 | Half Time | 8/31/20 | 10/9/20 | Half Time | 9/21/20 | 11/20/20 | | X | | |
| 4 | | Spring 2021 | Withdrawn | 5/19/21 | 6/3/21 | Withdrawn | 4/30/21 | 6/29/21 | | X | | |
| 5 | | Fall 2019 | Less than Half | 8/23/19 | 10/1/19 | Less than Half | 9/16/19 | 11/15/19 | | X | | |
| 5 | | Fall 2019 | Graduated | 12/12/19 | 10/17/20 | Graduated | 12/12/19 | 2/16/20 | | | X | 244 |
| 6 | | Spring 2020 | Half Time | 1/13/20 | 3/2/20 | Half Time | 2/10/20 | 4/10/20 | | X | | |
| 7 | | Fall 2019 | Half Time | 9/19/19 | 10/1/19 | Half Time | 9/16/19 | 11/15/19 | | X | | |
| 7 | | Summer 2020 | Withdrawn | 9/20/20 | 10/9/20 | Withdrawn | 8/21/20 | 10/20/20 | | X | | |
| 8 | | Fall 2019 | Full Time | 8/26/09 | 10/1/19 | Full Time | 9/16/19 | 11/15/19 | | X | | |
| 8 | | Fall 2019 | Withdrawn | 1/27/20 | 2/3/20 | Withdrawn | 10/25/19 | 2/4/20 | | X | | |
| 9 | | Fall 2019 | Full Time | 8/26/19 | 10/1/19 | Full Time | 9/16/19 | 11/15/19 | | X | | |
| 9 | | Fall 2019 | Withdrawn | 1/16/20 | 2/3/20 | Withdrawn | 12/6/19 | 2/4/20 | | X | | |
| 10 | | Summer 2019 | Half Time | 5/27/19 | 7/1/19 | Half Time | 5/28/19 | 7/27/19 | | X | | |
| 10 | | Fall 2019 | Half Time | 8/26/19 | 10/1/19 | Half Time | 9/16/19 | 11/15/19 | | X | | |
| 11 | | Spring 2020 | Withdrawn | 9/20/20 | 10/9/20 | Withdrawn | 5/1/20 | 7/31/20 | | X | X | 70 |
| 11 | | Summer 2019 | Full Time | 5/6/21 | 6/7/19 | Full Time | 5/28/19 | 7/27/19 | | X | | |
| 11 | | Spring 2021 | Withdrawn | 5/31/21 | 7/1/20 | No Start* | N/A | N/A | X | | | |
| 12 | | Spring 2020 | Half Time | 2/21/20 | 3/2/20 | Half Time | 2/10/20 | 4/10/20 | | X | | |
| 12 | | Summer 2020 | Three Quarter Time | 6/10/20 | 7/1/20 | Three Quarter Time | 6/1/20 | 7/31/20 | | X | | |
| 12 | | Spring 2021 | Full Time | 1/19/21 | 3/2/21 | Full Time | 2/8/21 | 4/9/21 | | X | | |
| 12 | | Spring 2021 | Withdrawn | 5/26/21 | 6/3/21 | Withdrawn | 4/30/21 | 6/29/21 | | X | | |
| 12 | | Summer 2019 | Three Quarter Time | 5/27/21 | 6/7/19 | Three Quarter Time | 5/28/19 | 7/27/19 | | X | | |
| 13 | | Spring 2018 | Full Time | 1/8/18 | 2/5/18 | Full Time | 1/22/18 | 3/23/18 | | X | | |
| 13 | | Spring 2020 | Three Quarter Time | 2/21/20 | 3/2/20 | Three Quarter Time | 2/10/20 | 4/10/20 | | X | | |
| 13 | | Summer 2020 | Full Time | 5/11/20 | 7/1/20 | Full Time | 6/1/20 | 7/31/20 | | X | | |
| 13 | | Summer 2020 | Three Quarter Time | 5/11/20 | 8/31/20 | Three Quarter Time | 7/10/20 | 9/8/20 | | X | | |
| 14 | | Spring 2020 | Three Quarter Time | 2/25/20 | 3/2/20 | Three Quarter Time | 2/10/20 | 4/10/20 | | X | | |
| 14 | | Summer 2020 | Full Time | 5/11/20 | 6/5/20 | Full Time | 6/1/20 | 7/31/20 | | X | | |
| 14 | | Summer 2020 | Withdrawn | 8/27/20 | 9/11/20 | Withdrawn | 8/21/20 | 10/20/20 | | X | | |
| 15 | | Spring 2020 | Half Time | 1/13/20 | 7/1/20 | Half Time | 2/10/20 | 4/10/20 | | X | X | 82 |
| 15 | | Fall 2020 | Less than Half | 8/31/20 | 12/11/20 | Less than Half | 9/21/20 | 11/20/20 | | X | X | 21 |
| 15 | | Fall 2020 | Withdrawn | 2/7/21 | 2/1/21 | Withdrawn | 10/2/20 | 2/9/21 | | X | | |
| 16 | | Summer 2020 | Full Time | 5/11/20 | 6/5/20 | Full Time | 6/1/20 | 7/31/20 | | X | | |
| 17 | | Fall 2020 | Three Quarter Time | 8/31/20 | 10/9/20 | Three Quarter Time | 9/21/20 | 11/20/20 | | X | | |

