**GOVERNMENT EXHIBIT**

**NN**

**UNITED STATES DEPARTMENT OF EDUCATION**
**OFFICE OF HEARINGS AND APPEALS**

| | | |
|---|---|---|
| *In the Matter of* | ) | **Docket No. 22-58-SP** |
| | ) | |
| **Ashland University,** | ) | **Federal Student Aid** |
| | ) | **Proceeding** |
| **Respondent.** | ) | |
| | ) | **PRCN: 2021-4-05-30426** |

## NOTICE OF FILING

Please take notice that on this 25th day of May 2023, pursuant to the Order dated May 24, 2023, the U.S. Department of Education, Office of Federal Student Aid (Department) has filed contemporaneous with the filing of this Notice, the flowing redacted Final Program Review Determination (FPRD) documents:

- FPRD Appendix A: Student Sample to Program Review, and

- FPRD Enclosure 3: Documents for Student 1.

Respectfully submitted,

*Raziya Brumfield*
_____
Raziya Brumfield
Office of General Counsel
U.S. Department of Education
*Counsel for Federal Student Aid*

Dated: May 25, 2023

1

EDU001382

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of May 2023, a true and correct copy of the foregoing Notice of Filing, through the Office of Hearings & Appeals Electronic Filing System (OES) and served by electronic mail on all counsel of record:

Jim Newbery, Esq.
Kalynn Walls, Esq.
Susan L. Deniker, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
jimnewberry@steptoe-johnson.com;
kalynn.walls@steptoe-johnson.com
susan.deniker@steptoe-johnson.com

*Raziya Brumfield*

_____
Raziya Brumfield

EDU001383