

GOVERNMENT
EXHIBIT

OO

# FPRD Appendix A: Student Sample to Program Review

EDU001384

**Appendix A - Student Sample to the Program Review Report**

| | |
|---|---|
| **School:** | Ashland University |
| **OPEID:** | 00301200 |
| **PRCN:** | 2021-4-05-30426 |

**Confidential  -  This document contains Personally Identifiable Information**

| Student No. | Award Year | Full SSN | Name |
|---|---|---|---|
| 1 | 19-20 | 6777 | |
| 2 | 19-20 | 5165 | |
| 3 | 19-20 | 5164 | |
| 4 | 19-20 | 8689 | |
| 5 | 19-20 | 3750 | |
| 6 | 19-20 | 8784 | |
| 7 | 19-20 | 5178 | |
| 8 | 19-20 | 9793 | |
| 9 | 19-20 | 4678 | |
| 10 | 19-20 | 5502 | |
| 11 | 19-20 | 7683 | |
| 12 | 19-20 | 0211 | |
| 13 | 19-20 | 6567 | |
| 14 | 19-20 | 7719 | |
| 15 | 19-20 | 4693 | |
| 16 | 19-20 | 1271 | |
| 17 | 20-21 | 8196 | |
| 18 | 20-21 | 6428 | |
| 19 | 20-21 | 5439 | |
| 20 | 20-21 | 4583 | |
| 21 | 20-21 | 0279 | |
| 22 | 20-21 | 4135 | |
| 23 | 20-21 | 4237 | |
| 24 | 20-21 | 5765 | |
| 25 | 20-21 | 5189 | |
| 26 | 20-21 | 6123 | |
| 27 | 20-21 | 2983 | |
| 28 | 20-21 | 2240 | |
| 29 | 20-21 | 3775 | |
| 30 | 20-21 | 9678 | |
| 31 | 20-21 | 5921 | |
| 32 | 20-21 | 0402 | |

EDU001385