GOVERNMENT
EXHIBIT

**PP**

**FPRD Enclosure 3: Documents for Student 1**

EDU001386

## Treatment Of Title IV Funds When A Student Withdraws From A Credit-Hour Program

**Student's Name** [redacted]          **Social Security Number** [redacted]

**Date form completed** 01/12/2021          **Date of school's determination that student withdrew** 12/21/2020

**Period used for calculation (check one)**   [X] **Payment period**   [ ] **Period of enrollment**

Monetary amounts should be in dollars and cents (rounded to the nearest penny). When calculating percentages, round to three decimal places. (For example, .4486 = .449, or 44.9%)

### STEP 1: Student's Title IV Aid Information

| Title IV Grant Programs | Amount Disbursed | Amount that Could Have Been Disbursed |
|---|---|---|
| 1. Pell Grant | $3,173.00 | |
| 2. FSEOG | | |
| 3. TEACH Grant | | |
| 4. Iraq and Afghanistan Service Grant | | |
| | A. $3,173.00 (Subtotal) | C. $0.00 (Subtotal) |

| Title IV Loan Programs | Net Amount Disbursed | Net Amount that Could Have Been Disbursed |
|---|---|---|
| 5. Unsubsidized Direct Loan | | |
| 6. Subsidized Direct Loan | | |
| 7. Perkins Loan | | |
| 8. Direct Grad PLUS Loan | | |
| 9. Direct Parent PLUS Loan | | |
| | B. $0.00 (Subtotal) | D. $0.00 (Subtotal) |

**E. Total Title IV aid disbursed for the period.**

|  | | |
|---|---|---|
| | A. | $3,173.00 |
| + | B. | $0.00 |
| = | E. | $3,173.00 |

**F. Total Title IV grant aid disbursed and that could have been disbursed for the period.**

|  | | |
|---|---|---|
| | A. | $3,173.00 |
| + | C. | $0.00 |
| = | F. | $3,173.00 |

**G. Total Title IV aid disbursed and that could have been disbursed for the period.**

|  | | |
|---|---|---|
| | A. | $3,173.00 |
| | B. | $0.00 |
| | C. | $0.00 |
| + | D. | $0.00 |
| = | G. | $3,173.00 |

### STEP 2: Percentage of Title IV Aid Earned

| 09/21/2020 | 12/11/2020 | 10/27/2020 |
|---|---|---|
| **Start date** | **Scheduled end date** | **Date of withdrawal** |

A school that is not required to take attendance may, for a student who withdraws without notification, enter 50% in Box H and proceed to Step 3. Or, the school may enter the last date of attendance at an academically related activity for the "withdrawal date," and proceed with the calculation as instructed. For a student who officially withdraws, enter the withdrawal date.

**H. Percentage of payment period or period of enrollment completed**

Divide the calendar days completed in the period by the total calendar days in the period (excluding scheduled breaks of five days or more **AND** days that the student was on an approved leave of absence).

| 37 | ÷ | 82 | = | 45.12% |
|---|---|---|---|---|
| Completed days | | Total days | | |

- If this percentage is greater than 60%, enter 100% in Box H and proceed to Step 3.
- If this percentage is less than or equal to 60%, enter that percentage in Box H, and proceed to Step 3.

**H.** 45.1%

### STEP 3: Amount of Title IV Aid Earned by the Student

Multiply the percentage of Title IV aid earned (Box H) by the Total Title IV aid disbursed and that could have been disbursed for the period (Box G).

| 45.1% | X | $3,173.00 | = | I. | $1,431.02 |
|---|---|---|---|---|---|
| Box H | | Box G | | | |

### STEP 4: Aid to be Disbursed or Returned

- If the amount in Box I is greater than the amount in Box E, go to Item J (post-withdrawal disbursement).
- If the amount in Box I is less than the amount in Box E, go to Title IV aid to be returned (Item K).
- If the amounts in Box I and Box E are equal, **STOP.** No further action is necessary

**J. Post-withdrawal disbursement**

From the Amount of Title IV aid earned by the student(Box I) subtract the Total Title IV aid disbursed for theperiod (Box E). This is the amount of the post- withdrawal disbursement.

| | - | | = | J. | |
|---|---|---|---|---|---|
| Box I | | Box E | | | |

**Stop here,** and enter the amount "J" in Box 1 on Page 3 (Post-withdrawal disbursement tracking sheet).

You should use this format when the withdrawal date is on or after 7/1/2017.          p. 1 of 3

