

OFFICE OF HEARINGS
AND APPEALS

**U.S. DEPARTMENT OF EDUCATION**
**400 MARYLAND AVENUE, SW**
**WASHINGTON, DC 20202**



GOVERNMENT
EXHIBIT

**RR**

September 20, 2023

Kalynn Walls, Esq.
Jim Newbery, Esq.
Steptoe & Johnson PLLC
700 Hurstbourne Parkway, Suite 115
Louisville, KY 40222
kalynn.walls@steptoe-johnson.com
jim.newberry@steptoe-johnson.com

Raziya Brumfield, Esq.
Office of the General Counsel
U.S. Department of Education
400 Maryland Avenue, S.W., Room 6E214
Washington, D.C. 20202
raziya.brumfield@ed.gov

Re: Ashland University, Docket No. 22-58-SP, PRCN: 2021-4-05-30426

Dear Counsel:

Pursuant to 34 C.F.R. § 668.119, an Initial Decision that is not timely appealed shall become the final agency decision thirty (30) days after receipt of the Initial Decision.

On July 10, 2023, counsel for the Department and Respondent received the Initial Decision via automatic email notification from the Office of Hearings and Appeals Electronic Filing System (OES).

As of the date of this notice, no appeal in this matter has been received from either party. By operation of regulation, the Initial Decision as previously issued became the Final Agency Decision on August 9, 2023.

Sincerely,

Rodger A. Drew, Jr.
Director

*The Department of Education's mission is to promote student achievement and preparation for global competitiveness by fostering educational excellence and ensuring equal access.*

EDU001421