1

GOVERNMENT
EXHIBIT

**SS**

```
- - - - - - - - - - x

In the Matter of     : Docket No.: 22-58-SP

Ashland University   : Federal Student Aid Proceeding

                     : OPE-ID: 00301200

                     : PRCN: 2021-4-05-30426

     Respondent.     :

- - - - - - - - - - x
```

                              Thursday, May 11, 2023

                                 550 12th Street, S.W.
                                        10th Floor
                                 Washington, D.C.

     The oral argument in the above-entitled matter

was convened, pursuant to notice, at 10:52 a.m.

BEFORE:

          JUDGE ELIZABETH FIGUEROA

EDU001422

In the Matter of_ Ashland University                    May 11, 2023

2

APPEARANCES:

     On behalf of Ashland University:

          JIM NEWBERRY, ESQ.
          KALYNN G. WALLS, ESQ.
          Steptoe & Johnson, PLLC
          700 N. Hurstbourne Parkway, Suite 115
          Louisville, Kentucky  40222
          (502) 727-3453
          Jim.newberry@steptoe-johnson.com

     On behalf of the U.S. Department of Education:

          RAZIYA BRUMFIELD, ESQ.
          STEVEN FINLEY, ESQ.
          U.S. Department of Education
          Office of General Counsel
          400 Maryland Avenue, S.W., Room 6E214
          Washington, D.C.  20202
          (202) 453-6531
          Raziya.Brumfield@ed.gov.

ALSO PRESENT:

     George Abbott, Esq. (Department of Education)
     Dr. Carlos Campo (Ashland University)
     Pam Taylor (Department of Education)

EDU001423

In the Matter of_ Ashland University                    May 11, 2023

3

                        C O N T E N T S

STATEMENTS BY:                                          PAGE

      Mr. Newberry                                       6

      Ms. Brumfield                                     16

      Mr. Newberry                                      30

      Ms. Brumfield                                     35

      Mr. Newberry                                      37

EDU001424

4

                    P R O C E E D I N G S

          JUDGE FIGUEROA:  Good morning all.  This

is in the matter of Ashland University, Docket No.

22-58-SP.  It's May 11, 2023 and it's 10:52.  We're

at the office -- Department of Education, Office of

Hearings and Appeals, at 550 12th Street, Southwest.

          Would the parties please state their

names, starting with Respondent's counsel.

          MR. NEWBERRY:  Yes, Your Honor.  I'm Jim

Newberry, here on behalf of Ashland.

          JUDGE FIGUEROA:  Good morning.

          MS. WALLS:  And I'm Kalynn Walls on behalf

of Ashland.

          JUDGE FIGUEROA:  Good morning.  And you

have with you?

          MR. NEWBERRY:  We do have the president of

Ashland University, Dr. Carlos Campo, this morning.

          JUDGE FIGUEROA:  Thank you.

          MS. BRUMFIELD:  Thank you.

          JUDGE FIGUEROA:  And for the department?

          MS. BRUMFIELD:  Yes.  Thank you, Your

Honor.  Raziya Brumfield on behalf of the United

EDU001425

5

States Department of Education.

JUDGE FIGUEROA:  Good morning.  And you have with you?

MR. FINLEY:  Good morning, Your Honor. I'm Steve Finley, also with the General Counsel's Office at Education.

JUDGE FIGUEROA:  Thank you.  Good morning. All right, I will -- we're here for oral arguments today, and if there are no preliminary matters, I'll hear your arguments.  I'll hear from Ashland University first.

MR. NEWBERRY:  Your Honor, if it is acceptable, we would like to reserve a portion of our time for rebuttal --

JUDGE FIGUEROA:  That's fine.

MR. NEWBERRY:  -- this morning as well.

JUDGE FIGUEROA:  What portion of the time would that be?

MR. NEWBERRY:  I would anticipate eight minutes, something like that.  I believe we requested 20 minutes and I would anticipate about taking about 12 for the first part of the argument

6

and then reserving seven or eight minutes for --

JUDGE FIGUEROA:  Any objection?

MS. BRUMFIELD:  No objection.

JUDGE FIGUEROA:  That's agreeable.

MR. NEWBERRY:  Thank you very much.  As you're no doubt aware, we're here on -- as a result of a program review that was conducted by FSA in the latter part of 2021.  That program review covered two academic years, '19-'20, and '20-'21, and our focus today is going to be on specifically that two-year time period that was covered by the program review.

The end result of the program review was a final program review determination that the FSA sent to Ashland in September of 2022.  There were 10 findings in the FPRD.  Eight of those have been resolved, two remaining findings, 1 and 2.  Finding 2 is more or less a function of finding 1, so our focus today will be on finding 1.

In that finding, FSA concluded that Ashland incorrectly calculated Pell Grants for incarcerated students who are a part of the Second

EDU001427

Chance Pell Experimental Site Initiative.  We'll be referring to that today as SEP.

FSA asserts that Ashland should have utilized a formula known as Formula 2, rather than Formula 1, under 34 C.F.R. 690.63, and as a result, FSA has asserted that Ashland owes a refund of $6.131 million to the Department.  On the other hand, Ashland asserts that FSA's analysis of 690.63 was fundamentally flawed, that Formula 1 should apply and that there should be no assessment.

Our argument today is going to be fairly straightforward.  We'll take a look at the standard under 690.63 and we'll talk about the flaws in -- in the analysis by FSA, and we'll counter that with the correct analysis which Ashland employed at the end. We'll demonstrate that Ashland's expenditures were proper and in compliance with program requirements.

So let's start by taking a look at 690.63. It is a regulation that requires FSA and institutions of higher education to calculate students' Pell Grant awards on the eligible -- on the basis of the eligible program in which they are

In the Matter of_ Ashland University                    May 11, 2023

8

enrolled, and that regulation establishes a two-step process.

The first step is an assessment whether or not the student is enrolled in an eligible program. There's really no doubt about that in this case. All of the students were enrolled in one of five programs which we identified in note 10 of our brief.  All of those programs were approved by the Ohio Department of Education and all of them lead to an academic degree.

The second step of the analysis though deals with the question of whether the program in question uses an academic calendar that provides 30 weeks or more of instructional time during the course of the year or less than 30 weeks.  If it's 30 weeks or more Formula 1 applies.  If it's less than 30 weeks Formula 2 applies.  And the academic calendar in -- that's to be evaluated in making that determination is the academic calendar of the eligible program which is being evaluated under 690.63.

Now, Pell Grants are just like every other

9

form of federal student aid.  They can only be awarded for eligible programs.  Thus, any interpretation that the analysis under 690.63 can be based on something other than an eligible program is just nonsensical, yet that's exactly -- that is exactly what the FSA did in its calculations in finding 1 of the FPRD.  FSA erroneously stated because SEP students at Ashland are enrolled in academic programs with fall through spring semesters that provide less than 30 weeks of instructional time in an academic year the institution was required to employ Formula 2.

FSA's analysis, as revealed in that one statement, is flawed because FSA's analysis of the applicable formula center -- centers around its belief that SEP constituted the eligible program contemplated in 690.63.  However, despite 15 references to the SEP program in FSA's brief, there is no SEP program.  There is no SEP program.

SEP is an experimental initiative designed to assess how incarcerated students might appropriately receive Pell funding, period.  It is

EDU001430

In the Matter of_ Ashland University May 11, 2023

10

neither an educational program, nor is SEP an eligible program as those terms are defined under the FSA regs.  And as noted earlier, federal student aid funds can only be afforded to eligible programs. Since SEP is not an eligible program under the FSA regs, it cannot be the basis for a determination about a student receiving Pell Grants.  And I would submit that FSA's efforts to utilize SEP as the basis for the calculations under 690.63 is just simply nonsensical.

Now, significantly, in its program review report, FSA did accurately state, "The review team concluded that the Ashland students considered Pell for students who are incarcerated experiment. Second Chance Pell under the Experimental Site Initiative have the same academic program content as other Ashland students, but have a different structure, a different structure to complete the academic program."

As revealed in this quote, FSA doesn't like Ashland's structure of the SEP students' courses.  690.63 requires, however, a calculation on

EDU001431

In the Matter of_ Ashland University                    May 11, 2023

11

the basis of the program, not the structure of the courses in an eligible program.  Significantly, FSA's not precluded from adopting regs to that effect.  They have not done that.  They have done that in the context of R2T4 refund program where they have allowed for calculations on the basis of modules, courses.  If FSA wants institutions of higher education to calculate Pell Grants on the basis of modules, that is, courses, it should adopt rules to that effect rather than disregarding 690.63.

