UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| ASHLAND UNIVERSITY, | ) | CASE NO. 1:23-cv-01850 |
| | ) | |
| Plaintiff, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | |
| | ) | |
| SECRETARY OF DEPARTMENT OF EDUCATION, | ) | CASE MANAGEMENT ORDER |
| | ) | |
| | ) | |
| Defendant. | ) | |

The Case Management Conference was conducted on January 19, 2024.

1. The following party representatives were present:

    a. Plaintiff:   Carlos Campo, President of Ashland Univ.;
                    Marc Pasteris, Vice-President of Ashland Univ.

    b. Defendant:   Raziya Brumfield, Office of the General Counsel,
                    U.S. Department of Education

2. The following attorneys were present:

    a. Plaintiff lead counsel: James H. Newberry , Jr., Jeffrey K. Phillips, Kalynn G. Walls, and J. Kevin West

    b. Defendant lead counsel:  Rema Ina and Ruchi Asher

3. The parties filed the Report of their Planning Meeting held pursuant to Local Rule 16.3. (R. 12).

RULINGS ON ADDITIONAL MATTERS PURSUANT TO L.R. 16.3

4. Plaintiff requested that this matter be placed on the standard track and that discovery be permitted. After hearing the positions of counsel, and considering the Report of the Parties' Planning Meeting as well as the Complaint itself, the Court determined that this case will proceed on the **administrative** track.

5. Case referred to Alternative Dispute Resolution (ADR):

    Yes: _____ No: __X__ Delay: _____

6. The parties have not consented to the jurisdiction of a United States Magistrate Judge pursuant to 28 U.S.C. §636(c).

7. The parties represented that Defendant has provided Plaintiff with the administrative record. Defendant shall file the administrative record by January 23, 2024. Plaintiff has exchanged initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1).

8. Deadline for filing motions to amend pleadings/add parties: **February 20, 2024**.

9. Plaintiff's deadline for filing dispositive motion: **April 19, 2024**. Defendant's brief in opposition due no later than sixty (60) days after the filing of said motion. Plaintiff's reply brief due no later than thirty (30) days after the filing of the opposition. If necessary, Defendant may file a sur-reply no later than thirty (30) days after the filing of the reply.

2

10. Other Directives:

The court will strictly enforce provisions regarding length of memoranda filed in support of motions. *See* L.R. 7.1. Motions for relief from the length restrictions must show good cause for such relief and must be made sufficiently in advance to permit the court to rule and the Clerk's office to issue the ruling by regular mail. Motions for relief from length restrictions which are filed contemporaneously with the memoranda exceeding the page limits will be denied. The court will permit only the motion with its supporting memorandum, the memorandum in opposition, and a reply.

Pursuant to Evidence Rule 502(d), an inadvertent disclosure of a communication or information covered by the attorney-client privilege or work-product protection made in connection with this litigation shall not constitute a waiver of that privilege or protection in this or any other federal or state proceeding.

**Any requests for extension of any deadline must be made before the deadline date.**

IT IS SO ORDERED.

Dated: January 23, 2024        s/ *David A. Ruiz*
                               DAVID A. RUIZ
                               U.S. DISTRICT JUDGE