UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ASHLAND UNIVERSITY ) | Case No. 1:23cv1850 |
| ) | |
| Plaintiff, ) | |
| ) | JUDGE DAVID A. RUIZ |
| v. ) | |
| ) | |
| ) | **MOTION TO STAY THE BRIEFING** |
| LINDA MCMAHON, Secretary of ) | **SCHEDULE** |
| Department of Education,[1] ) | |
| ) | |
| Defendant. ) | |

Now comes the Defendant, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for a 60-day stay of this matter. For cause, the parties have initiated settlement discussions.

As grounds for this extension, undersigned counsel requests the additional time due to the need for review of settlement authority and to continue the settlement conversations in progress. This extension is not requested to cause unnecessarily delay of this matter but is made in the interests of justice to allow for sufficient time to allow the parties to settle the matter.

If the case is not resolved in 60-days, Defendant proposes to file a status report to inform the Court on the status of settlement negotiations.

---

[1] Pursuant to Fed. R. Civ. P. 25(d), Linda McMahon, Secretary of Education, who assumed office on March 3, 2025, is substituted for Miguel Cardona as Defendant.

Respectfully submitted,

CAROL M. SKUTNIK
Acting United States Attorney

By: */s/ Rema A. Ina*
Rema A. Ina (#0082549)
Ruchi V. Asher (#0090917)
Assistant U.S. Attorneys
Northern District of Ohio
801 W. Superior Avenue, Suite 400
Cleveland, OH  44113
Telephone: (216) 622-3600
Rema.Ina@usdoj.gov
Ruchi.Asher@usdoj.gov

*Counsel for Linda McMahon, Secretary of the United States Department of Education*