IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT
AT CLEVELAND

**ASHLAND UNIVERSITY,**

   *Plaintiff,*

v.

**MIGUEL CARDONA,** *in His Official Capacity as the Secretary of the United States Department of Education*,

   *Defendant.*

Case No. 1:23-cv-1850
Judge David A. Ruiz

## JOINT STATUS REPORT

Pursuant to this Court's Order dated April 9, 2025 (ECF No. 26), Plaintiff Ashland University ("AU") and Defendant the United States Department of Education ("Department") submit this Joint Status Report regarding Defendant's prior request to stay proceedings.

1. Following the Court's April 9, 2025 Order, the parties convened to discuss resolution of the matters concerning the September 16, 2022, Final Program Review Determination ("FPRD") issued by the Department's Chicago/Denver School Participation Division and potential settlement of this suit.

2. On May 1, 2025, the parties reached a potential agreement as to a voluntary settlement in full accord and satisfaction of the matters related to this suit.

3. One issue remains before the settlement can be finalized—whether AU's current Pell Grant rewarding policies comply with Pell Grant regulations. The Department needs additional time to conduct a review of this issue.

4. As a settlement is very close to being reached, the parties jointly request that the Department's deadline to file its Brief in Opposition be stayed while the parties resolve

26228565

this final issue and execute the Settlement Agreement, at which time the parties will notify the Court that the Settlement Agreement has been executed and AU will move this Court for a dismissal of this suit consistent with the Settlement Agreement terms.

5. If a settlement is not reached and a dismissal is not filed within 30 days of this report, the parties will submit a second joint status report to inform the Court of the status of the settlement negotiations.

Respectfully submitted this 9th day of June, 2025.

| **DEPARTMENT OF EDUCATION**<br>**By Counsel,** | **ASHLAND UNIVERSITY**<br>**By Counsel,** |
|---|---|
| */s/ Rema A. Ina*<br>Rema A. Ina, Esq.<br>Ruchi V. Asher, Esq.<br>Assistant U.S. Attorney<br>Northern District of Ohio<br>801 West Superior Avenue, Suite 400<br>Cleveland, OH 44113<br>rema.ina@usdoj.gov<br>ruchi.asher@usdoj.gov | */s/ John Kevin West*<br>John Kevin West, Esq.<br>STEPTOE & JOHNSON PLLC<br>Huntington Center, Suite 2200<br>41 South High Street<br>Columbus, OH 43215<br>Telephone: (614) 458-9889<br>Facsimile: (614) 221-0952<br>kevin.west@steptoe-johnson.com<br><br>James H. Newberry, Jr., Esq.<br>Kalynn G. Walls, Esq.<br>STEPTOE & JOHNSON PLLC<br>700 North Hurstbourne Parkway, Suite 115<br>Louisville, KY 40222<br>Telephone: (502) 423-2000<br>Facsimile: (502) 423-2001<br>kalynn.walls@steptoe-johnson.com<br>jim.newberry@steptoe-johnson.com<br><br>Jeffrey K. Phillips, Esq.<br>STEPTOE & JOHNSON PLLC<br>100 West Main Street, Suite 400<br>Lexington, KY 40507<br>Telephone: (859) 219-8210<br>Facsimile: (859) 219-8201<br>jeff.phillips@steptoe-johnson.com |

26228565

26228565