IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT
AT CLEVELAND

**ASHLAND UNIVERSITY,**

    *Plaintiff,*

v.

**MIGUEL CARDONA,** *in His Official Capacity as the Secretary of the United States Department of Education*,

    *Defendant.*

Case No. 1:23-cv-1850
Judge David A. Ruiz

## SECOND JOINT STATUS REPORT

Pursuant to this Court's Order dated June 10, 2025, Plaintiff Ashland University ("AU") and Defendant the United States Department of Education ("Department") submit this Second Joint Status Report regarding Defendant's prior request to stay proceedings.

1. Following the Court's June 10, 2025 Order, the parties have continued to engage in settlement efforts, including the resolution of the remaining issue the Department sought additional time to review - whether AU's current Pell Grant awarding policies were in compliance with Pell Grant regulations.

2. The Department has reviewed and confirmed that AU's current Pell Grant policies appear in compliance with Pell Grant regulations, however, the Department requested additional information as to AU's application of its Pell Grant policies before finalizing the settlement of this matter.

3. AU provided to the Department for its review the requested additional information concerning the application of AU's Pell Grant policies. The Department needs additional time to conduct a review of this issue.

26482655

4. As a settlement is very close to being reached, the parties jointly request that the Department's deadline to file its Brief in Opposition be further stayed while the parties resolve this final issue and execute the Settlement Agreement, at which time the parties will notify the Court that the Settlement Agreement has been executed and AU will move this Court for a dismissal of this suit consistent with the Settlement Agreement terms.

5. If a settlement is not reached and a dismissal is not filed within 30 days of this report, the parties will submit a third joint status report to inform the Court of the status of the settlement negotiations.

26482655

Respectfully submitted this 8th day of July, 2025.

| **DEPARTMENT OF EDUCATION**<br>**By Counsel,** | **ASHLAND UNIVERSITY**<br>**By Counsel,** |
|---|---|

  */s/ Rema A. Ina*
Rema A. Ina, Esq.
Ruchi V. Asher, Esq.
Assistant U.S. Attorney
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
Telephone: (216) 622-3723
rema.ina@usdoj.gov
ruchi.asher@usdoj.gov

  */s/ John Kevin West*
John Kevin West, Esq.
STEPTOE & JOHNSON PLLC
41 South High Street, Suite 2200
Columbus, OH 43215
Telephone: (614) 458-9889
Facsimile: (614) 221-0952
kevin.west@steptoe-johnson.com

James H. Newberry, Jr., Esq.
Kalynn G. Walls, Esq.
STEPTOE & JOHNSON PLLC
700 North Hurstbourne Parkway, Suite 115
Louisville, KY 40222
Telephone: (502) 423-2000
Facsimile: (502) 423-2001
kalynn.walls@steptoe-johnson.com
jim.newberry@steptoe-johnson.com

Jeffrey K. Phillips, Esq.
STEPTOE & JOHNSON PLLC
100 West Main Street, Suite 400
Lexington, KY 40507
Telephone: (859) 219 8210
Facsimile: (859) 219 8201
jeff.phillips@steptoe-johnson.com

26482655