EDU001378

| ID | | Term | Status | Start | End | Status | Start | End | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | | Spring 2021 | Half Time | 1/20/21 | 3/2/21 | Half Time | 2/8/21 | 4/9/21 | | X | | |
| 17 | | Spring 2021 | Not Reported | N/A | N/A | Withdrawn | 4/30/21 | 6/29/21 | X | | X | Not Reported |
| 18 | | Spring 2020 | Less than Half | 2/17/20 | 3/2/20 | Less than Half | 2/10/20 | 4/10/20 | | X | | |
| 18 | | Summer 2020 | Full Time | 5/11/20 | 6/5/20 | Full Time | 6/1/20 | 7/31/20 | | X | | |
| 19 | | Spring 2021 | Half Time | 1/19/21 | 3/2/21 | Half Time | 2/8/21 | 4/9/21 | | X | | |
| 20 | | Summer 2020 | Half Time | 5/11/20 | 6/5/20 | Half Time | 6/1/20 | 7/31/20 | | X | | |
| 20 | | Fall 2020 | Half Time | 9/18/20 | 10/9/20 | Less than Half | 9/21/20 | 11/20/20 | X | X | | |
| 21 | | Summer 2021 | Half Time | 5/10/21 | 6/3/21 | Half Time | 6/1/21 | 7/31/21 | | X | | |
| 22 | | Fall 2020 | Less than Half | 9/20/20 | 10/9/20 | Less than Half | 9/21/20 | 11/20/20 | | X | | |
| 23 | | Fall 2020 | Less than Half | 8/31/20 | 10/9/20 | Less than Half | 9/21/20 | 11/20/20 | | X | | |
| 23 | | Spring 2021 | Three Quarter Time | 2/7/21 | 3/2/21 | Three Quarter Time | 2/8/21 | 4/9/21 | | X | | |
| 23 | | Summer 2021 | Half Time | 5/7/21 | 6/3/21 | Half Time | 6/1/21 | 7/31/21 | | X | | |
| 24 | | Summer 2021 | Half Time | 5/10/21 | 6/3/21 | Half Time | 6/1/21 | 7/31/21 | | X | | |
| 25 | | Summer 2021 | Full Time | 5/28/21 | 6/3/21 | Full Time | 6/1/21 | 7/31/21 | | X | | |
| 26 | | Spring 2021 | Half Time | 1/19/21 | 3/2/21 | Half Time | 2/8/21 | 4/9/21 | | X | | |
| 26 | | Summer 2021 | Full Time | 5/10/21 | 6/3/21 | Full Time | 6/1/21 | 7/31/21 | | X | | |
| 27 | | Summer 2021 | Three Quarter Time | 5/10/21 | 6/3/21 | Three Quarter Time | 6/1/21 | 7/31/21 | | X | | |
| 28 | | Spring 2020 | Full Time | 1/13/20 | 3/2/20 | Full Time | 2/10/20 | 4/10/20 | | X | | |
| 29 | | Summer 2021 | Half Time | 5/10/21 | 6/3/21 | Half Time | 6/1/21 | 7/31/21 | | X | | |
| 30 | | Fall 2020 | Half Time | 8/31/20 | 10/9/20 | Half Time | 9/21/20 | 11/20/20 | | X | | |
| 30 | | Fall 2020 | Withdrawn | 1/25/21 | 2/1/21 | Withdrawn | 12/11/20 | 2/9/21 | | X | | |
| 30 | | Summer 2021 | Half Time | 5/10/21 | 6/3/21 | Three Quarter Time | 6/1/21 | 7/31/21 | X | X | | |
| 31 | | Summer 2019 | Full Time | 5/6/19 | 6/7/19 | Full Time | 5/28/19 | 7/27/19 | | X | | |
| 31 | | Fall 2020 | Withdrawn | 2/7/21 | 3/2/21 | Withdrawn | 12/11/20 | 4/9/21 | | X | | |
| 31 | | Summer 2021 | Half Time | 5/10/21 | 6/3/21 | Half Time | 6/1/21 | 7/31/21 | | X | | |
| 32 | | Spring 2021 | Half Time | 1/19/21 | 3/2/21 | Half Time | 2/8/21 | 4/9/21 | | X | | |
| 32 | | Spring 2021 | Withdrawn | 5/31/21 | 7/1/21 | Withdrawn | 4/8/21 | 6/29/21 | | X | X | 2 |
| **Students** | | | | | | | | | 7 | 32 | 5 | |

**No Start\*** The student did not commence attendance in this term. As such reporting of enrollment in the term and corresponding withdrawal should either have not have been reported or the subsequent reporting should have corrected by reporting the actual withdrawal date from the term the student attended.

22-58-SP

Joint Exhibit 1 - PRR Enclosure 4, NSLDS Enrollment Reporting File Review

EDU001379

|  | 1 | 2 | 3 Original NSLDS | | 4 Corrected NSLDS | |
| | | | | | | |
| Last Name | First Name | SSN | Status | Effective Date | Status | Effective Date |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

EDU001380

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

EDU001381