EDU001387

Treatment Of Title IV Funds When A Student Withdraws From A Credit-Hour Program

| Student's Name | ▉▉▉▉▉▉▉ | Social Security Number | ▉▉▉▉▉▉ |
|---|---|---|---|

## STEP 4: Aid to be disbursed or Returned CONTINUED

From the Total Title IV aid disbursed for the period (Box E) subtract the amount of Title IV aid earned by the student (Box I). This is the amount of Title IV aid that must be returned.

| $3,173.00 | - | $1,431.02 | = | K. | $1,741.98 |
|---|---|---|---|---|---|
| Box E | | Box I | | | |

## STEP 5: Amount of Unearned Title IV Aid Due from the School

L. **Institutional charges for the period**

| | |
|---|---|
| Tuition | $4,332.00 |
| Room | |
| Board | |
| Other | |
| Other | |
| Other | |

***Total Institutional Charges*** = | L. | $4,332.00
(Add all the charges together)

M. **Percentage of unearned Title IV aid**

| 100% | - | 45.1% | = | M. | 54.9% |
|---|---|---|---|---|---|
| | | Box H | | | |

N. **Amount of unearned charges**

Multiply institutional charges for the period (Box L) by the percentage of unearned Title IV aid (Box M).

| $4,332.00 | X | 54.9% | = | N. | $2,378.27 |
|---|---|---|---|---|---|
| Box L | | Box M | | | |

O. **Amount for school to return**

Compare the amount of Title IV aid to be returned (Box K) to amount of unearned charges (Box N), and enter the lesser amount.

| O. | $1,741.98 |
|---|---|

## STEP 6: Return of Funds by the School

The school must return the unearned aid for which the school is responsible (Box O) by repaying funds to the following sources, in order, up to the total net amount disbursed from each source.

| **Title IV Programs** | Amount for School to Return |
|---|---|
| 1. Unsubsidized Direct Loan | |
| 2. Subsidized Direct Staff Loan | |
| 3. Perkins Loan | |
| 4. Direct Grad PLUS Loan | |
| 5. Direct Parent PLUS Loan | |
| ***Total loans the school must return*** = | P. $0.00 |
| 6. Pell Grant | $1,741.98 |
| 7. FSEOG | |
| 8. TEACH Grant | |
| 9. Iraq and Afghanistan Service Grant | |

## STEP 7: Initial Amount of Unearned Title IV Aid Due from the Student

From the amount of Title IV aid to be returned (Box K) subtract the Amount for the school to return (Box O).

| $1,741.98 | - | $1,741.98 | = | Q. | $0.00 |
|---|---|---|---|---|---|
| Box K | | Box O | | | |

- If Box Q is zero, **STOP**. If greater than zero, go to Step 8

## STEP 8: Repayment of the Student's loans

From the Net loans disbursed to the student (Box B) subtract the Total loans the school must return (Box P) to find the amount of Title IV loans the student is still responsible for repaying (Box R).

These loans consist of loans the student has earned, or unearned loan funds the school is not responsible for repaying. They are repaid to the loan holders according to the terms of the borrower's promissory note.

| | - | | = | R. | |
|---|---|---|---|---|---|
| Box B | | Box P | | | |

- If Box Q is less than or equal to Box R, **STOP**
  The only action a school must take is to notify the holders of the loans of the student's withdrawal date.
- If Box Q is greater than Box R, proceed to Step 9.

## STEP 9: Grant Funds to be Returned

S. **Initial amount of Title IV grants for students to return**

From the initial amount of unearned Title IV aid due from the student (Box Q) subtract the amount of loans to be repaid by the student (Box R).

| | - | | = | S. | |
|---|---|---|---|---|---|
| Box Q | | Box R | | | |

T. **Amount of Title IV grant protection**

Multiply the total of Title IV grant aid that was disbursed and that could have been disbursed for the period (Box F) by 50%.

| | X | 50% | = | T. | |
|---|---|---|---|---|---|
| Box F | | | | | |

U. **Title IV grant funds for student to return**

From the Initial amount of Title IV grants for student to return (Box S) subtract the Amount of Title IV grant protection (Box T).

| | - | | = | U. | |
|---|---|---|---|---|---|
| Box S | | Box T | | | |

- If Box U is less than or equal to zero, **STOP**. If not, go to Step 10.