In essence, what we have is a case of F -- FSA applying the regs it wishes it had rather than the regs it actually has.  Now, Ashland on the other hand, applied the regs as they actually exist by basing its calculations on the five eligible programs in which its students were enrolled.

Ashland's use of the Formula 1 calculation for its five eligible programs were appropriate because all five of the eligible programs were authorized by the Ohio Department of Education and they all consists of a 30-week instructional year.

In the Matter of_ Ashland University                                      May 11, 2023

12

We detail that analysis in pages 5 through 7 of our brief, and since each eligible program has 30 weeks of instructional time each academic year, per the Ohio Department of Higher Education's definition, Formula 1 applies.

Furthermore, between 2019 and 2021, the FSA handbook required Ashland to treat all students enrolled in the same program the same way, absent an election by Ashland to establish separate versions of the program.  Ashland never made that election, and having made no such election, the FSA handbook specified although a school may have different academic years for different programs, it must use the same academic year definition for all FSA awards for students enrolled in a particular program and for all other FSA program purposes.

As I mentioned earlier, Ashland's incorporated students were described in the program review report as having the same program content as other Ashland students.  That statement's right. Not only did they have the same content, they had the same student learning objectives.  They had the

EDU001433

13

same amount of class time.  The transcript entries were the same.  They got the same degree.

And since FSA required Ashland to treat all students enrolled in its five eligible courses the same way, and since Ashland calculated Pell Grants for non-incarcerated students enrolled in the five eligible programs utilizing a 30-week academic year under Formula 1, Pell awards to Ashland's incarcerated students enrolled in the same five eligible programs must be calculated the same way, that is, using Formula 1.  As a result of using Formula 1, Ashland owes no refund and FSA's assessment should be set aside.

There are two other points that FSA made in its brief that I'm going to address very quickly. They make reference to lifetime eligibility units. We submit the evidence on that is very scant and what evidence there is in the record is entirely speculative.  Further, we would point out that the SEP students receive educational credit for which Pell Grants were awarded, so they have not been harmed.  And finally, when Formula 1 is applied,

In the Matter of_ Ashland University                    May 11, 2023

14

that whole issue is moot.

The second point that FSA makes is that even if you -- if you accept their notion that SEP is the program by which 690.63 is applied, we didn't have 15 weeks each semester or 30 weeks each year of instructional time, we reject that.  In 2019, the FSA handbook noted there was no requirement for an institution to document academic engagement for each student so long as instruction materials and faculty support were available to support engagement.  We note in our brief on pages 9 through 12, while we did provide 30 weeks of instruction time, even if you accept FSA's belief, that SEP ought to be the program that's utilized in the 690.63 calculation.

So, in conclusion, the Pell Grant calculations must be based on eligible programs, not on the structure of courses and not on experimental initiatives.  When 690.63 is applied to Ashland's eligible programs, Formula 1 must apply.  Formula 1 applies.  Ashland owes no refund to FSA, and in fact, we've demonstrated the expenditures were proper and that Ashland complied with all the

In the Matter of_ Ashland University                    May 11, 2023

15

program requirements.  So we request the entry of a decision to that effect and we'll reserve the balance of our time for rebuttal.

JUDGE FIGUEROA:  Two quick questions.

MR. NEWBERRY:  Certainly.

JUDGE FIGUEROA:  And I'll allow opposing counsel -- do I have the PRR?

MR. NEWBERRY:  You should.  It's a part of the record.

JUDGE FIGUEROA:  Can you reference the exhibit number for me.

MS. WALLS:  It is Respondent's Exhibit 7, Your Honor.

JUDGE FIGUEROA:  Thank you.  And do -- except for the dispute concerning 12 versus 15 and what that week before, the onset of actual instruction time that -- and the two weeks following the end of instruction time, I don't read your pleadings to say there are any factual disputes.

MR. NEWBERRY:  I would agree.

JUDGE FIGUEROA:  Thank you.

MR. NEWBERRY:  We view this as entirely a

In the Matter of_ Ashland University                    May 11, 2023

16

legal matter.

JUDGE FIGUEROA:  Thank you.  Ms. Brumfield.

MS. BRUMFIELD:  This case is straightforward.  Because Second Chance Pell students' length of instruction was less than 30 weeks of instructional time, as reflected in their academic calendar, 34 C.F.R. 690.63(a)(2) required Respondent to calculate Second Chance Pell students' awards using the formula in 690.63(c), commonly referred to as Formula 2.

The facts are clear, Ashland initially applied to participate in the Second Chance Pell experiment in 2015.  In its initial application, Ashland proposed expanding on the program it already offered to incarcerated students which was based on over 50 years of experience with this population. The institution explained that the program it provided even prior to admittance into the experiment included certificate, associate and bachelor degree programs which all comprised 12-week semesters.

In the Matter of_ Ashland University                    May 11, 2023

17

In 2016, after two -- two application phases, the Department invited Ashland to participate in the experiment.  In doing so, the institution received an amended program participation agreement.  The PPA states under the heading "Program Eligibility" that if not already approved for Title IV participation, the Department -- the Department -- the institution must obtain approval for each program offered under this experiment before awarding Title IV funds to incarcerated students.

After receiving acceptance into the experiment, Ashland continued its long practice of providing instruction to incarcerated students using 12-week semesters.  The distribution of federal Title IV Pell funds is calculated by using formulas that are dependent on the weeks of instructional time offered to a student within a Title IV eligible program.

Formula 2 is used when a program's academic calendar is less than 30 weeks of instructional time in two semesters.  690.63(a)(1)

In the Matter of_ Ashland University                    May 11, 2023

18

provides that Formula 1, which is -- which is located in 690.63(b) is used when a program's academic calendar is at least 30 weeks of instructional time in two semesters.

Ashland's academic calendars, instructor best practices checklist, course syllabus and employee interviews demonstrate that Second Chance Pell students participated in a program that was less than 30 weeks of instructional time because it constituted two 12-week semesters within a total 24 weeks of instructional time.

Conversely, traditional students' academic calendars were comprised of at least 30 weeks of instructional time because it comprised -- it was comprised of two 16-week semesters within a 32-week academic year.  The institution's employees further admit that Second Chance Pell students cannot take the longer 16-week courses provided to traditional students.  During the Department's program review, one Ashland employee even stated that 12-week courses were better in prison, which is why they are shorter than the 16-week courses taken by non-Second

In the Matter of_ Ashland University                    May 11, 2023

19

Chance Pell students.  It is clear that Formula 2 was required in calculating Second Chance Pell students' awards.

The Department clarifies several points raised by Respondent.  First, the Department agrees that Second Chance Pell students and traditional students are enrolled in the same Title IV eligible program.  However, by providing a different, shorter version of the same program, where a Second Chance Pell student only received 24 weeks of instructional time in two semesters, the institution has necessitated the usage of Formula 2.

While the Department's brief, as well as the institution itself, used Second Chance Pell Experiment and Second Chance Pell program interchangeably, the Department has never challenged the Title IV eligibility of Ashland's programs provided to Second Chance Pell students, nor has the Department created a separate Second Chance Pell program for those students.  Furthermore, the Ohio Department of Education's approval of the program does not preclude compliance with the Department's

EDU001440

In the Matter of_ Ashland University                    May 11, 2023

20

regulations for calculating federal Pell awards.

Second, while the Department's regulations in 690.63 are controlling, the Department's handbook cited by Respondent at Respondent's Exhibit 4 only furthers the Department's position.  The handbook states that although a school may have different academic years for different programs it must use the same academic year definition for all FSA awards for students enrolled in a particular program and for all other FSA purposes.

The requirement is that institutions must use the same academic year definition, not the same Pell formula.  This will require using the academic year definition of 32 weeks of instructional time as opposed to 30, which the Department has discretion to do, as noted in footnote 5 of the Department's brief.  By not applying the same -- by not applying the same 32-week academic year definition in Formula 2, Respondent's total liabilities were lowered.

Third, concerning Respondent's references to academic engagement, the Department's regulations at 690.63 are controlling.  The record clearly

EDU001441

In the Matter of_ Ashland University                    May 11, 2023

21

demonstrates that the institution first raised an argument that the July 2021 clarification in the regulations at 668.3 and 600.2 concerning academic engagement lengthened its academic calendar within its program review response, and the Department addressed this claim within the FPRD.

However, the analysis is the same.  Under both versions, the institution has to demonstrate the length of its program as provided to Second Chance Pell students.  What has not changed are the regulations at 690.63(a)(2), which provide that when the length of the academic calendar is less than 30 weeks in two semesters Formula 2 must be utilized in calculating federal Title IV Pell awards.