## STEP 10: Return of Grant Funds by the Student

Except as noted below, the student must return the unearned grant funds for which he or she is responsible (Box U). The grant funds returned by the student are applied in order as indicated, up to the amount disbursed from that grant program minus any grant funds the school is responsible for returning to that program in Step 6.

**Note that the student is not responsible for returning funds to any program to which the student owes $50.00 or less.**

| **Title IV Grant Programs** | Amount to Return |
|---|---|
| 1. Pell Grant | |
| 2. FSEOG | |
| 3. TEACH Grant | |
| 4. Iraq and Afghanistan Service Grant | |

You should use this format when the withdrawal date is on or after 7/1/2017.          p. 2 of 3

EDU001388

Treatment Of Title IV Funds When A Student Withdraws From A Credit-Hour Program

## POST-WITHDRAWAL DISBURSEMENT TRACKING SHEET

**Student's Name** _____    **Social Security Number** _____

**Date of school's determination that student withdrew** _____

### I. Amount of Post-withdrawal Disbursement (PWD)

Amount of "Box J" of the Treatment of Title IV Funds When A Student Withdraws worksheet    **Box 1** _____

### II. Outstanding Charges For Educationally Related Expenses Remaining On Student's Account

Total Outstanding Charges Scheduled to be Paid from PWD    **Box 2** _____
*(Note: Prior-year charges cannot exceed $200.)*

### III. Post-withdrawal Disbursement Offered Directly to Student and/or Parent

From the total Post-withdrawal Disbursement due (Box 1), subtract the Post-withdrawal Disbursement to be credited to the student's account (Box 2). This is the amount you must make to the student (grant) or offer to the student or parent (Loan) as a Direct Disbursement.

_____ - _____ = **Box 3** _____
**Box 1**                        **Box 2**

### IV. Allocation of Post-withdrawal Disbursement

| Type of Aid | Loan Amount School Seeks to Credit to Account | Loan Amount Authorized to Credit to Account | Title IV Aid Credited to Account | Loan Amount Offered as Direct Disbursement | Loan Amount Accepted as Direct Disbursement | Title IV Aid Disbursed Directly to Student |
|---|---|---|---|---|---|---|
| **Pell Grant** | N/A | N/A |  | N/A | N/A |  |
| **FSEOG** | N/A | N/A |  | N/A | N/A |  |
| **TEACH Grant** | N/A | N/A |  | N/A | N/A |  |
| **Iraq Afghanistan Svc. Grant** | N/A | N/A |  | N/A | N/A |  |
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| **Perkins** |  |  |  |  |  |  |
| **Subsidized Direct** |  |  |  |  |  |  |
| **Unsubsidized Direct** |  |  |  |  |  |  |
| **Direct Grad Plus** |  |  |  |  |  |  |
| **Direct Parent Plus** |  |  |  |  |  |  |
| **Totals** |  |  |  |  |  |  |

### V. Authorizations and Notifications

Post-withdrawal disbursement loan notification sent to student and/or parent on _____

Deadline for student and/or parent to respond _____

☐ Response received from student and/or parent on _____    ☐ Response not received

☐ School does not accept late response

### VI. Date Funds Sent

Date Direct Disbursement mailed or transferred    Grant _____    Loan _____

**You should use this format when the withdrawal date is on or after 7/1/2017.**    p. 3 of 3

EDU001389

**COM 101OP HUMAN COMMUNICATION, FALL 2020**
**Department of Communication Studies**

**Mission Statement**
The Department of Communication Studies is dedicated to its students by providing innovative and diverse leadership, intellectual rigor, and collaboration in a culture of scholarship.

**Required Text:**
Wood, J. (2018). *Communication in our lives* (8th edition). Stamford, CT: Cengage Learning

**Course Description:** This course encompasses communication theory, interpersonal communication, small group communication and public speaking. Emphasis is placed on speaking, critical thinking, and listening skills.

**Course content:**
a. Study of basic communication theory and its application to a variety of contexts.
b. Study of interpersonal communication contexts and dynamics.
c. Study of small group communication process with application in several group projects.
d. Study of public speaking techniques applied to both informative and persuasive speeches.