Finally, students are harmed by the institution's miscalculation of Pell award.  The relief requested will remove harm provided to Second Chance Pell students.  Students only receive a limited amount of Pell awards during their lifetime. Because -- because students are over awarded funds here an excessive portion of their funds have been used.

22

The Department's FPRD requires Ashland to make adjustments to student level disbursement data in the common origin and disbursement system commonly referred to as COD so that the Pell lifetime eligibility used data is accurate and such students have the ability to utilize Pell funds for future educational expenses.  For the reasons stated, the Department's liabilities within the FPRD should be affirmed in total.  The Department welcomes Your Honor's questions.

JUDGE FIGUEROA:  Anything else you'd like to say on Ashland's argument that the Department is conflating courses and educational programs?

MS. BRUMFIELD:  I would -- we reiterate the arguments that I made, which are that the Second Chance Pell program, as a Second Chance Pell Experiment, those terms were used interchangeably, but the Department agrees that all students were enrolled in the same eligible program.  However, because the Department -- excuse me -- the institution provided two separate versions of the same program, they have necessitated the usage of

In the Matter of_ Ashland University                    May 11, 2023

23

Formula 2.

It's clear from the record that students cannot take the shorter -- the longer courses, and also 690.63 does not end the eligibility.  We have to look at eligibility as well as the length of the academic calendar which -- which were provided to students.

JUDGE FIGUEROA:  Does it matter that the incarcerated students' program had the same content and there was no shortcomings of the content?

MS. BRUMFIELD:  That does not matter here.  The department is not -- is not making any claims concerning the content of the program.  We are specifically looking at the length of the program which was provided to Second Chance Pell students and the version that was provided to those students.

There's a reason that 690.63 provides two different ways that you calculate Pell awards if the program provided to students are less than -- at least 30 weeks or less than 30 weeks.  And here they were clearly less than 30 weeks of instruction provided to Second Chance Pell students.

In the Matter of_ Ashland University                    May 11, 2023

24

JUDGE FIGUEROA:  Thank you.

MS. BRUMFIELD:  In closing, the facts are plainly clear.  Respondent attempts to create this distraction within the Department's regulations where there are none.  This proceeding is not about Title IV eligibility, academic engagement or Dear Colleague letters, nor does it concern the State of Ohio Department of Education's requirements. Instead, the Department seeks to enforce its regulations at 690.63, which provide the calculations for awarding federal Pell Grants based on the length of instruction, instructional time provided to Second Chance Pell students.

The record reflects that even before being admitted into the experiment, the institution had a long practice of providing 12-week semesters to incarcerated students.  Once admitted into the experiment, the academic calendar, instructional best practices checklist, course syllabus and employee interviews all confirmed that Second Chance Pell students' academic calendars comprised a total of 24 weeks of instructional time.

In the Matter of_ Ashland University                    May 11, 2023

25

The institution's own staff also admit that the Second Chance Pell students cannot take 16-week courses offered to traditional students.  In fact, an Ashland employee stated that 12-week courses work better in prison, which is why they are shorter than the 16-week courses taken by non-Second Chance Pell students.

The institution also admits in its program review report response that questions concerning the delivery of its Second Chance program will be moot in the future because the institution is transitioning the accelerated course delivery schedule for Second Chance Pell students to mirror the course delivery format of the same programs provided to Second Chance Pell students.

The Department has never challenged the Title IV eligibility of Ashland's programs, nor did it create a separate program for students within Ashland's Second Chance Pell experiment.  Instead, by providing two separate academic calendars, shortening the length of instruction offered to a Second Chance Pell student and not allowing Second

In the Matter of_ Ashland University                           May 11, 2023

26

Chance Pell students to take courses in the longer program offered to traditional students, the institution created different versions of the same Title IV program, which necessitated the usage of Formula 2 to calculate federal Pell awards for Second Chance Pell students.

While the Department made clarifications at 668.3 and 600.2 in 2021, which expanded on the definitions of weeks of instructional time to include academic engagement for distance education courses, as is evident from Respondent's reference to the 2014 Dear Colleague letter, academic engagement was a term used by the Department prior to the 2021 regulatory updates.

Nonetheless, under both versions of the regulations, the analysis is the same, and the institution is required to demonstrate the length of instructional time offered to students, which is clearly a total of 24 weeks.  Ashland is required to abide by state and federal regulations concerning its programs and compliance with state law does not preclude compliance with federal law.

In the Matter of_ Ashland University                    May 11, 2023

27

Pell funds are federal Title IV Pell -- are federal Title IV funds that are administered by the United States Department of Education and calculations for distribution of such funds are specified under 690.63 of the Department's regulations.  Program reviews are essential to remedying the exact types of noncompliance and misuse of federal funds that are at issue here.

Respondent has failed to meet his burden and the liabilities for finding 1 in the amount of $6,131,790.46 -- 46 cents plus interest must be affirmed and harm to students restored.  Thank you.

JUDGE FIGUEROA:  Two questions, if I could.  Do you agree with Mr. Newberry that there are no facts in dispute?

MS. BRUMFIELD:  I don't.  There are facts in dispute, because the institution is arguing that the academic calendar is at least 30 weeks and it's not.

JUDGE FIGUEROA:  You're speaking to their argument that the week before the onset of instruction time and then the two weeks following it

In the Matter of_ Ashland University                    May 11, 2023

28

are not counted in their semester time?

MS. BRUMFIELD:  Right.

JUDGE FIGUEROA:  Is that correct?

MS. BRUMFIELD:  Right, right.  The Department --

JUDGE FIGUEROA:  And those are the facts you say are in dispute.  Any other facts in dispute?

MS. BRUMFIELD:  No.  No, this case is clearly about the length of the instruction and the formulas that are used to calculate Pell formulas based off the length of instruction.

JUDGE FIGUEROA:  And do you have anything further to say about the Dear Colleague letter and whether or not it supports Respondent's argument?

MS. BRUMFIELD:  So the Dear Colleague letter, in terms of the academic year definition, yes.  So the Dear Colleague letter specifies that the institution must use the same academic year definition, not the same formula.  So if we were to apply that analysis, we would put -- we would use the academic year definition of 32, which is the length of the program offered to traditional

In the Matter of_ Ashland University                    May 11, 2023

29

students, and we will plug that formula into Formula 2 and the award would be calculated by a fraction of 24 over 32, which would actually hurt the institution's argument, because that would mean that students only receive 75 percent of their actual awards.

JUDGE FIGUEROA:  As opposed to the 80 that you've used in --

MS. BRUMFIELD:  Right, right.

JUDGE FIGUEROA:  -- the way you calculated it?

MS. BRUMFIELD:  Right.  As noted in footnote 5 of our brief, we actually used discretion in using the lower amount because under 668.8 it requires that for credit for programs offered in standard term semesters, as are here, that the -- the academic year has to be at least 30.  So that's why the Department used discretion to put in that 30 into that fraction, but we could have put in 32, as noted in footnote 5 of our brief, which would have increased the institution's liability.

JUDGE FIGUEROA:  Thank you.

EDU001450

In the Matter of_ Ashland University                    May 11, 2023

30

MS. BRUMFIELD:  Thank you.

JUDGE FIGUEROA:  Mr. Newberry.

MR. NEWBERRY:  Your Honor, Ms. Brumfield has made the same arguments today that they made in their brief.  There's not a lot of news there to report.  And still -- still we have a fundamental disagreement over what the program is that needs to be subjected to the 690.63 calculation.

They cannot use the SEP so-called program as the basis for that calculation.  It cannot be done.  They cannot award money to an ineligible program.  It's never been a program that has received certification as an eligible program for Title IV purposes.  The only program -- the only programs that can be subjected to the 690.63 analysis are those eligible programs, those five eligible programs that I talked about earlier.

When you utilize those programs as the basis for the calculation, Formula 1 applies.  Now, I understand the argument they're making, but they're making it on the basis of modules, courses in an eligible program, rather than on the basis of

In the Matter of_ Ashland University                    May 11, 2023

31

the eligible program.  690.63 requires that the analysis be done at the program level, not at the course level.  They could change the regs.  They have every ability, every right to do that, and tell the world, this is how you need to do this.

They haven't done that.  Instead, they have attempted to shoehorn into the 690.63 -- point 63 calculation an approach that just makes no sense from an analytical point of view.  You cannot reach the conclusions they've reached without coming to the conclusion that there is an SEP program.  It just doesn't exist is the problem with that analysis.  It's not a program.  It's an experiment.