**Student Learning Outcomes for the Course:**
*Upon completion of course student will be able to:*
1. Demonstrate knowledge of the vocabulary, theory, philosophy, and empirical knowledge central to contemporary study of interpersonal, group and public communication.
2. Increase their repertoire of behavioral choices and discovering their own communication strengths and areas for improvement.
3. Demonstrate ability to engage in group work including observation of group interaction and application of effective group roles and skills.
4. Demonstrate experience in improving self clarity, self expression, organization, and presentational speaking.

**Student learning outcomes for the core:**
1. Explain the transactional nature of human communication.
2. Demonstrate critical and innovative thinking.
3. Research and utilize evidence to logically construct a speech appropriate for the occasion.
4. Speak publicly adapting to feedback from audience members.
5. Display competence in oral, written, and visual communication.
6. Apply communication theories.
7. Logically critique image intended to educate or persuade.
8. Apply appropriate communication skills across settings, purposes and audiences.
9. Communicate ethically.

**Student evaluation and assessment criteria:** Emphasis will be placed on a highly transactional learning environment. This online course will maintain a stimulating, interactive, open, and friendly environment that fosters self and other insight, critical thinking, intellectual growth and communicative competence. Students will be assessed through written assignments, communication events and a final exam.

EDU001390

**Online Correctional Center Course Syllabus Statement**
It is Ashland University's goal that learning experiences be as accessible as possible. If you anticipate or experience physical or academic barriers based on a disability, please contact your Site Director. The Student Accessibility Center, your Site Director, and the course instructor will work together in order to establish accommodations, and to meet your learning needs.

**Format Quality Statement:**
This course format consistently meets the same quality, assessment, learning outcomes, and requirements of the traditional face-to-face semester offering of this course.

**Grading Scale:**

| | | | | |
|---|---|---|---|---|
| A  550-512 | B+ 494-479 | C+ 439-424 | D+ 384-369 | F  329 and under |
| A- 511-495 | B  478-457 | C  423-402 | D  368-347 | |
| | B- 456-440 | C- 401-385 | D- 346-330 | |

**Evaluation:**

| | |
|---|---|
| Video Reflection papers (4 @ 20 points) | 80 points |
| Communication Context assignment | 10 points |
| Personal Narrative Essay | 25 points |
| Listening activity | 20 points |
| Group Project Analysis paper * | 50 points |
| Speech Topic & Audience Analysis | 20 points |
| Communication Apprehension assignment | 20 points |
| Speech Outline | 25 points |
| Informative Speech* | 100 points |
| Chapter Quizzes (10 @ 10 points) | 100 points |
| Cumulative Final Exam* | 100 points |
| **Total:** | 550 Points |

**\*Students must complete all core assignments (interpersonal, small group, and public speaking) as identified with an asterisk\* to pass the entire course.**

**Academic Integrity**
The Ashland University community strives to model leadership that is based upon Judeo-Christian beliefs and virtues and that will encourage, develop and sustain men and women of character to serve their professions, their communities, and the world (AU Statement on Ethical Leadership). As members of Ashland University, students hold themselves to the highest standards of academic, personal and social integrity (Ashland University Campus Creed). In keeping with the Ashland University commitment to the highest standards of academic, personal and social integrity, students are expected to abide by the academic integrity standards outlined in this policy.

**Plagiarism**
Academic integrity must be maintained at all times. **Academic integrity requires that you submit work for academic evaluation that is your own and that you neither seek nor offer improper assistance. This means not asking others for significant assistance, or using other's work, in part or in whole, to submit as your own. It also means declining when someone asks you to provide substantial assistance or electronic/paper copies of your work.** No form of plagiarism, fabrication or

EDU001391

cheating will be tolerated. Such actions will be dealt with in accordance with the procedures documented in the Ashland University Academic Integrity Policy.

Academic dishonesty includes, but is not limited to, the following:
1. Plagiarism – the intentional or unintentional presentation of someone else's words, ideas or data as one's own work.
2. Fabrication – the intentional falsification or invention of research, data, citations, or other information.
3. Cheating – an act of deception

**Late Work**
Please do not wait until the last minute to submit the required assignment. Late work may be downgraded by 30% at the instructor's discretion.