We didn't have anybody participating in a program that had less than 30 weeks.  Every one of our eligible programs has by definition a 30-week academic year.  Now, if you accept FSA's argument that somehow or another a separate version just kind of mystically appears, I don't -- I don't see that when you look at the guidance from the FSA handbook. It contemplates a process by which an institution makes an active decision and demonstrates that it's

32

going to have a different academic calendar for different versions of the same program.

There's not been any election made to that effect.  To the contrary, all of our students, both incarcerated and the non-incarcerated students, are required to be treated in the same fashion under the guidance that has been issued by FSA.  And -- and Ms. Brumfield made a point about the academic calendar.  Well, my response to that is the academic calendar of what?  SEP doesn't have an academic calendar.  There's no such thing out there for SEP.  It's an experimental initiative to see whether or not incarcerated students can benefit from the Pell Grants.

So the analysis that FSA has utilized here just fundamentally is flawed.  It does not comport with the regulations.  It could.  It could if they'd adopt the right regulations.  They've got the ability to do that.  They've done it in the R2T4 context.  They could do that, but they haven't.  They haven't, and until such time as they do, Ashland's calculations fit under Formula 1, not

Case: 1:23-cv-01850-DAR  Doc #: 15-45  Filed:  01/23/24  33 of 47.  PageID #: 1582

33

under Formula 2, and Ashland owes no refund.

We don't dispute for a moment that FSA has the ability to determine program eligibility.  We agree completely here.  They've done that.  But what they fail to appreciate is the fact that ODHE, the Ohio Department of Higher Education, has a role to play here too.  They authorized the educational programs at Ashland.  When they authorized the program they said these programs have 30 weeks of instructional time each year.

So by definition of that, eligible programs in which these students were enrolled have the requisite 30 weeks, by definition.  So any effort by FSA to shoehorn these students into an SEP so-called program is just fatally flawed, and that's been the gravamen of the dispute with FSA since the program review report was issued in early 2022.

So for all those reasons, we continue to advocate vociferously that this is an overreach by FSA.  If they want to change the rules, change the rules.  Don't just make up these mysterious programs and try to shoehorn them into the existing

34

regulatory structure.  We'd be glad to answer any questions that you may have, Your Honor.  Otherwise, we'll rest our case.

JUDGE FIGUEROA:  Any authority, other than what you've cited in your brief, for the program you mentioned today --

MR. NEWBERRY:  No.

JUDGE FIGUEROA:  -- that lends guidance to the issue here?

MR. NEWBERRY:  For the program that I mentioned today?

JUDGE FIGUEROA:  Yeah.

MR. NEWBERRY:  I'm sorry.

JUDGE FIGUEROA:  Yeah, the R2 --

MR. NEWBERRY:  Yes.  It's 34 C.F.R. 668.22 and specifically paragraph (l)(6).

JUDGE FIGUEROA:  Thank you.

MR. NEWBERRY:  There's also a case from Florida.  It's from the Office of Hearing Appeals, but it involved a matter with the South Florida Community College.  This is a 2008 case, Docket No. 07-38-SP.  In that case the Office of Hearing

EDU001455

35

Appeals said determination of statements by staff members in the context of a situation sort of like this where they were talking about --

JUDGE FIGUEROA:  I know that case.

MR. NEWBERRY:  I won't belabor the point then.

JUDGE FIGUEROA:  Thank you.  Thank you.

MR. NEWBERRY:  Thank you.

JUDGE FIGUEROA:  Anything further from the other party?

MS. BRUMFIELD:  Can I -- can I say --

JUDGE FIGUEROA:  Any objection, Mr. --

MR. NEWBERRY:  If I can have the opportunity to do surrebuttal.

JUDGE FIGUEROA:  All right, one more time.

MS. BRUMFIELD:  Okay.  Thank you, Your Honor.  I think the -- I want to address several points.  The first is that this -- this program is not offered in modules.  Modules -- when modules are offered, multiple classes are taken over a semester, and so I just wanted to point out that we're not -- that this program is not offered in modules.  It's

EDU001456

In the Matter of_ Ashland University                    May 11, 2023

36

offered in weeks of instructional time.

The other point I want to raise is that I want to reemphasize my point that this is -- the Department is not arguing that students are enrolled in a Second Chance Pell program.  They are involved in the Second Chance Pell experiment and the Department has used those words interchangeably, but the Department agrees that students all -- that all traditional students and Second Chance Pell students are enrolled in the same Title IV eligible program.

I also want to reiterate that the PPA amendment, which the institution received in order to participate in the program, requires that the courses taken by students be Title IV eligible.  So if -- if these programs were not Title IV eligible, the -- it's very likely that the Department would have been seeking all of the funds that students were awarded in this program, which amounted to over $30 million, not a portion of -- of those funds.

So we agree that they were enrolled in the same program.  This would be a very different case if they were in an ineligible Title IV program.

EDU001457

In the Matter of_ Ashland University                          May 11, 2023

37

Thank you.

JUDGE FIGUEROA:  Thank you.

MR. NEWBERRY:  And just to that specific point, once they agree they're enrolled in the same program, we got to treat them all alike.  We got to treat them all alike.  That's what their guidance tells us.

JUDGE FIGUEROA:  And that's exactly where your all's difference is.

MR. NEWBERRY:  Yes.

JUDGE FIGUEROA:  Thank you.  If there's nothing further, that concludes this matter and you're free to leave.  There's space in the building on this floor if you all wish to talk at all.  There are conference rooms that are open and available.

And I thank you all both.  Your arguments today will help me in reaching a decision, and I'll get that decision out sometime in the next two weeks and it will be sent to both parties.  Thank you both.

(Whereupon, at 11:36 a.m., the oral argument was adjourned.)

In the Matter of_ Ashland University                    May 11, 2023

38

CERTIFICATE OF NOTARY PUBLIC

I, JENNIFER M. O'CONNOR, the officer before whom the foregoing oral argument was taken, do hereby certify that the proceedings were recorded by me and thereafter reduced to typewriting by me; that said transcript is a true record of the proceedings; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this proceeding was called; and, furthermore, that I am not a relative or employee of any counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of this action.

_____
Jennifer M. O'Connor
Notary Public in and for the
District of Columbia
My Commission Expires on February 14, 2025

EDU001459

**A**

a.m 1:12 37:21
Abbott 2:13
abide 26:20
ability 22:6
 31:4 32:19
 33:3
above-entitled
 1:11
absent 12:8
academic 6:9
 8:10,13,17
 8:19 9:9,11
 10:16,19
 12:3,13,14
 13:7 14:8
 16:8 17:21
 18:3,5,12,16
 20:7,8,12,13
 20:18,21
 21:3,4,12
 23:6 24:6,18
 24:21 25:20
 26:10,12
 27:18 28:16
 28:18,21
 29:17 31:17
 32:1,8,9,10
accelerated
 25:12
accept 14:3,13
 31:17
acceptable
 5:13
acceptance
 17:12
accurate 22:5
accurately
 10:12
action 38:8,12
active 31:22
actual 15:16
 29:5
address 13:15

35:17
addressed
 21:6
adjourned
 37:22
adjustments
 22:2
administered
 27:2
admit 18:17
 25:1
admits 25:8
admittance
 16:19
admitted
 24:15,17
adopt 11:9
 32:18
adopting 11:3
advocate
 33:19
affirmed 22:9
 27:12
afforded 10:4
agree 15:20
 27:14 33:4
 36:20 37:4
agreeable 6:4
agreement
 17:5
agrees 19:5
 22:18 36:8
aid 1:3 9:1
 10:4
alike 37:5,6
all's 37:9
allow 15:6
allowed 11:6
allowing 25:22
amended 17:4
amendment
 36:12
amount 13:1
 21:19 27:10
 29:14

amounted
 36:18
analysis 7:8
 7:14,15 8:11
 9:3,13,14
 12:1 21:7
 26:16 28:20
 30:16 31:2
 31:13 32:15
analytical 31:9
answer 34:1
anticipate 5:19
 5:21
anybody 31:14
Appeals 4:6
 34:19 35:1
APPEARAN...
 2:1
appears 31:19
applicable
 9:15
application
 16:14 17:1
applied 11:15
 13:22 14:4
 14:18 16:13
applies 8:16
 8:17 12:5
 14:20 30:19
apply 7:10
 14:19 28:20
applying 11:13
 20:17,17
appreciate
 33:5
approach 31:8
appropriate
 11:19
appropriately
 9:22
approval 17:9
 19:21
approved 8:8
 17:7
arguing 27:17