**Course Schedule and Assignments**

| Scheduled Class Session(s) Module # | Date(s) | Lecture/Topic | Homework/Text Readings/Assignments |
|---|---|---|---|
| 1 | Week of 9/21-9/25 | *Defining Communication* | **WATCH:** Overview<br>**READ:** Chapter 1 (pg 1- 24) of "Communication in Our Lives"<br>**WATCH**: Video Lecture "Defining Communication"<br>**SUBMIT:** Communication Context Activity<br>**READ:** Chapter 2 (pg 25-45) of "Communication in Our Lives"<br>**WATCH:** Video Lecture "Perception Process"<br>**SUBMIT:** Quiz<br>**DUE: SEPT 25** |
| 2 | Week of 9/28-10/2 | *Self- Perception and Communication* | **READ:** Chapter 3 (pg 46- 66) of "Communication in Our Lives"<br>**WATCH:** Video Lecture "Self Identity"<br>**WATCH:** "Looking Glass Self" Video<br> **SUBMIT**: Video Reflection Paper<br>**WATCH:** "The Danger of a Single Story"<br>Personal Narrative Essay Instructions<br>**SUBMIT:** Quiz<br>**DUE: OCT 2** |
| 3 | Week of 10/5-10/9 | *Culture and Communication* | **READ**: Chapter 10 (pg 188-208) of "Communication in Our Lives"<br>**WATCH:** Video Lecture "Culture and Communication"<br>**SUBMIT:** Personal Narrative Essay<br>**SUBMIT:** Quiz<br>**DUE: OCT 9** |

EDU001392

| 4 | Week of 10/12-10/16 | *Verbal and Nonverbal Communication* | **READ:** Chapter 5 (pg 89-108) of "Communication in Our Lives" Settings<br>**WATCH:** Video Lecture "Verbal Communication"<br>**READ:** Chapter 6 (pg 109-130) of "Communication in Our Lives"<br>**WATCH:** Video Lecture "Nonverbal Messages"<br>**SUBMIT:** Video Reflection<br>**WATCH:** The Importance of Nonverbal Cues as told by "Friends" then complete previous assignment.<br>**SUBMIT:** Quiz<br>**DUE: OCT 16** |
|---|---|---|---|
| 5 | Week of 10/19-10/23 | *Listening and Computer-Mediated Communication* | **READ**: Chapter 4 (pg 67-88) of "Communication in Our Lives"<br>**WATCH:** Video Lecture "Listening Effectively"<br>**SUBMIT**: Listening Self-Evaluation<br>**READ:** Chapter 11 (pg 209- 229) of "Communication in Our Lives"<br>**WATCH**: Video Lecture " Computer Mediated Communication"<br>**SUBMIT:** Quiz<br>**DUE: OCT 23** |
| 6 | Week of 10/26-10/30 | *Relational Communication* | **READ:** Chapter 7 (pg 131-148) of "Communication in Our Lives"<br>**WATCH:** Video Lecture on "Relational Communication"<br>**SUBMIT:** Video Reflection<br>**WATCH:** "Knapp's Stages of Relationship Development"<br>**SUBMIT:** Quiz<br>**DUE: OCT 30** |
| 7 | Week of 11/2-11/6 | *Public Speaking-Topic Selection and Audience Analysis* | **READ:** Chapter 12 (pg 230-246) of "Communication in Our Lives"<br>**WATCH:** Video Lecture on "Public Speaking Topics & Analysis"<br>**WATCH:** "How to Give a Great TEDx Talk"<br>**SUBMIT:** Speech Topic/Audience Analysis Sheet<br>**READ:** Instructions for the Informative Speech<br>**WATCH:** Video Introduction to Speech Requirements<br>Rubric for Informative Speech<br>**SUBMIT:** Quiz<br>**DUE: NOV 6** |
| 8 | Week of 11/9-11/13 | *Public Speaking-Research and Organization* | **READ:** Chapter 13 (pg 247- 257: stop at the Visual Aid topic on page 257) of "Communication in Our Lives"<br>**WATCH:** Video Lecture on "Research & Supporting Materials" |