36:4
argument 1:11
 5:22 7:11
 21:2 22:12
 27:21 28:14
 29:4 30:20
 31:17 37:22
 38:3
arguments 5:8
 5:10 22:15
 30:4 37:16
Ashland 1:3
 2:2,14 4:3,10
 4:13,17 5:10
 6:15,21 7:3,6
 7:8,15 9:8
 10:13,17
 11:14 12:7,9
 12:10,20
 13:3,5,12
 14:20,22
 16:12,15
 17:2,13
 18:20 22:1
 25:4 26:19
 33:1,8
Ashland's
 7:16 10:21
 11:18 12:17
 13:8 14:18
 18:5 19:17
 22:12 25:17
 25:19 32:22
aside 13:13
asserted 7:6
asserts 7:3,8
assess 9:21
assessment
 7:10 8:3
 13:13
associate
 16:20
attempted
 31:7
attempts 24:3

authority 34:4
authorized
 11:21 33:7,8
available
 14:10 37:15
Avenue 2:10
award 21:16
 29:2 30:11
awarded 9:2
 13:21 21:20
 36:18
awarding
 17:10 24:11
awards 7:21
 12:14 13:8
 16:10 19:3
 20:1,8 21:14
 21:19 23:18
 26:5 29:6
aware 6:6

**B**

bachelor
 16:21
balance 15:3
based 9:4
 14:16 16:16
 24:11 28:11
basing 11:16
basis 7:22
 10:6,9 11:1,6
 11:9 30:10
 30:19,21,22
behalf 2:2,7
 4:10,12,22
belabor 35:5
belief 9:16
 14:13
believe 5:20
benefit 32:13
best 18:6
 24:19
better 18:21
 25:5
brief 8:8 9:18

In the Matter of_ Ashland University

May 11, 2023

2

12:2 13:15 14:11 19:13 20:17 29:13 29:20 30:5 34:5
**Brumfield** 2:8 3:4,6 4:19,21 4:22 6:3 16:3 16:4 22:14 23:11 24:2 27:16 28:2,4 28:8,15 29:9 29:12 30:1,3 32:8 35:11 35:16
**building** 37:13
**burden** 27:9

**C**

**C** 3:1 4:1
**C.F.R** 7:5 16:8 34:15
**calculate** 7:20 11:8 16:9 23:18 26:5 28:10
**calculated** 6:21 13:5,10 17:16 29:2 29:10
**calculating** 19:2 20:1 21:14
**calculation** 10:22 11:18 14:14 30:8 30:10,19 31:8
**calculations** 9:6 10:9 11:6 11:16 14:16 24:11 27:4 32:22
**calendar** 8:13 8:18,19 16:8

17:21 18:3 21:4,12 23:6 24:18 27:18 32:1,9,10,11
**calendars** 18:5 18:13 24:21 25:20
**called** 38:9
**Campo** 2:14 4:17
**Carlos** 2:14 4:17
**case** 8:5 11:12 16:4 28:8 34:3,18,21 34:22 35:4 36:21
**center** 9:15
**centers** 9:15
**cents** 27:11
**Certainly** 15:5
**certificate** 16:20 38:1
**certification** 30:13
**certify** 38:4
**challenged** 19:16 25:16
**Chance** 7:1 10:15 16:5,9 16:13 18:7 18:17 19:1,2 19:6,9,14,15 19:18,19 21:10,18 22:16,16 23:15,22 24:13,20 25:2,7,10,13 25:15,19,22 26:1,6 36:5,6 36:9
**change** 31:3 33:20,20
**changed** 21:10

**checklist** 18:6 24:19
**cited** 20:4 34:5
**claim** 21:6
**claims** 23:12
**clarification** 21:2
**clarifications** 26:7
**clarifies** 19:4
**class** 13:1
**classes** 35:20
**clear** 16:12 19:1 23:2 24:3
**clearly** 20:22 23:21 26:19 28:9
**closing** 24:2
**COD** 22:4
**Colleague** 24:7 26:12 28:13,15,17
**College** 34:21
**Columbia** 38:14
**coming** 31:10
**Commission** 38:15
**common** 22:3
**commonly** 16:10 22:4
**Community** 34:21
**complete** 10:18
**completely** 33:4
**compliance** 7:17 19:22 26:21,22
**complied** 14:22
**comport** 32:16
**comprised**

16:21 18:13 18:14,15 24:21
**concern** 24:7
**concerning** 15:15 20:20 21:3 23:13 25:9 26:20
**concluded** 6:20 10:13
**concludes** 37:12
**conclusion** 14:15 31:11
**conclusions** 31:10
**conducted** 6:7
**conference** 37:15
**confirmed** 24:20
**conflating** 22:13
**considered** 10:13
**consists** 11:22
**constituted** 9:16 18:10
**contemplated** 9:17
**contemplates** 31:21
**content** 10:16 12:19,21 23:9,10,13
**context** 11:5 32:20 35:2
**continue** 33:18
**continued** 17:13
**contrary** 32:4
**controlling** 20:3,22
**convened** 1:12

**Conversely** 18:12
**correct** 7:15 28:3
**counsel** 2:9 4:8 15:7 38:7 38:10
**Counsel's** 5:5
**counted** 28:1
**counter** 7:14
**course** 8:15 18:6 24:19 25:12,14 31:3
**courses** 10:22 11:2,7,9 13:4 14:17 18:18 18:21,22 22:13 23:3 25:3,5,6 26:1 26:11 30:21 36:14
**covered** 6:8,11
**create** 24:3 25:18
**created** 19:19 26:3
**credit** 13:20 29:15

**D**

**D** 4:1
**D.C** 1:10 2:10
**data** 22:2,5
**deals** 8:12
**Dear** 24:6 26:12 28:13 28:15,17
**decision** 15:2 31:22 37:17 37:18
**defined** 10:2
**definition** 12:4 12:14 20:8 20:12,14,18

28:16,19,21
31:16 33:11
33:13
**definitions**
26:9
**degree** 8:10
13:2 16:21
**delivery** 25:10
25:12,14
**demonstrate**
7:16 18:7
21:8 26:17
**demonstrated**
14:21
**demonstrates**
21:1 31:22
**department**
2:7,9,13,14
4:5,20 5:1
7:7 8:9 11:21
12:4 17:2,7,8
19:4,5,16,19
19:21 20:15
21:5 22:9,12
22:18,20
23:12 24:8,9
25:16 26:7
26:13 27:3
28:5 29:18
33:6 36:4,7,8
36:16
**Department's**
18:19 19:13
19:22 20:2,3
20:5,16,21
22:1,8 24:4
27:5
**dependent**
17:17
**described**
12:18
**designed** 9:20
**despite** 9:17
**detail** 12:1
**determination**

6:14 8:19
10:6 35:1
**determine**
33:3
**difference**
37:9
**different** 10:17
10:18 12:12
12:13 19:8
20:6,7 23:18
26:3 32:1,2
36:21
**disagreement**
30:7
**disbursement**
22:2,3
**discretion**
20:15 29:13
29:18
**dispute** 15:15
27:15,17
28:7,7 33:2
33:16
**disputes** 15:19
**disregarding**
11:10
**distance** 26:10
**distraction**
24:4
**distribution**
17:15 27:4
**District** 38:14
**Docket** 1:2 4:3
34:21
**document**
14:8
**doing** 17:3
**doubt** 6:6 8:5
**Dr** 2:14 4:17

___
**E**
___
**E** 3:1 4:1,1
**earlier** 10:3
12:17 30:17
**early** 33:17

**education** 2:7
2:9,13,14 4:5
5:1,6 7:20
8:9 11:8,21
26:10 27:3
33:6
**Education's**
12:4 19:21
24:8
**educational**
10:1 13:20
22:7,13 33:7
**effect** 11:4,10
15:2 32:4
**effort** 33:14
**efforts** 10:8
**eight** 5:19 6:1
6:16
**election** 12:9
12:10,11
32:3
**eligibility**
13:16 17:6
19:17 22:5
23:4,5 24:6
25:17 33:3
**eligible** 7:21
7:22 8:4,20
9:2,4,16 10:2
10:4,5 11:2
11:16,19,20
12:2 13:4,7
13:10 14:16
14:19 17:18
19:7 22:19
30:13,16,17
30:22 31:1
31:16 33:11
36:10,14,15
**ELIZABETH**
1:14
**employ** 9:12
**employed** 7:15
38:8,11
**employee** 18:7