EDU001393

| | | | |
|---|---|---|---|
| | | | **READ:** Chapter 14 (pg 269-283 - stop at the Presenting Public Speeches heading on page 283) of "Communication in Our Lives" <br> **WATCH:** Video Lecture on "Organizing and Outlining" <br> **SUBMIT:** Video Reflection <br> **WATCH:** "The Importance of Knowing Your Audience" <br> **SUBMIT:** Quiz <br> **DUE: NOV 13** |
| 9 | Week of 11/16-11/20 | *Public Speaking- Informative Speeches and Delivery Techniques* | **READ:** Chapter 15 (pg 294- 310) of "Communication in Our Lives" <br> **WATCH:** Video Lecture on "Informative Speeches" <br> READ: Chapter 14 (pg 283- 293) of "Communication in Our Lives" <br> **WATCH:** Video Lecture on " Speech Delivery Techniques" <br> **The following are some examples of INFORMATIVE speeches:** <br> **WATCH:** "Informative Speech: 'The Causes of Homelessness'" <br> **WATCH: "**Stress Informative Speech" <br> **WATCH:** "Informative Speech - Procrastination" <br> **WATCH:** Watch "TED The Science of Stage Fright and How to Overcome" <br> **SUBMIT:** Final Outline for Informative Speech <br> **SUBMIT: Quiz** <br> **DUE: NOV 20** |
| 10 | Week of 11/23-11/27 | *Persuasion speeches and Visual aids* | **READ:** Chapter 16 (pg 313- 334) of "Communication in Our Lives" <br> **WATCH:** Video Lecture on "Persuasive Speeches" <br> **READ:** Chapter 13 (pg 257- 261) of "Communication in Our Lives" <br> **WATCH:** Video Lecture on "Using Visual Aids" <br> **WATCH:** "It's Not Fair Having 12 Pairs of Legs" <br> **The following are some examples of PERSUASIVE speeches:** <br> **WATCH:** "Persuasive Speech Exemplar - 'Nap Time'" <br> **WATCH:** "Sample Persuasive Speech" <br> **WATCH:** "Sample Persuasive Speech / Monroe's Motivated Sequence - Kelly Kulig" <br> **SUBMIT: Informative Speech Video** <br> **DUE: NOV 27** |

EDU001394

| 11 | Week of 11/30-12/4 | *Small Group Communication* | **READ:** Chapter 8 (pg 149-167) of "Communication in Our Lives" **WATCH:** Video Lecture "Small Group Communication" **SUBMIT:** Group Project Assignment **WATCH:** "Ineffective Group Meeting" **WATCH:** "Effective Group Meeting" **SUBMIT:** Quiz **DUE: DEC 4** |
| 12 | Week of 12/4-12/11 | *Putting it all Together* | **READ:** Appendix B (Interviewing) of "Communication in Our Lives" WATCH: Video Lecture on "Interviewing"  **RE-WATCH:** Watch "TED The Science of Stage Fright and How to Overcome" **SUBMIT: PRCA-24 Communication Apprehension Activity** **SUBMIT: Final Exam** **DUE: DEC 11** |

EDU001395

## Ashland University Correctional Education Instructor Best Practices Checklist

Semester Dates – September 21 – December 11

**Pre-Week 1 (Sept. 14)** – Send out Welcome Message to all students

**Week 1 (Sept. 21)**

- ☐ Weekly Module 1 Update
- ☐ In-Semester Training – September 24 – Topic: Messaging, Attendance, and Roster Verification

**Week 2 (Sept. 28)**

- ☐ Weekly Module 2 Update
- ☐ Participation Reporting/Roster Verification due Monday, September 28 (on WebAdvisor)
- ☐ In-Semester Training – October 1 – Topic:  Grading in Lantern
- ☐ Report to Site Director any student who is not responding to messages

**Week 3 (Oct. 5)**

- ☐ Weekly Module 3 Update
- ☐ Participation Reporting/Roster Verification due Monday, October 5 (on WebAdvisor)
- ☐ In-Semester Training – October 8 – Topic:  Grading in Blackboard

**Week 4 (Oct. 12)**

- ☐ Weekly Module 4 Update

**Week 5 (Oct. 19)**

- ☐ Weekly Module 5 Update

**Week 6 (Oct. 26)**

- ☐ Weekly Module 6 Update

**Week 7 (Nov. 2)**

- ☐ Weekly Module 7 Update

**Week 8 (Nov. 9)**

- ☐ Weekly Module 8 Update
- ☐ In-Semester Training – November 12 – Open Forum

**Week 9 (Nov. 16)**

- ☐ Weekly Module 9 Update
- ☐ In-Semester Training – November 19 – Final Grading/Incompletes

**Week 10 (Nov. 23) Thanksgiving Week**

- ☐ Weekly Module 10 Update

**Week 11 (Nov. 30)**

- ☐ Weekly Module 11 Update

**Week 12 (Dec. 7)**

- ☐ Weekly Module 12 Update

Final Grades Due on Thursday, December 17 at noon

EDU001396