18:20 24:20
25:4 38:10
**employees**
18:16
**enforce** 24:9
**engagement**
14:8,10
20:21 21:4
24:6 26:10
26:13
**enrolled** 8:1,4
8:6 9:8 11:17
12:8,15 13:4
13:6,9 19:7
20:9 22:19
33:12 36:4
36:10,20
37:4
**entirely** 13:18
15:22
**entries** 13:1
**entry** 15:1
**erroneously**
9:7
**Esq** 2:3,3,8,8
2:13
**essence** 11:12
**essential** 27:6
**establish** 12:9
**establishes**
8:1
**evaluated** 8:18
8:20
**evidence**
13:17,18
**evident** 26:11
**exact** 27:7
**exactly** 9:5,6
37:8
**excessive**
21:21
**excuse** 22:20
**exhibit** 15:11
15:12 20:4
**exist** 11:15

31:12
**existing** 33:22
**expanded** 26:8
**expanding**
16:15
**expenditures**
7:16 14:21
**expenses** 22:7
**experience**
16:17
**experiment**
10:14 16:14
16:20 17:3
17:10,13
19:15 22:17
24:15,18
25:19 31:13
36:6
**experimental**
7:1 9:20
10:15 14:17
32:12
**Expires** 38:15
**explained**
16:18

___
**F**
___
**F** 11:12
**fact** 14:21 25:4
33:5
**facts** 16:12
24:2 27:15
27:16 28:6,7
**factual** 15:19
**faculty** 14:9
**fail** 33:5
**failed** 27:9
**fairly** 7:11
**fall** 9:9
**fashion** 32:6
**fatally** 33:15
**February**
38:15
**federal** 1:3 9:1
10:3 17:15

EDU001462

20:1 21:14 24:11 26:5 26:20,22 27:1,2,8
**FIGUEROA** 1:14 4:2,11 4:14,18,20 5:2,7,15,17 6:2,4 15:4,6 15:10,14,21 16:2 22:11 23:8 24:1 27:13,20 28:3,6,12 29:7,10,22 30:2 34:4,8 34:12,14,17 35:4,7,9,12 35:15 37:2,8 37:11
**final** 6:14
**finally** 13:22 21:15
**financially** 38:11
**finding** 6:17 6:18,19,20 9:7 27:10
**findings** 6:16 6:17
**fine** 5:15
**Finley** 2:8 5:4 5:5
**first** 5:11,22 8:3 19:5 21:1 35:18
**fit** 32:22
**five** 8:6 11:16 11:19,20 13:4,7,9 30:16
**flawed** 7:9 9:14 32:16 33:15
**flaws** 7:13

**floor** 1:9 37:14
**Florida** 34:19 34:20
**focus** 6:10,19
**following** 15:17 27:22
**footnote** 20:16 29:13,20
**foregoing** 38:3
**form** 9:1
**format** 25:14
**formula** 7:4,4 7:5,9 8:16,17 9:12,15 11:18 12:5 13:8,11,12 13:22 14:19 14:19 16:10 16:11 17:20 18:1 19:1,12 20:13,18 21:13 23:1 26:5 28:19 29:1,1 30:19 32:22 33:1
**formulas** 17:16 28:10 28:10
**FPRD** 6:16 9:7 21:6 22:1,8
**fraction** 29:2 29:19
**free** 37:13
**FSA** 6:7,14,20 7:3,6,14,19 9:6,7 10:3,5 10:12,20 11:7,13 12:7 12:11,14,16 13:3,14 14:2 14:7,20 20:8 20:10 31:20 32:7,15 33:2 33:14,16,20
**FSA's** 7:8 9:13

9:14,18 10:8 11:3 13:12 14:13 31:17
**function** 6:18
**fundamental** 30:6
**fundamentally** 7:9 32:16
**funding** 9:22
**funds** 10:4 17:10,16 21:20,21 22:6 27:1,2,4 27:8 36:17 36:19
**further** 13:19 18:16 28:13 35:9 37:12
**furthermore** 12:6 19:20 38:9
**furthers** 20:5
**future** 22:7 25:11

—— **G** ——

**G** 2:3 4:1
**General** 2:9 5:5
**George** 2:13
**glad** 34:1
**going** 6:10 7:11 13:15 32:1
**Good** 4:2,11 4:14 5:2,4,7
**Grant** 7:21 14:15
**Grants** 6:21 8:22 10:7 11:8 13:6,21 24:11 32:14
**gravamen** 33:16
**guidance**

31:20 32:7 34:8 37:6

—— **H** ——

**hand** 7:8 11:15
**handbook** 12:7,11 14:7 20:3,5 31:20
**harm** 21:17 27:12
**harmed** 13:22 21:15
**heading** 17:6
**hear** 5:10,10
**Hearing** 34:19 34:22
**Hearings** 4:6
**help** 37:17
**hereto** 38:11
**higher** 7:20 11:8 12:4 33:6
**Honor** 4:9,22 5:4,12 15:13 30:3 34:2 35:17
**Honor's** 22:10
**Hurstbourne** 2:4
**hurt** 29:3

—— **I** ——

**identified** 8:7
**incarcerated** 6:22 9:21 10:14 13:9 16:16 17:11 17:14 23:9 24:17 32:5 32:13
**include** 26:10
**included** 16:20
**incorporated** 12:18
**incorrectly**

6:21
**increased** 29:21
**ineligible** 30:11 36:22
**initial** 16:14
**initially** 16:12
**initiative** 7:1 9:20 10:16 32:12
**initiatives** 14:18
**institution** 9:11 14:8 16:18 17:4,8 19:11,14 21:1,8 22:21 24:15 25:8 25:11 26:3 26:17 27:17 28:18 31:21 36:12
**institution's** 18:16 21:16 25:1 29:4,21
**institutions** 7:20 11:7 20:11
**instruction** 14:9,12 15:17,18 16:6 17:14 23:21 24:12 25:21 27:22 28:9,11
**instructional** 8:14 9:10 11:22 12:3 14:6 16:7 17:17,22 18:4,9,11,14 19:10 20:14 24:12,18,22 26:9,18 33:10 36:1

EDU001463

instructor 18:5
interchange...
   19:16 22:17
   36:7
interest 27:11
interested
   38:12
interpretation
   9:3
interviews
   18:7 24:20
invited 17:2
involved 34:20
   36:5
issue 14:1
   27:8 34:9
issued 32:7
   33:17
IV 17:7,10,16
   17:18 19:7
   19:17 21:14
   24:6 25:17
   26:4 27:1,2
   30:14 36:10
   36:14,15,22

**J**
Jennifer 38:2
   38:13
Jim 2:3 4:9
Jim.newberr...
   2:6
Johnson 2:4
JUDGE 1:14
   4:2,11,14,18
   4:20 5:2,7,15
   5:17 6:2,4
   15:4,6,10,14
   15:21 16:2
   22:11 23:8
   24:1 27:13
   27:20 28:3,6
   28:12 29:7
   29:10,22
   30:2 34:4,8

34:12,14,17
35:4,7,9,12
35:15 37:2,8
37:11
July 21:2

**K**
Kalynn 2:3
   4:12
Kentucky 2:5
kind 31:18
know 35:4
known 7:4

**L**
l 34:16
law 26:21,22
lead 8:9
learning 12:22
leave 37:13
legal 16:1
lends 34:8
length 16:6
   21:9,12 23:5
   23:14 24:12
   25:21 26:17
   28:9,11,22
lengthened
   21:4
let's 7:18
letter 26:12
   28:13,16,17
letters 24:7
level 22:2 31:2
   31:3
liabilities
   20:19 22:8
   27:10
liability 29:21
lifetime 13:16
   21:19 22:5
limited 21:19
located 18:2
long 14:9
   17:13 24:16

longer 18:18
   23:3 26:1
look 7:12,18
   23:5 31:20
looking 23:14
lot 30:5
Louisville 2:5
lower 29:14
lowered 20:19

**M**
M 38:2,13
making 8:18
   23:12 30:20
   30:21
Maryland 2:10
materials 14:9
matter 1:2,11
   4:3 16:1 23:8
   23:11 34:20
   37:12
matters 5:9
mean 29:4
meet 27:9
members 35:2
mentioned
   12:17 34:6
   34:11
million 7:7
   36:19
minutes 5:20
   5:21 6:1
mirror 25:13
miscalculati...
   21:16
misuse 27:8
modules 11:7
   11:9 30:21
   35:19,19,19
   35:22
moment 33:2
money 30:11
moot 14:1
   25:10
morning 4:2

4:11,14,17
5:2,4,7,16
multiple 35:20
mysterious
   33:21
mystically
   31:19

**N**
N 2:4 3:1,1 4:1
names 4:8
necessitated
   19:12 22:22
   26:4
need 31:5
needs 30:7
neither 10:1
   38:7
never 12:10
   19:16 25:16
   30:12
Newberry 2:3
   3:3,5,7 4:9
   4:10,16 5:12
   5:16,19 6:5
   15:5,8,20,22
   27:14 30:2,3
   34:7,10,13
   34:15,18
   35:5,8,13
   37:3,10
news 30:5
non-incarce...
   13:6 32:5
non-Second
   18:22 25:6
noncomplia...
   27:7
nonsensical
   9:5 10:10
Notary 38:1,14
note 8:7 14:11
noted 10:3
   14:7 20:16
   29:12,20

notice 1:12
notion 14:3
number 15:11

**O**
O 3:1 4:1
O'Connor 38:2
   38:13
objection 6:2
   6:3 35:12
objectives
   12:22
obtain 17:8
ODHE 33:5
offered 16:16
   17:9,18 25:3
   25:21 26:2
   26:18 28:22
   29:15 35:19
   35:20,22
   36:1
office 2:9 4:5,5
   5:6 34:19,22
officer 38:2
Ohio 8:9 11:21
   12:4 19:20
   24:8 33:6
Okay 35:16
once 24:17
   37:4
onset 15:16
   27:21
OPE-ID 1:4
open 37:15
opportunity
   35:14
opposed
   20:15 29:7
opposing 15:6
oral 1:11 5:8
   37:21 38:3
order 36:12
origin 22:3
ought 14:13
outcome

38:12
**overreach** 33:19
**owes** 7:6
13:12 14:20
33:1

**P**

**P** 4:1
**PAGE** 3:2
**pages** 12:1
14:11
**Pam** 2:14
**paragraph** 34:16
**Parkway** 2:4
**part** 5:22 6:8
6:22 15:8
**participate** 16:13 17:3
36:13
**participated** 18:8
**participating** 31:14
**participation** 17:5,7
**particular** 12:15 20:9
**parties** 4:7
37:19 38:8
38:11
**party** 35:10
**Pell** 6:21 7:1
7:21 8:22
9:22 10:7,13
10:15 11:8
13:5,8,21
14:15 16:5,9
16:13 17:16
18:8,17 19:1
19:2,6,10,14
19:15,18,19
20:1,13
21:10,14,16

21:18,19
22:4,6,16,16
23:15,18,22
24:11,13,21
25:2,7,13,15
25:19,22
26:1,5,6 27:1
27:1 28:10
32:13 36:5,6
36:9
**percent** 29:5
**period** 6:11
9:22
**phases** 17:2
**plainly** 24:3
**play** 33:7
**pleadings** 15:19
**please** 4:7
**PLLC** 2:4
**plug** 29:1
**plus** 27:11
**point** 13:19
14:2 31:7,9
32:8 35:5,21
36:2,3 37:4
**points** 13:14
19:4 35:18
**population** 16:17
**portion** 5:13
5:17 21:21
36:19
**position** 20:5
**PPA** 17:5
36:11
**practice** 17:13
24:16
**practices** 18:6
24:19
**PRCN** 1:5
**preclude** 19:22 26:22
**precluded** 11:3

**preliminary** 5:9
**PRESENT** 2:12
**president** 4:16
**prior** 16:19
26:13
**prison** 18:21
25:5
**problem** 31:12
**proceeding** 1:3 24:5 38:9
**proceedings** 38:4,6
**process** 8:2
31:21
**program** 6:7,8
6:11,13,14
7:17,22 8:4
8:12,20 9:4
9:16,18,19
9:19 10:1,2,5
10:11,16,19
11:1,2,5 12:2
12:8,10,15
12:16,18,19
14:4,14 15:1
16:15,18
17:4,6,9,19
18:8,19 19:8
19:9,15,20
19:21 20:9
21:5,9 22:16
22:19,22
23:9,13,14
23:19 25:8
25:10,18
26:2,4 27:6
28:22 30:7,9
30:12,12,13
30:14,22
31:1,2,11,13
31:15 32:2
33:3,9,15,17
34:5,10

35:18,22
36:5,10,13
36:18,21,22
37:5
**program's** 17:20 18:2
**programs** 8:7
8:8 9:2,9
10:4 11:17
11:19,20
12:13 13:7
13:10 14:16
14:19 16:21
19:17 20:7
22:13 25:14
25:17 26:21
29:15 30:15
30:16,17,18
31:16 33:8,9
33:12,21
36:15
**proper** 7:17
14:22
**proposed** 16:15
**provide** 9:10
14:12 21:11
24:10
**provided** 16:19 18:18
19:18 21:9
21:17 22:21
23:6,15,16
23:19,22
24:13 25:15
**provides** 8:13
18:1 23:17
**providing** 17:14 19:8
24:16 25:20
**PRR** 15:7
**Public** 38:1,14
**purposes** 12:16 20:10
30:14

**pursuant** 1:12
**put** 28:20
29:18,19

**Q**

**question** 8:12
8:13
**questions** 15:4 22:10
25:9 27:13
34:2
**quick** 15:4
**quickly** 13:15
**quote** 10:20

**R**

**R** 4:1
**R2** 34:14
**R2T4** 11:5
32:19
**raise** 36:2
**raised** 19:5
21:1
**Raziya** 2:8
4:22
**Raziya.Bru...** 2:11
**reach** 31:9
**reached** 31:10
**reaching** 37:17
**read** 15:18
**really** 8:5
**reason** 23:17
**reasons** 22:7
33:18
**rebuttal** 5:14
15:3
**receive** 9:22
13:20 21:18
29:5
**received** 17:4
19:10 30:13
36:12
**receiving** 10:7

EDU001465

In the Matter of_ Ashland University

May 11, 2023

7

record 13:18 15:9 20:22 23:2 24:14 38:6
recorded 38:4
reduced 38:5
reemphasize 36:3
reference 13:16 15:10 26:11
references 9:18 20:20
referred 16:11 22:4
referring 7:2
reflected 16:7
reflects 24:14
refund 7:6 11:5 13:12 14:20 33:1
regs 10:3,6 11:3,13,14 11:15 31:3
regulation 7:19 8:1
regulations 20:1,2,21 21:3,11 24:4 24:10 26:16 26:20 27:6 32:17,18
regulatory 26:14 34:1
reiterate 22:14 36:11
reject 14:6
related 38:7
relative 38:10
relief 21:17
remaining 6:17
remedying 27:7
remove 21:17

report 10:12 12:19 25:9 30:6 33:17
request 15:1
requested 5:21 21:17
require 20:13
required 9:12 12:7 13:3 16:8 19:2 26:17,19 32:6
requirement 14:7 20:11
requirements 7:17 15:1 24:8
requires 7:19 10:22 22:1 29:15 31:1 36:13
requisite 33:13
reserve 5:13 15:2
reserving 6:1
resolved 6:17
Respondent 1:6 16:9 19:5 20:4 24:3 27:9
Respondent's 4:8 15:12 20:4,19,20 26:11 28:14
response 21:5 25:9 32:9
rest 34:3
restored 27:12
result 6:6,13 7:5 13:11
revealed 9:13 10:20
review 6:7,8 6:12,13,14

10:11,12 12:19 18:19 21:5 25:9 33:17
reviews 27:6
right 5:8 12:20 28:2,4,4 29:9 29:9,12 31:4 32:18 35:15
role 33:6
Room 2:10
rooms 37:15
rules 11:10 33:20,21

___ S ___

S 3:1 4:1
S.W 1:9 2:10
scant 13:17
schedule 25:13
school 12:12 20:6
second 6:22 8:11 10:15 14:2 16:5,9 16:13 18:7 18:17 19:2,6 19:9,14,15 19:18,19 20:2 21:9,17 22:15,16 23:15,22 24:13,20 25:2,10,13 25:15,19,22 25:22 26:6 36:5,6,9
see 31:19 32:12
seeking 36:17
seeks 24:9
semester 14:5 28:1 35:20
semesters 9:9

16:22 17:15 17:22 18:4 18:10,15 19:11 21:13 24:16 29:16
sense 31:8
sent 6:14 37:19
SEP 7:2 9:8,16 9:18,19,19 9:20 10:1,5,8 10:21 13:20 14:3,13 30:9 31:11 32:10 32:11 33:14
separate 12:9 19:19 22:21 25:18,20 31:18
September 6:15
set 13:13
seven 6:1
shoehorn 31:7 33:14,22
shortcomings 23:10
shortening 25:21
shorter 18:22 19:8 23:3 25:6
significantly 10:11 11:2
simply 10:10
Site 7:1 10:15
situation 35:2
so-called 30:9 33:15
sorry 34:13
sort 35:2
South 34:20
Southwest 4:6
space 37:13
speaking

27:20
specific 37:3
specifically 6:10 23:14 34:16
specified 12:12 27:5
specifies 28:17
speculative 13:19
spring 9:9
staff 25:1 35:1
standard 7:12 29:16
start 7:18
starting 4:8
state 4:7 10:12 24:7 26:20 26:21
stated 9:7 18:20 22:8 25:4
statement 9:14
statement's 12:20
statements 3:2 35:1
states 5:1 17:5 20:6 27:3
step 8:3,11
Steptoe 2:4
Steve 5:5
STEVEN 2:8
straightforw... 7:12 16:5
Street 1:9 4:6
structure 10:18,18,21 11:1 14:17 34:1
student 1:3 8:4 9:1 10:3 10:7 12:22

14:9 17:18 19:10 22:2 25:22
**students** 6:22 8:6 9:8,21 10:13,14,17 11:17 12:7 12:15,18,20 13:4,6,9,20 16:16 17:11 17:14 18:8 18:17,19 19:1,6,7,18 19:20 20:9 21:10,15,18 21:18,20 22:6,18 23:2 23:7,15,16 23:19,22 24:13,17 25:2,3,7,13 25:15,18 26:1,2,6,18 27:12 29:1,5 32:4,5,13 33:12,14 36:4,8,9,9,14 36:17
**students'** 7:21 10:21 16:6,9 18:12 19:3 23:9 24:21
**subjected** 30:8 30:15
**submit** 10:8 13:17
**Suite** 2:4
**support** 14:10 14:10
**supports** 28:14
**surrebuttal** 35:14
**syllabus** 18:6 24:19

**system** 22:3

———— **T** ————
**T** 3:1,1
**take** 7:12 18:17 23:3 25:2 26:1
**taken** 18:22 25:6 35:20 36:14 38:3
**talk** 7:13 37:14
**talked** 30:17
**talking** 35:3
**Taylor** 2:14
**team** 10:12
**tell** 31:4
**tells** 37:7
**term** 26:13 29:16
**terms** 10:2 22:17 28:16
**thank** 4:18,19 4:21 5:7 6:5 15:14,21 16:2 24:1 27:12 29:22 30:1 34:17 35:7,7,8,16 37:1,2,11,16 37:19
**they'd** 32:17
**thing** 32:11
**think** 35:17
**Third** 20:20
**Thursday** 1:8
**time** 5:14,17 6:11 8:14 9:11 12:3 13:1 14:6,12 15:3,17,18 16:7 17:18 17:22 18:4,9 18:11,14 19:11 20:14 24:12,22

26:9,18 27:22 28:1 32:21 33:10 35:15 36:1
**Title** 17:7,10 17:16,18 19:7,17 21:14 24:6 25:17 26:4 27:1,2 30:14 36:10,14,15 36:22
**today** 5:9 6:10 6:19 7:2,11 30:4 34:6,11 37:17
**total** 18:10 20:19 22:9 24:21 26:19
**traditional** 18:12,18 19:6 25:3 26:2 28:22 36:9
**transcript** 13:1 38:6
**transitioning** 25:12
**treat** 12:7 13:3 37:5,6
**treated** 32:6
**true** 38:6
**try** 33:22
**two** 6:9,17 13:14 15:4 15:17 17:1,1 17:22 18:4 18:10,15 19:11 21:13 22:21 23:17 25:20 27:13 27:22 37:18
**two-step** 8:1
**two-year** 6:11
**types** 27:7

**typewriting** 38:5

———— **U** ————
**U.S** 2:7,9
**understand** 30:20
**United** 4:22 27:3
**units** 13:16
**University** 1:3 2:2,14 4:3,17 5:11
**updates** 26:14
**usage** 19:12 22:22 26:4
**use** 11:18 12:13 20:7 20:12 28:18 28:20 30:9
**uses** 8:13
**utilize** 10:8 22:6 30:18
**utilized** 7:4 14:14 21:13 32:15
**utilizing** 13:7

———— **V** ————
**version** 19:9 23:16 31:18
**versions** 12:9 21:8 22:21 26:3,15 32:2
**versus** 15:15
**view** 15:22 31:9
**vociferously** 33:19

———— **W** ————
**Walls** 2:3 4:12 4:12 15:12
**want** 33:20 35:17 36:2,3

36:11
**wanted** 35:21
**wants** 11:7
**Washington** 1:10 2:10
**way** 12:8 13:5 13:10 29:10
**ways** 23:18
**we'll** 7:1,12,13 7:14,16 15:2 34:3
**we're** 4:4 5:8 6:6 35:21
**we've** 14:21
**week** 15:16 27:21
**weeks** 8:14,15 8:16,17 9:10 12:2 14:5,5 14:12 15:17 16:7 17:17 17:21 18:3,9 18:11,13 19:10 20:14 21:13 23:20 23:20,21 24:22 26:9 26:19 27:18 27:22 31:15 33:9,13 36:1 37:18
**welcomes** 22:10
**wish** 37:14
**wishes** 11:13
**words** 36:7
**work** 25:5
**world** 31:5

———— **X** ————
**x** 1:1,7

———— **Y** ————
**Yeah** 34:12,14
**year** 8:15 9:11

EDU001467

11:22 12:3 12:14 13:8 14:5 18:16 20:8,12,14 20:18 28:16 28:18,21 29:17 31:17 33:10
**years** 6:9 12:13 16:17 20:7

---

**Z**

---

**0**

**00301200** 1:4
**07-38-SP** 34:22

---

**1**

**1** 6:17,18,19 7:5,9 8:16 9:7 11:18 12:5 13:8,11 13:12,22 14:19,19 18:1 27:10 30:19 32:22
**10** 6:15 8:7
**10:52** 1:12 4:4
**10th** 1:9
**11** 1:8 4:4
**11:36** 37:21
**115** 2:4
**12** 5:22 14:11 15:15
**12-week** 16:21 17:15 18:10 18:20 24:16 25:4
**12th** 1:9 4:6
**14** 38:15
**15** 9:17 14:5 15:15
**16** 3:4

**16-week** 18:15 18:18,22 25:3,6
**19-'20** 6:9

---

**2**

**2** 6:17,18 7:4 8:17 9:12 16:11 17:20 19:1,12 20:19 21:13 23:1 26:5 29:2 33:1
**20** 5:21
**20-'21** 6:9
**2008** 34:21
**2014** 26:12
**2015** 16:14
**2016** 17:1
**2019** 12:6 14:6
**202** 2:11
**20202** 2:10
**2021** 6:8 12:6 21:2 26:8,14
**2021-4-05-3...** 1:5
**2022** 6:15 33:17
**2023** 1:8 4:4
**2025** 38:15
**22-58-SP** 1:2 4:4
**24** 18:10 19:10 24:22 26:19 29:3

---

**3**

**30** 3:5 8:13,15 8:16,17 9:10 12:2 14:5,12 16:6 17:21 18:3,9,13 20:15 21:12 23:20,20,21 27:18 29:17

29:18 31:15 33:9,13 36:19
**30-week** 11:22 13:7 31:16
**32** 20:14 28:21 29:3,19
**32-week** 18:15 20:18
**34** 7:5 16:8 34:15
**35** 3:6
**37** 3:7

---

**4**

**4** 20:4
**400** 2:10
**40222** 2:5
**453-6531** 2:11
**46** 27:11

---

**5**

**5** 12:1 20:16 29:13,20
**50** 16:17
**502** 2:5
**550** 1:9 4:6

---

**6**

**6** 3:3 34:16
**6,131,790.46** 27:11
**6.131** 7:7
**600.2** 21:3 26:8
**63** 31:8
**668.22** 34:15
**668.3** 21:3 26:8
**668.8** 29:14
**690.63** 7:5,8 7:13,18 8:21 9:3,17 10:9 10:22 11:11 14:4,14,18

20:3,22 23:4 23:17 24:10 27:5 30:8,15 31:1,7
**690.63(a)(1)** 17:22
**690.63(a)(2)** 16:8 21:11
**690.63(b)** 18:2
**690.63(c)** 16:10
**6E214** 2:10

---

**7**

**7** 12:1 15:12
**700** 2:4
**727-3453** 2:5
**75** 29:5

---

**8**

**80** 29:7

---

**9**

**9** 14:11